| | |
|---|---|
| 1 | Arthur S. Beeman (State Bar No. 237996) |
|   | asbeeman@jonesday.com |
| 2 | Pamela K. Fulmer (State Bar No. 154736) |
|   | pkfulmer@jonesday.com |
| 3 | Brett A. Lovejoy (State Bar No. 212942) |
|   | blovejoy@jonesday.com |
| 4 | Noel Rodriguez (State Bar No. 228784) |
|   | nrodriguez@jonesday.com |
| 5 | Matthew J. Silveira (State Bar No. 264250) |
|   | msilveira@jonesday.com |
| 6 | JONES DAY |
|   | 555 California Street, 26th Floor |
| 7 | San Francisco, CA  94104 |
|   | Telephone:  (415) 626-3939 |
| 8 | Facsimile:   (415) 875-5700 |
| 9 | Brent D. Sokol (State Bar No. 167537) |
|   | bdsokol@jonesday.com |
| 10 | JONES DAY |
|   | 555 South Flower Street, 50th Floor |
| 11 | Los Angeles, CA 90071 |
|   | Telephone:  (213) 489-3939 |
| 12 | Facsimile:   (213) 243-2539 |
| 13 | Attorneys for Plaintiffs NEUROGRAFIX; |
|   | IMAGE-BASED SURGICENTER |
| 14 | CORPORATION; AARON G. FILLER, M.D., |
|   | Ph.D. A PROFESSIONAL CORPORATION; |
| 15 | CENTER FOR ADVANCED SPINAL |
|   | NEUROSURGERY MEDICAL GROUP INC.; |
| 16 | and NEUROGRAPHY INSTITUTE MEDICAL |
|   | ASSOCIATES, INC. |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| NEUROGRAFIX, et al., | Case No. CV 10-1990 MRP(RZx) |
| Plaintiffs, | **NOTICE OF LODGING OF [PROPOSED] ORDER DENYING DEFENDANT SIEMENS MEDICAL SOLUTIONS USA, INC.'S MOTION TO DISMISS** |
| v. | |
| SIEMENS MEDICAL SOLUTIONS USA, INC., et al., | |
| Defendants. | Hearing date:  June 21, 2010 |
| | Time:  11:00 a.m. |
| | Location:  Courtroom 12 |
| | Judge:  Hon. Pfaelzer |

NOT. OF LODGING OF
[PROPOSED] ORDER DENYING MTD

1 | Plaintiffs NeuroGrafix; Image-Based Surgicenter Corporation ("IBSC"); Aaron G. Filler, M.D., Ph.D., a Professional Corporation (d/b/a Institute for Nerve Medicine Medical Associates Inc.) ("INM"); Center for Advanced Spinal Neurosurgery Medical Group Inc. ("CASN"); and Neurography Institute Medical Associates, Inc. ("NIMA") (collectively, "Plaintiffs") hereby lodge with the Court, attached hereto, the following document related to Plaintiffs' Opposition to Defendant Siemens Medical Solutions USA, Inc.'s Motion to Dismiss:

   1.   [Proposed] Order Denying Defendant Siemens Medical Solutions USA, Inc.'s Motion To Dismiss.

Dated: May 24, 2010

JONES DAY

By: /s/ Arthur S. Beeman
    Arthur S. Beeman

Attorneys for Plaintiffs
NEUROGRAFIX; IMAGE-BASED SURGICENTER CORPORATION; AARON G. FILLER, M.D., Ph.D. A PROFESSIONAL CORPORATION; CENTER FOR ADVANCED SPINAL NEUROSURGERY MEDICAL GROUP INC.; and NEUROGRAPHY INSTITUTE MEDICAL ASSOCIATES, INC.

SFI-642067v1