Name & Address:
Arthur S. Beeman (State Bar No. 237996)
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone: (415) 626-3939

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEUROGRAFIX, et al., <br><br> PLAINTIFF(S) <br> v. <br> SIEMENS MEDICAL SOLUTIONS USA, INC., et al. <br><br> DEFENDANT(S). | CASE NUMBER: <br><br> CV 10-1990 MRP(RZx) <br><br> **NOTICE OF MANUAL FILING** |

PLEASE TAKE NOTICE:

The above-mentioned cause of action has been designated as an electronically filed case. In accordance with General Order 08-02 and Local Rule 5-4 the following document(s) or item(s) will be manually filed. **List Documents:**
(1) Sur-Reply in Support of Plaintiffs' Opposition to Defendant Siemens' Medical Solutions USA, Inc.'s Motion to Dismiss; (2) Application to File Under Seal and Proposed Order

**Document Description:**

☐ Administrative Record

☐ Exhibits

☐ Ex Parte Application for authorization of investigative, expert or other services pursuant to the Criminal Justice Act [see Local Civil Rule 79-5.4, Documents to be excluded, (h)]

☑ Other  -  Sur-reply in Support of Plaintiffs' Opposition to Motion to Dismiss; Application to File Under Seal

**Reason:**

☑ Under Seal

☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

☐ Electronic versions are not available to filer

☐ Per Court order dated _____

☐ Manual Filing required (*reason*):

| | |
|---|---|
| June 14, 2010 <br> Date | Arthur S. Beeman <br> Attorney Name <br><br> NeuroGrafix, et al. <br> Party Represented |

Note:  File one Notice in each case, each time you manually file document(s).

G-92 (03/09)              **NOTICE OF MANUAL FILING**