# EXHIBIT B

**MAGNETOM Trio, A Tim System 3T**
**Images**

[Search box] Search

Home    Healthcare    Diagnostic Imaging & Therapy    Magnetic Resonance    MAGNETOM Family    MAGNETOM Trio, A Tim System 3T    Images

## MAGNETOM Trio, A Tim System 3T Images

**Product Details**



**Neurology**
- Excellent grey-white matter contrast at very high in-plane resolution achieved with the 12-element Head Matrix coil

Head, PD TSE FatSat transversal.
TR: 3500 ms, TE: 22 ms, TA: 3:44 min, SL: 5 mm, slices: 25, FoV: 200 mm, matrix: 768, mode: CP.
**12-element Head Matrix**

Courtesy of WM Beaumont Hospital, Royal Oak, USA



**Neurology**
- Visualize intracranial bleeding, blood products and venous structures like never before with *syngo* SWI.

Head, 3D FLASH SWI transversal, MinIP, GRAPPA 2, hemangiomas.
TR: 27 ms, TE: 20 ms, TA: 3:43 min, eff. SL: 1.2 mm, partitions: 68, FoV: 230 mm, matrix: 256, mode: Triple.
**12-element Head Matrix**

Courtesy of Fu Jian Union Hospital, Fuzou, P.R. China



**Neurology**
- Visualize distal arterial branches and small vessels with the signal provided by combining 3T and Tim.

Angio Head, 3D FLASH ToF, MIP, 7-year-old, GRAPPA 2, right basal ganglia stroke.
TR: 28 ms, TE: 3.7 ms, TA: 7:18 min, eff. SL: 1.2 mm, partitions: 72, FoV: 200 mm, matrix: 512, mode: Triple.
**12-element Head Matrix**

Courtesy of Children's Hospital, Philadelphia, USA



**Neurology**
- Tim's ability to seamlessly combine coils enables high resolution imaging in the most difficult regions such as here where 22 Tim elements cover the head-neck-spine region.

Neck, STIR SPACE coronal, MIP, neurography.
TR: 4000 ms, TE: 316 ms, Ti: 200 ms, TA: 6:42 min, eff. SL: 1.8 mm, partitions: 124, FoV: 280 mm, matrix: 512, mode: Triple.
**12-element Head Matrix**
**4-element Neck Matrix**
**6-element Body Matrix**
**24-element Spine Matrix**



**Neurology**
**Accuracy Local and Total**
- FLASH with GRAPPA 2, matrix 320 and SL 3 mm
- WholeCNS imaging in 2 steps without patient or coil repositioning
- Measurement performed using 40 Tim Matrix elements

WholeSPINE, T1 FLASH opposed phase sagittal, 2 steps, GRAPPA 2, tuberculosis.
TR: 310 ms, TE: 6.2 ms, TA: 2 x 2:29 min, SL: 3 mm, slices: 13, 860 mm, matrix: 320, mode: Triple.
**12-element Head Matrix**
**4-element Neck Matrix**
**24-element Spine Matrix**
**6-element Body Matrix**



**Oncology**
**Clinical breast imaging at 3T of patient with cytosarcoma**
- *syngo* VIEWS for high spatial and temporal resolution
- Standard on all Tim systems
- Fast imaging with GRAPPA 2, effective SL 1.5 mm and partitions 224

Breast, VIEWS sagittal, GRAPPA 2, cytosarcoma.
TR: 8 ms, TE: 4.1 ms, TA: 3:34 min, eff. SL: 1.5 mm, partitions: 224, FoV: 180 mm, matrix: 320, mode: Triple.
**4-Channel Breast Array coil**

Courtesy of Hong Kong Sanatorium & Hospital, Happy Valley, Hong Kong

**Product Details**

Overview
Business
Clinical Application
Patient Benefits
Technical Specifications

**Information Gallery**
Images

**Customer Care**
Service
Education
Investment Protection

**Related Products & Services**
Coils
Clinical Applications

Courtesy of PKU Third Hospital, Beijing, P.R. China



**Body**
**Differentiate in the practice with Tim**
- Abdominal MRI powered by 24 Tim elements
- Effective SL 1.2 mm 3D VIBE with up to 50 cm FoV and homogeneous fat saturation
- Excellent visualization of the dark lumen for polyp screening

Body, 3D VIBE coronal, GRAPPA 2.
TR: 2.7 ms, TE: 1.2 ms, TA: 21 s, eff. SL: 1.5 mm, partitions: 128, FoV: 420 mm, matrix: 256, mode: Triple.
**24-element Spine Matrix**
**6-element Body Matrix**

Courtesy of University Hospital Grosshadern, Munich, Germany



**Body**
- Sharp PET-like contrast in the liver provided by REVEAL and 2D PACE, visualizes areas with low diffusivity that can be associated with primary and metastatic lesions, scanned with 12 Tim elements.

Body, REVEAL b 1000 trace transversal, GRAPPA 2, invert, metastases.
TR: 3900 ms, TE: 81 ms, TA: 0.11 s/slice, SL: 6 mm, slices: 21, FoV: 350 mm, matrix: 192, mode: CP.
**24-element Spine Matrix**
**6-element Body Matrix**

Courtesy of Hong Kong Sanatorium & Hospital, Happy Valley, Hong Kong



**Body**
- 3T MRI powered by 12 Tim elements showing carcinoma in the male pelvis.

Pelvis, T1 TSE FatSat sagittal, GRAPPA 2.
TR: 510 ms, TE: 10 ms, TA: 1:19 min, SL: 4 mm, slices: 19, FoV: 240 mm, matrix: 256, mode: Triple.
**24-element Spine Matrix**
**6-element Body Matrix (2x)**

Courtesy of Xuanwu Hospital Cums, Beijing, P.R. China



**Orthopedics**
- High isotropic resolution imaging of shoulder, with excellent off-center fat saturation scanned with the 4-Channel Shoulder Array coil.

Shoulder, 3D MEDIC transversal, GRAPPA 2, isotropic.
TR: 41 ms, TE: 18 ms, TA: 4:56 min, eff. SL: 1.5 mm, partitions: 60, FoV: 129 mm, matrix: 320, mode: CP.
**4-Channel Shoulder Array coil**

Courtesy of CGMH, Taipei, Taiwan



**Orthopedics**
- Exquisite detail wrist imaging with the 8-Channel Wrist coil at 0.3 mm isotropic resolution

Wrist, T1 3D VIBE water excitation transversal, GRAPPA 2.
TR: 12 ms, TE: 5.2 ms, TA: 4:31 min, eff. SL: 0.3 mm, partitions: 144, FoV: 100 mm, matrix: 320, mode: Triple.
**8-Channel Wrist coil**



**Angiography**
***syngo* TimCT angiography for peripheral MRA**
- TimCT with 0.9 x 1.2 x 1.2 mm³ resolution, acquired in 58 seconds with table speed 2.2 cm/s
- From step by step to continuous move
- Powered by Tim

TimCT angio, MIP, GRAPPA 2, multiple stenoses.
TR: 2.3 ms, TE: 1.0 ms, total TA: 58 s, eff. SL: 1.2 mm, partitions: 88, FoV: 1280 mm, matrix: 384.
**36-element PA Matrix**
**6-element Body Matrix (2x)**
**24-element Spine Matrix**

Courtesy of University Hospital Grosshadern, Munich, Germany

© Siemens AG, 2002-2009. All rights reserved | Corporate Information | Privacy Statement | Terms of Use

Print this page

◄  1 / 1  ►   Close window

