AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  NeuroGrafix

was received by me on *(date)*   09/02/2010   .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* Service accepted by Arthur S. Beeman, counsel of record for NeuroGrafix, on behalf of NeuroGrafix on September 3, 2010 pursuant to agreement of counsel.

My fees are $  0.00  for travel and $  0.00  for services, for a total of $  0.00  .

I declare under penalty of perjury that this information is true.

Date:   09/07/2010

*/s/ [signature]*
*Server's signature*

Sean M. McEldowney (S.B.N. 248368)
*Printed name and title*

655 Fifteenth St. NW
Washington, DC 20005
Tel: 202-879-5161  Fax: 202-879-5200
*Server's address*

Additional information regarding attempted service, etc: