# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

NEUROGRAFIX, et al.,

Plaintiff(s),

vs.

SIEMENS MEDICAL SOLUTIONS, et al.,

Defendant(s).

SIEMENS MEDICAL SOUTIONS USA, INC.,

Counterclaim Plaintiff(s),

vs.

NEUROGRAFIX, et al.,

Counterclaim Defendant(s).

CASE NO. CV 10-1990 MRP(RZX)

AFFIDAVIT OF SERVICE

State of Washington    )
County of King S/S      )

The undersigned, being first duly sworn, on oath deposes and says:

That the undersigned is now and at all times mentioned herein was a citizen of the United States and resident of the State of Washington, over the age of eighteen years, not a party to or interested in the above entitled action, and competent to be a witness therein.

That on **September 16, 2010**, at **10:15 AM**, at the address of **2815 Eastlake Avenue East, #300 Seattle**, Washington, affiant duly served **Summons** and **Defendant Siemens Medical Corrections USA, Inc.'s Corrected Answer, Affirmative Defenses, and Counterclaims** in the above entitled action upon **Washington Research Foundation** by then and there personally delivering true and correct copies thereof into the hands of and leaving same with **Jeff Eby**, (50-55, white, male, 6' 1", medium build, gray hair) Chief Financial Officer.

T. Tugsbileg
King County Process Server #1030265
Subscribed and sworn to me this
21st day of September, 2010.

Peter A. Valente - Notary Public in and for the
State of Washington, residing at Seattle.
Commission expires June 7, 2012

**Capitol Process Services, Inc.**
1827 18th Street, N.W.
Washington, D.C. 20009
(202) 667-0050

AFFIDAVIT OF SERVICE - 1