| | |
|---|---|
| RUSS, AUGUST & KABAT<br>Marc A. Fenster, SBN 181067<br>Email: mfenster@raklaw.com<br>Alexander C.D. Giza, SBN 212327<br>Email: agiza@raklaw.com<br>Andrew D. Weiss, SBN 232974<br>Email: aweiss@raklaw.com<br>12424 Wilshire Boulevard, 12th Floor<br>Los Angeles, California  90025<br>Telephone:  (310) 826-7474<br>Facsimile: (310) 826-6991<br><br>Attorneys for Plaintiff<br>NEUROGRAFIX<br><br>K&L Gates LLP<br>David T. McDonald<br>Email:  david.mcdonald@klgates.com<br>925 Fourth Avenue<br>Suite 2900<br>Seattle, WA 98104-1158<br><br>Attorneys for Plaintiff<br>WASHINGTON RESEARCH FOUNDATION | Gregg F. LoCascio, P.C. (pro hac vice)<br>gregg.locascio@kirkland.com<br>Sean M. McEldowney (S.B.N. 248368)<br>sean.mceldowney@kirkland.com<br>Christopher Nalevanko (pro hac vice)<br>christopher.nalevanko@kirkland.com<br>Brian N. Gross (pro hac vice)<br>brian.gross@kirkand.com<br>Kirkland & Ellis LLP<br>655 Fifteenth St., N.W.<br>Washington, D.C.  20005<br>Telephone: (202) 879-5000<br>Facsimile: (202) 879-5200<br><br>Luke L. Dauchot (S.B.N. 229829)<br>luke.dauchot@kirkland.com<br>KIRKLAND & ELLIS LLP<br>333 South Hope Street<br>Los Angeles, California  90071<br>Telephone: (213) 680-8400<br>Facsimile: (213) 680-8500<br><br>Attorneys for Defendant<br>SIEMENS MEDICAL SOLUTIONS USA, INC. and SIEMENS AKTIENGESELLSCHAFT |

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEUROGRAFIX, a California corporation; WASHINGTON RESEARCH FOUNDATION, a not-for-profit Washington corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>SIEMENS MEDICAL SOLUTIONS USA, INC., a Delaware corporation; and SIEMENS AKTIENGESELLSCHAFT, a German Corporation,<br><br>Defendants. | Case No. 10-CV-1990 MRP (RZx)<br><br>[Assigned to The Honorable Mariana R. Pfaelzer]<br><br>**JOINT CLAIM CONSTRUCTION AND PREHEARING STATEMENT**<br><br>First Amended Complaint Filed: July 30, 2010 |

**JOINT CLAIM CONSTRUCTION AND PREHEARING STATEMENT**

Pursuant to the Court's November 9, 2010 Order and Northern District of California Local Patent Rule 4-3, the parties hereby submit their Joint Claim Construction and Prehearing Statement.

## I. AGREED AND DISPUTED TERMS.

The attached chart details the disputed and agreed terms. The first chart contains the 10 most significant and disputed terms to be construed, and also identifies the terms for which Siemens contends claim construction may be dispositive of certain claims in the patent. The second chart contains the remaining disputed terms. The third chart contains the agreed terms and constructions.

## II. ANTICIPATED LENGTH OF HEARING.

The parties agree that the anticipated length of the Claim Construction Hearing will be 4 hours.

## III. LIVE TESTIMONY.

At this time, the parties do not propose to call any witnesses at the Claim Construction Hearing.

Dated: February 2, 2011

**RUSS AUGUST & KABAT**

By: /s/ Andrew D. Weiss
      Andrew D. Weiss

Attorneys for Plaintiff
NEUROGRAFIX

**K&L GATES LLP**

By: /s/ David T. McDonald
      David T. McDonald

Attorney for Plaintiff
WASHINGTON RESEARCH FOUNDATION

**KIRKLAND & ELLIS**

By: /s/ Sean M. McEldowney
      Sean M. McEldowney

Attorneys for Defendants
SIEMENS MEDICAL SOLUTIONS USA, INC. and SIEMENS AKTIENGESELLSCHAFT

**CERTIFICATE OF SERVICE**

I certify that counsel of record who are deemed to have consented to electronic service are being served on February 2, 2011, with a copy of this document via the Court's CM/ECF systems. Any other counsel with be served by electronic mail, facsimile, overnight delivery and/or First Class Mail on this date.

/s/ *Andrew D. Weiss*
Andrew D. Weiss

Russ, August & Kabat

3199-002 110202 Joint Statement of Terms for Construction.doc     1

**PROOF OF SERVICE**