RUSS, AUGUST & KABAT
Marc A. Fenster, State Bar No. 181067
Email: mfenster@raklaw.com
Bruce D. Kuyper, State Bar No. 144969
Email: bkuyper@raklaw.com
Alexander C.D. Giza, State Bar No. 212327
Email: agiza@raklaw.com
Andrew D. Weiss, State Bar No. 232974
Email: aweiss@raklaw.com
12424 Wilshire Boulevard, 12th Floor
Los Angeles, California  90025
Telephone:   (310) 826-7474
Facsimile:    (310) 826-6991

Attorneys for Plaintiff
NEUROGRAFIX

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| NEUROGRAFIX, a California corporation; WASHINGTON RESEARCH FOUNDATION, a not-for-profit Washington corporation,<br><br>     Plaintiffs,<br><br>   vs.<br><br>SIEMENS MEDICAL SOLUTIONS USA, INC., a Delaware corporation; and SIEMENS AKTIENGESELLSCHAFT, a German Corporation,<br><br>     Defendants. | Case No. 10-CV-1990 MRP (RZx)<br><br>[Assigned to The Honorable Mariana R. Pfaelzer]<br><br>**JOINT MOTION TO FILE BRIEFS NOT TO EXCEED 35 PAGES AND [PROPOSED] ORDER**<br><br>First Amended Complaint Filed:<br> August 10, 2009 |

Plaintiffs NEUROGRAFIX and WASHINGTON RESEARCH

FOUNDATION ("Plaintiffs") and Defendants SIEMENS MEDICAL

SOLUTIONS USA, INC. and SIEMENS AKTIENGESELLSCHAFT

("Defendants") respectfully request that the Court allow Plaintiffs to file an

opening Claim Construction Brief with a page limit of 35 pages, and Defendants

may file a responsive brief with a page limit of 35 pages. Plaintiffs and Defendants

believe the extension of the page limit is necessary so that they may properly

present their claims and responses.  The parties make this request on good faith.

Based on the foregoing, the parties respectfully request that the Court grant the requested extension of the page limits.  A proposed order adopting the page limit extension is submitted herewith.

Respectfully submitted,

Dated:  February 11, 2011

**RUSS AUGUST & KABAT**
MARC A. FENSTER
BRUCE D. KUYPER
ALEXANDER C.D. GIZA
ANDREW D. WEISS

By:  /s/ *Andrew D. Weiss*
Attorneys for Plaintiffs,
NEUROGRAPHIX, et al.

Dated:  February 11, 2011

**KIRKLAND & ELLIS LLP**
GREGG F. LOCASCIO, P.C.
SEAN M. MCELDOWNEY
CHRISTOPHER NALEVANKO
BRIAN N. GROSS
LUKE L. DAUCHOT

By:  /s/ *Sean M. McEldowney*
Attorneys for Defendants
SIEMENS MEDICAL SOLUTIONS USA, INC.

RUSS, AUGUST & KABAT

2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

RUSS, AUGUST & KABAT
Marc A. Fenster, State Bar No. 181067
Email: mfenster@raklaw.com
Bruce D. Kuyper, State Bar No. 144969
Email: bkuyper@raklaw.com
Alexander C.D. Giza, State Bar No. 212327
Email: agiza@raklaw.com
Andrew D. Weiss, State Bar No. 232974
Email: aweiss@raklaw.com
12424 Wilshire Boulevard, 12th Floor
Los Angeles, California  90025
Telephone:  (310) 826-7474
Facsimile:   (310) 826-6991

Attorneys for Plaintiff
NEUROGRAFIX

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| NEUROGRAFIX, a California corporation; WASHINGTON RESEARCH FOUNDATION, a not-for-profit Washington corporation,<br><br>               Plaintiffs,<br><br>vs.<br><br>SIEMENS MEDICAL SOLUTIONS USA, INC., a Delaware corporation; and SIEMENS AKTIENGESELLSCHAFT, a German Corporation,<br><br>               Defendants. | Case No. 10-CV-1990 MRP (RZx)<br><br>[Assigned to The Honorable Mariana R. Pfaelzer]<br><br>**[PROPOSED] ORDER GRANTING MOTION TO FILE BRIEFS NOT TO EXCEED 35 PAGES**<br><br><br>First Amended Complaint Filed: August 10, 2009 |

The Court, having considered the Joint Motion To File Briefs Not To Exceed 35 Pages, finds that the Motion should be granted.

IT IS THEREFORE ORDERED as follows:

Plaintiffs NEUROGRAFIX and WASHINGTON RESEARCH FOUNDATION may file an opening Claim Construction Brief with a page limit of 35 pages, and Defendants SIEMENS MEDICAL SOLUTIONS USA, INC. and

1

RUSS, AUGUST & KABAT

1   SIEMENS AKTIENGESELLSCHAFT may file a responsive brief with a page

2   limit of 35 pages.

3

4   Dated: _____          _____
                                            Hon. Mariana R. Pfaelzer
5                                           United States District Court Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

RUSS, AUGUST & KABAT

---

2

## CERTIFICATE OF SERVICE

I certify that counsel of record who are deemed to have consented to electronic service are being served on February 11, 2011, with a copy of this document via the Court's CM/ECF systems per Local Rule CV-5(a)(3). Any other counsel with be served by electronic mail, facsimile, overnight delivery and/or First Class Mail on this date.

            /s/ Andrew D. Weiss

RUSS, AUGUST & KABAT