# EXHIBIT B

Case 2:10-cv-01990-MRP -RZ   Document 103-3   Filed 02/11/11   Page 1 of 2   Page ID #:2127

