# EXHIBIT F

*Edited by*

CLAYTON L. THOMAS, M.D., M.P.H.

Consultant in Human Reproduction
Department of Population Sciences
Harvard School of Public Health

Vice President Medical Affairs
Tampax Incorporated

EDITION 13 ILLUSTRATED

# Taber's® CYCLOPEDIC MEDICAL DICTIONARY

F. A. DAVIS COMPANY  PHILADELPHIA

Copyright © 1977 by F. A. DAVIS COMPANY

*Second printing, April 1977*
*Third printing, January 1978*

Copyright 1940, 1942, 1945, 1946, 1948, 1949, 1950, 1951, 1952, 1953, 1954, 1955, 1956, 1957, 1958, 1959, 1960, 1961, 1962, 1963, 1965, 1968, 1969, 1970, and 1973 by F. A. Davis Company.

Copyright under the International Copyright Union. All rights reserved. This book is protected by copyright. No part of it may be reproduced, stored in a retrieval system, or transmitted in any form or by any means, electronic, mechanical, photocopying, recording, or otherwise, without written permission from the publisher.

PRINTED IN THE UNITED STATES OF AMERICA

**Library of Congress Cataloging in Publication Data**

Taber, Clarence Wilbur, 1870-1968.
    Taber's Cyclopedic Medical Dictionary.
    1. Medicine—Dictionaries.   I. Thomas, Clayton L., 1921-
II. Title.   III. Title: Cyclopedic medical dictionary.
R121.T18    1977    610'.3    76-19064
ISBN 0-8036-8305-7 (plain)
ISBN 0-8036-8304-9 (indexed)

## DISTRIBUTORS

*United States of America*
F. A. DAVIS COMPANY
1915 Arch Street, Philadelphia, Pa., 19103

*Canada*
McGRAW-HILL RYERSON LIMITED
330 Progress Ave., Scarborough, Ontario, M1P 2Z5

*Europe*
EBS (EUROPEAN BOOKSERVICE)
Hogeweyselaan 119, PO Box 124, Weesp, Netherlands

*Eastern Europe*
MEULENHOFF-BRUNA B.V.
Beulingstraat 2, P.O. Box 197, Amsterdam-c Holland

*Puerto Rico*
EDITORIAL McGRAW-HILL LATINOAMERICANA
Apartado 20712, Rio Piedras, Puerto Rico 00928

*Brazil*
EDITORA McGRAW-HILL do BRAZIL, LTDA.
Caixa Postal 20689, Itaim-Bibi, Sao Paulo, S.P.

*Colombia*
EDITORIAL McGRAW-HILL LATINOAMERICANA, S.A.
Apartado Aereo 11255, Bogota, D.E.

*Mexico*
LIBROS McGRAW-HILL de MEXICO, S.A. de C.V.
Apartado Postal 5-237, Mexico 5, D.F.

*Panama*
EDITORIAL McGRAW-HILL LATINOAMERICANA, S.A.
Apartado Postal 2036, Colon Free Zone, Colon

*Australia*
AUSTRALIA & NEW ZEALAND BOOK CO. PTY. LTD.
Post Office Box 459, Brookvale, N.S.W., Australia 2100

*Southeast Asia*
TOPPAN CO. PTE. LTD.
No. 38 Liu Fang Rd. Box 22
Jurong Town Post Office, Jurong, Singapore 22

Case 2:10-cv-01990-MRP-RZ   Document 103-7   Filed 02/11/11   Page 4 of 4   Page ID #:2222

