# EXHIBIT I

# Taber's CYCLOPEDIC MEDICAL DICTIONARY

SMSSAG0051244

**Copyright © 1993 by F. A. Davis Company**

Copyright 1940, 1942, 1945, 1946, 1948, 1949, 1950, 1951, 1952, 1953, 1954, 1955, 1956, 1957, 1958, 1959, 1960, 1961, 1962, 1963, 1965, 1968, 1969, 1970, 1973, 1977, 1981, 1985, and 1989 by F. A. Davis.

All rights reserved. This book is protected by copyright. No part of it may be reproduced, stored in a retrieval system, or transmitted in any form or by any means, electronic, mechanical, photocopying, recording, or otherwise, without written permission from the publisher.

PRINTED IN THE UNITED STATES OF AMERICA

Last digit indicates print number 10 9 8 7 6 5

SEP 1 1 1995

NOTE: As new scientific information becomes available through basic and clinical research, recommended treatments and drug therapies undergo changes. The author and publisher have done everything possible to make Taber's accurate, up to date, and in accord with accepted standards at the time of publication. The author, editors, and publisher are not responsible for errors or omissions or for consequences from application of the book, and make no warranty, expressed or implied, in regard to the contents of the book. Any practice described in this book should be applied by the reader in accordance with professional standards of care used in regard to the unique circumstances that may apply in each situation. The reader is advised always to check product information (package inserts) for changes and new information regarding dose and contraindications before administering any drug. Caution is especially urged when using new or infrequently ordered drugs.

**Library of Congress Cataloging in Publication Data**

Taber, Clarence Wilbur, 1870–1968
Taber's Cyclopedic Medical Dictionary, edition 17.

Medicine—Dictionaries I. Thomas, Clayton L., 1921– . II. Title. III. Title: Cyclopedic medical dictionary. [DNLM: 1. Dictionaries, Medical. W 13 T113d]
R121.T144 1993 610'.3'21 62-8364
ISBN 0-8036-8313-8
ISBN 0-8036-8312-x (indexed)

**abdominodiaphragmatic breathing.** A controlled breathing pattern using reciprocal action of the abdominal muscles for expiration and diaphragm for inspiration; frequently used to maintain control during exertion or regain control when in a state of dyspnea.

**abdominogenital** (ăb-dŏm″ĭ-nō-jĕn′ĭ-tăl). Pert. to the abdomen and genital organs.

**abdominohysterectomy** [″ + Gr. *hystera*, womb, + *ektome*, excision]. Removal of uterus through abdominal incision.

**abdominohysterotomy** (ăb-dŏm″ĭ-nō-hĭs-tĕr-ŏt′ō-mē) [″ + ″ + *tome*, incision]. Incision of the uterus through a surgical opening in the abdomen.

**abdominoperineal.** Concerning the abdomen and perineal area.

**abdominoplasty.** Plastic surgery on the abdomen.

**abdominoscopy** (ăb-dŏm″ĭ-nŏs′kō-pē) [″ + Gr. *skopein*, to examine]. Examination of the abdominal cavity and its contents by use of an endoscope. SEE: *peritoneoscopy.*

**abdominoscrotal** [″ + *scrotum*, bag]. Pert. to the abdomen and scrotum.

**abdominoscrotal muscle.** Cremaster muscle.

**abdominothoracic** (ăb-dŏm″ĭ-nō-thō-răʹsĭk) [″ + Gr. *thorax*, chest]. Pert. to the abdomen and thorax.

**abdominothoracic arch.** The costal arch; the anterior and lateral boundary between the line dividing the thorax and the abdomen.

**abdominouterotomy** (ăb-dŏm″ĭ-nō-ū-tĕr-ŏt′ō-mē) [″ + *uterus*, womb, + Gr. *tome*, incision]. Abdominohysterotomy, q.v.

**abdominovaginal** (ăb-dŏm″ĭ-nō-văj′ĭ-năl) [″ + *vagina*, sheath]. Pert. to the abdomen and vagina.

**abdominovesical** (ăb-dŏm″ĭ-nō-vĕs′ĭ-kăl) [″ + *vesica*, bladder]. Pert. to the abdomen and urinary bladder.

**abducens** (ăb-dū′sĕnz) [L., drawing away]. Pert. to drawing away from the median line of the body.

***a. labiorum.*** Muscle that elevates angle of mouth. SYN: *caninus muscle; levator anguli oris muscle.* SEE: *Muscles* in *Appendix.*

***a. oculi.*** Musculus rectus lateralis bulbi.

**abducens muscle.** Rectus lateralis muscle of eye, which moves the eyeball outward. SEE: *Muscles* in *Appendix.*

**abducens nerve.** Sixth cranial nerve; it innervates rectus lateralis muscle of eye. SEE: *cranial nerves.*

**abducent** (ăb-dū′sĕnt) [L. *abducens*, drawing away]. 1. Abducting, leading away from. 2. Abducens, q.v.

**abducent nerve.** Abducens nerve, q.v.

**abduct** (ăb-dŭkt′) [L. *abductus*, led away]. To draw away from the median plane of the body or one of its parts.

**abduction** (ăb-dŭk′shŭn). 1. The lateral movement of the limbs away from median plane of body, or the lateral bending of the head or trunk. SEE: illus. 2. The movement of the digits away from the axial line of a limb. 3. Outward rotation of the eyes.

**abductor** (ăb-dŭk′tor). A muscle that upon contraction draws a part away from median plane of body or axial line of an extremity. Opposite of adductor. SEE: *Muscles* in *Appendix.*

**abenteric** (ăb-ĕn-tĕr′ĭk) [L. *ab*, from, + Gr. *enteron*, intestine]. Rel. to or involving organs located outside the intestines.

**Abernethy, John** (ăb′ĕr-nē″thē). British surgeon, 1764–1831.

***A.'s fascia.*** A layer of areolar tissue separating the external iliac artery from the iliac fascia over the psoas muscle.

***A.'s sarcoma.*** A circumscribed, usually malignant, fatty tumor occurring principally on the trunk.

**aberrant** (ăb-ĕr′ănt) [L. *ab*, from, + *errare*, to wander]. Deviating from normal. SYN: *abnormal.*

**aberrant conduction.** In the electrical conduction system of the heart, the condition of the electrical stimulus traveling via an ab-

Santorini) or accessory suprarenal glands. An organ or structure that assists other organs in performing their functions, as accessory reproductive organs.

**accessory motion.** Motions which accompany active motion and are necessary for normal motion, but which cannot be isolated voluntarily. The motions include joint play as well as motions in related joints such as upward rotation of the scapula when the arm is abducted. SYN: *accessory movement.*

**accessory muscles of respiration.** In labored breathing, use of muscles other than the diaphragm and intercostals. The sternocleidomastoid, spinal, neck, abdominal muscles, and even the platysma may be utilized. Their use is a sign of an abnormal breathing pattern.

**accessory nerve.** Motor nerve made up of a cranial and a spinal part that supplies the trapezius and sternomastoid muscles and pharynx. Accessory portion joins the vagus, to which it supplies its motor and some of its cardioinhibitory fibers. SYN: *eleventh cranial nerve; spinal accessory nerve.*

**accessory sign.** A nonpathognomonic sign.

**accident** (ăk′sĭ-dĕnt) [L. *accidens,* happening]. 1. An unexpected event. 2. An unforeseen occurrence of an unfortunate nature; a mishap. 3. An unexpected complicating event in the course of a disease or following surgery.

***a., cerebrovascular.*** ABBR: CVA. A sudden, unexpected interference in brain function resulting from a vascular disturbance such as cerebral hemorrhage, occlusion of a vessel by a thrombus or embolus, vasospasm, or vasodilation. SYN: *apoplexy; stroke* (def. 5).

***a., radiation.*** Undesired contact or excessive exposure to ionizing radiation.

***a., serum.*** An allergic reaction following the therapeutic introduction of a foreign serum into a hypersensitive individual. SEE: *anaphylaxis.*

**accidental** (ăk″sĭ-dĕn′tăl). Occurring suddenly, unexpectedly, inadvertently, under unforeseen circumstances.

**accident-prone.** Said of persons having an unusually high rate of accidents. The validity of this concept is questionable.

**accipiter** (ăk-sĭp′ĭ-tĕr) [L., a hawk]. A nose bandage with clawlike ends that spread over the face.

**ACCl.** *anodal closure clonus.*

**acclimation, acclimatization** (ăk-lĭ-mā′shŭn, ă-klī″mă-tĭ-zā′shŭn) [Fr. *acclimater,* acclimate]. The act of becoming accustomed to a different environment.

**acclimatize** (ăk-klī′mă-tīz). To become accustomed to a different environment.

**accommodation** (ă-kŏm″ō-dā′shŭn) [L. *accommodare,* to suit]. ABBR: a; acc. 1. Adjustment or adaptation. 2. In ophthalmology, the term is applied to a phenomenon noted in receptors in which continued stimulation fails to elicit a sensation or response. 3. The adjustment of the eye for various distances whereby it is able to focus the image of an object on the retina by changing the curvature of the lens. In accommodation for near vision, the ciliary muscle contracts, causing increased rounding of the lens; the pupil contracts and the optic axes converge. These three actions constitute the accommodation reflex. The ability of the eye to accommodate decreases with age. SEE: illus.; *adaptation.*

VISUAL ACCOMMODATION

RETINA
LENS
DISTANT OBJECT
UNACCOMMODATED
PATH OF LIGHT RAYS
NEAR OBJECT
ACCOMMODATED

***a., absolute.*** Accommodation of one eye independent of the other.

***a., amplitude of.*** The difference between refracting power of the eye when accommodating for near and far vision. It is measured in diopters (D) and normally diminishes progressively from childhood to old age. It is approximately 16 D at age 12, 6.5 D at age 30, and 1 D at age 50. SEE: *diopter.*

***a., binocular.*** Accommodation of both eyes jointly.

in aconite.

**acorea** (ă-kō-rē'ă) [Gr. *a-*, not, + *kore,* pupil]. Absence of the pupil of the eye.

**acoria** (ă-kō'rē-ă) [" + *koros,* satiety]. 1. Lacking in satisfaction after eating but not from hunger. 2. Gluttony. RS: bulimia; hyperorexia; polyphagia.

**acormus** (ă-kor'mŭs) [" + *kormos,* trunk]. 1. Lack of a trunk. 2. A fetal abnormality consisting of a head and extremities without a trunk.

