# EXHIBIT M

```
 1                UNITED STATES DISTRICT COURT

 2               CENTRAL DISTRICT OF CALIFORNIA

 3

 4   NEUROGRAFIX, a California    )
     corporation; WASHINGTON      )
 5   RESEARCH FOUNDATION, a       )
     not-for-profit Washington    )
 6   corporation,                 )
                                  )
 7           Plaintiffs,          )
                                  )
 8   vs.                          ) No. CV 10-1990 MRP(RZX)
                                  )
 9   SIEMENS MEDICAL SOLUTIONS    )
     USA, INC., a Delaware        )
10   corporation; and SIEMENS     )
     AKTIENGESELLSCHAFT, a        )
11   German corporation,          )
                                  )
12           Defendants.          )
     _____)
13

14

15           DEPOSITION OF MICHAEL E. MOSELEY,

16           Ph.D., taken on behalf of the

17           Plaintiff, at 950 Page Mill Road,

18           Palo Alto, California, at 8:48 a.m.

19           before Janis L. Jennings, Certified

20           Shorthand Reporter No. 3942, CLR, CRP

21

22

23

24

25

                              2
```

```
 1        Q.   I just want to know -- I don't mean that.
 2   I just mean -- I just want to understand what it is.
 3        A.   Okay.
 4        Q.   I'm not pushing you one way or the other.
 5             So -- okay.  Back in 1993 it's your view
 6   that there was no commonly accepted measurement or
 7   unit of conspicuity; correct?
 8        A.   There certainly were a number of papers,
 9   and the words -- the word "conspicuity" is used a
10   lot, but it's a vague understand- -- it's an
11   understanding that something is differentiated from
12   something else with some clarity, but that's as far
13   as it gets.
14        Q.   Isn't it true that your view is there was
15   no commonly accepted scale or unit of conspicuity?
16   If someone said a conspicuity of 2, that didn't mean
17   anything back in 1993, according to you; is that
18   right?
19        A.   If someone said the conspicuity of 2 back
20   in 1993 or today, unless it's within the context of
21   some defined value, I would say it would be the same
22   then as it is now.
23        Q.   Okay.
24        A.   You would have to define it.
25        Q.   Okay.
```

54

Michael E. Moseley

BARKLEY
Court Reporters

1     A.   Okay.

2     Q.   So the specification relates conspicuity

3 to contrast and, for example, intensity; right?  We

4 saw that earlier?

10:16  5          MR. McELDOWNEY:  Objection.

6 Mischaracterizes.

7          THE WITNESS:  It's not a formal

8 definition, but okay.  It's related to contrast.

9 BY MR. FENSTER:

10:16 10     Q.   Okay.  Does the language "a conspicuity of

11 1.1" suggest a ratio to you?

12          MR. McELDOWNEY:  Objection.  Vague.

13          THE WITNESS:  Yeah.  The language "a

14 conspicuity of at least 1.1" means that something

10:16 15 stands out from something else by 10 percent.  It

16 could be a comparison of some sort.  It could be a

17 ratio.

18 BY MR. FENSTER:

19     Q.   Okay.  So the claim language that a

10:17 20 conspicuity of the nerve that is at least 1.1 times

21 that of a non-neural tissue, one of skill in the art

22 would understand that that means that some

23 measurement of the nerve is at least 10 -- for

24 example, intensity -- is at least 10 percent greater

10:17 25 than that of the non-neural tissue; is that right?

55

```
 1      A.   One skilled in the art would think that a
 2  conspicuity of 1.1 is a measure of something being
 3  brighter than something else by 1.1.
 4      Q.   Okay.  And 1.1 means that it is at least
 5  10 percent greater than or 10 percent brighter than;
 6  is that right?
 7           MR. McELDOWNEY:  Objection.  Vague.
 8           THE WITNESS:  One way -- is one way of
 9  expressing that.
10  BY MR. FENSTER:
11      Q.   If it were 1.2, would you understand that
12  to mean that the nerve has to be 20 percent greater
13  than the non-neural tissue?
14      A.   It is one way to express it; right.
15      Q.   Okay.  Okay.  So a conspicuity of 1.1
16  means that the nerve is at least 10 percent brighter
17  than the non-neural tissue; is that right?
18           MR. McELDOWNEY:  Objection.  Vague.
19           THE WITNESS:  I think we have been over
20  that.  That's one way of -- that's one way of
21  expressing it.
22  BY MR. FENSTER:
23      Q.   Okay.  And would you agree that that
24  language that "the conspicuity of the nerve that is
25  at least 1.1 times that of the non-neural tissue"
```

