RUSS, AUGUST & KABAT
Marc A. Fenster, State Bar No. 181067
Email: mfenster@raklaw.com
Bruce D. Kuyper, State Bar No. 144969
Email: bkuyper@raklaw.com
Alexander C.D. Giza, State Bar No. 212327
Email: agiza@raklaw.com
Andrew D. Weiss, State Bar No. 232974
Email: aweiss@raklaw.com
12424 Wilshire Boulevard, 12th Floor
Los Angeles, California 90025
Telephone: (310) 826-7474
Facsimile: (310) 826-6991

Attorneys for Plaintiff
NEUROGRAFIX

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| NEUROGRAFIX, a California corporation; WASHINGTON RESEARCH FOUNDATION, a not-for-profit Washington corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>SIEMENS MEDICAL SOLUTIONS USA, INC., a Delaware corporation; and SIEMENS AKTIENGESELLSCHAFT, a German Corporation,<br><br>Defendants. | Case No. 10-CV-1990 MRP (RZx)<br><br>[Assigned to The Honorable Mariana R. Pfaelzer]<br><br>**ORDER GRANTING MOTION TO FILE BRIEFS NOT TO EXCEED 35 PAGES**<br><br>First Amended Complaint Filed: August 10, 2009 |

The Court, having considered the Joint Motion To File Briefs Not To Exceed 35 Pages, finds that the Motion should be granted.

IT IS THEREFORE ORDERED as follows:

Plaintiffs NEUROGRAFIX and WASHINGTON RESEARCH FOUNDATION may file an opening Claim Construction Brief with a page limit of 35 pages, and Defendants SIEMENS MEDICAL SOLUTIONS USA, INC. and

SIEMENS AKTIENGESELLSCHAFT may file a responsive brief with a page limit of 35 pages.

Dated: _February 22, 2011_____    *Mariana R. Pfaelzer*
_____
Hon. Mariana R. Pfaelzer
United States District Court Judge