UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

Case No.  LA10CV01990-MRP (RZx)                    Date: March 24, 2011

Title: **NEUROGRAFIX v. SIEMENS MEDICAL SOLUTIONS, USA. INC., ET AL.,**
========================================================================
PRESENT:  THE HONORABLE MARIANA R. PFAELZER, SENIOR U.S. DISTRICT JUDGE

 Cynthia Salyer                              Sheri Kleeger
Courtroom Clerk                              Court Reporter


ATTORNEYS PRESENT FOR PLAINTIFFS    ATTORNEYS PRESENT FOR DEFENDANTS:

   Alexander Giza                              Brian Gross
   Andrew Weiss                                Gregg LoCascio
   Marc Fenster                                Sean McEldowney

   **PROCEEDINGS:  MARKMAN HEARING**


     The case is called and appearances are made.  Court and counsel discuss the case, patents and terms at issue.  The Court takes the matter under submission and its order will follow.


MINUTES FORM 11                              Initials of Deputy Clerk CS
CIVIL - GEN                                  TIME:  4.30