Gregg F. LoCascio, P.C. (*pro hac vice*)
gregg.locascio@kirkland.com
Sean M. McEldowney (S.B.N. 248368)
sean.mceldowney@kirkland.com
Christopher Nalevanko (*pro hac vice*)
christopher.nalevanko@kirkland.com
Brian N. Gross (*pro hac vice*)
brian.gross@kirkland.com
KIRKLAND & ELLIS LLP
655 Fifteenth St., N.W.
Washington, D.C. 20005
Telephone: (202) 879-5000
Facsimile: (202) 879-5200

Luke L. Dauchot (S.B.N. 229829)
luke.dauchot@kirkland.com
KIRKLAND & ELLIS LLP
333 South Hope St.
Los Angeles, CA 90071
Telephone: (213) 680-8400
Facsimile: (213) 680-8500

Attorneys for Defendant
SIEMENS MEDICAL SOLUTIONS USA, INC.
and SIEMENS AKTIENGESELLSCHAFT

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEUROGRAFIX, ET AL.,<br><br>  Plaintiffs,<br><br>vs.<br><br>SIEMENS MEDICAL SOLUTIONS USA, INC., ET AL.,<br><br>  Defendants. | CASE NO. CV 10-1990 MRP(RZX)<br><br>**DECLARATION OF SEAN M. MCELDOWNEY IN SUPPORT OF SIEMENS' MOTION FOR PARTIAL SUMMARY JUDGMENT OF INVALIDITY REGARDING CLAIMS 3-5, 36, 37, 39-44, 46, 47, 49, 50, 55, 56, 58, 59, 61, AND 62 IN U.S. PATENT NO. 5,560,360 IN LIGHT OF CLAIM CONSTRUCTION ORDER**<br><br>The Hon. Mariana R. Pfaelzer<br>United States District Court Judge<br><br>Hearing date: TBD<br>Time: TBD<br>Location: Courtroom 12 |

|                                                                                      |   |
| ------------------------------------------------------------------------------------ | - |
| SIEMENS MEDICAL SOLUTIONS USA, INC., <br><br> Counterclaim Plaintiff, <br><br> vs. <br><br> NEUROGRAFIX, and WASHINGTON RESEARCH FOUNDATION, <br><br> Counterclaim Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) |

I, Sean M. McEldowney, hereby declare:

    1.    I am an attorney at the law firm of Kirkland & Ellis LLP, which represents Siemens Medical Solutions USA, Inc. and Siemens Aktiengesellschaft (collectively "Siemens") in the above-captioned matter.

    2.    Attached hereto as Exhibit 1 is a true and correct copy of J.V. Hajnal, et al., *MR Imaging of Anistropically Restricted Diffusion of Water in the Nervous System: Technical, Anatomic, and Pathologic Considerations*, 15 J. Computer Assisted Tomography 1 (1991); SMSSAG0000208-225.

    3.    Attached hereto as Exhibit 2 is a true and correct copy of a letter from Andrew D. Weiss to Sean M. McEldowney, dated May 18, 2011.

    4.    Attached hereto as Exhibit 3 is a true and correct copy of an email from Andrew D. Weiss to Sean M. McEldowney, dated May 24, 2011.

    5.    Attached hereto as Exhibit 4 is a true and correct copy of U.S. Patent No. 5,560,360; NEURO00007123-173.

    6.    Attached hereto as Exhibit 5 is a true and correct copy of excerpts of *Taber's Cyclopedic Medical Dictionary* (1993); SMSSAG0051244-266.

    7.    Attached hereto as Exhibit 6 is a true and correct copy of excerpts from Plaintiff NeuroGrafix's Disclosure of Asserted Claims and Infringement Contentions, dated November 10, 2010.

    8.    Attached hereto as Exhibit 7 is a true and correct copy of excerpts from

the deposition of Aaron G. Filler, M.D., dated February 22, 2011.

9. Attached hereto as Exhibit 8 is a true and correct copy of excerpts from the expert report of Aaron G. Miller, M.D., dated January 24, 2011.

10. Attached hereto as Exhibit 9 is a true and correct copy of a letter from Sean M. McEldowney to Andrew D. Weiss, dated May 12, 2011.

I hereby declare, under penalty of perjury, that the foregoing statements are true and correct to the best of my personal knowledge.

                                                        Respectfully submitted,

Dated: July 15, 2011                /s/ Sean M. McEldowney
                                        Sean M. McEldowney

## CERTIFICATE OF SERVICE

I hereby certify that on July 15, 2011, a copy of the foregoing DECLARATION OF SEAN M. McELDOWNEY IN SUPPORT OF SIEMENS' MOTION FOR PARTIAL SUMMARY JUDGMENT OF INVALIDITY REGARDING CLAIMS 3-5, 36, 37, 39-44, 46, 47, 49, 50, 55, 56, 58, 59, 61, AND 62 IN U.S. PATENT NO. 5,560,360 IN LIGHT OF CLAIM CONSTRUCTION ORDER was served upon counsel of record for Plaintiffs registered with the Court's CM/ECF system.

/s/Sean M. McEldowney