# Exhibit 1

*Journal of Computer Assisted Tomography*
15(1):1-18, January/February
© 1991 Raven Press, Ltd., New York

# MR Imaging of Anisotropically Restricted Diffusion of Water in the Nervous System: Technical, Anatomic, and Pathologic Considerations

Joseph V. Hajnal, Mark Doran, Alasdair S. Hall, Alan G. Collins, Angela Oatridge, Jacqueline M. Pennock, Ian R. Young, and Graeme M. Bydder

**Abstract:** The use of MR imaging to image anisotropically restricted diffusion (ARD) of water in the nervous system is described. The theoretical basis for the use of the pulsed gradient spin echo sequences is outlined, including an estimate of the range of cell dimensions that can be studied with this technique. The importance of restricted diffusion across myelinated white matter fibre tracts is emphasised and the capacity of MR imaging to demonstrate fibre pathways as a function of their direction is illustrated. Technical developments that have been implemented include 256 × 256 spatial resolution, a wider range of diffusion times $T_d$, and an increased range of diffusion sensitivity parameters $b$. Effects of these are illustrated together with the use of gradient moment nulling methods, oblique sensitisation, and a smaller set of gradient coils that enable shorter values of echo time to be used with the same value of $b$. The anatomical basis for ARD imaging is analysed, and association, commissural, and projection fibre tracts are demonstrated in different planes. The published literature on variations of the apparent diffusion coefficient from normal is reviewed and examples where diffusion weighted images revealed information that was not necessarily apparent with conventional sequences are illustrated. These include cases of multiple sclerosis, chronic head injury, progressive multifocal leucoencephalopathy, cerebrovascular disease, astrocytoma, and probable metastases to the brain. Imaging of ARD affords a fascinating conjunction between the microscopic movement of water, the properties of myelinated white matter fibres, gross anatomy of the brain, and changes of the diffusion of water in disease. **Index Terms:** Brain—Brain, diffusion—Brain, white matter—Magnetic resonance imaging.

Translational molecular diffusion is a process in which molecules move along random paths, colliding with one another and moving past each other. In a homogeneous fluid of infinite extent, diffusion may be a truly random phenomenon, but the extent to which water molecules diffuse in tissues is affected not just by the properties of the cytosol itself but also by the presence of cellular structures that provide barriers to free movement. Diffusion in these circumstances is said to be restricted. In tissues that have a highly organised but asymmetric structure, diffusion may be more restricted in one direction than in another. An important example of this is myelinated white matter where diffusion of water molecules across fibres is much more restricted than that along fibres. Diffusion that has strong directional dependence of this type is said to be anisotropic.

In the presence of a spatially varying magnetic field, random motion of protons in diffusing water molecules results in irreversible dephasing of the MR signal, producing a reduction in its amplitude. Since spatially varying magnetic fields are used for

From the GEC Hirst Research Centre and Picker International, Wembley, Middlesex (J. V. Hajnal, A. S. Hall, A. G. Collins, and I. R. Young), and NMR Unit, Royal Postgraduate Medical School, Hammersmith Hospital, London (M. Doran, A. Oatridge, J. M. Pennock, and G. M. Bydder), England. Address correspondence and reprint requests to Prof. G. M. Bydder at NMR Unit, Hammersmith Hospital, Du Cane Road, London W12 0HS, England.

SMSSAG0000208



**FIG. 1.** Diagram of the variation of apparent diffusion coefficient $D^*$ with diffusion time $T_d$. Curve A illustrates highly restricted diffusion, while B shows a moderately restricted pattern. At diffusion time $T_d'$, strong contrast would be seen between A and B, with A giving a higher signal intensity than B.

slice selection and spatial encoding in all MR images, diffusion of water molecules results in a reduction in signal intensity in all images, although the effect is normally quite small. By deliberately applying large magnetic field gradients in particular directions, diffusion can be made the dominant image contrast mechanism, enabling variations in diffusion to be visualised, including their directional dependence.

A variety of studies designed to measure diffusion in the human brain have already been performed. The use of directional diffusion weighted MR imaging to demonstrate white matter tracts in the cat brain has been described by Moseley et al. (1), and preliminary human studies designed to investigate the value of this technique in humans have begun (2,3).

In a previous article in this journal (2), we illustrated the potential of MR to image anisotropically restricted diffusion (ARD) and demonstrated its application to highlight normal and abnormal white matter tracts in patients. In this article the technique has been extended to include high resolution (256 × 256) images, oblique gradient sensitisation, and gradient moment nulling as well as a greater variety of diffusion times $T_d$ and diffusion sensitivity parameters $b$. More effective forms of patient immobilisation have been used, and preliminary results have been obtained with a smaller gradient coil set, which provides greater magnetic field strength and enables lower values of echo time (TE) to be used for the same value of $b$.

The anatomical basis of ARD has been extended to include consideration of the size and direction of a variety of fibre tracts. Planes for demonstrating particular structures have been identified. The technique has also been applied to the spinal cord as well as to cranial and peripheral nerves.

The literature on variations of diffusion in disease has been reviewed to provide a basis for image interpretation and a wider range of patients have been studied.

Much work remains to be done in implementing and understanding ARD imaging, but the technique appears to have considerable potential for improving localisation of lesions and the sensitivity of MR to disease in the nervous system.

## RESTRICTED DIFFUSION

Diffusion is most appropriately described in statistical terms. We can define the conditional probability $P(r_0;r,t)$ as the probability that a molecule initially at position $r_0$ arrives at another position $r$ after a time $t$. In a homogeneous fluid of infinite extent, $P$ is a Gaussian function such that

$$P = (4\pi Dt)^{-3/2} \exp\left[\frac{-(r-r_0)^2}{4Dt}\right] \quad (1)$$

where $D$ is the diffusion coefficient. If distance is measured in millimeters and the time is measured in seconds, then $D$ has units of millimeters squared per second. The diffusion coefficient is a measure of mobility at the molecular level and varies inversely with viscosity. For pure water at 37°C, $D = 3.4 \times 10^{-3}$ mm$^2$/s.

Since each molecule follows a random path, the



**FIG. 2.** Diffusion weighted spin echo sequence. Following the ECG trigger after a delay $T_g$, there is a 90° slice selective pulse followed by a nonselective 180° pulse. Additional diffusion sensitising gradients of magnitude G, duration δ, and separation Δ are applied along the chosen axis, which is the direction of slice selection in this example. The gradient pulses need not be symmetrically disposed on either side of the 180° pulse.

SMSSAG0000209



**FIG. 3.** Orientation of the patient with respect to the static magnetic field $B_0$ and x-, y-, and z-axes.

distance travelled in any given time as a result of diffusion varies widely for different molecules. However, it is useful to calculate the average distance $l$ that molecules travel in a time $t$ and this is given by

$$l = \sqrt{6Dt} \qquad (2)$$

if motion in three dimensions is considered, and

$$l = \sqrt{2Dt} \qquad (3)$$

if movement in only one direction is considered.

When diffusion is restricted by barriers such as cell boundaries, $P(r_0;r,t)$ becomes geometry dependent and ceases to be a pure Gaussian function of distance. In consequence, the conventional definition of the diffusion coefficient breaks down since it is no longer simply a property of the diffusing medium. On very short time scales, molecules diffuse as if they were in a homogeneous fluid, but

**TABLE 1.** *Density of fibres in major brain pathways*

| Structure | No. of fibres/mm² |
|---|---|
| Optic nerve | 500,000 |
| Anterior commissure | 800,000 |
| Fornix | 200,000 |
| Corpus callosum | 340,000 |
| Mamillothalamic tract | 150,000 |
| Cerebral peduncle | 75,000 |
| Spinal cord | 75,000 |

Cited in ref. 14 from refs. 12 and 13.

