# Exhibit 3



**Andrew Weiss**
&lt;aweiss@raklaw.com&gt;
05/24/2011 12:56 PM

To  NeuroGrafix Opposing &lt;opp.neurografix@raklaw.com&gt;
cc  NeuroGrafix Team &lt;neurografix@raklaw.com&gt;, NeuroGrafix WRF &lt;co.wrf@raklaw.com&gt;
bcc
Subject  NeuroGrafix: Meet and Confer Request

Counsel:
Please let us know when you are available to meet and confer regarding NeuroGrafix's motion to reconsider the Court's ruling regarding claims 36, 39, 46 and 49. The basis for NeuroGrafix's motion for reconsideration is that the Court failed to consider material law and facts in rendering its decision.

Thank you,
Andrew

--
Andrew D. Weiss
Russ August & Kabat
12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA 90025
310 826-7474
aweiss@raklaw.com

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *
IRS Circular 230 Notice: This communication is not intended to be used and cannot be used, for the purpose of avoiding U.S. federal tax-related penalties or promoting, marketing or recommending to another party any tax-related matter addressed herein.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -
This communication shall not create, waive or modify any right, obligation or liability, or be construed to contain or be an electronic signature. This communication may contain information that is legally privileged, confidential or exempt from disclosure, and is intended only for the named addressee(s). If you are not the intended recipient, please note that any dissemination, distribution, or copying of this communication is prohibited.