# Exhibit 8

RUSS, AUGUST & KABAT
Marc A. Fenster, State Bar No. 181067
Email: mfenster@raklaw.com
Bruce D. Kuyper, State Bar No. 144969
Email: bkuyper@raklaw.com
Alexander C.D. Giza, State Bar No. 212327
Email: agiza@raklaw.com
Andrew D. Weiss, State Bar No. 232974
Email: aweiss@raklaw.com
12424 Wilshire Boulevard, 12th Floor
Los Angeles, California 90025
Telephone:   (310) 826-7474
Facsimile:   (310) 826-6991

Attorneys for Plaintiff
NEUROGRAFIX

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| NEUROGRAFIX, a California corporation; WASHINGTON RESEARCH FOUNDATION, a not-for-profit Washington corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>SIEMENS MEDICAL SOLUTIONS USA, INC., a Delaware corporation; and SIEMENS AKTIENGESELLSCHAFT, a German Corporation,<br><br>Defendants. | Case No. 10-CV-1990 MRP (RZx)<br><br>[Assigned to The Honorable Mariana R. Pfaelzer]<br><br>**EXPERT REPORT RELATED TO CONSTRUCTION OF DR. AARON FILLER, M.D., PH.D, FRCS**<br><br>First Amended Complaint Filed: July 30, 2010 |

signal is strongest when they are tipped 90 degrees to a horizontal position and goes back down to zero when they are vertical again (aligned with the main polarizing field).

36. The slow loss of signal as they come back to vertical is called the T1 decay time. The emitted signal is called an echo.

37. The detection of the RF output from the proton can be called the "sensing of the resonant response."

38. The antenna is often called an antenna or an output or return coil. The antenna can also be combined with the RF transmitter, which can also be an antenna, to perform both the excitation and sensing functions. Where the RF transmitter and receiving antenna are combined, a control computer instructs the antenna to initiate the excitation field. The same computer, as the next step, switches the antenna to be connected to a radio receiver that hears the incoming, slowly decaying 200 MHz echo signal from the sample.[3]

### d) T2 decay.

39. Some other physical factors affect the decay rate. Once the excitation RF signal is turned off, the magnetic fields of each of the spinning protons interact with each other causing tiny increases and decreases in the spin rate. The effect of this is that the sample as a whole loses phase coherence. As the protons begin to lose their phase coherence, the signal begins to decay away. This sort of decay due to "spin-spin" interactions is called the T2 decay.

40. The physical properties of the molecules and the surroundings in different tissues in the body cause different T1 and T2 decay rates for different tissues. These different properties allow NMR sequences to be

---

[3] The sensing of the output and T1 decay is discussed, for example, in column 2, lines 31 through 49.

I declare under penalty of perjury that the statements in this report are true and correct.

Executed on January 24, 2011 in Santa Monica, California.

_____
Dr. Aaron Filler, M.D., Ph.D., FRCS