Gregg F. LoCascio, P.C. (*pro hac vice*)
gregg.locascio@kirkland.com
Sean M. McEldowney (S.B.N. 248368)
sean.mceldowney@kirkland.com
Christopher Nalevanko (*pro hac vice*)
christopher.nalevanko@kirkland.com
Brian N. Gross (*pro hac vice*)
brian.gross@kirkland.com
KIRKLAND & ELLIS LLP
655 Fifteenth St., N.W.
Washington, D.C.  20005
Telephone: (202) 879-5000
Facsimile: (202) 879-5200

Luke L. Dauchot (S.B.N. 229829)
luke.dauchot@kirkland.com
KIRKLAND & ELLIS LLP
333 South Hope St.
Los Angeles, CA  90071
Telephone: (213) 680-8400
Facsimile: (213) 680-8500

Attorneys for Defendants
SIEMENS MEDICAL SOLUTIONS USA, INC.
and SIEMENS AKTIENGESELLSCHAFT

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEUROGRAFIX, a California corporation; WASHINGTON RESEARCH FOUNDATION, a not-for-profit Washington corporation,<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>SIEMENS MEDICAL SOLUTIONS USA, INC., a Delaware corporation; and SIEMENS AKTIENGESELLSCHAFT, a German corporation,<br><br>　　　　Defendants. | CASE NO. CV 10-1990 MRP(RZX)<br><br>**NOTICE OF LODGING [PROPOSED] ORDER GRANTING SIEMENS' MOTION FOR PARTIAL SUMMARY JUDGMENT OF INVALIDITY REGARDING CLAIMS 3-5, 36, 37, 39-44, 46, 47, 49, 50, 55, 56, 58, 59, 61, AND 62 IN U.S. PATENT NO. 5,560,360 IN LIGHT OF CLAIM CONSTRUCTION ORDER**<br><br>**The Hon. Mariana R. Pfaelzer**<br>**United States District Court Judge**<br><br>**Hearing Date:**　TBD<br>**Time:**　　　　　TBD<br>**Location:**　　　Courtroom 12 |

| | |
|---|---|
| SIEMENS MEDICAL SOLUTIONS USA, INC. | ) ) ) |
| Counterclaim Plaintiff, | ) ) |
| vs. | ) ) ) |
| NEUROGRAFIX, and WASHINGTON RESEARCH FOUNDATION, | ) ) ) |
| Counterclaim Defendants. | ) ) |

Defendant and Counterclaim Plaintiff Siemens Medical Solutions USA, Inc. and Defendant Siemens Aktiengesellschaft (collectively "Siemens") hereby lodge with the Court, attached hereto, the following document relating to Siemens' Notice of Motion and Motion for Partial Summary Judgment of Invalidity Regarding Claims 3-5, 36, 37, 39-44, 46, 47, 49, 50, 55, 56, 58, 59, 61, and 62 in U.S. Patent No. 5,560,360 in Light of Claim Construction Order, Memorandum in support of same, Siemens' Statement of Uncontroverted Facts and Conclusions of Law, and Declaration of Sean M. McEldowney and exhibits thereto in support of same:

1. [Proposed] Order Granting Siemens' Motion for Partial Summary Judgment of Invalidity Regarding Claims 3-5, 36, 37, 39-44, 46, 47, 49, 50, 55, 56, 58, 59, 61, and 62 in U.S. Patent No. 5,560,360 in Light of Claim Construction Order.

Respectfully submitted,

DATED: July 15, 2011

By:   /s/ Sean M. McEldowney
Gregg F. LoCascio, P.C. (*pro hac vice*)
gregg.locascio@kirkland.com
Sean M. McEldowney (S.B.N. 248368)
sean.mceldowney@kirkland.com
Christopher R. Nalevanko (*pro hac vice*)
christopher.nalevanko@kirkland.com
Brian N. Gross (*pro hac vice*)
brian.gross@kirkland.com
KIRKLAND & ELLIS LLP
655 15th St. N.W., Suite 1200
Washington, D.C. 20005
Telephone: (202) 879-5000
Facsimile: (202) 879-5200

1  Luke L. Dauchot (S.B.N. 229829)
2  luke.dauchot@kirkland.com
   KIRKLAND & ELLIS LLP
3  333 South Hope St.
   Los Angeles, CA  90071
4  Telephone: (213) 680-8400
   Facsimile: (213) 680-8500
5

6  Attorneys for Defendants
   SIEMENS MEDICAL SOLUTIONS USA, INC.
7  and SIEMENS AKTIENGESELLSCHAFT

**CERTIFICATE OF SERVICE**

I hereby certify that on July 15, 2011, a copy of the foregoing SIEMENS' NOTICE OF LODGING [PROPOSED] ORDER GRANTING SIEMENS' MOTION FOR PARTIAL SUMMARY JUDGMENT OF INVALIDITY REGARDING CLAIMS 3-5, 36, 37, 39-44, 46, 47, 49, 50, 55, 56, 58, 59, 61, AND 62 IN U.S. PATENT NO. 5,560,360 IN LIGHT OF CLAIM CONSTRUCTION ORDER was served upon counsel of record for Plaintiffs registered with the Court's CM/ECF system.

　　　　　　　　　　　　　　　　　　　／s/Sean M. McEldowney