| | |
|---|---|
| 1 | RUSS, AUGUST & KABAT |
| 2 | Marc A. Fenster, State Bar No. 181067<br>Email: mfenster@raklaw.com |
| 3 | Alexander C.D. Giza, State Bar No. 212327<br>Email: agiza@raklaw.com |
| 4 | Andrew D. Weiss, State Bar No. 232974<br>Email: aweiss@raklaw.com |
| 5 | 12424 Wilshire Boulevard, 12th Floor<br>Los Angeles, California 90025 |
| 6 | Telephone: (310) 826-7474<br>Facsimile: (310) 826-6991 |

Attorneys for Plaintiff
NEUROGRAFIX

K&L GATES LLP
David T. McDonald
Email: david.mcdonald@klgates.com
925 Fourth Avenue
Suite 2900
Seattle, WA 98104-1158
Telephone: (206) 623-7580
Facsimile: (206) 623-7022
Attorneys for Plaintiff
WASHINGTON RESEARCH FOUNDATION

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| NEUROGRAFIX, a California corporation; WASHINGTON RESEARCH FOUNDATION, a not-for-profit Washington corporation,<br><br>            Plaintiffs,<br><br>    vs.<br><br>SIEMENS MEDICAL SOLUTIONS USA, INC., a Delaware corporation; and SIEMENS AKTIENGESELLSCHAFT, a German Corporation,<br><br>            Defendants. | Case No. 10-CV-1990 MRP (RZx)<br><br>[Assigned to The Honorable Mariana R. Pfaelzer]<br><br>**PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR RECONSIDERATION**<br><br>First Amended Complaint Filed: July 30, 2010 |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE THAT pursuant to Local Rule 7-18, Plaintiffs hereby move for reconsideration of the Court's May 5, 2011 Claim Construction Order (D.I. 114).  Plaintiffs request entry of an order finding that Claims 36, 39, 46, and 49 of U.S. Patent No. 5,560,360 are not subject to 35 U.S.C. § 112 ¶6.

This motion is made following the conference of counsel pursuant to Local Rule 7-3, which took place during the live Telephonic Conference Call with the Court on May 26, 2011.

This motion is made based on Notice of Motion and the Memorandum of Points and Authorities in Support of Motion for Reconsideration.

Dated: August 8, 2011

Respectfully submitted,

**RUSS, AUGUST & KABAT**

By:   /s/ Andrew D. Weiss
          Andrew D. Weiss

**Attorneys for Plaintiff
NEUROGRAFIX**

**K&L GATES**

By:   /s/ David T. McDonald (*by permission*)
          David T. McDonald

**Attorneys for Plaintiff
WASHINGTON RESEARCH FOUNDATION**

110808 Notice and Motion for Reconsideration .doc          1

**PLAINTIFFS' NOTICE OF MOTION FOR RECONSIDERATION**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system on August 8, 2011. Any other counsel of record will be served via First Class U.S. Mail on this same date.

By:   /s/ Andrew D. Weiss
       Andrew D. Weiss