# Exhibit A

1                       UNITED STATES OF AMERICA
                     UNITED STATES DISTRICT COURT

2                  CENTRAL DISTRICT OF CALIFORNIA
                         WESTERN DIVISION

3

                           - - -

4              HONORABLE MARIANA R. PFAELZER,
          UNITED STATES DISTRICT JUDGE PRESIDING

5                         - - -

6

   NEUROGRAFIX,                     )

7                          )   CERTIFIED COPY
            PLAINTIFF,      )

8                          )
   VS.                       )   CV 10-01990 MRP

9                         )
   SIEMENS MEDICAL SOLUTIONS    )

10  USA INC., et al.,         )
                          )

11  DEFENDANTS.             )
   _____)

12

13

14

15                   MARKMAN HEARING
          REPORTER'S TRANSCRIPT OF PROCEEDINGS

16           THURSDAY, MARCH 24, 2011
                  A.M. SESSION

17            LOS ANGELES, CALIFORNIA

18

19

20

21          SHERI S. KLEEGER, CSR 10340
         FEDERAL OFFICIAL COURT REPORTER

22       312 NORTH SPRING STREET, ROOM 402
        LOS ANGELES, CALIFORNIA 90012

23          PH:  (213)894-6604

24

25

1    demonstrated, and some claims indeed are

2    step-plus-function, if that phrase is not used.

3              In the analysis, Masco Corp., the gear

4    system's case we cite, point to if it is a method claim

5    with a step and a function, but it doesn't actually tell

6    you what acts to perform to perform the function, well,

7    then it's no different than -- well, then it's just

8    considered under 1126 in the method context.

9              And here, these claims are.  This is Claim

10   36 on the screen.

11             Now, remember, Claim 55 talks about a

12   process or a process or means.  This is the step of

13   processing said data representative anisotropic

14   diffusion.  The function is to generate a dataset

15   describing the shape and position.

16             THE COURT:  That is what the function is.

17             MR. LOCASCIO:  And that is exactly the same

18   function, not surprisingly, as it was is back in Claim

19   55.  And I'm not suggesting, Your Honor, that there's

20   presumption that if you have it both as an apparatus and

21   as a method that you automatically turn all those

22   methods into step-plus-function.

23             But what I am saying is when you have

24   language like this that doesn't tell you any act to

25   perform in the claim to do it.  Okay.  What do I do to

1

2

3              CERTIFICATE OF REPORTER.

4

5   COUNTY OF LOS ANGELES      )

6                             )  SS.

7   STATE OF CALIFORNIA        )

8

9   I, SHERI S. KLEEGER, OFFICIAL COURT REPORTER, IN AND FOR

10   THE UNITED STATES DISTRICT COURT FOR THE CENTRAL

11   DISTRICT OF CALIFORNIA, DO HEREBY CERTIFY THAT PURSUANT

12   TO SECTION 753, TITLE 28, UNITED STATES CODE, THE

13   FOREGOING IS A TRUE AND CORRECT TRANSCRIPT OF THE

14   STENOGRAPHICALLY REPORTED PROCEEDINGS HELD IN THE

15   ABOVE-ENTITLED MATTER AND THAT THE TRANSCRIPT PAGE

16   FORMAT IS IN CONFORMANCE WITH THE REGULATIONS OF THE

17   JUDICIAL CONFERENCE OF THE UNITED STATES.

18

19

20   DATE:  APRIL 4, 2011

21

22   _____

23   SHERI S. KLEEGER, CSR

24   FEDERAL OFFICIAL COURT REPORTER

25