RUSS, AUGUST & KABAT
Marc A. Fenster, State Bar No. 181067
Email: mfenster@raklaw.com
Alexander C.D. Giza, State Bar No. 212327
Email: agiza@raklaw.com
Andrew D. Weiss, State Bar No. 232974
Email: aweiss@raklaw.com
12424 Wilshire Boulevard, 12th Floor
Los Angeles, California 90025
Telephone: (310) 826-7474
Facsimile: (310) 826-6991

Attorneys for Plaintiff
NEUROGRAFIX

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| NEUROGRAFIX, a California corporation; WASHINGTON RESEARCH FOUNDATION, a not-for-profit Washington corporation,<br><br>　　　　　　Plaintiffs,<br><br>　　vs.<br><br>SIEMENS MEDICAL SOLUTIONS USA, INC., a Delaware corporation; and SIEMENS AKTIENGESELLSCHAFT, a German Corporation,<br><br>　　　　　　Defendants. | Case No. 10-CV-1990 MRP (RZx)<br><br>[Assigned to The Honorable Mariana R. Pfaelzer]<br><br>**PLAINTIFF NEUROGRAFIX'S NOTICE OF ERRATA TO PLAINTIFFS' OPPOSITION TO SIEMENS' MOTION FOR PARTIAL SUMMARY JUDGMENT (DOCKET NO. 125)**<br><br>First Amended Complaint Filed: August 10, 2009 |

1 TO THE COURT, THE PARTIES, AND THEIR COUNSEL OF RECORD:

2     PLEASE TAKE NOTICE that there was an error in Plaintiffs' Opposition to Siemens' Motion for Partial Summary Judgment, filed on August 8, 2011 (D.I. 125). Please note the following correction:

    On page 5, lines 15-17, the sentence that reads "NeuroGrafix's position regarding Claims 36, 37, 39-44, 47, and 50 is explained in its Motion for Reconsideration (Docket No. __), filed concurrently herewith]" should read: "NeuroGrafix's position regarding Claims 36, 37, 39-44, 47, and 50 is explained in its Motion for Reconsideration (D.I. 128), filed concurrently herewith."

Dated: August 9, 2011

**RUSS, AUGUST & KABAT**
MARC A. FENSTER
BRUCE KUYPER
ALEXANDER C.D. GIZA
ANDREW D. WEISS

By: /s/ Andrew D. Weiss
Attorney for Plaintiffs

RUSS, AUGUST & KABAT

**CERTIFICATE OF SERVICE**

I certify that counsel of record who are deemed to have consented to electronic service are being served on August 9, 2011, with a copy of this document via the Court's CM/ECF systems per Local Rule CV-5(a)(3). Any other counsel with be served by electronic mail, facsimile, overnight delivery and/or First Class Mail on this date.

/s/ Andrew D. Weiss