RS: Ancylostoma; ancylostomiasis; hookworm.
**necatoriasis** (nĕ-kā″tō-rī′ă-sĭs). Infestation by Necator americanus, q.v. SEE: *ancylostomiasis*.
**neck** [AS. *hnecca*, nape]. 1. Part of body between the head and shoulders. SEE: *muscle* for illus. 2. The constricted portion of an organ, or that resembling a neck. 3. Region between crown and root of a tooth.
 **n., anatomical.** Constriction just below the head of the humerus.
 **n., back of.** Nape. SYN: *nucha; scruff*.
 **n., Madelung's.** Diffuse lipoma of the neck.
 **n., surgical.** Narrow part of humerus below the tuberosity. Fracture here is common.
 **n. of womb.** The cervix uteri.
 **n., wry.** Torsion of the neck caused by contracted muscles. SYN: *torticollis*.
**necrectomy** (nĕ-krĕk′tō-mĭ) [Gr. *nekros*, dead, + *ektomē*, excision]. Surgical removal of necrosed tissue.
**necro-** [Gr. *nekros*, dead]. Combining form meaning pert. to death.
**necrobiosis** (nĕk-rō-bī-ō′sĭs) [″ + *biosis*, life]. Gradual degeneration and death of tissue. SEE: *necrosis*.
 **n. lipoidica diabeticorum.** A skin disease common in diabetics characterized by necrosis of connective tissue and discoloration of skin. SYN: *Oppenheim-Urbach disease*.
**necrobiotic** (nĕ″krō-bī-ŏt′ĭk). Pert. to or affected by necrosis. SYN: *necrotic*.
**necrocytosis** (nĕk″krō-sī-tō′sĭs) [Gr. *nekros*, death, + *kytos*, cell, + *osis*, condition]. Cellular death or decomposition.
**necrocytotoxin** (nĕk″rō-sī″tō-tŏks′ĭn). A toxin which causes death of cells.
**necrogenic, necrogenous** (nĕ-krō-jĕn′ĭk, -krŏj′ĕn-ŭs) [Gr. *nekros*, death, + *gennan*, to produce]. Caused by, pert. to, or originating in dead matter.
**necrologist** (nĕk-rŏl′ō-jĭst) [″ + *logos*, study]. A student of mortality statistics.
**necrology** (nĕk-rŏl′ō-jĭ). The study of mortality statistics.
**necromania** (nĕk-rō-mā′nĭ-ă) [Gr. *nekros*, dead, + *mania*, madness]. 1. Abnormal interest in dead bodies or in death. 2. Mania with desire for death.
**necrometer** (nĕk-rŏm′ĕt-ĕr) [″ + *metron*, measure]. Device for measurement of dead organs.
**necromimesis** (nĕk″rō-mĭ-mē′sĭs) [″ + *mimēsis*, imitation]. A delusion in which a person believes himself to be dead or acts as though he were dead.
**necronectomy** (nĕk-rō-nĕk′tō-mĭ) [″ + *ektomē*, excision]. Excision of a necrotic part, esp. of necrotic ossicles.
**necrophagous** (nĕ-krŏf′ă-gŭs) [″ + *phagein*, to eat]. Feeding or existing on dead bodies or matter.
**necrophile** (nĕk′rō-fīl) [″ + *philein*, to love]. One who has a morbid interest in or violates dead bodies.
**necrophilism** (nĕk-rŏf′ĭl-ĭzm) 1. Sexual perversion in which there is insane love for, or violation of, the dead. 2. Strong desire for death.
**nécrophilous** (nĕk-rŏf′ĭl-ŭs). 1. Having a morbid fondness for, or feeding on, dead tissue. 2. Pert. to or affected with necrophilism.
**necrophobia** (nĕk-rō-fō′bĭ-ă) [Gr. *nekros*, dead, + *phobos*, fear]. 1. Abnormal aversion to dead bodies. 2. Insane dread of death. SYN: *thanatophobia*.
**necropneumonia** (nĕk″rō-nū-mō′nĭ-ă) [″ + *pneumōn*, lung]. Pulmonary gangrene.
**necropsy** (nĕk′rŏp-sĭ) [″ + *opsis*, view]. Examination of a dead body to determine cause of death or pathological conditions. SYN: *autopsy; necroscopy; postmortem examination; thanatopsy*.
**necrosadism** (nĕk″rō-sā′dĭzm) [″ + *sadism*]. Sexual gratification derived from the mutilation of dead bodies.
**necroscopy** (nĕ-krŏs′kō-pĭ) [Gr. *nekros*, death, + *skopein*, to examine]. Examination of a dead body to find cause of death or pathological condition. SYN: *autopsy; necropsy; postmortem examination; thanatopsy*.
**necrose** (nĕk-rōs′) [Gr. *nekros*, dead]. To cause or to undergo necrosis.
**nec'rosin.** A substance obtained from inflamed tissues which induces inflammatory changes in normal tissue.
**necrosis** (nĕ-krō′sĭs) [Gr. *nekrōsis*, a killing]. (pl. *necro'ses*) Death of areas of tissue or bone surrounded by healthy parts; death in mass as distinguished from necrobiosis, which is a gradual degeneration. The dead part in bone is called sequestrum; in soft tissue it is called a slough or sphacelus. Term is usually applied to bone destruction or small areas of tissue, while gangrene is generally applied to destruction of specific parts or larger areas. SYN: *gangrene*, q.v.; *mortification*.
 ETIOL: Insufficient blood supply; physical agents such as trauma, radiant energy (electricity, infrared, ultraviolet, roentgen and radium rays); chemical agents acting locally or acting internally following absorption, or products (toxins) of bacteria.