**acousia** (ă-koo'zē-ă) [Gr. *akousis,* hearing]. The hearing faculty. SYN: *acusis.*

**acousmatamnesia** [" + *amnesia,* forgetfulness]. Inability to recall and identify sounds.

**acoustic** (ă-koos'tĭk) [Gr. *akoustikos*]. Pert. to sound or to the sense of hearing.

**acoustic center.** The hearing center in the brain located in the temporal lobe of the cerebrum.

**acoustic meatus.** The opening to the external or internal auditory canal.

**acoustic nerve.** A nerve consisting of two separate parts: vestibular and cochlear nerves, with superficial origin at junction of pons and medulla. SYN: *auditory nerve; eighth cranial nerve; vestibulocochlear nerve.*

PHYS: Special senses of hearing and equilibrium. Vestibular and cochlear nerves consist of special somatic afferent fibers. Cells of origin of vestibular nerve are bipolar and lie in the vestibular ganglion, peripheral branches terminating in receptors of semicircular ducts, saccule, and utricle. Cells of origin of cochlear nerve are bipolar and lie in the spiral ganglion, peripheral branches terminating in spiral organ of Corti. The two nerves become joined, enter the internal acoustic meatus with the facial nerve, and then separate.

**acousticophobia** (ă-koos"tĭ-kō-fō'bē-ă) [Gr. *akoustos,* heard, + *phobos,* fear]. Abnormal fear of loud sounds.

**acoustic reflectometry.** Diagnostic technique for the detection of middle ear effusion. Measures the level of sound transmitted and reflected from the middle ear to a microphone located in a probe tip placed against the ear canal opening and directed toward the tympanic membrane.

**acoustic reflex threshold.** A test to measure the intensity of a sound at which the stapedial muscle of the inner ear contracts. The test can be used to determine the presence of cochlear pathology and, therefore, is used in differentiating conductive from sensorineural hearing loss.

**acoustics** (ă-koos'tĭks). The science of sound, its production, transmission, and effects.

**acoustic trauma.** Injury to hearing by noise, esp. loud noise.

**A.C.P.** *American College of Physicians; American College of Pathologists.*

**acquired** (ă-kwīrd') [L. *acquirere,* to get]. Not hereditary or innate.

**acquired immune deficiency syndrome.** ABBR: AIDS, q.v. SEE: *AIDS-related complex; Kaposi's sarcoma.*

**acquisitus** (ă-kwĭs'ĭ-tŭs) [L.]. Acquired.

**A.C.R.** *American College of Radiology.*

**acral** (ăk'răl) [Gr. *akron,* extremity]. Pert. to extremities.

**acrania** (ă-krā'nē-ă) [Gr. *a-*, not, + *kranion,* skull]. Partial or complete congenital absence of the cranium.

**Acremonium** (ăk"rē-mō'nē-ŭm). A genus of fungi, some of which are pathogenic.

**acrid** (ăk'rĭd) [L. *acer,* sharp]. Burning, bitter, irritating.

**acridine** (ăk'rĭ-dĭn). A coal tar hydrocarbon from which certain dyes are prepared.

**acrimony** (ăk'rĭ-mō"nē). [L. *acrimonia,* pungency]. Quality of being pungent, acrid, irritating.

**acrisorcin** (ăk-rĭ-sor'sĭn). USP. Chemical used in treating tinea versicolor. Trade name is Akrinol.

**acritical** (ă-krĭt'ĭ-kăl) [Gr. *a-*, not, + *kritikos,* critical]. Not marked by a crisis.

**acro-** (ăk'rō) [Gr. *akron,* extremity]. A combining form meaning extremity, top, extreme point.

**acroagnosis** (ăk"rō-ăg-nō'sĭs) [" + *gnosis,* knowledge]. Absence of feeling of one's limb.

**acroanesthesia** (ăk"rō-ăn-ĕs-thē'zē-ă) [" + *an-*, not, + *aisthesis,* sensation]. Lack of sensation in one or more of the extremities.

**acroarthritis** (ăk-rō-ăr-thrī'tĭs) [" + *arthron,* joint, + *itis,* inflammation]. Arthritis of the hands or feet.

**acroasphyxia** (ăk"rō-ăs-fĭk'sē-ă) [" + *asphyxia,* pulse stoppage]. Cold, pale condition of hands and feet; symptom of Raynaud's disease.

**acroataxia** (ăk"rō-ă-tăk'sē-ă) [Gr. *akron,* extremity, + *ataktos,* out of order]. Muscular incoordination involving, or limited to, the fingers and toes.

**acroblast** (ăk'rō-blăst) [" + *blastos,* germ]. A part of the Golgi apparatus in the spermatid from which the acrosome arises.

**acrobrachycephaly** (ăk"rō-brăk"ĭ-sĕf'ă-lē) [" + *brachys,* short, + *kephale,* head]. State of having an abnormally short head in the anterior-posterior diameter due to fusion of the coronal suture.

**acrobystitis** (ăk"rō-bĭs-tī'tĭs) [Gr. *akrobystia,* prepuce, + *itis,* inflammation]. Inflammation of the prepuce. SYN: *acro-*

It is divided into the sympathetic or thoracolumbar system and the parasympathetic or craniosacral system. The *sympathetic system* is made up of the paired ganglionated sympathetic trunk; its connections (rami communicantes) with the thoracic and lumbar parts of the spinal nerve; the large and small splanchnic nerves; and certain ganglia in the abdomen (e.g., the mesenteric ganglia). The *parasympathetic system* consists of certain fibers of some cranial nerves, such as the motor fibers of the vagus, and of other fibers connected with the sacral part of the spinal cord. SEE: illus.

FUNCT: Stimulating sympathetic fibers usually produces vasoconstriction in the part supplied, general rise in blood pressure, erection of the hairs, gooseflesh, pupillary dilation, secretion of small quantities of thick saliva, depression of gastrointestinal activity, and acceleration of the heart. In general, these activities occur in emergencies such as fright and are associated with the expenditure of energy as a response to the need to flee, fight, or to be frightened. They are mediated through the release of a transmitter agent, norepinephrine.

Stimulating parasympathetic nerves generally produces vasodilation of the part supplied, general fall in the blood pressure, contraction of the pupil, copious secretion of thin saliva, increased gastrointestinal activity, and slowing of the heart. SEE: *nervous system.*

EXAM: The following tests will help to evaluate the state of the autonomic nervous system. Serial measurement of blood pressure and body temperature with respect to diurnal variation. Test of sweating by painting an area of the skin with iodine and dusting the area with starch; the areas without autonomic function will fail to turn dark. Parasympathetic function may be tested by instilling a 2% solution of methacholine into one conjunctival sac. This produces constriction of the pupil in patient with parasympathetic disorders. If parasympathetic supply to the bladder is impaired, there will be incomplete emptying and urinary retention.

**autonomous** (aw-tŏn'ō-mŭs). Independent of external influences.

**autonomy** (aw-tŏn'ō-mē) [Gr. *autos,* self, + *nomos,* law]. Functioning independently.

**autophagia, autophagy** (aw"tō-fā'jē-ă, aw-tŏf'ă-jē) [" + *phagein,* to eat]. 1. Biting oneself. 2. Self-consumption by a cell.

**autophagocytosis.** The digestion within a cell of portions of individual cell organelles or mitochondria that have been injured or have atrophied. This digestive process is essential if the cell is to survive. SEE: *endocytosis; heterophagocytosis; phagolysosome; phagosome; pinocytosis.*

**autophil** (aw'tō-fĭl) [" + *philein,* to love]. Person having a sensitive autonomic nervous system.

**autophilia** (aw-tō-fĭl'ē-ă). Narcissism, q.v. Self-love.

**autophobia** (aw"tō-fō'bē-ă) [" + *phobos,* fear]. 1. A psychoneurotic fear of being alone. 2. Abnormal fear of being egotistical.

**autophony** (aw-tŏf'ō-nē) [" + *phone,* voice]. The vibration and echolike reproduction of the patient's own voice, breath sounds, and murmurs; usually due to diseases of the middle ear and auditory tube.

**autoplasmotherapy** (aw"tō-plăs"mō-thĕr'ă-pē) [" + LL. *plasma,* form, mold, + *therapeia,* treatment]. Treatment by injecting patient's own blood plasma.

**autoplastic** (aw"tō-plăs'tĭk) [" + *plassein,* to form]. Pert. to autoplasty, q.v.

**autoplasty** (aw'tō-plăs"tē). Plastic surgery using grafts from the patient's body.

**autoploidy** (aw"tō-ploy'dē). Autopolyploidy, q.v.

**autopolyploidy** (aw"tō-pŏl'ē-ploy"dē) [" + *polys,* many, + *ploos,* fold, + *eidos,* form, shape]. The condition of having more than two complete sets of chromosomes.

**autoprecipitin** (aw"tō-prē-sĭp'ĭ-tĭn) [Gr. *autos,* self, + L. *praecipitare,* to cast down]. Precipitin active against serum of animal in which it was formed.

**autopsy** (aw'tŏp-sē). Postmortem examination of the organs and tissues of a body to determine cause of death or pathological conditions. SYN: *postmortem examination.*

***a., psychological.*** An attempt to determine what, if any, emotional or psychological factors caused or contributed to an individual's having taken his or her own life.

**autopsychic** (aw"tō-sī'kĭk) [" + *psyche,* soul]. Aware of one's own personality.

**autopsychosis** (aw"tō-sī-kō'sĭs) [" + *psyche,* soul]. Mental disease in which patients' ideas about themselves are disordered.

**autoradiogram.** Autoradiograph, q.v. SYN: *radioautogram.*

**autoradiograph** (aw"tō-rā'dē-ō-grăf). The radiograph formed by radioactive materials present in the tissue or individual. This is made possible by injecting radiochemicals into the person or tissue and then exposing x-ray film by placing the individual or tissue adjacent to the film.