56

Michael E. Moseley

BARKLEY
Court Reporters

```
  1   would suggest to one of skill a comparison between
  2   the nerve and the non-neural tissue?
  3        A.   Yes, it is a -- one way to take that would
  4   be the conspicuity of a nerve differs from a
10:19  5   non-neural tissue by some amount.
  6        Q.   Okay.  Let me see if I can genericize this
  7   a little bit to see where our departure is.  Okay?
  8        A.   Okay.
  9        Q.   Let's -- instead of using conspicuity for
10:20 10   nerve, let's use the generic measurable, a
 11   measurable of the nerve.
 12        A.   All right.
 13        Q.   Is that okay?
 14        A.   Okay.  That's one way.
10:20 15        Q.   Okay.  So would you agree that the
 16   language "a conspicuity of the nerve that is at
 17   least 1.1 times that of the non-neural tissue,"
 18   means that the measurable of the nerve, whatever
 19   that is, must be at least 10 percent greater than
10:21 20   the measurable of the non-neural tissue?
 21             MR. McELDOWNEY:  Objection.  Vague.
 22             THE WITNESS:  It is vague, but that is one
 23   way.  You can state it that way.  That is not the
 24   only way, but you can state it that way.
10:21 25   BY MR. FENSTER:
```

57

```
 1        Q.   Would one of skill in the art understand a
 2   conspicuity of the nerve that's at least 1.1 times
 3   that of non-neural tissue to mean a comparison of a
 4   measurable of the nerve to a measurable of
 5   non-neural tissue?
 6             MR. McELDOWNEY:   Objection.   Vague.
 7             THE WITNESS:   One skilled in the art would
 8   understand a conspicuity is some relation of a nerve
 9   and some other tissue.   Sure, that's one way of
10   saying it.
11   BY MR. FENSTER:
12        Q.   Okay.   And the fact that the conspicuity
13   must be at least 1.1 means that the comparison must
14   show that the nerve measurable is at least 10
15   percent greater than the non-nerve measurable;
16   correct?
17        A.   Yes, that's true.   It would be -- the
18   measurable differs from some other measurable;
19   right.
20        Q.   So given that the claim language suggests
21   a comparison between the nerve and the non-nerve and
22   that it's expressed as 1.1, would you agree that one
23   of skill in the art would understand that to refer
24   to or that that can be calculated as a ratio?
25             MR. McELDOWNEY:   Objection.
```

58

Michael E. Moseley

BARKLEY
Court Reporters

```
 1       Mischaracterizes and compound.
 2              THE WITNESS:  One skilled in the art would
 3       understand conspicuity of 1.1 -- it is what it says,
 4       that the nerve measurable, conspicuity, how it's
 5       defined, is at least 1.1, or 10 percent more than a
 6       non-neural tissue.
 7              Now, that being said -- that being said,
 8       one skilled in the art would expect that within this
 9       context he or she would be told what is being
10       compared, what is being measured, how it's being
11       expressed or quantitated or calculated or assessed.
12       1.1 doesn't necessarily mean it's a ratio.  I could
13       eyeball it, guesstimate it.  I mean, there are
14       different ways of coming at 1.1.
15              MR. FENSTER:  Let me mark as Exhibit 4
16       Exhibit C to your opening report.
17              (Whereupon, Moseley Exhibit 4 was
18              marked for identification.)
19              THE WITNESS:  Okay.  I see it.
20       BY MR. FENSTER:
21          Q.  Do you recognize Exhibit 4?
22          A.  Yes.
23          Q.  And what is it?
24          A.  Exhibit 4 is a series of regions of
25       interest or regions that I have marked for a
```

59

Michael E. Moseley

BARKLEY
Court Reporters