**TABLE 2.** *Orientation and relative sizes of tracts and nerves of the brain*

| Tract or nerve | Trans. | Coronal | Sagittal | Oblique trans. | Oblique coronal | Oblique sagittal | Size |
|---|---|---|---|---|---|---|---|
| Callosum | X | X | X | | | | Large |
| Splenium of corpus callosum | X | X | X | X | | | Medium |
| Genu of corpus callosum | X | | X | | | | Medium |
| Cingulum | X | X | X | | | | Medium |
| Fornix | X | X | X | X | | | Medium |
| Internal capsule | | X | | X | | X | Medium |
| External capsule | | X | | X | | | Small |
| Extreme capsule | | X | | X | | | Medium |
| Crus cerebri | | X | | X | | | Large |
| Superior occipitofrontal fasciculus | X | X | X | | | | Small |
| Superior longitudinal fasciculus | X | X | X | | | | Large |
| Inferior occipitofrontal fasciculus | | X | X | X | X | | Large |
| Perpendicular fasciculus | | X | | | | | Small |
| Optic nerve | | | | X | | X | Small |
| Optic tract | | | | X | | X | Small |
| Geniculocalcarine tract | X | | | X | | | Medium |
| Olfactory bulb | X | | X | | | | Small |
| Forceps major | | | | X | | | Medium |
| Forceps minor | | | | X | | | Medium |
| U fibres | X | X | X | X | X | X | Small |
| Uncinate fasciculus | | | | | | X | Medium |
| Mamillothalamic | | | | | X | | Medium |
| Anterior commissure | | | X | | | | Medium |
| Posterior commissure | | | X | | | | Small |
| Pyramidal tracts | X | X | X | | | | Medium |
| Pyramidal decussation | | X | | | | | Medium |
| Lateral lemnisci | X | | X | | | | Medium |
| Medial lemnisci | X | | X | | | | Medium |
| Trapezoid body | X | | | | | | Small |
| Superior cerebellar peduncle | | | X | X | | | Small |
| Middle cerebellar peduncle | X | | | | | | Medium |
| Pontine transverse | X | X | X | | | | Medium |
| Pontine longitudinal | X | X | X | | | | Medium |

*J Comput Assist Tomogr, Vol. 15, No. 1, 1991*

SMSSAG0000210

over progressively longer times, more and more of them diffuse far enough to encounter a barrier that hinders their further movement. A practical solution to this difficulty is to replace $D$ by the apparent diffusion coefficient $D^*$, the magnitude of which depends on the time interval over which diffusion is monitored ($T_d$: diffusion time). Depending on the symmetry of the barriers to diffusion, $D^*$ may or may not be directionally dependent.

The manner in which $D^*$ varies with $T_d$ depends on the nature of the barriers, including their geometry, permeability, and spacing. However, in general $D^*$ is smaller than the unrestricted value of $D$ and decreases monotonically from a value close to $D$ for values of $T_d$ close to zero to a small limiting value as $T_d$ tends to infinity (Fig. 1).

This decrease in $D^*$ with $T_d$ is the basic contrast mechanism in restricted diffusion imaging. By choosing the pulse timing of diffusion sensitive imaging sequences appropriately, $T_d$ can be selected to reveal highly restricted diffusion in some tissues or a particular direction within a tissue ($D^*$ small) while still retaining much less restricted diffusion ($D^*$ relatively large) in other tissues or another direction within a tissue. Thus, $T_d$ is a key parameter for determining the extent to which diffusion reveals cellular structure.

## DIFFUSION SENSITIVE SEQUENCES

Early measurements of diffusion employed a Hahn spin echo collected in the presence of a constant applied gradient (4). For a homogeneous liquid the amplitude of the echo is reduced by a factor $R$ (in addition to the usual T1 and T2 effects) given by

$$R = \exp\left\{-\left[\frac{\gamma^2 g^2 (TE)^3}{12}\right]D^*\right\} \quad (4)$$

where $\gamma$ is the magnetogyric ratio and $g$ is the applied constant field gradient. The nominal diffusion time $T_d$ is equal to TE/3 with this sequence, forming an undesirable link between contrast due to restricted diffusion and that due to T2 relaxation.

In 1965 Stejskal and Tanner (5,6) introduced the pulsed gradient spin echo (PGSE) technique, in which sensitivity to diffusion was provided by gradient pulses placed on either side of the 180° refocussing pulse (Fig. 2). Neglecting terms due to small conventional slice selecting and spatial encoding gradients, the diffusion attenuation factor $R$ with this sequence is then given by

$$R = \exp\left[-\gamma^2 G^2 \delta^2 \left(\Delta - \frac{\delta}{3}\right)D^*\right] \quad (5)$$

$$= \exp(-bD^*) \quad (6)$$

where $G$ is the amplitude of the gradient pulses, $\delta$ is their duration, and $\Delta$ is the time between their leading edges. For the PGSE sequence, $T_d = \Delta - \delta/3$. The composite parameter $b$ (the diffusion sensitivity parameter) (7) determines the overall signal attenuation (in conjunction with $D^*$) and has units of seconds per millimeters squared.

The PGSE technique has a number of advantages. It decouples diffusion contrast from T2 dependent contrast, since $R$ no longer depends on TE. In addition, by using very narrow pulses (making $\delta$ small in comparison to the average time required to diffuse between barriers), it enables the diffusion time to be determined accurately. This allows measurement of barrier spacing and apparent diffusion coefficients (7–10).

Finally, the use of pulsed gradients separates the diffusion sensitisation from the applied radiofrequency pulses and the data acquisition, so allowing the diffusion weighting to be changed without affecting other sequence properties such as slice thickness and pixel size. In clinical applications this is perhaps the most significant advantage. Since the gradient available on standard imaging machines (typically up to ~10 mT/m) necessitates the use of broad pulses to achieve the required sensitivity, the



FIG. 4. Normal volunteer (male, 31 years old): 256 × 256 sagittal SE 544/44 (a), SE ~1,500/130/0,1,0/44/550 (b), and SE ~1,500/130/1,0,0/44/550 (c) images. Image (a) shows the corpus callosum clearly. Image (b) shows a slight decrease in its anterior and superior aspects, but in (c) signal from the corpus callosum is almost entirely absent. Signal from the chiasma-optic nerve is lower in (c) than (b).

SMSSAG0000211

TABLE 3. *Collated values of D\* in human volunteers, experimental disease models, and clinical studies*