 **n., anemic.** Necrosis caused by disturbed circulation in a part.
 **n., Balser's fatty.** Pancreatitis with gangrenous areas in the fatty tissues.
 **n., caseous.** N., cheesy, q.v.
 **n., central.** Necrosis which affects only the center of a part.
 **n., cheesy.** Necrosis with soft, dry, cheeselike formation. Usually seen in tuberculosis or syphilis. SYN: *caseous n*.
 **n., coagulative.** Necrosis occurring esp. in infarcts in which coagulation occurs in necrotic area converting it into a homogenous mass depriving the organ or tissue of blood. SYN: *fibrinous n*.
 **n., colliquative.** Necrosis caused by liquefaction of tissue due to autolysis or bacterial putrefaction. SYN: *liquefactive n*.
 **n., dry.** Necrosis with dryness of the sequestrum.
 **n., embolic.** Necrosis resulting from an embolus which causes anemic necrosis.
 **n., fat.** Necrosis in small scattered areas in the fatty tissue.
 **n., fibrinous.** N., coagulative, q.v.
 **n., focal.** Coagulative necrosis in small scattered areas.
 **n., gummatous.** Necrosis resulting from syphilis forming a dry rubbery mass.
 **n., ischemic.** Necrosis resulting from interference in blood supply to a part. Results in development of an infarct, decubitus, or gangrene.
 **n., liquefactive.** N., colliquative, q.v.
 **n., medial.** Necrosis of cells in tunica media of arteries.
 **n., moist.** Necrosis with softening and moist condition of the dead tissue.
 **n., putrefactive.** Necrosis caused by bacterial decomposition.
 **n., superficial.** Necrosis affecting only the outer layers of bone or any tissue.
 **n., thrombotic.** Necrosis due to thrombus formation.
 **n., total.** Necrosis affecting an entire organ or part.
 **n. ustilaginea.** Dry necrosis due to ergot poisoning.
**necrospermia** (nĕk-rō-sper′mĭ-ă) [Gr. *nekros*, death, + *sperma*, seed]. Condition in which spermatozoa in the ejaculate are immobile or lifeless.
**necrot'ic** [Gr. *nekrōsis*, a killing]. Rel. to death of a portion of tissue. SYN: *necrobiotic*.
**necrotomy** (nĕ-krŏt′ō-mĭ) [Gr. *nekros*, dead, + *tomē*, a cutting]. 1. Dissection of a cadaver. 2. Excision of a sequestrum or other necrotic tissue.
**nectarine** (nĕk″tĕr-ēn′). A variety of peach. Food value of 100 gm. (raw): Cal. 64; protein 0.6 gm.; carbohydrate 17.1 gm.; 1,650 I. U. vitamin A.
**needle** [AS. *naedl*]. A pointed instrument for stitching, ligaturing, or puncturing. It may be straight, half curved, full curved, semicircular, double curved, (sometimes called "S" or sigmoid-shaped), or double ended. There are two classifications: cutting edge and round point. Cutting edge type is used in skin and dense tissue work, while round point needles are used for more delicate operations. All curved needles are used with a holder and the straight needles usually without a holder.
 CARE OF: Wash off; scrub with mild cleanser, benzene, and ether; sharpen; wash again; and sterilize.
 **n., hypodermic.** A hollow needle for hypodermic injections.
**needling.** Treatment by puncturing with a needle.
 **n. of aneurysm.** Insertion of needles into an aneurysm in an effort to thicken and strengthen walls of the sac. Several fine needles are introduced into the sac and left to be played upon by the bloodstream, so that the farther wall becomes scratched and irritated, thus setting up an inflammatory thickening.
 **n., cataract.** Puncturing of capsule of lens to allow entrance of aqueous fluid in order to bring about absorption of lens substance. SYN: *discission*.
 **n. of heart.** Cardiocentesis.
 **n. of kidney.** Insertion of a needle into the kidney.
**NEFA.** nonesterified fatty acids.
**negative** (nĕg′ă-tĭv) [L. *negāre*, to deny]. 1. Without positive statement. 2. Lacking results. 3. Marked by resistance or retreat, as to a suggestion. 4. Directed away from a source of stimulation. 5. Not affirming presence of an organism, as a negative diagnosis.
 **n. culture.** A culture that does not reveal the suspected organism.
 **n. electricity.** Static electricity in which the elementary unit is the electron and which is produced by friction.
 **n. electrode.** The pole by which currents leave. SYN: *negative pole*.
 **n. glow.** The luminous glow that is adjacent to the cathode in a vacuum tube through which an electrical discharge is passing.
 **n. reaction.** Absence of a positive indication of disease, as a negative serologic test for syphilis.
 **n. sensation.** Sensation caused by stimulus not perceived in consciousness.
 **n. sign.** Minus sign (—) used in subtraction and to indicate a lack.
**negativism.** Behavior peculiarity marked by not performing suggested actions (passive negativism) or in doing the opposite (active