**autoradiography.** Use of autoradiographs in investigating certain diseases. SYN: *radioautography.*

**autoregulation** (aw"tō-rĕg"ū-lā'shŭn). C

182

CILIARY GANGLION
IRIS AND CILIARY MUSCLES
CONSTRICTOR
CRANIAL NERVES
III
SPHENOPALATINE GANGLION
DILATOR
LACRIMAL GLAND (SECRETORY)
SUBMANDIBULAR GANGLION
SUBMANDIBULAR AND SUBLINGUAL GLANDS (SECRETORY)
BRAIN
VII
OTIC GANGLION
PAROTID GLAND (SECRETORY)
IX
X
MOTOR
VASOMOTOR AND PILOMOTOR TO SWEAT GLANDS
TRACHEA
INHIBITOR
LUNG
SPINAL CORD
PARASYMPATHETIC IS INHIBITOR TO SPHINCTERS MOTOR TO ESOPHAGUS, STOMACH, AND INTESTINE
T
ACCELERATOR
HEART
SYMPATHETIC IS MOTOR TO SPHINCTERS INHIBITOR TO ESOPHAGUS, STOMACH, AND INTESTINE
INHIBITOR
CELIAC GANGLION
LIVER
GALLBLADDER
THORACIC SEGMENTS
SPLANCHNIC NERVES
GREATER
LESSER
PANCREAS
INTESTINES
SUPERIOR MESENTERIC GANGLION
ADRENAL GLAND
KIDNEY
LUMBAR SEGMENTS
L
DISTAL COLON
INFERIOR MESENTERIC GANGLION
MOTOR TO RECTUM
SACRAL SEGMENTS
S
INHIBITOR
INHIBITOR TO BLADDER
MOTOR
MOTOR
PELVIC NERVE
GENITALS
VASODILATOR
PARASYMPATHETIC NERVES
SYMPATHETIC NERVES

**AUTONOMIC NERVOUS SYSTEM**

SMSSAG0051250

mostly at night, is asymmetric, and usually affects the gastrocnemius muscle and small muscles of the foot. Persons with cirrhosis, well-developed muscles, or in the last months of pregnancy may experience this type of cramp. Ordinary muscle cramps are not due to fluid or electrolyte abnormality. These cramps begin when a muscle already in its most shortened position involuntarily contracts.

TREAT: Passive stretching of the involved muscle and active contraction of the antagonists will relieve an established cramp. Quinine, methocarbamol, or chloroquine may help to relieve muscle cramps.

***c., occupational.*** A form of focal dystonia in which agonist and antagonist muscles contract at the same time. This can occur in writers, pianists, typists, and almost any occupation. They are not considered to have an emotional basis.

TREAT: Rest from specific task, anticholinergics and benzodiazepine may provide temporary relief. Injection of botulinum toxin into the most active muscle has been of help.

***c., writer's.*** SEE: *writer's cramp.*

**cranial** (krā'nē-ăl) [L. *cranialis*]. Pert. to the cranium.

**cranial bones.** Bones that constitute the cranium or brain case.

**cranial nerves.** Twelve pair of nerves that have their origin in the brain. In addition to the 12 pair of cranial nerves, there is a small combined efferent and afferent nerve that goes from the olfactory area of the brain to the nasal septum. This nerve, which is thought by some anatomists to be the first cranial nerve, is called terminal nerve. SEE: illus.

DIAG: Lesions of the cranial nerves give rise to the following alteration(s) (lesions are described as if one of each pair of nerves were diseased): *First* (Olfactory): Loss or disturbance of the sense of smell. *Second* (Optic): Blindness of various types, depending upon the exact location of the lesion. *Third* (Oculomotor): Ptosis (drooping) of eyelid, deviation of the eyeball outward, dilatation of the pupil, double vision. *Fourth* (Trochlear): Rotation of the eyeball upward and outward, double vision. *Fifth* (Trigeminal): Sensory root: Pain or loss of sensation in face, forehead, temple, and eye. Motor root: Deviation of the jaw toward paralyzed side, difficulty in chewing. *Sixth* (Abducens): Deviation of the eye outward, double vision. *Seventh* (Facial): Paralysis of all the muscles on one side of the face; inability to wrinkle the forehead, to close the eye, to whistle; deviation of the mouth toward the sound side. *Eighth* (Vestibulocochlear): Deafness or ringing in the ears; dizziness; nausea and vomiting; reeling. *Ninth* (Glossopharyngeal): Disturbance of taste; difficulty in swallowing. *Tenth* (Vagus): Disease of the vagus nerve is usually limited to one or more of its divisions. Paralysis of the main trunk on one side causes hoarseness and difficulty in swallowing and talking. The commonest disease of the vagus is of its left recurrent branch, which causes hoarseness as its principal manifestation. *Eleventh* (Spinal Accessory): Drooping of the shoulder; inability to rotate the head away from affected side. *Twelfth* (Hypoglossal): Paralysis of one side of the tongue; deviation of tongue toward paralyzed side; thick speech.

**craniectomy** (krā-nē-ĕk'tō-mē) [Gr. *kranion*, skull, + *ektome*, excision]. Opening of skull and removal of a portion of it.

NURSING IMPLICATIONS: Assess neurologic status every 15 to 30 minutes for the first 12 hours postoperatively, then every hour for the next 12 hours, then every 4 hours depending on stability. This assessment should include level of consciousness, pupillary signs, ocular movement, verbal response, sensory and motor function, mental and behavioral status, and vital signs (particularly respiratory patterns). Report patterns indicating deterioration. Serum electrolyte levels should be evaluated as necessary because decreased sodium, chloride, or potassium levels can alter neurologic signs, and treatment of change in condition should be based on etiology.

**cranio-** [Gr. *kranion*, L. *cranium*, skull]. Prefix pert. to the skull or cranium.

**cranioacromial** (krā"nē-ō-ă-krō'mē-ăl) [Gr. *kranion*, skull, + *akron*, extremity]. Rel. to the cranium and the acromion.

**craniocaudal** (krā"nē-ō-kawd'ăl) [" + L. *cauda*, tail]. Direction from head to foot.

**craniocele** (krā'nē-ō-sēl) [" + *kele*, tumor, swelling]. Protrusion of the brain from the skull. SEE: *encephalocele.*

**craniocerebral** (krā"nē-ō-sĕr-ē'brăl) [" + L. *cerebrum*, brain]. Rel. to the skull and brain.

**cranioclasis** (krā"nē-ŏk'lă-sĭs) [" + *klasis*, fracture]. Crushing of the fetal head to permit delivery.

**cranioclast** (krā'nē-ō-klăst) [" + *klastos*, broken]. Instrument for crushing fetal skull to facilitate delivery, esp. of a dead or deformed fetus.

**cranioclasty** (krā'nē-ō-klăs"tē). Crushing of fetal head in dystocia.

**craniocleidodysostosis** (krā"nē-ō-klī"dō-dĭs-ŏs-tō'sĭs) [" + *kleis*, clavicle, + *dys*, bad, + *osteon*, bone, + *osis*, condition]. A congenital condition that involves defective ossification of bones of head, face,



463

CRANIAL NERVES
5. TRIGEMINAL
3. OCULOMOTOR
4. TROCHLEAR
6. ABDUCENS
2. OPTIC
MASTICATOR NERVE
7. MUSCLES OF FACE
1. OLFACTORY
GLOSSOPALATINE
AUDITORY
8. ACOUSTIC
12. HYPOGLOSSAL
VESTIBULAR
10. VAGUS
9. GLOSSOPHARYNGEAL
11. ACCESSORY
MOTOR NERVE
SENSORY NERVE

SMSSAG0051252

epilepsy and its treatment, and correct misconceptions. Assist patient to express and deal with fear, anxiety, and grief, and refer for further counseling regarding altered self-concept and role disturbance as necessary. Teach patient and family importance of compliance with prescribed pharmacologic regimen, concerns for side effects, and need for follow-up care. Persons with epilepsy should wear a Medic Alert bracelet. SEE: *Nursing Diagnoses* in *Appendix*.

***e., sleep.*** Spasmodic uncontrollable desire to sleep. SYN: *narcolepsy*.

***e., television.*** Epileptic attacks that occur while the patient is viewing television. The pattern of the horizontal and vertical lines of a black and white TV picture may be the cause of the seizure rather than the stroboscopic or "flicker" effect.

***e., traumatic.*** Epilepsy caused by trauma to the brain.

**epileptic** (ĕp"ĭ-lĕp'tĭk) [Gr. *epileptikos*]. 1. Concerning epilepsy. 2. Individual suffering from attacks of epilepsy.

**epileptiform** (ĕp"ĭ-lĕp'tĭ-form) [Gr. *epilepsia*, to seize, + L. *forma*, form]. Having the form of epilepsy.

**epileptogenic, epileptogenous** (ĕp"ĭ-lĕp-tō-jĕn'ĭk, -tŏj'ĕ-nŭs) [" + *gennan*, to produce]. Giving rise to epileptoid convulsions.

**epileptoid** [" + *eidos*, form, shape]. Resembling epilepsy. SYN: *epileptiform*.

**epileptology** [" + *logos*, word, reason]. Study of epilepsy.

**epiloia** (ĕp"ĭ-lŏy'ă). Tuberous sclerosis, q.v.

**epimandibular** (ĕp"ĭ-măn-dĭb'ū-lăr) [Gr. *epi*, upon, above, + L. *mandibulum*, jaw]. Located upon the lower jaw.

**epimer** (ĕp'ĭ-mĕr). One of a pair of isomers that differ only in the position of the hydrogen atom and the hydroxyl group attached to one asymmetric carbon atom.

**epimere** (ĕp'ĭ-mēr) [Gr. *epi*, upon, + *meros*, apart]. In embryology, the dorsal muscle-forming portion of the somite.

**epimerite** (ĕp"ĭ-mĕr'ĭt) [" + *meros*, part]. An organelle of certain protozoa by which they attach themselves to epithelial cells.

**epimorphosis** (ĕp"ĭ-mor'fō-sĭs) [" + *morphoun*, to give shape, + *osis*, condition]. Regeneration of a part of an organism by growth at the cut surface.

**epimysium** (ĕp"ĭ-mĭz'ē-ŭm) [" + *mys*, muscle]. Outermost sheath of connective tissue that surrounds a skeletal muscle. Consists of irregularly distributed collagenous, reticular, and elastic fibers, connective tissue cells, and fat cells. SYN: *perimysium externum*.

**epinephrine** (ĕp"ĭ-nĕf'rĭn) [" + *nephros*, kidney]. USP. $C_9H_{13}NO_3$. A hormone secreted by the adrenal medulla in response to stimulation of the sympathetic nervous system. This substance and norepinephrine are the two active hormones produced by the adrenal medulla. It causes some of the physiological expressions of fear and anxiety and has been found to be in excess in some anxiety disorders. Epinephrine, which has been synthesized, is also produced by tissues other than the adrenal. It is employed therapeutically as a vasoconstrictor, to treat cardiac dysrhythmias, and to relax bronchioles. Its effects are similar to those brought about by stimulation of the sympathetic division of the autonomic nervous system. Used to check local hemorrhage and to relieve asthmatic attacks. Also used to prolong action of local anesthetics by constricting blood vessels to prevent rapid absorption. Trade names are Adrenalin, Bronkaid Mist, Primatene Mist, and Sus-Phrine. SYN: *adrenaline*.

INCOMPAT: Light; heat; air; iron salts; and alkalies.

***e. bitartrate.*** USP. $C_9H_{13}NO_3C_4H_6O_6$. A white or grayish-white crystalline powder. It is a sympathomimetic agent used for topical application to the eye. Trade names are Asmatane Mist, Lyophrin, Medihaler-Epi, and Suprarenin.