| Subjects | Tissue/disease | Apparent diffusion coefficient $D^*$ ($\times 10^{-3}$ mm$^2$/s) | Authors |
|---|---|---|---|
| Human volunteers | CSF | 2.94 ± 0.05 | Le Bihan and Turner (20) |
| Human volunteers | CSF | 3.09–3.44 | Larsson et al. (19) |
| Human volunteers | CSF | 3.5 ± 0.7 | Chien et al. (21) |
| Human volunteers | Grey matter | 2.0 ± 0.1 | Le Bihan et al. (7) |
| Human volunteers | Grey matter | 0.76 ± 0.03 | Le Bihan and Turner (20) |
| Human volunteers | Grey matter | 1.04 ± 0.29 | Chien et al. (21) |
| Human volunteers | Grey matter | 0.66 ± 0.06 (amygdala), 0.68 ± 0.08 (insula) | Turner and Le Bihan (22) |
| Human volunteers (n = 5) | Grey matter | 0.83 ± 0.11–1.21 ± 0.2 (depending on location) | Harada et al. (23) |
| Human volunteers | White matter | 1.7 ± 0.1 | Le Bihan et al. (7) |
| Human volunteers | White matter | 0.73 ± 0.19 | Chien et al. (21) |
| Human volunteers (n = 5) | White matter using three orthogonal gradients | 1.05 ± 0.12–1.13 ± 0.19 (depending on location) | Harada et al. (23) |
| Human volunteers (n = 18) | White matter posterior | 0.67 ± 0.15 (left), 0.64 ± 0.11 (right) | Chien et al. (10) |
| Human volunteers | White matter (fibres parallel to gradients) | 1.07 ± 0.06 | Le Bihan and Turner (20) |
| Human volunteers | White matter (fibres parallel to gradients) | 1.00 ± 0.05 | Turner and Le Bihan (22) |
| Human volunteers (n = 4) | Visual fibres (parallel to gradients) | 0.80–1.25 | Larsson et al. (19) |
| Human volunteers | White matter (fibres perpendicular to gradients) | 0.64 ± 0.05 | Le Bihan and Turner (20) |
| Human volunteers | White matter (fibres perpendicular to gradients) | 0.43 ± 0.03 | Turner and Le Bihan (22) |
| Human volunteers (n = 4) | Visual fibres (perpendicular to gradients) | 0.69–0.88 | Larsson et al. (19) |
| Cats | Middle cerebral artery occlusion followed up to 12 h | 0.34 (ischemic lesion), 0.91 (normal basal ganglia and cortex) | Kucharzcyk et al. (24) |
| Cats (n = 6) | Middle cerebral artery occlusion | decrease 16, 6, 21% in first hour, decrease 47–54% after first hour (normal 2.09–2.63) | Berry et al. (25) |
| Cats | Middle cerebral artery occlusion | 0.34–0.42 (est) after 45 min (normal, 0.37–0.52 est) | Moonen et al. (26) |
| Cats | Middle cerebral artery occlusion | 33–50% lower than grey matter (normal grey matter 0.83 ± 0.15, 0.85 ± 0.05) | Mintorovitch et al. (27) |
| Rats male Fischer (n = 5) | Middle cerebral artery occlusion | 0.24–0.46 (est first 24 h), 0.5–0.74 (est after first 24 h) (normal, 0.50–0.75 est) | Knight et al. (28) |
| Rats Sprague-Dawley (n = 3) | Subacute stroke (after 24 h) | 0.5 ± 0.1 (n = 2, stroke), 1.1 (n = 1, ischaemic event), 0.83 ± 0.03 (n = 3, normal) | MacFall et al. (29) |
| Human patients (n = 15) | Infarction (n = 15) | 9 elevated, 1 decreased, 3 mixed, 2 normal (normal 0.75 ± 0.18, 0.72 ± 0.2 for white matter) | Chien et al. (30) |
| Human patients (n = 15) | Cases of stroke | Reduction of $D$ (acute), no significant differences in $D$ (chronic) | Levy and Bryan (31) |
| Human patient | 1-wk-old infarct | 0.5–1.0 (lesion est), 0.7–1.0 (normal brain est) | Cheneven et al. (32) |
| Human patients | Infarction | "Relatively lower than normal grey and white matter" | Ebisu et al. (33) |
| Human patients | Ischemia | "Low $D^*$" (normal grey matter 2.0 ± 0.1, white 1.7 ± 0.1) | Le Bihan et al. (7) |
| Cats (n = 3) | Brain death white and grey matter | Decrease within 4 min of death in both grey and white matter | Turner et al. (34) |
| Cats | Brain death | Decrease after death of 30–50% by 15 h (normal grey matter 0.85 ± 0.5 and 0.83 ± 0.05) | Mintorovitch et al. (27) |

*(continued on page 6)*

SMSSAG0000212

TABLE 3—(Continued)

| Subjects | Tissue/disease | Apparent diffusion coefficient $D^*$ ($\times 10^{-3}$ mm$^2$/s) | Authors |
|---|---|---|---|
| Cats | Brain death | 0.39 (normal 0.52, 0.71) | MacFall et al. (29) |
| Rats Fischer 344 (n = 8) | 9L-Glioma | 1.32 ± 0.43 (tumour), 0.78 ± 0.05 (cortex, grey matter), treatment with 10 mg/kg BCNU 3 days later produced significant decrease | Hooper et al. (35) |
| Human | Tumour (metastasis), low grade astrocytoma cystic component | >3.5 (in places) <1.5 Equal to water (2.5 ± 0.2) (normal grey matter 2.0 ± 0.1, white matter 1.7 ± 0.1) | Le Bihan et al. (7) |
| Human | Choroid plexus tumour | $D^*$ high (normal grey matter 2.0 ± 0.1, white matter 1.7 ± 0.1) | Le Bihan et al. (7) |
| Human | Tumour | "Significantly higher than normal in most cases" | Patronas et al. (36) |
|  | Cyst | "Close to water" |  |
| Human | Epidermoid tumour | Diffusion less than CSF | Tsuruda et al. (37,38) |
| Human | Tumour (solid) (n = 2) | 0.85–2.13 (normal grey matter 0.83–1.21, white matter 1.05–1.13) | Harada et al. (23) |
| Human | Tumour (cyst) (n = 2) | 2.57, 2.65 (normal grey matter 0.83–1.21, white matter 1.05–1.13) | Harada et al. (23) |
| Human | Tumour necrosis in metastasis (n = 1) | 2.38 (normal grey matter 0.83–1.21, white matter 1.05–1.13) | Harada et al. (23) |
| Human | Tumour | "Relatively higher than normal gray and white matter" | Ebisu et al. (33) |
| Human | Arachnoid cyst | $D^*$ similar to CSF | Tsuruda et al. (37,38) |
| Human | Abscess edema | 1.5–1.7 (lesion, est) (0.7–1.0 normal brain, est) | Chenevert et al. (32) |
| Human | Tumour edema | 1.79, 2.49 (normal grey matter 0.83–1.21, white matter 1.05–1.13) | Harada et al. (23) |
| Human | Resolving abscess edema | "Similar to white matter" | Ebisu et al. (33) |
| Human | Tumour edema | 1.79, 2.49 (normal 0.83–1.21) | Harada et al. (23) |
| Human | Tumour edema | "Higher than normal grey and white matter" | Ebisu et al. (33) |
| Human | Tumour edema | "Close to water" | Patronas et al. (36) |
| Human (n = 2) | Multiple sclerosis | Normal in steroid treated patient, 1.3 one month after stopping treatment (normal 1.1 white matter and 0.8 grey matter) | Mikulis et al. (39) |
| Human (n = 5) | Chronic multiple sclerosis | Plaque  white matter<br>1.48    1.07<br>1.17    0.70<br>1.43    0.54<br>1.30    0.96<br>1.28    1.13 | Larsson et al. (40) |

For water at 37°C, $D^* = 3.4 \times 10^{-3}$ mm$^2$/s (est, estimated; BCNU, 1,3-bis[2-chloroethyl]-1-nitrosurea).

PGSE may in practice appear rather similar to the constant gradient method.

In view of the additional factors that affect image contrast, PGSE sequences need to be labelled, not only by such parameters as repetition time (TR) and TE, but also by the direction of the applied gradients, $T_d$ (which determines the extent to which restrictions are probed), and the overall sensitivity to diffusion $b$. In this article the following convention is used:

SE/TR/TE/direction cosines of $x$, $y$, and $z$/$T_d$/$b$ sensitising gradients

Repetition times and TEs are given in milliseconds. The direction cosines of the sensitising gradient directions are given in the order $x$, $y$, and $z$ (Fig. 3).

SMSSAG0000213



FIG. 5. Normal volunteer (male, 31 years old): 256 × 256 coronal SE ≈1,500/130 (a), SE ≈1,500/130/1,0,0/44/550 (b), SE ≈1,500/130/0,1,0/44/550 (c), and SE ≈1,500/130/0,0,1/44/550 (d) images. Ascending and descending projection fibres are of higher signal intensity in (b) and (c) than in (d). Tracts that run anteroposteriorly appear low in signal intensity on (c) but higher on (b) and (d). The trigeminal nerves are seen in (b) and (d) (arrows) but not on (c).

The diffusion time $T_d$ is quoted in milliseconds and the diffusion sensitisation parameter $b$ in seconds per millimeter squared. In the absence of diffusion sensitising gradients, the imaging sequences employed had $b$ values of $<5$ s/mm$^2$.

In some ways the parameters $T_d$ and $b$ play roles analogous to the window level and width functions used to optimise the display of MR images. $T_d$ can be set to a value at which $D^*$ for a particular tissue is relatively small, resulting in a bright region for that tissue on the images while another tissue with a larger value of $D^*$ appears dark.

Assuming that in the absence of restriction, cellular water has a diffusion coefficient similar to that of free water and using a conservative range of values for $T_d$ (from 1 to 100 ms) from Eq. 3, the range of scale lengths that can be probed by diffusion weighted sequences is ~2.5–25 μm. These distances are appropriate for studying effects due to cell structure and are comparable to the diameter of myelinated axons in the central nervous system.