**epinephrinemia** (ĕp"ĭ-nĕf"rĭ-nē'mē-ă) [" + " + *haima*, blood]. Epinephrine in the blood.

**epinephritis** (ĕp"ĭ-nĕf-rī'tĭs) [" + *nephros*, kidney, + *itis*, inflammation]. Inflammation of an adrenal gland.

**epinephroma** (ĕp-ĭ-nē-frō'mă) [" + " + *oma*, tumor]. A lipomatoid tumor of the kidney. SYN: *hypernephroma*.

**epineural** (ĕp"ĭ-nū'răl) [" + *neuron*, nerve]. Located upon a neural arch.

**epineurium** (ĕp"ĭ-nū'rē-ŭm). The general connective tissue sheath of a nerve. SEE: *nerve*.

**epiotic** (ĕp"ē-ŏt'ĭk) [" + *ous*, ear]. Located above the ear.

**epiotic center.** Ossification center of temporal bone forming upper and posterior part of the auditory capsule.

**epipastic** (ĕp"ĭ-păs'tĭk) [" + *passein*, to sprinkle]. Resembling a dusting powder.

**epipharynx** (ĕp"ĭ-făr'ĭnks) [" + *pharynx*, throat]. Nasal portion of pharynx. SYN: *rhinopharynx*.

**epiphenomenon** (ĕp"ĭ-fē-nŏm'ĕ-nŏn) [" + *phainomenon*, phenomenon]. An exceptional symptom or occurrence in a disease that is not related to the usual course of the disease.

**epiphora** (ē-pĭf'ō-ră) [Gr., downpour]. Abnormal overflow of tears down the cheek due to excess secretion of tears or to obstruction of the lacrimal duct.

MUSCLES OF FACE AND SCALP

*Spasms:* May be intermittent, continuous, bilateral, or unilateral. May be due to dental disorders or diseases of skin, nose, or eyes. May be mimic or habit spasms; choreic, winking spasms; convulsive tic; blepharospasm. Closure of eyelids caused by spasm of orbicular muscles due to affection of the nerve supply, the eye muscles, or to eye diseases. Spasm of eyelids, chin, upper lips, or muscles of face seen in early stages of meningitis. Tonic spasms due to tetanus, spasms following paralysis, hysteria, and tic douloureux.

RS: anemia; argyria; Bell's palsy; chloasma; cranial nerves; cyanosis; edema; exophthalmic goiter; expression; eye; eyelid; facial; facies; flush; forehead; hyperemia; jaundice; jaw; lip; mouth; nose; poisoning; risus sardonicus; sallow; skeleton; skin; skull; spasm; tic; vitiligo.

***f., moon.*** Full, round face seen in Cushing's syndrome, q.v. May also be an undesired side effect of corticosteroid therapy.

**face-lift.** Nonscientific term for plastic surgery of the face. SEE: *rhitidectomy.*

**facet, facette** (făs'ĕt) [Fr. *facette,* small face]. A small, smooth area on a bone or other hard surface.

**facetectomy** (făs"ĕ-tĕk'tō-mē) [" + Gr. *ektome,* excision]. Surgical removal of the auricular facet of a vertebra.

**facet joints.** The zygapophyseal joints of the vertebral column between the articulating facets of each pair of vertebrae.

**facial** [L. *facialis*]. Pert. to the face.

**facial bones.** The 14 bones that make up the face: maxillae (2); nasal (2); palatine (2); inferior nasal conchae (2); mandible (1); zygoma (2); lacrimal (2); vomer (1).

**facial center.** Brain center causing facial movements.

**facial expression.** The human face has a great store and variety of expressions. Normally, these can convey almost any human emotion or reaction. Expressions may convey different meanings in different cultures. Also, certain disease states, i.e., schizophrenia, may limit the ability to interpret facial expression, and parkinsonism is associated with facial rigidity. In certain cultures, a smile is to be expected and in other societies a smile may be an infrequent facial expression.

**facial nerve.** Seventh cranial nerve; a mixed nerve consisting of efferent fibers supplying the facial muscles, the platysma muscle, the submandibular and sublingual glands; afferent fibers from taste buds of the anterior

SUPERFICIAL BRANCHES OF FACIAL NERVE (7TH CRANIAL)

TEMPORAL BRANCHES
ZYGOMATIC BRANCHES
FACIAL N. (VII)
POSTERIOR AURICULAR NERVE
BUCCAL BRANCHES
PAROTID DUCT
CERVICAL BRANCH
PAROTID GLAND
MANDIBULAR BRANCHES

two-thirds of the tongue and from the muscles. Afferent fibers originate from geniculate ganglion; motor and secretory fibers from nuclei in the pons. They are distributed throughout the ear, face, palate, and tongue. Branches are tympanic, chorda tympani, posterior auricular, digastric, stylohyoid, temporal, zygomatic, malar, buccal, mandibular, and cervical. SEE: *cranial nerves;* illus.

**facial paralysis.** Paralysis affecting the muscles of the face. The 7th cranial nerve is involved.

**facial reflex.** Contraction of facial muscles following pressure on eyeball.

**facial spasm.** An involuntary contraction of muscles supplied by the facial nerve, involving one side of the face or the region around the eye. SEE: *cranial nerves; tic.*

**-facient.** Suffix indicating to make happen, or to cause.

**facies** (fā′shē-ēz) [L] (pl. *facies*). [NA] 1. The face or the surface of any structure. 2. The expression or appearance of the face.

***f. abdominalis.*** Pinched, anxious, shrunken, and drawn expression seen in abdominal problems.

***f., adenoid.*** Dull, lethargic appearance with open mouth. May be due to hypertrophy of adenoids, or chronic mouth breathing.

***f. aortica.*** Expression seen in aortic valve insufficiency with bluish sclerae, sunken cheeks, and sallow face.

***f. hepatica.*** Facies seen in liver disease. Skin is sallow, conjunctivae yellow, and eyeballs sunken.

***f. hippocratica.*** Facies seen in those dying from long-continued illness or from cholera. Cheeks and temples hollow; eyes sunken, complexion leaden, and lips relaxed.

***f. leontina.*** Lion-like face seen in certain forms of leprosy.

***f., masklike.*** Expressionless face with little or no animation; seen in parkinsonism.

***f. mitralis.*** Facies seen in mitral insufficiency. Capillaries more or less visible, cheeks pink, more or less cyanotic.

***f., myopathic.*** Facies due to muscular relaxation. Lids drop and lips protrude.

***f., parkinsonian.*** Mask-like face with infrequent eye blinking. The individual can move the face, but in repose, it is expressionless. Characteristic of parkinsonism.

***f., typhoid.*** Dusky complexion, injected conjunctivae, and dull expression seen in

***f., endothoracic.*** Fascia that separates the pleura of the lung from the inside of the thoracic cavity and the diaphragm.

***f., extrapleural.*** Endothoracic fascia.

***f., intercolumnar.*** Fascia derived from the external abdominal ring sheathing the spermatic cord and testis.

***f. lata femoris.*** [NA] Wide fascia encasing the hips and the thigh muscles.

***f., lumbodorsal.*** Deep investing membrane covering deep muscles of the trunk and back.

***f., pectineal.*** Pubic section of fascia lata.

***f., pelvic.*** Fascial tissues of extreme importance in the maintenance of normal strength in the pelvic floor. SEE: *diaphragm, pelvic.*

***f., pharyngobasilar.*** Sheet of connective tissue lying between the mucosal and muscular layers of the pharyngeal wall. SYN: *aponeurosis, pharyngeal.*

***f., plantar.*** Sheet of connective tissue investing the muscles of the sole of the foot. SYN: *aponeurosis, plantar.*

***f., Scarpa's.*** The deep layer of the superficial fascia of the abdomen.

***f., superficial.*** The connective tissue layer just below the skin.

***f., thyrolaryngeal.*** Fascia covering the thyroid gland.

***f. transversalis.*** Fascia located between the perineum and transversalis muscle. It lines the abdominal cavity.

**fasciae** (făsh'ē-ē). Pl. of fascia.

**fascial** (făsh'ē-ăl) [L. *fascia,* a band]. Pert. to or of the nature of fascia.

**fascial reflex.** Muscular contraction resulting from percussing facial fascia.

**fasciaplasty** (făsh'ē-ă-plăs"tē) [" + Gr. *plassein,* to form]. Plastic surgery of fascia.

**fascicle** (făs'ĭ-kl) [L. *fasciculus,* little bundle]. A fasciculus.

**fascicular** (fă-sĭk'ū-lăr). 1. Arranged like a bundle of rods. 2. Pert. to a fasciculus.

**fasciculation** (fă-sĭk"ū-lā'shŭn). 1. Formation of fascicles. 2. Involuntary contraction or twitching of muscle fibers. These can be seen under the skin. 3. Spontaneous contractions of muscle fibers that do not cause movement at a joint. A bioelectric potential caused by deterioration of anterior horn cells.

**fasciculus** (fă-sĭk'ū-lŭs) (pl. *fasciculi*). [NA] A small bundle, esp. of nerve or muscle fibers. More specifically, a division of a funiculus of the spinal cord consisting of fibers of one or more tracts. Sometimes the term is used as a synonym for tract. SYN: *fasciola.*

***f. cuneatus.*** A triangular-shaped bundle of nerve fibers lying in the dorsal funiculus of the spinal cord. Its fibers enter the cord through the dorsal roots of spinal nerves and terminate in the medulla. SYN: *column of Burdach.*

***f., dorsolateral.*** Tract, dorsolateral, q.v.

***f., fundamental.*** Portion of anterior column of the spinal cord continuing into the medulla oblongata.

***f. gracilis.*** A bundle of nerve fibers lying in the dorsal funiculus of the spinal cord medial to the fasciculus cuneatus. Conducts sensory impulses from the periphery to the medulla. SYN: *column of Goll.*

***f., longitudinal, dorsal.*** A bundle of association fibers connecting the frontal lobe with the occipital and temporal lobes.

***f., longitudinal, inferior.*** A bundle of association fibers connecting the occipital and temporal lobes of the brain.

***f., longitudinal, medial.*** A bundle of fibers running from the spinal cord to the upper portion of the midbrain.

***f., longitudinal, posterior.*** Nerve fiber bundle running between corpora quadrigemina and nuclei of 4th and 6th nerves.

***f., unciform.*** Fibers within sylvian fissure, connecting frontal and temporosphenoid lobes. SYN: *uncinate fasciculus.*

**fasciectomy** (făsh"ē-ĕk'tō-mē) [L. *fascia,* band, + Gr. *ektome,* excision]. Excision of strips of fascia.

**fasciitis** (făs"ē-ī'tĭs). Inflammation of any fascia.

**fasciodesis** (făsh"ē-ŏd'ĕ-sĭs) [" + Gr. *desis,* binding]. Operation of attaching a fascia to a tendon or another fascia.