Standard whole body imaging machines may be unable to achieve the shorter range of $T_d$ values (with useful values of $b$) without modification to their gradient system. In consequence, some tissues or directions within tissues may always exhibit highly restricted diffusion when studied with commonly available PGSE sequences. Likewise, T2 dependent signal decay may make useful imaging impossible at very long values of $T_d$.

The parameter $b$ sets the overall level of attenuation and determines the dynamic range of the images. For example, with $T_d$ = 50–100 ms, a $b$ value of 1,510 s/mm$^2$ is sufficient to suppress virtually all signals except those from highly restricting structures such as appropriately oriented axons.

## ANATOMIC CONSIDERATIONS

Anisotropically restricted diffusion imaging allows the components of the medullary core of the cerebrum to be separated. The medullary core can be considered in three parts: association, commissural, and projection fibres.

Association fibres connect regions of the cortex within a hemisphere and can be divided into short association fibres (which connect adjacent gyri via subcortical U fibre tracts) and long association fibres. The latter are present in three main bundles: (a) the uncinate fasciculus, (b) the arcuate fasciculus, and (c) the cingulum. The latter two fasciculi run mainly in the anteroposterior direction, as do smaller tracts such as the superior occipitofrontal



FIG. 6. Normal volunteer (male, 46 years old): sagittal SE ≈1,500/130 (a), SE ≈1,500/130/0,1,0/44/550 (b), and SE ≈1,500/130/ 1,0,0/44/550 (c) images. The signal from the corpus callosum is low in (c). The anterior pons is seen in (b) but has a low signal in (a) and (c).

SMSSAG0000214

8  J. V. HAJNAL ET AL.



FIG. 7. Normal volunteer (male, 46 years old): coronal SE =1,500/130 (a), SE =1,500/130/1,0,0/44/550 (b), SE =1,500/130/0,1.0/44/550 (c), and SE =1,500/130/0,0,1/44/550 (d) images. The corticospinal tracts are seen with greater contrast in (c) when compared with Fig. 5c.

tract. Connections between the temporal and parietal lobes tend to run in a caudocephalic direction, while those between the frontal and temporal lobes typically run obliquely within the uncinate fasciculus.

Commissural fibres form the interhemispheric connections of the cortex of both hemispheres. These can be homotopic or heterotopic depending whether or not corresponding or noncorresponding parts of grey matter are connected. These fibres run within coronal planes for at least part of their course.

Projection fibres are those tracts that provide the major input and output channels of the brain and include pathways such as the corticospinal tracts. These fibres tend to have a caudocephalic course and are often well seen in the coronal plane as they pass through the internal capsule. The projection fibres for special senses such as vision and olfaction connect the end organ with the appropriate cortex and may be seen in transverse or oblique transverse planes.

In humans there are ~1 million fibres in each corticospinal tract, of which 700,000 are myelinated; 90% of the myelinated fibres are between 1 and 4 μm in diameter. Most of the remaining fibres are 5–10 μm in diameter, but the 40,000 fibres from the Betz cells are much larger, being 10–22 μm in diameter. By comparison, fibres of the spinocerebellar tract are 11–20 μm in diameter and unmyelinated fibres are generally 1–4 μm in diameter (11). The size of fibres corresponds closely to estimates of the range of dimensions that can be probed with ARD imaging as described previously (i.e., 2.5–25 μm).

To highlight a particular tract using ARD imaging, it is necessary that sufficient fibres run perpendicular to the gradient being used. The density of fibres varies >10-fold between major tracts (12–14; Table 1) and some may contain insufficient fibres to give high contrast with surrounding tissue.

It is essential that the correct imaging plane be selected and the patient be appropriately positioned and immobilised. If a number of tracts with differing orientations are interdigitated, then the selection of $b$ and slice thickness is crucial. Diffusely spread fibre tracts such as the geniculocalcarine projections or the corona radiata may need a thick slice and a large $b$ value. (A list of anatomic structures with the predominant fibre orientation and relative tract size is included in Table 2.)

Anisotropically restricted diffusion imaging is sensitive to small deviations from ideal alignment. This is readily seen in the signal intensity of the splenium of the corpus callosum in the transverse plane, which varies dramatically with increasing angulation of the fibres to the direction of the sensitising gradient. Owing to the complex pathway of many tracts and their oblique orientation to most conventional imaging planes, only part of a tract may be highlighted in any given image.

The same general considerations apply to relative loss of signal from tracts or fibre pathways using sensitising gradients parallel to their predominant direction. When the correct orientation is used, the loss of signal intensity can be dramatic. For example, the corpus callosum is well seen in the sagittal plane on the spin echo image shown in Fig. 4a. There is some reduction in signal intensity in parts of the corpus callosum using $y(0,1,0)$ sensitisation (i.e., perpendicular to the predominant fibre direction; Fig. 4b), but there is almost total loss of signal when $x(1,0,0)$ sensitisation is used (i.e., parallel to the predominant fibre direction; Fig. 4c).



FIG. 8. Normal volunteer (male, 46 years old): coronal SE =1,500/200/0,1,0/44/550 (a) and SE =1,500/200/0,1,0/103/550 (b) images. The contrast between the corticospinal tracts and the surrounding brain is higher with the longer value of $T_\sigma$ (b).

J Comput Assist Tomogr, Vol 15, No. 1, 1991

SMSSAG0000215



FIG. 9. Comparison of b values. Two-year-old infant with periventricular leucomalacia: coronal SE =1,500/200/1,0,0/44/550 (a) and SE ~1,500/200/1,0,0/44/1,100 (b) images. There is a decrease in signal from the brain and an increase in motion artefact in (b). Contrast between white matter and remaining brain parenchyma is about the same.

## PATHOLOGIC CONSIDERATIONS

The use of PGSE sequences to assess apparent diffusion coefficients ($D^*$) in the brain in health and disease is still in its infancy, but a limited amount of data is now available (Table 3).

There are only a limited number of reports on the value of $D^*$ of brain in which the direction of the fibres is taken into account. The values of $D^*$ for white matter are variable, but lower values are generally reported for fibres transverse to the sensitising gradient than for fibres parallel to the sensitising gradient. There are also variations in $D^*$ when different values of $T_d$ are used as well as differences that depend on whether or not cardiac gating is employed (10). Most reports of pathological cases in the literature do not make clear the direction of the relevant fibre pathways.

The most studied experimental pathology has been acute infarction, and the fact that $D^*$ decreases in the initial phases and returns to normal later has been established in cat and rat models. The basis for this is still a matter of speculation. As a result of the decrease in $D^*$, PGSE sequences produce a relative increase in signal initially, and this may be apparent before changes appear with conventional T2-weighted spin echo sequences. This may be due to microvacuolation from swelling of mitochondria. These results have been confirmed in clinical studies.

In chronic infarction, values of $D^*$ have generally been elevated or within the normal range, with two cases showing a variable pattern and another a decrease in $D^*$.

Brain death is a situation in which $D^*$ is decreased. Measurements have been obtained within a few minutes of cessation of cardiac pulsation in cat and rat models. The mechanism for this is not clear at the present time. Cell shrinkage may occur soon after death, and microvacuolation or astrocytic swelling can be a very acute process that could retain water in a highly restricted state.

The few reports of tumors indicate both an increase and a decrease in $D^*$. The increase in $D^*$ is greatest within cystic components. Arachnoid cysts have higher values of $D^*$, approaching those of CSF and water.

Vasogenic edema generally has an increased $D^*$ compared to brain in the initial phase but may return to normal in time. A treated case of multiple sclerosis showed a normal value of $D^*$, but this was elevated 1 month after steroid treatment was stopped. In chronic plaques of multiple sclerosis, $D^*$ is increased consistent with a less effective myelin barrier to diffusion.

In summary, approximate values of $D^*$ in normal subjects appear to be $\sim 0.8 \times 10^{-3}$ mm$^2$/s for grey matter, $0.5 \times 10^{-3}$ mm$^2$/s for white matter with sensitising gradients transverse to the fibre direction, and $1 \times 10^{-3}$ mm$^2$/s for white matter with sensitising gradients parallel to the fibre direction. Review of the literature suggests that $D^*$ is decreased in acute stroke and brain death, but is normal or increased in many other conditions. These include chronic infarction, some tumours, cysts, vasogenic edema, and some cases of multiple sclerosis. The degree of diffusion anisotropy present in pathological tissues or lesions has not been assessed in studies performed to date.