**Fasciola** (fă-sī'ō-lă) [L. *fasciola,* a band]. A genus of flukes belonging to the class Trematoda.

***F. hepatica.*** A species of flukes infesting the liver and bile ducts of cattle, sheep, and other herbivores; the common liver fluke. An occasional parasite of man. Intermediate hosts are snails belonging to the genus *Lymnaea.*

**fasciola** (fă-sī'ō-lă, fă-sē'ō-lă) [L., a band] (pl. *fasciolae*). A bundle of nerve or muscle fibers.

***f. cinerea.*** Upper portion of dentate fascia.

**fasciolar** (fă-sē'ō-lăr). Pert. to the fasciola cinerea.

**fasciolopsiasis** (făs"ē-ō-lŏp-sī'ă-sĭs). Infection of the body with a genus of trematode worms, *Fasciolopsis buski.* It is contracted by ingesting plants grown in water infested by the intermediate host, snails. SYN: *distomiasis.*

SYM: Diarrhea, abdominal pain, anasarca, and eosinophilia.

TREAT: Praziquantel.

**Fasciolopsis buski** (făs"ē-ō-lŏp'sĭs). A fluke that infests the intestinal tract of certain mammals including man. Symptoms in-



hot and spicy foods.

***g. parasitica.*** Black or hairy tongue, characterized by the appearance on the dorsum of the tongue of a dark, furlike patch consisting of hypertrophied filiform papillae, pigment, and shed epithelial cells. SYN: *glossophytia.*

**glosso-** [Gr. *glossa,* tongue]. Prefix pert. to the tongue.

**glossocele** (glŏs′sō-sēl) [″ + *kele,* swelling]. Swelling and protrusion of the tongue as a result of disease or malformation.

**glossodynamometer** (glŏs″sō-dī″nă-mŏm′ĕ-tĕr) [″ + *dynamis,* power, + *metron,* measure]. Device for measuring contractile power of the tongue muscles.

**glossodynia** (glŏs″ō-dĭn′ē-ă) [″ + *odyne,* pain]. Pain in the tongue. SYN: *glossalgia.* SEE: *burning mouth syndrome.*

***g. exfoliativa.*** A chronic superficial inflammation of the tongue characterized by burning or pain and increased sensitivity to hot and spicy foods.

**glossoepiglottic** (glŏs″ō-ĕp-ĭ-glŏt′ĭk) [″ + *epi,* upon, + *glottis,* back of tongue]. Pert. to the ligament between the base of the tongue and epiglottis.

**glossoepiglottidean** (glŏs″ō-ĕp-ĭ-glŏ-tĭd′ē-ăn). Rel. to the tongue and epiglottis.

**glossoepiglottidean folds.** Three mucous membrane folds from base of the tongue to the epiglottis. SYN: *plicae epiglotticae.*

**glossoepiglottidean ligament.** Elastic band from base of the tongue to the epiglottis in middle glossoepiglottidean fold.

**glossograph** (glŏs′ō-grăf) [″ + *graphein,* to write]. An instrument for recording the tongue's movements in speaking.

**glossohyal** (glŏs″ō-hī′ăl) [″ + *hyoeides,* U-shaped]. Rel. to the tongue and hyoid bone. SYN: *hyoglossal.*

**glossokinesthetic** (glŏs″ō-kĭn″ĕs-thĕt′ĭk) [″ + *kinesis,* movement, + *aisthetikos,* perceptive]. Pert. to movements of the tongue, esp. those in speech.

**glossolabial** (glŏs″ō-lā′bē-ăl) [″ + L. *labium,* lip]. Pert. to the tongue and lips.

**glossolalia** (glŏs″ō-lā′lē-ă) [″ + *lalia,* babble]. Repetition of senseless remarks not related to the subject or situation involved.

**glossology** (glō-sŏl′ō-jē) [″ + *logos,* word, reason]. Study of the tongue and its diseases. SYN: *glottology.*

**glossopalatine** (glŏs″ō-păl′ă-tīn). Pert. to the tongue and palate.

**glossopathy** (glŏs-sŏp′ă-thē) [″ + *pathos,* disease, suffering]. Disease of the tongue.

**glossopharyngeal** (glŏs″ō-fă-rĭn′jē-ăl) [″ + *pharynx,* throat]. Rel. to the tongue and pharynx.

**glossopharyngeal breathing.** A technique of breathing whereby the patient with inspiratory muscle weakness increases the volume of air breathed in by taking several "gulps" of air, closing the mouth, and forcing air into the lungs.

**glossopharyngeal nerve.** Ninth cranial nerve. Function: Special sensory (taste), visceral sensory, and motor. **Origin:** By several roots from the medulla oblongata. Distribution: Pharynx, ear, meninges, posterior third of tongue, parotid gland. Branches: Carotid, tympanic, pharyngeal, lingual, tonsillar, and sinus nerve of Hering. SEE: s.

**glossoplasty** (glŏs′ō-plăs″tē) [″ + *plassein,* to form]. Reparative surgery of the tongue.

**glossoplegia** (glŏs″ō-plē′jē-ă) [″ + *plege,* stroke]. Paralysis of the tongue, usually unilateral. SYN: *glossolysis.*

ETIOL: Cerebral hemorrhage, disease, or injury that involves the hypoglossal nerve.

**glossoptosis** (glŏs″ŏp-tō′sis) [″ + *ptosis,* a dropping]. Dropping of the tongue downward out of normal position.

**glossopyrosis** (glŏs″ō-pī-rō′sĭs) [″ + *pyrosis,* a burning]. A burning sensation of the tongue. SEE: *burning mouth syndrome.*

**glossorrhaphy** (glō-sor′ă-fē) [″ + *rhaphe,* seam, ridge]. Suture of wound of the tongue.

**glossospasm** (glŏs′ō-spăzm) [″ + *spasmos,* spasm]. Spasmodic contraction of muscles of the tongue.

**glossotomy** (glō-sŏt′ō-mē) [″ + *tome,* incision]. Incision of the tongue.

**glossotrichia** (glŏs″ō-trĭk′ē-ă) [″ + *thrix,* hair]. Hairy tongue due to greatly elongated filiform papillae that give the tongue a hairy appearance; may be associated with antibiotic therapy.

**glossy.** Smooth and shining.

**glossy skin.** Shiny appearance of the skin due to atrophy or injury to nerves.

**glottic** [Gr. *glottis,* back of tongue]. Of or pert. to the tongue or glottis.

**glottis** (glŏt′ĭs) [Gr. *glottis,* back of tongue] (pl. *glottises* or *glottides*). [NA] The sound-producing apparatus of the larynx consisting of the two vocal folds and the intervening space, the rima glottidis. A leaf-shaped lid of fibrocartilage (the epiglottis) protects this opening.

***g., edema of.*** The accumulation of fluid in the tissues lining the larynx. It may result from irritation of the larynx from improper use of the voice, excessive use of tobacco or alcohol, chemical fumes, acute infections, or more serious conditions such as tuberculous or syphilitic laryngitis.

SYM: Hoarseness, and later complete aphonia; extreme dyspnea at first on inspiration but later on expiration also. Stridulous respiration; barking cough when epi-

diet alone and are unwilling or unable to take insulin if weight reduction and dietary control fail.

**hypoglycemic shock.** Production of shock, q.v., by induction of hypoglycemia by intramuscular administration of insulin in the treatment of schizophrenia.

**hypoglycogenolysis** (hī″pō-glī″kō-jĕn-ŏl′ĭ-sĭs) [Gr. *hypo*, under, beneath, below, + *glykys*, sweet, + *gennan*, to produce, + *lysis*, dissolution]. Defective hydrolysis of glycogen (glycogenolysis).

**hypoglycorrhachia** (hī″pō-glī″kō-ră′kē-ă) [″ + ″ + *rhachis*, spine]. Decreased amount of glucose in the cerebrospinal fluid. It usually occurs in meningitis.

**hypognathous** (hī-pŏg′nă-thŭs) [″ + *gnathos*, jaw]. Having a lower jaw smaller than the upper jaw.

**hypogonadism** (hī″pō-gō′năd-ĭzm) [″ + *gone*, semen, + *-ismos*, condition]. Defective internal secretion of the gonads.

**hypogonadotropic** (hī″pō-gŏn″ă-dō-trŏp′ĭk). Concerning or caused by deficiency of gonadotropin.

**hypohepatia** (hī″pō-hē-pă′tē-ă) [″ + *hepar*, liver]. Deficient liver function.

**hypohidrosis** (hī″pō-hī-drō′sĭs) [″ + *hidros*, sweat, + *osis*, condition]. Diminished perspiration. SYN: *hyphidrosis*.

**hypohyloma** (hī″pō-hī-lō′mă) [″ + *hyle*, matter, + *oma*, tumor]. A tumor formed by embryonic tissue. Derived from hypoblastic tissue.

**hypoinsulinism** [″ + L. *insula*, island, + Gr. *-ismos*, condition]. Insufficient secretion of insulin. SYN: *diabetes mellitus*.

**hypoisotonic** (hī″pō-ī″sō-tŏn′ĭk) [″ + *isos*, equal, + *tonos*, tension]. Hypotonic.

**hypokalemia** (hī″pō-kă-lē′mē-ă) [″ + Mod. L. *kalium*, potash, + Gr. *haima*, blood]. Extreme potassium depletion in the circulating blood, commonly manifested by episodes of muscular weakness or paralysis, tetany, and postural hypotension. SYN: *hypopotassemia*.

**hypokalemic** (hī″pō-kă-lē′mĭk). Concerning hypokalemia.

**hypokinesia** (hī″pō-kĭ-nē′zē-ă) [″ + *kinesis*, movement]. Decreased motor reaction to stimulus.

**hypokinetic** (hī″pō-kĭ-nĕt′ĭk). Pert. to hypokinesia.

**hypolemmal** (hī″pō-lĕm′ăl) [″ + *lemma*, sheath]. Situated below a sheath or membrane.

**hypoleydigism** (hī″pō-lī′dĭg-ĭzm). Decreased secretion of androgen by the interstitial (Leydig) cells of the testicles.

**hypolipidemic** (hī″pō-lĭp″ĭ-dē′mĭk). Decreasing the lipid concentration of the blood.

**hypoliposis** (hī″pō-lī-pō′sĭs) [″ + *lipos*, fat, + *osis*, condition]. Deficiency of fat in the tissues.

**hypologia** (hī-pō-lō′jē-ă) [″ + *logos*, word, reason]. A cerebral symptom marked by inadequate speech.

**hypolymphemia** (hī″pō-lĭm-fē′mē-ă) [″ + L. *lympha*, lymph, + Gr. *haima*, blood]. Decreased lymphocytes in the blood with normal number of leukocytes.