Whether the value of $D^*$ for a lesion appears increased or decreased may depend on whether the lesion is compared to grey or white matter as well as the predominant fibre direction in relation to the sensitising gradient direction. With ARD imaging it may be possible to radically change the contrast between a lesion and white matter simply by changing the direction of the sensitising gradient.

Anisotropically restricted diffusion pulse sequences are usually heavily T2 weighted by virtue of their long values of TE. A decrease in $D^*$ in a lesion produces a relative increase in signal, whereas an increase in $D^*$ produces a relative decrease in signal. Thus, in acute stroke and brain death, a relative increase in signal would be ex-



FIG. 10. Oblique sensitisation: Normal volunteer (male, 46 years old): coronal SE ~1,500/130/0.7, 0.7, 0/44/550 (a) and SE ~1,500/130/0.7,0,0.7/44/550 (b) images. White matter tracts in the left hemisphere have a higher signal than the arrowed right tracts. Part of the corpus callosum is highlighted in (b, arrow), while the corresponding region on the opposite side appears dark.

SMSSAG0000216



FIG. 11. Use of gradient moment nulling (GMN). Normal volunteer (male, 46 years old): sagittal SE =1,500/200/0,0,1/44/550 (a) without GMN and SE =1,500/200/0,0,1/44/550 (b) with GMN. There is an improvement in the level of artefact in (b).

pected with ARD imaging, but in chronic infarction, tumor, edema, and multiple sclerosis, the same level, or a relative reduction in signal, would generally be expected. The net contrast difference obviously depends on whether grey matter or white matter is the reference tissue and what value of $D^*$ for white matter is relevant as well as any anisotropy of diffusion within the lesion itself.

## MATERIALS AND METHODS

The MR system used in these studies has been described previously (15). It is a Picker prototype and is based on a cryomagnet (Oxford Magnet Technology) operated at 0.15 T. A whole body gradient coil set of 490 mm internal diameter was used for most studies and provided gradient strength of up to 16 mT/m. Quasispherical head receiver coils (16) were used for all studies, with the addition of padded foam to increase patient comfort and a plastic bag containing polystyrene beads that was evacuated to assist with head fixation. The receiver coils were supported so that rocking motion with respiration was reduced.

Cardiac gating on alternate beats (or every fourth beat for rapid pulse rates) with a delay of 200–700 ms from the R wave was employed to time the pulse sequences into mid and late diastole. Images were of 128 × 128 matrix size except where specifically labelled 256 × 256. Two to four excitations were used in each study, with a slice thickness of 8 mm.

The basic pulse sequence is illustrated in Fig. 2. Echo time values of 130 or 200 ms were used with the conventional whole body gradient coils. $T_d$ values of 44, 65, 85, and 103 ms were available with the conventional gradient coils. $b$ values of 550 mm$^2$/s (TE = 130 and 200 ms) as well as 1,100 mm$^2$/s (TE = 200 ms) and 1,510 mm$^2$/s (TE = 200 ms) were used.

Oblique sensitisation was implemented by simultaneously applying two or more gradient pulses in the $x$-, $y$-, or $z$-directions.

First order gradient moment nulling (17–19) was implemented on the $z$-axis in the coronal, sagittal, and transverse planes. The extra gradients led to a reduction in $T_d$ value to 44 from 85 or 103 ms for TE = 200 ms sequences.

A purpose design gradient coil set at 300 mm internal diameter was employed for some head studies. This set provided approximately four times the gradient strength of the standard set. With this system it was possible to obtain $b$ values of 550 mm$^2$/s with a TE of 80 ms and a $T_d$ of 27 ms. The gradient set was suitable only for imaging heads and limbs in adults, although whole body examinations of infants are possible with this system.



FIG. 12. Use of small gradient set. Normal volunteer (male, 46 years old): coronal SE =1,500/80 (a) and SE =1,500/80/0,1,0/27/550 (b) images. The signal-to-noise ratio of (b) is higher than with comparable images of longer TE. Some geometrical distortion is noted and there is a high intensity artefact centrally inferiorly. A small lesion is noted on the left (arrows).



FIG. 13. Superior occipitofrontal fasciculus in the transverse plane. Patient with radiation damage: SE =1,500/130/0,1,0/44/550 (a) and SE =1,500/130/1,0,0/44/550 (b) images. The superior occipitofrontal fasciculus runs in the anteroposterior direction and has a low signal intensity on (a, arrows), but is nearly isointense in (b).

SMSSAG0000217



FIG. 14. Inferior longitudinal and arcuate fasciculi in the coronal plane. Normal volunteers, anterior SE ≈1,500/130/0,1,0/44/550 (a) and more posterior SE ≈1,500/130/0,1,0/44/550 (b) images. The fasciculi increase in size between (a) and (b) as the image becomes more posterior (arrows).

Unsensitised control sequences that were comparable in all respects except for the additional diffusion sensitising gradients were available to match all PGSE sequences.

## RESULTS

### Technical Developments

Sagittal and coronal high resolution (256 × 256) images are illustrated in Figs. 4 and 5 and comparable low resolution (128 × 128) images are shown in Figs. 6 and 7. The higher resolution images enable details such as the trigeminal nerve to be seen more clearly, but the contrast between the corticospinal tracts and the surrounding white matter is less in Fig. 5c than it is in Fig. 7c. The long TE necessary with PGSE sequences means that available signal is low and diffusion sensitisation may reduce this signal further.

$T_d$ values of 44 and 103 ms are compared in Fig. 8. There is an increase in contrast between the corticospinal tracts and the surrounding brain as $T_d$ is increased.



FIG. 15. Corpus callosum in the transverse plane. Patient with acquired immunodeficiency syndrome: SE ≈1,500/130/0,1,0/44/550 (a) and SE ≈1,500/130/1,0,0/44/550 (b) images. The central region of the posterior corpus callosum is highlighted in (a) and appears dark in (b) (arrows). As the angle of the corpus callosum changes on moving laterally, signal decreases (a).

Different $b$ values are compared in Fig. 9. These demonstrate a reduction in signal from the ascending and descending tracts and the other regions of the image as $b$ is increased. The contrast between the tract and the other brain parenchyma is reduced caudally possibly owing to angulation or a reduction in fibre density.

Gradients that were sensitised obliquely at 45° to the imaging plane are illustrated in Fig. 10. Anterior fibres diverging laterally from the anteroposterior direction may be running at an oblique angle through the slice. Those that become parallel to the gradient on the left show a low signal intensity (arrows), whereas those on the right become transverse to the gradient and display a higher signal.

Figure 11 demonstrates improvement with first order gradient moment nulling in the z-direction.



FIG. 16. Internal capsule. Normal volunteer (male, 46 years old): transverse SE ≈1,500/200/0,1,0/103/550 (a) and coronal SE ≈1,500/200/0,1,0/103/550 (b) images. Regions within the posterior internal capsule are highlighted in (a, arrows). These are also seen in (b).



FIG. 17. Internal capsule. Normal volunteer (male, 46 years old): transverse SE ≈1,500/130/0,1,0/44/550 image. With slightly more extension than in Fig. 16, the high signal areas in the posterior internal capsule are seen extending more anteriorly (arrows).

SMSSAG0000218

12                                      J. V. HAJNAL ET AL.



FIG. 18. White matter of the cerebellum. Normal volunteer (male, 31 years old): parasagittal SE 544/44 (a), SE ~1,500/200/1,0,0/103/550 (b), and SE ~1,500/200/0,1,0/103/550 (c) images. Fibres in the anteroposterior direction are highlighted in (b, arrow), but transverse and oblique fibres are of low signal intensity.

The introduction of additional gradients reduces both the diffusion sensitivity and the value of $T_d$ available for a given TE.

Images obtained with the small gradient coil set are illustrated in Fig. 12. These used a TE of 80 ms with a $T_d$ of 27 ms. The signal-to-noise ratio is considerably improved, although there is some local distortion in the image due to imperfections in the gradient coil set.