**hypomagnesemia** (hī″pō-măg″nē-sē′mē-ă). Decreased magnesium in the blood. Clinically, there will be increased neuromuscular irritability.

**hypomania** (hī″pō-mā′nē-ă) [″ + *mania*, madness]. Mild mania and excitement with moderate change in behavior.

**hypomastia** (hī-pō-măs′tē-ă) [″ + *mastos*, breast]. Condition of having abnormally small breasts. SYN: *hypomazia*.

**hypomazia** (hī″pō-mā′zē-ă) [″ + *mazos*, breast]. Hypomastia, q.v.

**hypomelanoses.** Disorders of melanin pigmentation in which melanin in the epidermis is decreased or absent.

ETIOL: Albinism, chronic protein deficiency, burns, trauma, vitiligo. SYN: *leukoderma*. SEE: *hypermelanoses*.

**hypomenorrhea** (hī″pō-mĕn-ō-rē′ă) [″ + *men*, month, + *rhoia*, flow]. Deficient amount of menstrual flow, but periods are regular. SEE: *oligomenorrhea*.

**hypomere** (hī′pō-mēr) [″ + *meros*, part]. That portion of the mesoderm that later forms the pleuroperitoneal walls. SEE: *epimere; mesomere*.

**hypometabolism** (hī″pō-mĕ-tăb′ō-lĭzm) [″ + *metabole*, change, + *-ismos*, condition]. Lowered metabolism.

**hypometria** (hī″pō-mē′trē-ă) [″ + *metron*, measure]. Shortened range of movement.

**hypometropia** (hī″pō-mĕ-trŏp′ē-ă) [″ + ″ + *ops*, eye]. Myopia or shortsightedness.

**hypomnesia, hypomnesis** (hī″pŏm-nē′zē-ă, -nē′sĭs) [″ + *mnesis*, memory]. Impaired memory.

**hypomobility.** Restricted joint movement (play) that limits normal range of motion. Opposite of hypermobility.

**hypomorph** (hī′pō-morf) [″ + *morphe*, form]. An individual with disproportionately short legs with respect to length of trunk. Opposite of hypermorph, q.v. SEE: *somatotype*.

**hypomotility** (hī″pō-mō-tĭl′ĭ-tē) [″ + L. *motus*, moved]. Hypokinesia.

**hypomyotonia** (hī″pō-mī″ō-tō′nē-ă) [″ + *mys*, muscle, + *tonos*, tension]. Lacking in muscular tonus.

**hypomyxia** (hī″pō-mĭks′ē-ă) [″ + *myxa*, mucus]. Diminished secretion of mucus.

tem.

TREAT: Management of this condition and the complication of venous and arterial thromboembolism requires use of diuretics and medicines to reduce the lipid levels in the blood. Long-term use of anticoagulants may be needed for the complication of chronic renal vein thrombosis. If NS is secondary to a specific disease, infection, certain forms of cancer, specific drugs, or any of the other diseases known to be associated with NS, then those are treated appropriately. Adrenal cortical steroid hormones have a dramatic, immediate effect on the condition, but their use does not alter the survival rate.

NURSING IMPLICATIONS: Monitor side effects of proteinuria and fluid and electrolyte balance (intake and output, weight). Provide and encourage adequate nutritional intake as ordered. Assist the patient with hygienic care, and prevent skin trauma. Plan patient activities to provide periods of rest and prevent fatigue and weakness, and protect the patient from infection. Support the patient experiencing grief and difficulties in coping with changes in body image and self-concept. SEE: *Nursing Diagnoses* in *Appendix*.

***n.s., idiopathic.*** This condition is diagnosed when the known causes of nephrotic syndrome (NS) have been excluded. It is usually diagnosed in adults by use of renal biopsy. Causes are classified according to the changes found in the capillaries of the glomerulus when examined by use of electron microscopy. Clinical features are similar to those of NS, but hematuria is also present.

TREAT: Use of corticosteroids and therapy for associated conditions or complications. Depending on severity of NS and the cellular changes in the glomerulus, 5% to 50% of cases of idiopathic NS may be treated without the need for renal dialysis or transplantation.

**nephrotome** (nĕf'rō-tōm) [" + *tome*, incision]. Embryonic bridge of cells connecting primitive segments along neural tube to the somatic and splanchnic mesoderm from which arises the urogenital system. SYN: *mesomere; nephromere.*

**nephrotomogram** (nĕf"rō-tō'mō-grăm). A tomogram of the kidney.

**nephrotomography** (nĕf"rō-tō-mŏg'ră-fē) [" + " + *graphein*, to write]. Tomograph, q.v., of the kidney after the intravenous injection of a radiopaque contrast medium that is excreted by the kidney.

**nephrotomy** (nē-frŏt'ō-mē) [" + *tome*, incision]. Surgical incision of the kidney.

**nephrotoxin** (nĕf"rō-tŏk'sĭn) [" + *toxikon*, poison]. A toxic substance that damages kidney tissues.

**nephrotresis** (nĕf-rō-trē'sĭs) [" + *tresis*, piercing]. Formation of a permanent excretory opening in the kidney through the loin.

**nephrotropic** (nĕf"rō-trŏp'ĭk) [" + *tropos*, turning]. 1. Affecting the kidneys. 2. An agent or drug that exerts its effect principally on the kidney or renal function.

**nephrotuberculosis** (nĕf"rō-tū-bĕr"kū-lō'sĭs) [" + *tuberculum*, a little swelling, + *osis*, condition]. Infection of the kidney due to *Mycobacterium tuberculosis*.

**nephrotyphoid** (nĕf"rō-tī'foyd) [" + *typhos*, stupor, + *eidos*, form, shape]. Renal disease complicating typhoid fever.

**nephroureterectomy** (nĕf"rō-ū-rē"tĕr-ĕk'tō-mē) [" + *oureter*, ureter, + *ektome*, excision]. Surgical excision of the kidney with the ureter or part of it.

**nephrourography.** Radiographic examination of the nephron phase during urography.

**nephrydrosis** (nĕf"rĭ-drō'sĭs) [" + *hydor*, water, + *osis*, condition]. Distention and dilatation of renal pelvis resulting from obstruction. SYN: *hydronephrosis; nephrohydrosis.*

**Neptazane.** Trade name for methazolamide, USP.

**neptunium** [planet Neptune]. SYMB: Np. At. wt. 237; at. no. 93. An element obtained by bombarding uranium with neutrons.

**nerve** [L. *nervus*, sinew; Gr. *neuron*, sinew]. A bundle or a group of bundles of nerve fibers outside the central nervous system that connect the brain and spinal cord with various parts of the body. Nerves conduct afferent impulses centrally from receptor organs and efferent impulses peripherally to effector tissues and organs. The fibers of peripheral nerves are the processes of neurons whose cell bodies are located within the brain or spinal cord, or in ganglia. A bundle of nerve fibers is called a fasciculus, q.v. The fibers within a fasciculus are surrounded and held together by delicate connective tissue fibers forming the endoneurium. Each fasciculus is surrounded by a sheath of connective tissue, the perineurium. The entire nerve is enclosed in a thick sheath of connective tissue, the epineurium, which may contain numerous fat cells. Small nerves may lack an epineurium. SYN: *nervus* [NA]. SEE: *cell* and *nerve cell* for illus.; *Nerves* in *Appendix*.

*Test for loss of function:* It is important to know the extent of peripheral nerve damage and to follow the course of healing. This may be done for injury of nerves of the hand by observing the wrinkling of the hand when it is soaked in warm water for 30 minutes. If the nerve supply is intact, skin of the fingers

**PERIPHERAL CUTANEOUS NERVES**

POSTERIOR VIEW

SMSSAG0051260

PERIPHERAL CUTANEOUS NERVES

GREATER OCCIPITAL N.(C2)
LESSER OCCIPITAL N. (C2,3)
AURICULOTEMPORAL N. (MANDIBULAR N.)
GREAT AURICULAR N. (C3)
ANTERIORCUTANEOUS N. OF NECK (C3)
TRIGEMINAL N.:
OPTHALMIC DIVISION I
MAXILLARY DIVISION II
MANDIBULAR DIVISION III
MEDIAL AND LATERAL SUPRACLAVICULAR NN.(C3,4)
LATERAL CUTANEOUS N. OF ARM (AXILLARY N. C5-7)
INTERCOSTOBRACHIAL N.
POSTERIOR CUTANEOUS N. OF ARM (RADIAL N. C5-TH1)
MEDIAL CUTANEOUS N. OF ARM (C8,TH1)
POSTERIOR CUTANEOUS N. OF FOREARM
MEDIAL CUTANEOUS N. OF FOREARM (C8, TH1)
LATERAL CUTANEOUS N. OF FOREARM (MUSCULOCUTANEOUS) N. C5-7)
DORSAL BRANCH OF ULNAR N.
ULNAR N.
MEDIAN N.
SUPERFICIAL BRANCH OF RADIAL N.(C5-TH1)
POSTERIOR CUTANEOUS N. OF THIGH (S1-3)
INTERNAL SAPHENOUS N. (FEMORAL N. L3-4)
MEDIAL CUTANEOUS N. OF CALF (TIBIAL N.)
SUPERFICIAL PERONEAL N.
SURAL N.
PLANTAR N.
MEDIAN N.
PALMAR BRANCH OF ULNAR N. (C8-TH1)
PALMAR BRANCH MEDIAN N. (C5, TH1)
POSTERIOR CUTANEOUS N. OF ARM
LATERAL CUTANEOUS N. OF FOREARM
MEDIAL CUTANEOUS N. OF FOREARM
INTERCOSTOBRACHIAL N.
MEDIAL CUTANEOUS N. OF ARM
INTERCOSTAL NN. OR VENTRAL BRANCHES OF THORACIC NN. (TH 1-12)
LATERAL CUTANEOUS BRANCHES OF INTERCOSTAL NN.
VENTRAL CUTAN. BRANCHES OF INTERCOSTAL NN.
ILIOHYPOGASTRIC N. (TH 12,L1)
ILIO-INGUINAL N. (L1)
LATERAL CUTANEOUS N. OF THIGH (L2,3)
GENITOFEMORAL N. (L1,2)
CUTANEOUS BRANCHES OF FEMORAL N. (L2-4)
PUDENDAL N.
OBTURATOR N. (L2-4)
LATERAL CUTANEOUS N. OF CALF (COMMONPERONEAL N.)
INTERNAL SAPHENOUS N. (L3,4)
SURAL N.
LATERAL BRANCH OF SURAL N.
MEDIAL TERMINAL BRANCH OF ANTERIOR TIBIAL N. (DEEP PERONEAL N.)
LATERAL BRANCH OF SUPERFICIAL PERONEAL N.