### Anatomic Findings

The major association tracts are clearly imaged. The superior longitudinal fasciculus (SLF) can be seen superolateral to the lateral ventricles in the coronal plane as a low signal region in $y(0,1,0)$ sensitised coronal images (Fig. 5c). This tract runs from the frontal to the occipital lobes. It receives and projects multitudes of fibres to the parietal, temporal, and occipital lobes. Posteriorly the perpendicular fasciculus runs in a rostrocaudal direction posterior to fibres running from the SLF to form the inferior occipitofrontal fasciculus. The superior occipitofrontal fasciculus runs in an anteroposterior direction just lateral to the corpus callosum and is well seen as an area of low signal on $y(0,1,0)$ sensitised transverse images (Fig. 13a). The cingulum is seen just superior to the corpus callosum and is well seen in the coronal plane with low signal intensity with $y(0,1,0)$ sensitising gradients (Fig. 5c). The subcortical fibres are oriented at right angles to the gyri. They are visualised only if the sensitising gradients are appropriately directed with respect to the relevant gyrus.

In the coronal plane, relative changes in size of the inferior longitudinal and arcuate fasciculi can be seen as they sweep backwards on coronal sections taken at anterior and posterior positions (Fig. 14). The peeling off of fibres from the superior and inferior longitudinal fasciculi can be seen at the junction of the temporal and parietal lobes.

The corpus callosum and the anterior commissure can be seen on the sagittal planes. The diffuse projection of callosal fibres can be seen arising from the lateral aspects of the corpus callosum. In the splenium, transverse images show the angular variation of the signal intensity (Fig. 15). High signal intensity is seen in the transverse fibres with $y(0,1,0)$ sensitisation.

Major ascending and descending projection tracts



FIG. 19. Normal spinal cord. Normal volunteer (male, 35 years old): coronal SE 544/44 (a), SE ~1,500/130/0,1,0/44/550 (b), and SE ~1,500/130/0,0,1/44/550 (c) images. The signal intensity is markedly reduced in (c).

SMSSAG0000219



FIG. 20. Normal sciatic nerve. Man (46 years old) with intramuscular haematoma: transverse SE ~1,500/130/0,1,0/44/550 (a and b) and SE ~1,500/130/0,0,1/44/550 (c and d) images. (b) and (d) are enlargements of the corresponding images. The signal intensity of the sciatic nerve is lower in (c) and (d) than in (a) and (b) (arrows).

are clearly visible running through the internal capsule. The corticospinal tracts converge towards the pyramids at the caudal end of the medulla. Rostrally the fibres diverge into the gyri of the cortex with an ensuing decrease in their density as they extend peripherally. The coronal plane with sensitising gradient in the y(0,1,0) direction highlights the rostrocaudal tracts (Fig. 7c), which tend to disappear with z(0,0,1) sensitisation and occasionally with x(1,0,0) sensitisation. (This may be due to the angulation of these tracts to the x sensitising gradient.) The separate components of the internal capsule can be resolved with oblique gradients in a transverse plane. The external and extreme capsule can be clearly seen in the coronal plane with appropriate sensitisation.

The diffusely spread projection fibres of the corona radiata can be seen in the parasagittal section with the angular variation and contrast changes associated with it. In the transverse plane the corona radiata is demonstrated sweeping down vertically, giving two high signal regions in the posterior limb of the internal capsule (Fig. 16). These are sensory projections to the parietal lobe. As the head is extended, this high signal region appears more anteriorly (Fig. 17). The major descending pathways are easily seen on sagittal section and are probably corticospinal and corticobulbar fibres, together with ascending projection fibres to the frontal lobe. The course of this tract can be followed caudally through the internal capsule and, with an apparent change in angulation, through the cerebral peduncles.

The optic tracts can be demonstrated with the



FIG. 21. Multiple sclerosis: coronal SE 1,500/80 (a), SE ~1,500/130 (b), SE ~1,500/130/1,0,0/44/550 (c), SE ~1,500/130/0,1,0/44/550 (d), and SE ~1,500/200/0,1,0/103/550 (e) images. Periventricular changes are seen in (a), but more extensive areas of high signal are seen in the white matter tracts in both (c) and (d). Some of these changes may represent lesions in the normal-appearing white matter present on images (a) and (b). Some lesions are seen more clearly on (e, arrows) than on (a) or (b).

SMSSAG0000220

*14*            *J. V. HAJNAL ET AL.*



**FIG. 22.** Chronic head injury: coronal SE/1,500/80 (a), SE ≈1,500/130 (b), SE ≈1,500·130/0,1,0/44/550 (c), and SE ≈1,500/130/1,0,0/44/550 (d) images. Features of the temporal lobe lesions have a high signal intensity in (c) but are isointense or of low signal intensity in (b). Asymmetry is seen in the corticospinal tracts on (c).

appropriate transverse plane with the head flexed. Their course to supply the calcarine cortex on the medial aspect of the occipital lobes can be clearly seen. The sweep of the fibres above and below the occipital horn of the ventricular system precludes a complete examination of this fibre system without the use of a thick slice.

Imaging the upper brain stem demonstrates multiple fibre tracts. The mamillothalamic fasciculus is visible in the coronal plane as two symmetrically placed areas of high intensity with $y(0,1,0)$ and $x(1,0,0)$ sensitisation. Around the third ventricle elements of the thalamic projections can be identified. The sagittal plane just off the midline allows identification of the pyramidal tracts running anteriorly and the lemnisci running posteriorly.

In the posterior fossa the course of the corticospinal tracts through the pons can be seen together with separation of transverse from longitudinal pontine fibres (Fig. 6b and c). The medial lemnisci can be seen curling around the pons and the central tegmental tract can be seen posteriorly.

Longitudinal fibres within the pons can be differentiated from transverse fibres by changing the direction of the sensitising gradient. The superior cerebellar peduncle can also be identified. The middle cerebellar peduncle is apparent in transverse images. Parasagittal images of the posterior fossa can demonstrate the direction of the fibres within the corpora medullare of the cerebellum (Fig. 18).

Anisotropic features can be demonstrated within the spinal cord (Fig. 19). Cranial and peripheral nerves demonstrate anisotropic properties. The trigeminal nerve is seen in the coronal section (Fig. 5) and the sciatic nerve can be seen in Fig. 20.

## CASE REPORTS

With ARD imaging still in a rapid phase of technical evolution, it will take time to optimise the technique for different diseases. The sequence options are very wide and protocols for systematic studies are being developed. At this stage only illustrative cases are included, together with conventional imaging sequences for comparison. Patients with multiple sclerosis, chronic head injury, progressive multifocal leucoencephalopathy, cerebral infarction, astrocytoma, and probable metastasis are described.

### Case 1: Multiple Sclerosis

A 45-year-old man presented with a 15 year history of progressive difficulties with weakness in his right upper limb and both lower limbs. His visual acuity was normal, but he had spasticity of his right arm and both legs as well as positive plantar responses. Cerebrospinal fluid oligoclonal bands were positive and previous MR imaging had revealed multiple periventricular high signal lesions with heavily T2-weighted images.

The SE 1,500/80 and SE ≈1,500/130 images in the coronal plane (Fig. 21) showed periventricular high signal regions and scattered high signal lesions extending up to the parasagittal cortex. Ill defined high signal regions were apparent in the ascending and descending tracts. The sensitised PGSE sequences showed more marked and extensive high signal on the SE 1,500/130/1,0,0/44/550 (Fig. 21c) than on the SE 1,500/130/0,1,0/44/550 (Fig. 21b) images.



**FIG. 23.** Progressive multifocal leucoencephalopathy: coronal SE ≈1,500/130 (a), SE ≈1,500/130/1,0,0/44/550 (b), and SE ≈1,500/130/0,1,0/44/550 (c) images. A cystic lesion may be present on (b, arrow).

SMSSAG0000221



FIG. 24. Left cerebral infarction: coronal SE 1,500/80 (a), SE ≈1,500/130/1,0,0/44/550 (b), and SE ≈1,500/130/0,1,0/44/550 (c) images. High signal of uncertain significance is seen in the right hemisphere (arrows).

Changing the gradient direction also showed asymmetry in the high signal white matter tracts.