ANTERIOR VIEW

Case 2:10-cv-01990-MRP -RZ Document 103-10 Filed 02/11/11 Page 20 of 24 Page ID #:2266

**oculist** (ŏk′ū-lĭst). Former term for ophthalmologist, a physician who is a specialist in diseases of the eye.

**oculo-** (ŏk′ū-lō) [L. *oculus*, eye]. Combining form indicating relationship to the eye.

**oculocardiac reflex.** Slowing of the pulse following pressure applied to the eyeball or carotid sinus. SYN: *Aschner's phenomenon.*

**oculocephalic reflex** (ŏk″ū-lō-sĕf′ă-lĭk). The deviation of the neonate's eyes to the opposite side when the head is rotated. SYN: *doll's eye reflex.*

**oculocerebrorenal syndrome.** A sex-linked condition characterized by hydrophthalmia, cataracts, mental retardation, aminoaciduria, impaired renal ammonia production, and vitamin D-resistant rickets.

**oculocutaneous** (ŏk″ū-lō-kū-tā′nē-ŭs). Concerning the eye and skin.

**oculofacial** (ŏk″ū-lō-fā′shē-ăl). Concerning the eye and face.

**oculogyration** (ŏk″ū-lō-jī-rā′shŭn) [″ + Gr. *gyros*, circle]. Circular motion of the eyeball around its anterior-posterior axis. SEE: *nystagmus.*

**oculogyria** (ŏk″ū-lō-jī′rē-ă). The limits of rotation of the eyeballs.

**oculogyric** (ŏk″ū-lō-jī′rĭk). Producing or concerning movements of the eye. SYN: *oculomotor; ophthalmogyric.*

**oculogyric crisis.** Attack of involuntary deviation and fixation of the eyeballs, usually upward. It may last for several minutes or hours. May be seen with postencephalitic parkinsonism or encephalitis lethargica.

**oculomotor** (ŏk″ū-lō-mō′tor) [″ + *motor*, mover]. Rel. to eye movements. SYN: *oculogyric.*

**oculomotorius** (ŏk″ū-lō-mō-tō′rē-ŭs) [L.]. Oculomotor nerve.

**oculomotor nerve.** Nerve that originates in the medial surface of the cerebral peduncle of the midbrain and consists of general somatic efferent, general visceral efferent, and general somatic afferent fibers. It is distributed through all extrinsic muscles of the eye except the exterior rectus and superior oblique, through the levator palpebrae superioris of the eyelid, through the ciliary muscle, and through the sphincter muscle of the iris. Its function is primarily motor, but it also contains proprioceptive fibers. SYN: *third cranial nerve.* SEE: *Cranial Nerves* in *Appendix.*

**oculomycosis** (ŏk″ū-lō-mī-kō′sĭs) [″ + Gr. *mykes*, fungus, + *osis*, condition]. Any disease of the eye or its parts caused by fungus.

**oculonasal** (ŏk″ū-lō-nā′săl) [″ + *nasus*, nose]. Concerning both the eye and nose.

**oculopupillary** (ŏk″ū-lō-pū′pĭ-lăr-ē). Concerning the pupil of the eye.

**oculoreaction** (ŏk″ū-lō-rē-ăk′shŭn) [L. *oculus*, eye, + *re*, back, + *actus*, acting]. A reaction observed in the conjunctiva of the eye when toxins of tuberculosis and typhoid are instilled into the conjunctival space. Of diagnostic value. SYN: *ophthalmic reaction; ophthalmoreaction.*

**oculozygomatic** (ŏk″ū-lō-zī″gō-măt′ĭk) [″ + Gr. *zygon*, yoke]. Pert. to the eye and zygoma.

**oculozygomatic line.** Line appearing between the inner canthus of eye and cheek, supposedly indicative of neural disorders.

**oculus** (ŏk′ū-lŭs) [L.] (pl. *oculi*). [NA] Eye; the organ of vision made up of the eyeball and optic nerve.

***o. dexter.*** ABBR: O.D. or o.d. The right eye.

***o. sinister.*** ABBR: O.S. The left eye.

***o. uterque.*** Each eye.

**O.D., o.d.** *Doctor of Optometry; overdose;* [L.] *oculus dexter*, right eye. SEE: *O.S., o.s.*

**OD'd.** Street term for a death due to a drug overdose, esp. a drug of abuse.

**odaxesmus** (ō″dăk-sĕz′mŭs) [Gr. *odaxesmos*, an irritation]. The biting of the tongue, lip, or cheek during an epileptic attack.

**odaxetic** (o″dăk-sĕt′ĭk). Producing a stinging or itching sensation.

**Oddi's sphincter** (ŏd′ēz) [Ruggero Oddi, It. physician, 1864–1913]. A sphincter at the opening of the common bile duct into the duodenum at the papilla of Vater.

**odditis** (ŏd-dī′tĭs) [*Oddi* + Gr. *itis*, inflammation]. Inflammation of the sphincter of Oddi.

**odogenesis** (ō″dō-jĕn′ĕ-sĭs) [Gr. *hodos*, pathway, + *genesis*, generation, birth]. The branching and growth of axons from the proximal end of a severed nerve. It allows the space between the nerves to be bridged and thus repaired. SYN: *neurocladism.*

**odont-, odonto-** [Gr. *odous*, tooth]. Combining form rel. to the tooth or teeth.

**odontagra** (ō-dŏn-tă′gră) [Gr. *odous*, tooth, + *agra*, seizure]. Toothache, esp. when originating from gout.

**odontalgia** (ō-dŏn-tăl′jē-ă) [″ + *algos*, pain]. Toothache. SYN: *odontia; odontodynia.*

***o., phantom.*** Pain felt in the area from which a tooth has been pulled.

**odontatrophy** (ō″dŏn-tăt′rō-fē) [″ + *atrophia*, atrophy]. Imperfect development of the teeth.

**odontectomy** (ō-dŏn-tĕk′tō-mē) [″ + *ektome*, excision]. Surgical removal of a tooth.

**odonterism** (ō-dŏn′tĕr-ĭzm) [″ + *erismos*, quarrel]. Chattering of the teeth.

**odontia** (ō-dŏn′shē-ă) [Gr. *odous*, tooth]. 1. Pain in a tooth. SYN: *odontalgia; odontodynia.* 2. Condition or abnormality of the

SMSSAG0051262

Case 2:10-cv-01990-MRP -RZ Document 103-10 Filed 02/11/11 Page 21 of 24 Page ID #:2267

and fasciae. The muscles of the perineum are the anterior portion of the intact levator ani muscle, the transverse perineal muscle, and the pubococcygeus muscle. SEE: illus.; *body, perineal; "perine-" words.*

**perineum, tears of the.** There are four degrees of severity caused by overstretching of the vagina and perineum in delivery. Fetal malposition increases the chance of tears occurring.

A first-degree tear involves superficial tissues of the perineum and vaginal mucosa but does not injure muscular tissue. A second-degree tear involves those tissues included in a first-degree tear and the muscles of the perineum but not the muscles of the anal sphincter. A third-degree tear involves all of the tissues of the second-degree tear and the muscles of the anal sphincter. A fourth-degree tear extends completely through the perineal skin, vaginal mucosa, perineal body, anal sphincter muscles, and the rectal mucosa.

COMPLICATIONS: Hemorrhage, infection, cystocele, rectocele, descent of uterus, perhaps loss of bowel control.

TREAT: Surgery.

**perineural** (pĕr″ĭ-nū′răl) [Gr. *peri,* around, + *neuron,* nerve]. Around a nerve.

**perineurial** (pĕr″ĭ-nū′rē-ăl) [″ + *neuron,* sinew]. Concerning the perineurium, the sheath around a bundle of nerve fibers.

**perineuritis** (pĕr″ĭ-nū-rī′tĭs) [″ + ″ + *itis,* inflammation]. Inflammation of the sheath enveloping nerve fibers.

**perineurium** (pĕr″ĭ-nū′rē-ŭm) [″ + *neuron,* sinew]. A connective tissue sheath investing a fasciculus or bundle of nerve fibers.

**perinuclear** (pĕr″ĭ-nū′klē-ăr) [″ + L. *nucleus,* a kernel]. Around a nucleus.

**periocular** (pĕr″ē-ŏk′ū-lăr) [″ + L. *oculus,* eye]. Located around the eye. SYN: *circumocular.*

**period** [L. *periodus*]. 1. The interval of time between two successive occurrences of any regularly recurring phenomenon or event; a cycle. 2. The menses. 3. Time occupied by a disease in running its course, or by a stage of a disease, such as an incubation period.

***p., absolute refractory.*** Following contraction of a muscle, the period in which a stimulus, no matter how strong, will not elicit a response.

***p., childbearing.*** Period in the female during which she is capable of procreation; puberty to the menopause.

***p., critical.*** SEE: *critical period.*

***p., effective refractory.*** Used in electrocardiography. The interval during which a second action potential cannot occur in an excitable fiber, unless there is a much stronger than normal action potential, because the membrane is still depolarized from the preceding action potential.

***p., ejection.*** P., sphygmic, q.v.

***p., fertile.*** The time during the menstrual cycle when the ovum can be fertilized.

***p., gestation.*** Period of pregnancy; time from conception to parturition. Average length is 10 lunar months or 280 days measured from onset of last menstrual period. Length varies from 250 to 310 days. SEE: *gestation; pregnancy* for table.

***p., incubation.*** Time from moment of infection to appearance of first symptom.

***p., isoelectric.*** Period in an ECG or other electrical record when either no electrical current is being produced or those positive charges are exactly equal to the negative ones being produced. Thus the tracing is flat.

***p., isometric.*** P., postsphygmic, q.v.

***p., latency.*** Time from the stimulus to the response of the tissue stimulated.

***p., latent.*** Time between stimulation and the resulting response.

***p., menstrual.*** Menstruation.

***p., missed.*** Menstruation not occurring at the time it was expected.

***p., monthly.*** Time of menstrual flow.

ratory upper passages.