The differences between the images with and without the diffusion gradient suggest there is significant anisotropically restricted water within some lesions. The underlying pathological mechanism may relate to the pattern of reactive gliosis.

### Case 2: Chronic Head Injury

A 43-year-old man who had been involved in a traffic accident 25 years previously presented for MR imaging. He had been unconscious for 1 month after the accident and had a left-sided paralysis for 3 months after the accident. He sustained a depressed fracture and bilateral subdural haemorrhage that required surgical drainage. He had poorly controlled epilepsy since the accident and required treatment with carbamazepine.

Spin echo 1,500/80 images revealed bilateral high signal regions on the lateral and inferior aspects of both temporal lobes (Fig. 22). The SE 1,500/200 sequence showed increased signal contrast and a larger area of abnormality. The PGSE sequences showed an asymmetry in the signal between the right and left white matter tracts within the internal capsule as well as more structure within the lesions.

### Case 3: Progressive Multifocal Leucoencephalopathy

A 35-year-old man with positive human immunodeficiency virus serology and a history of pure word blindness and slurred speech was studied. A CT scan performed 6 months previously had shown a right parietal arachnoid cyst. A brain biopsy at the time showed the typical histological features of progressive multifocal leucoencephalopathy.

The SE 1,500/80 sequence showed widespread high signal in the white matter (Fig. 23). The diffusion weighted scans resolved the lesion into separate components and the low signal area superomedial to the occipital horn could represent cystic change.

### Case 4: Cerebrovascular Disease

A 75-year-old right-handed woman awoke with profoundly disturbed speech. On admission she had poor auditory comprehension and a nonfluent dysphasia. She had no other neurological signs and a clinical diagnosis of cortical infarction was made. A CT scan showed an enhancing lesion in the left posterior parietal region with no mass effect or edema. Spin echo 1,500/80 images (Fig. 24) showed moderately severe periventricular high signal and a focal cortical lesion in the left parietal lobe. The y(0,1,0) sensitised spin echo showed a larger lesion extending deeper and possibly involving the arcuate fasciculus (Fig. 24c).

### Case 5: Astrocytoma Grade III

A 30-year-old man was investigated for increasing weakness and unsteadiness of his right leg and arm. He had a diagnosis of grade III astrocytoma affecting his left parietal lobe, proven on stereotactic biopsy 6 years previously. He was treated at that time with radiotherapy (5,000 R).

The lesion was well seen with both x(1,0,0) and y(0,1,0) sensitisation (Fig. 25) and displayed little evidence of an-



FIG. 25. Left astrocytoma grade III spreading to the right side of the corpus callosum (arrows, a and d): coronal SE 1,500/80 (a), SE ≈1,500/130 (b), SE ≈1,500/130/1,0,0/44/550 (c), and SE ≈1,500/130/0,1,0/44/550 (d) images. Most of the lesion shows a similar signal intensity on (c) and (d), but the right involvement of the corpus callosum displays a lower signal on (c) than on (d) (arrow).

SMSSAG0000222

isotropy apart from areas within the right corpus callosum (arrows).

### Case 6: Probable Metastases

A 60-year-old man with a 3 week history of inappropriate behaviour, memory loss, and headaches was investigated with a CT scan. This showed a large frontal mass with contrast enhancement and mass effect. There was dilation of the ventricular system with interstitial edema and a second lesion was seen in the posterior fossa. In view of his acute hydrocephalus, a ventricular peritoneal shunt was inserted.

Spin echo 1,500/80 images (Fig. 26) showed a large high signal lesion in the frontal lobe with mass effect and periventricular high signal adjacent to the contralateral ventricle. The SE ~1,500/130 image showed similar features. The coronal SE ~1,500/130/0,1,0/44/550 image showed marked reduction of the signal from the edema surrounding the tumour with the central region remaining high signal intensity. On parasagittal images marked reduction in signal intensity was seen with $x$ = sensitisation but little reduction was seen with $y$ = sensitisation, indicating that the presumed edema was displaying marked diffusion anisotropy.

### DISCUSSION

Imaging of ARD provides a fascinating conjunction between the microscopic motion of water, the properties of myelinated nerve fibres, gross anatomy of the brain, and changes in water diffusion in disease.

More study will be required to optimise the technical developments and different values of $T_d$ and $b$ for different tissues and diseases. Increased $T_d$ results in an increased range of distances that may be probed, and it is possible that relatively long values will be needed to demonstrate anisotropic diffusion in large myelinated fibres. Long values of $T_d$ necessitate high values of TE, which result in a relatively low signal-to-noise ratio.

While large values of $b$ result in greater contrast, they generally require long values of TE and produce increased vulnerability to motion artefact. They may also attenuate signal from tracts with low fibre density, reducing the areas in which anisotropic contrast can be seen. Implementation of gradient moment nulling techniques produces better control of motion artefact but at the cost of lower $b$ values.

Small gradient coil sets offer a wider range of options since they produce higher gradient strength and enable lower values of TE to be used with a corresponding increase in signal-to-noise ratio. The fact that the coils are remote from the magnet bore reduces eddy current problems. The major disadvantage is that they limit imaging of adults to the brain and limbs.

More detailed study of anatomical structures will be of considerable interest, and the development of characteristic imaging planes and direction sensitisation will help in consistently obtaining images of particular tracts.

Diffusion contrast will need to be optimised in relation to the highly T2 dependent nature of PGSE sequences. This will also require a knowledge of how $D^*$ changes in disease. Although excellent experimental work has been done in conditions such



FIG. 26. Probable metastases: coronal SE 1,500/80 (a), SE ~1,500/130 (b), and SE ~1,500/130/1,0,0/44/550 (c) images and parasagittal SE 1,500/80 (d), SE ~1,500/130/0,1,0/44/550 (e), and SE ~1,500/130/1,0,0/44/550 (f) images. The presumed edema surrounding the tumour is isointense in (a) and (b), but shows reduction in signal intensity in (c). With y(0,1,0) sensitisation (e) tumour and edema are isointense, but with x(1,0,0) sensitisation (f) the edema has a lower signal intensity, indicating diffusion anisotropy.

SMSSAG0000223

as acute infarction, the information available in even the common neurological conditions is quite sparse. The degree to which $D^*$ is anisotropic in lesions needs to be established. Vasogenic edema appears to show anisotropic properties, but the degree of anisotropy is likely to vary with different pathological processes and even within the same pathological group.

Acknowledgment: We are grateful to the Medical Research Council and the Wellcome Trust for their support.