**trigeminal nerve.** A large mixed nerve arising superficially from the side of the pons near its superior border. It is attached to the brain stem by two roots: a large sensory root and a small motor root. The sensory root bears an enlargement, the semilunar gasserian ganglion, from which three large branches arise. These are *ophthalmic,* purely sensory, from skin of upper part of head, mucous membranes of nasal cavity and sinuses, cornea and conjunctiva; *maxillary,* purely sensory, from dura mater, gums and teeth of upper jaw, upper lip, and orbit; *mandibular,* the largest division, containing sensory fibers from tongue, gums and teeth of lower jaw, skin of cheek, lower jaw and lip, and motor fibers supplying principally muscles of mastication. SYN: *fifth cranial nerve; nervus trigeminus.*

**trigeminal neuralgia.** Facial neuralgia. SYN: *tic douloureux.* SEE: *neuralgia, trigeminal.*

NURSING IMPLICATIONS: Observe and record characteristics of attack. Encourage the patient to maintain independence and social activities. Administer analeptic drugs as prescribed and observe for side effects. Inform the patient receiving alcohol injections that pain will return with nerve regeneration and to notify physician of pain recurrence. Before surgery, eliminate causative factors such as extreme temperatures of foods and jarring of the bed. Instruct the patient to use a cotton pad to cleanse the face and a blunt-toothed comb to comb the hair.

After surgery, assess sensory deficits to prevent trauma to the face and affected areas. Instruct the patient who has had an ophthalmic branch resection to examine the eye with a hand mirror every hour for foreign substances, as they cannot be felt, and to wear protective glasses to minimize entry of foreign substances into the eye. Instruct the patient who has had a mandibular or maxillary branch resection to be careful when eating. Teach the patient to chew food on the unaffected side so as to be aware of inner cheek injury. Tell the patient to have frequent dental examinations to detect any abnormalities that the patient cannot feel. Care for the patient who undergoes an intracranial surgical approach is similar to that for any patient undergoing intracranial surgery. Provide emotional support.

**trigeminal pulse.** Pulse with longer or shorter interval after each three beats because the third beat is an extrasystole.

**trigeminus** (trī-jĕm′ĭ-nŭs). The fifth cranial nerve. SYN: *trigeminal nerve.* SEE: *Cranial Nerves* in *Appendix.*

**trigeminy** (trī-jĕm′ĭ-nē). Occurring in threes, esp. three pulse beats in rapid succession.

**trigenic** (trī-jĕn′ĭk) [Gr. *treis,* three, + *gennan,* to produce]. In genetics, condition in which three alleles are present at any particular locus on the chromosome.

**trigger** (trĭg′ĕr) [D. *trekker,* something pulled]. 1. An event or impulse that initiates other actions or events. SYN: *stimulus.* 2. To initiate or start with suddenness.

**trigger action.** A physiological process or a pathological change initiated by a sudden stimulus.

**trigger finger.** State in which flexion or extension of a digit is arrested temporarily but finally completed with a jerk. Any finger may be involved, but the ring or middle fingers are most often affected.

TREAT: A finger splint or cortisone injection may be used. Surgery may be required.

**trigger point or zone.** Any place on the body that when stimulated causes a sudden pain in a specific area, esp. a type of pain previously felt spontaneously at the same location.

**trigger substance.** A chemical substance that initiates a function or action.

**trigger zone.** 1. An area that when stimulated will initiate an attack of neuralgia. 2. An area of cerebral cortex that when stimulated produces abnormal reactions similar to those in acquired epilepsy. SEE: *epileptogenic zone.*

**triglycerides** (trī-glĭs′ĕr-īds). Combinations of glycerol with three of five different fatty acids. These substances, triacylglycerols, are also called neutral fats. A large portion of the fatty substances, i.e., lipids, in the blood is triglycerides. Because these lipids are insoluble in water, they are transported in combination with proteins (lipoproteins). About one or two grams of triglycerides per kilogram of body weight are ingested daily in the usual diet in the U.S. In addition, they are produced in the liver from carbohydrates. SEE: *hyperlipoproteinemia.*

**trigonal** (trĭg′ō-năl) [Gr. *trigonon,* a three-cornered figure]. Triangular; pert. to a trigone.

**trigone** (trī′gōn). A triangular space, esp. one at the base of the bladder. SYN: *trigonum; triangle, vesical.*

***t., carotid.*** The triangular area in the neck bounded by the posterior belly of the digastric muscle, the sternocleidomastoid muscle, and the midline of the neck.

***t. of bladder.*** A triangular area at the base of the bladder. It is between the two openings of the ureters and the urethra.

***t., olfactory.*** A small triangular eminence at the root of the olfactory peduncle

with or replacing three hydrogen atoms.

**trivalve** (trī'vālv). Having three valves.

**trivial name.** A nonsystematic or semisystematic name and qualifying term used to name drugs. These names do not provide assistance in determining biological function of the drug. Examples are aspirin, caffeine, and belladonna.

**trizonal** (trī-zō'năl). Having three zones or layers.

**tRNA.** *transfer RNA.*

**Trobicin.** Trade name for spectinomycin hydrochloride.

**trocar** (trō'kăr) [Fr. *trois quarts,* three quarters]. A sharply pointed surgical instrument contained in a cannula. Used for aspiration or removal of fluids from cavities.

**troch.** Troche.

**trochanter** (trō-kăn'tĕr) [Gr. *trokhanter,* to run]. Either of the two bony processes below the neck of the femur.

***t., greater.*** T. major.

***t., lesser.*** T. minor.

***t. major.*** [NA] A thick process at upper end of the femur projecting upward externally to union of neck and shaft. SYN: *t., greater.*

***t. minor.*** [NA] A conical tuberosity upon inner and posterior surface of upper end of femur, at junction of shaft and neck. SYN: *t., lesser.*

***t. tertius.*** [NA] The gluteal ridge of the femur when it is unusually prominent.

***t., third.*** T. tertius.

**trochanterian, trochanteric** (trō"kăn-tē'rē-ăn, trō-kăn-tĕr'ĭk). Rel. to a trochanter.

**trochanterplasty** (trō-kăn'tĕr-plăs"tē). Plastic surgery of the neck of the femur.

**trochantin** (trō-kăn'tĭn). Trochanter minor.

**trochantinian** (trō"kăn-tĭn'ē-ăn). Concerning the lesser trochanter of the femur.

**troche** (trō'kē, trōk') [Gr. *trokhiskos,* a small wheel]. Solid, discoid, or cylindrical mass consisting chiefly of medicinal powder, sugar, and mucilage. Troches are intended to be used by placing them in the mouth and allowing them to remain until, through slow solution or disintegration, their purpose of mild medication is effected. SYN: *lozenge.*

**trochiscus** (trō-kĭs'kŭs) [L., Gr. *trochiskos,* a small disk]. A medicated tablet or troche.

**trochlea** (trŏk'lē-ă) [Gr. *trokhileia,* system of pulleys] (pl. *trochleae*). 1. A structure having the function of a pulley; a ring or hook through which a tendon or muscle projects. 2. The articular smooth surface of a bone upon which glides another bone.

**trochlea of the elbow.** A surface on the distal humerus that articulates with the ulna.

**trochlear** (trŏk'lē-ăr). 1. Of the nature of a pulley. 2. Pert. to a trochlea.

**trochlear fovea.** A depression on the orbital plate of the frontal bone for attachment of the cartilaginous pulley of the superior oblique muscle.

**trochleariform** (trŏk"lē-ăr'ĭ-form). Pulley-shaped.

**trochlearis** (trŏk"lē-ā'rĭs) [L.]. Superior oblique muscle of the eye. SEE: *Muscles* in *Appendix.*

**trochlear nerve.** A small mixed nerve exiting from the dorsal surface of the midbrain. It contains efferent motor fibers to the superior oblique muscle of the eye and afferent sensory fibers conveying proprioceptive impulses from the same muscle. SYN: *nerve trochlearis; fourth cranial nerve.* SEE: *Cranial Nerves* in *Appendix.*

**trochocardia** (trō"kō-kăr'dē-ă) [Gr. *trokhos,* a wheel, + *kardia,* heart]. Rotary displacement of the heart on its axis.

**trochocephalia, trochocephaly** (trō"kō-sē-fā'lē-ă, -sĕf'ă-lē) [" + *kephale,* head]. Roundheadedness, a deformity due to premature union of the frontal and parietal bones.

**trochoid** (trō'koyd) [Gr. *trokhos,* a wheel, + *eidos,* form, shape]. Rotating or revolving, noting an articulation resembling a pivot or pulley. SEE: *joint, pivot.*

**trochoides** (tro-koy'dēz). A pivot or rotary joint.

**Troglotrematidae** (trŏg"lō-trē-măt'ĭ-dē). A family of flukes that includes *Paragonimus* (human lung fluke).

**Troisier's node** (trwă-zē-āz') [Charles E. Troisier, Fr. physician, 1844–1919]. Sentinel node, q.v.

**trolamine** (trō'lă-mēn). An alkalizing agent. Previously used name is triethanolamine.

**troland** (trō'lănd). A unit of visual stimulation to the retina of the eye. It is one equal to the illumination received per square millimeter of pupil from a source of one lux brightness.

**troleandomycin** (trō"lē-ăn-dō-mī'sĭn). An antibacterial drug. Previously used name is triacetyloleandomycin.

**trolnitrate phosphate** (trōl-nī'trāt). A vasodilator drug. Trade name is Metamine.

**Trombicula** (trŏm-bĭk'ū-lă). A genus of mites belonging to the Trombiculidae. The larvae, called redbugs or chiggers, are annoying pests causing an irritating dermatitis and rash. They may serve as vectors of various diseases.

***T. akamushi.*** Species of mites that transmits the causative agent of scrub typhus.

**trombiculiasis** (trŏm-bĭk"ū-lī'ă-sĭs). Infestation with Trombiculidae.

**Trombiculidae** (trŏm-bĭk'ū-lī"dē). A family of mites; only the genus *Trombicula* is of medical significance.

mediated entirely through the vagus nerve, i.e., via efferent and afferent impulses transmitted through the vagus nerve.

**vagrant** (vā′grănt) [L. *vagrans*]. 1. Wandering from place to place without a fixed home. 2. A homeless person who wanders from place to place.

**vagus** (vā′gŭs) [L., wandering] (pl. *vagi*). The pneumogastric or 10th cranial nerve. It is a mixed nerve, having motor and sensory functions and a wider distribution than any of the other cranial nerves. SEE: illus.; *cranial nerves.*

**vagus pulse.** Decreased heart rate due to the slowing action of stimuli from the vagus nerve. SEE: *vagotomy; vagotonia.*

**vagusstoff** (vā′gŭs-stŏf) [″ + Ger. *Stoff*, substance]. Acetylcholine.

**Valadol.** Trade name for acetaminophen.

**valence, valency** (vā′lĕns, -lĕn-sē) [L. *valens*, powerful]. 1. Property of an atom or group of atoms causing them to combine in definite proportion with other atoms or groups of atoms. Valency may be as high as 8 and is determined by the number of electrons in the outer orbit of the atom. 2. Degree of the