## REFERENCES

1. Moseley ME, Cohen Y, Kucharczyk J, et al. Diffusion-weighted MR imaging of anisotropic water diffusion in cat central nervous system. *Radiology* 1990;176:439–45.
2. Doran M, Hajnal JV, Van Bruggen N, King MD, Young IR, Bydder GM. Normal and abnormal white matter tracts shown by MR imaging using directional diffusion weighted sequences. *J Comput Assist Tomogr* 1990;14:865–71.
3. Nomura Y, Sakuma H, Tagami T, et al. Diffusion anisotropy in adult and neonatal human brain—assessment with intravoxel incoherent motion (IVIM) imaging. Book of abstracts, Society of Magnetic Resonance in Medicine ninth annual meeting, New York, 1990:374.
4. Hahn EL. Spin echoes. *Physical Rev* 1950;80:580–94.
5. Stejskal EO, Tanner JE. Spin diffusion measurements: spin echoes in the presence of a time dependent field gradient. *J Chem Phys* 1965;42:288–92.
6. Stejskal EO, Tanner JE. Use of spin echo in pulsed magnetic field gradient to study anisotropic restricted diffusion and flow. *J Chem Phys* 1965;43:3579–603.
7. Le Bihan D, Lallemand D, Grenier P, Cabanis E, Laval-Jeantet M. MR imaging of intravoxel incoherent motions. Application to diffusion and perfusion in neurologic disorders. *Radiology* 1986;161:401–7.
8. Thompsen C, Henriksen O, Ring P. In vivo measurement of water self diffusion in the human brain by magnetic resonance imaging. *Acta Radiol Scand* 1987;28:353–61.
9. Le Bihan D, Breton E, Lallemand D, Aubin M-L, Vignol J, Laval-Jeantet M. Separation of diffusion and perfusion in intravoxel coherent motion MR imaging. *Radiology* 1988;168:497–505.
10. Chien D, Buxton RB, Kwong KK, Brady TJ, Rosen BR. MR diffusion imaging of the human brain. *J Comput Assist Tomogr* 1990;14:514–20.
11. Carpenter MB, Sutin J. *Human neuroanatomy*. 8th ed. Baltimore: Williams & Wilkins, 1983:228–38.
12. Tomasch J. A quantitative analysis of the human anterior commissure. *Acta Anat (Basel)* 1957;30:902–6.
13. Blinkov SM, Glezer II. *The human brain in figures and tables: a quantitative handbook*. New York: Plenum, 1968.
14. Curnies JT, Burger PC, Djang WT, Boyko OB. MRI imaging of compact white matter pathways. *AJNR* 1988;9:1061–8.
15. Young IR, Bailes DR, Burl M, et al. Initial clinical evaluation of a whole body NMR tomograph. *J Comput Assist Tomogr* 1982;6:1–18.
16. Bydder GM, Butson PR, Harman RR, Gilderdale DJ, Young IR. Use of spherical receiver coils in magnetic resonance imaging of the brain. *J Comput Assist Tomogr* 1985;9:413–4.
17. Pattany PM, Phillips JJ, Chiu LC, et al. Motion artefact suppression technique (MAST) for magnetic resonance imaging. *J Comput Assist Tomogr* 1987;11:369–77.
18. Duerk JL, Pattany PM. Analysis of imaging axes significance in motion artifact suppression technique (MAST) MRI of turbulent flow and motion. *Magn Res Imag* 1989;7:251–63.
19. Larsson HBW, Stubgaard M, Thomsen C. In vivo measurement of diffusion in the CNS using a flow compensated spin echo sequence. Book of abstracts, Society of Magnetic Resonance in Medicine ninth annual meeting, New York, 1990:389.
20. Le Bihan D, Turner R. Intravoxel incoherent motion (IVIM) imaging using spin-echoes. In: Le Bihan D, ed. *Future directions in MRI of diffusion and microcirculation*. Workshop syllabus, June 7–8, 1990, Bethesda. Berkeley: Society of Magnetic Resonance in Medicine, 1990:67–81.
21. Chien D, Buxton RB, Kwong KK, Brady TJ, Rosen BR. Quantitative diffusion imaging in the human brain. Book of abstracts, Society of Magnetic Resonance in Medicine seventh annual meeting, San Francisco, 1988:218.
22. Turner R, Le Bihan D. Echo-planar imaging of diffusion and perfusion. In: Le Bihan D, ed. *Future directions in MRI of diffusion and microcirculation*. Workshop syllabus, June 7–8, 1990, Bethesda. Berkeley: Society of Magnetic Resonance in Medicine, 1990:111–22.
23. Harada K, Fujita N, Sakurai K, et al. Diffusion imaging of the brain using a sequence employing gradient sensitization in three orthogonal directions. Book of abstracts, Society of Magnetic Resonance in Medicine ninth annual meeting, New York, 1990:975.
24. Kucharczyk J, Mintorovitch J, Moseley M. In vivo diffusion/perfusion MR imaging of acute cerebral ischemia. In: Le Bihan D, ed. *Future directions in MRI of diffusion and microcirculation*. Berkeley: Society of Magnetic Resonance in Medicine, 1990:214–8.
25. Berry I, Bigaud M, Manelfe C. Experimental focal cerebral ischemia assessed with IVIM-MRI in the acute phase. In: Le Bihan D, ed. *Future directions in MRI of diffusion and microcirculation*. Workshop syllabus, June 7–8, 1990, Bethesda. Berkeley: Society of Magnetic Resonance in Medicine, 1990:219–29.
26. Moonen CTW, de Vleeschouwer MHM, DesPres D, van Zijl PCM, Dekar J. Restricted and anisotropic displacement of water in healthy cat brain and in stroke by NMR diffusion imaging. Book of abstracts, Society of Magnetic Resonance in Medicine ninth annual meeting, New York, 1990:1124.
27. Mintorovitch J, Wendland MF, Moseley ME, Asgari H, Cohen Y, Kucharczyk J. Spin echo and echo planar diffusion-weighted MRI of experimental ischemia. Book of abstracts, Society of Magnetic Resonance in Medicine ninth annual meeting, New York, 1990:1120.
28. Knight R, Ordidge RJ, Helpern JA, Chopp M, Rodolosi LC, Peck D. The evolution of ischemic damage in rat brain measured quantitatively with diffusion maps. Book of abstracts, Society of Magnetic Resonance in Medicine ninth annual meeting, New York, 1990:376.
29. MacFall JR, Benveniste H, Maki J, Johnson GA, Hedlund L, Cofer G. Restricted diffusion measurement in sub-acute rat stroke. Book of abstracts, Society of Magnetic Resonance in Medicine ninth annual meeting, New York, 1990:1,119.
30. Chien D, Kwong KK, Buonanno FS, et al. MR diffusion imaging of cerebral infarction. Book of abstracts, Society of Magnetic Resonance in Medicine seventh annual meeting, San Francisco, 1988:889.
31. Levy LM, Bryan RN. Acute stroke: appearance in diffusion weighted MRI. In: Le Bihan D, ed. *Future directions in MRI of diffusion and microcirculation*. Workshop syllabus, June 7–8, 1990, Bethesda. Berkeley: Society of Magnetic Resonance in Medicine, 1990:240–9.
32. Chenevert TL, Brunberg JA, Pipe JG. Quantitative perfusion and diffusion measurement of human brain lesions in vivo. Book of abstracts, Society of Magnetic Resonance in Medicine ninth annual meeting, New York, 1990:150.

SMSSAG0000224

Case 2:10-cv-01990-MRP -RZ   Document 120-1   Filed 07/15/11   Page 19 of 19   Page ID
#:3704

33. Ebisu T, Naruse S, Horikawa Y, et al. Clinical use of diffusion/perfusion imaging with three orthogonal gradients. Book of abstracts, Society of Magnetic Resonance in Medicine ninth annual meeting, New York, 1990:390.
34. Turner R, Le Bihan D, Moonen CTW, Hedges LK. Snapshot diffusion imaging of cat brain death. Book of abstracts, Society of Magnetic Resonance in Medicine ninth annual meeting, New York, 1990:316.
35. Hooper J, Rajan S, Rosa L, Le Bihan D. Application of diffusion imaging to monitor tumor growth and response to chemotherapy. Book of abstracts, Society of Magnetic Resonance in Medicine ninth annual meeting, 1990:316.
36. Patronas N, Turner R, Di Chiro G, Le Bihan D. Intravoxel incoherent motion (IVIM) imaging of intra-axial brain tumors. In: Le Bihan D, ed. *Future directions in MRI of diffusion and microcirculation*. Workshop syllabus, June 7–8, 1990, Bethesda. Berkeley: Society of Magnetic Resonance in Medicine, 1990:230–2.
37. Tsuruda JS, Chew WM, Moseley ME, Norman D. Diffusion-weighted MR imaging of extra-axial tumors. In: Le Bihan D, ed. *Future directions in MRI of diffusion and microcirculation*. Workshop syllabus, June 7–8, 1990, Bethesda. Berkeley: Society of Magnetic Resonance in Medicine, 1990:233–9.
38. Tsuruda JS, Chew WM, Norman D, Moseley ME. Clinical usefulness of "diffusion weighted" MR imaging of extraaxial brain tumors. Book of abstracts, Society of Magnetic Resonance in Medicine eighth annual meeting, Amsterdam, 1989:1003.
39. Mikulis D, Chien D, Kwong K, et al. Diffusion magnetic resonance imaging in multiple sclerosis. Book of abstracts, Society of Magnetic Resonance in Medicine seventh annual meeting, San Francisco, 1988:762.
40. Larsson HBW, Christiansen P, Thomsen C, Stubgaard M, Frederiksen J, Henriksen O. In vivo measurement of water self diffusion in patients with chronic multiple sclerosis. Book of abstracts, Society of Magnetic Resonance in Medicine ninth annual meeting, New York, 1990:150.

SMSSAG0000225