# Exhibit IND1

Michael Brant-Zawadzki - 8/16/2011

Page 1

IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA


NEUROGRAFIX, a California )
corporation; WASHINGTON )
RESEARCH FOUNDATION, a )
not-for-profit Washington )
corporation, )
  )
      Plaintiffs, )   No. CV 10-1990
  )        (MRP)(RZX)
    vs. )
  )
SIEMENS MEDICAL SOLUTIONS )
USA, INC., a Delaware )
corporation and SIEMENS )
AKTIENGESELLESCHAFT, a )
German corporation, )
  )
      Defendants. )
_____ )
AND RELATED CROSS-ACTION. )
_____ )


VIDEOTAPED DEPOSITION OF

MICHAEL BRANT-ZAWADZKI, M.D.

Los Angeles, California

Tuesday, August 16, 2011



Reported By:

LISA MOSKOWITZ, CSR 10816, RPR, CLR

Job No. 41126

Michael Brant-Zawadzki – 8/16/2011

Page 2

1

2

3

4

5                          August 16, 2011

6                           9:55 a.m.

7

8

9           Videotaped Deposition of MICHAEL

10   BRANT-ZAWADZKI, M.D., held at the offices of

11   Russ, August & Kabat, 12424 Wilshire Boulevard,

12   12th Floor, Los Angeles, California, pursuant

13   to Notice before Lisa Moskowitz, Certified

14   Shorthand Reporter and Registered Professional

15   Reporter of the State of California.

16

17

18

19

20

21

22

23

24

25

Michael Brant-Zawadzki - 8/16/2011

Page 3

1    A P P E A R A N C E S:

2          RUSS AUGUST & KABAT

3          Attorney for the Plaintiffs

4            12424 Wilshire Boulevard

5            Los Angeles, CA  90025

6

7          BY:  MARC A. FENSTER, ESQ.

8               FREDRICKA UNG, ESQ.

9               ANDREW D. WEISS, ESQ.

10

11          KIRKLAND & ELLIS

12          Attorneys for the Defendants

13            655 Fifteenth Street, N.W.

14            Washington, D.C.  20005

15

16          BY:  GREGG F. LoCASCIO, ESQ.

17               CHRISTOPHER R. NALEVANKO, ESQ.

18

19    ALSO PRESENT:

20               COURTNEY BATES, Videographer

21

22

23

24

25

Michael Brant-Zawadzki - 8/16/2011

Page 4

| | | |
|---|---|---|
| 1 | THE VIDEOGRAPHER:  This marks the | 09:35 |
| 2 | start of disk No. 1 in the videotaped | |
| 3 | deposition of Michael Brant-Zawadzki in | |
| 4 | the matter of NeuroGrafix versus | |
| 5 | Siemens, et al., in the Central District | 09:54 |
| 6 | Court of California, Western Division, | |
| 7 | Case No. CV 10-1990 (MRP)(RZX).  This | |
| 8 | deposition is being held today at | |
| 9 | 12424 Wilshire Boulevard on the 12th | |
| 10 | floor in Los Angeles, California on | 09:54 |
| 11 | August 16, 2011, at approximately | |
| 12 | 9:55 a.m.  My name is Courtney Bates, | |
| 13 | and I'm here from TSG Reporting, Inc. | |
| 14 | I'm the legal video specialist, and I'm | |
| 15 | here with our court reporter, Lisa | 09:55 |
| 16 | Moskowitz, in association with TSG | |
| 17 | Reporting. | |
| 18 | At this time will counsel please | |
| 19 | give your appearances for the record. | |
| 20 | MR. LoCASCIO:  Sure.  Gregg | 09:55 |
| 21 | LoCascio and Chris Nalevanko on behalf | |
| 22 | of the defendants Siemens. | |
| 23 | MR. FENSTER:  Marc Fenster along | |
| 24 | with Fredricka Ung and Andrew Weiss on | |
| 25 | behalf of plaintiff NeuroGrafix and the | 09:55 |

Michael Brant-Zawadzki - 8/16/2011

Page 5

```
 1              witness.                              09:55
 2                   THE VIDEOGRAPHER:  Thank you.  And
 3              the reporter may now swear or affirm the
 4              witness.
 5  M I C H A E L   B R A N T-Z A W A D Z K I, M. D.   09:55
 6              called as a witness, having been duly
 7              sworn, was examined and testified as
 8              follows:
 9                        EXAMINATION
10       BY MR. LoCASCIO:                              09:55
11            Q.   Good morning, sir.
12            A.   Morning.
13            Q.   Can you pronounce your name just so I
14       make sure I get it right.
15            A.   Michael Brant-Zawadzki.             09:55
16            Q.   Brant-Zawadzki?
17            A.   Correct.
18            Q.   You're a doctor; correct?
19            A.   I am a doctor.
20            Q.   Dr. Brant-Zawadzki, you have been   09:55
21       hired by NeuroGrafix to provide expert
22       testimony in this matter; correct?
23            A.   Yes.
24            Q.   And how much are you being paid an
25       hour for your testimony?                      09:56
```

Michael Brant-Zawadzki - 8/16/2011

Page 21

1    has been something that's been in existence        10:12
2    probably since the early '80s.
3         Q.   And when was the first time you used
4    T2 weighting in connection with an MRI image of
5    a patient?                                          10:13
6         A.   We actually wrote one of the earliest
7    papers on the value of T2 weighting for
8    evaluating brain pathology.  So I think that
9    was in about '82, '83 timeframe.  I'd have to
10   check my CV to give you the exact date.             10:13
11        Q.   And while, from your earlier answer,
12   it may not have been the goal or challenge of
13   your work at the time, did you ever in that
14   window, call it the 1980s, image a patient
15   using T2 weighting where a nerve was visible in 10:13
16   the image?
17        A.   Certainly there are many instances of
18   doing studies on patients where nerves are
19   visible on the image.
20        Q.   Those would predate 1993?                  10:13
21        A.   Yes.
22        Q.   Using T2 weighting?
23        A.   Correct.
24        Q.   And have you, as of today, ever in
25   your practice attempted to measure the              10:14

Michael Brant-Zawadzki - 8/16/2011

Page 22

1    conspicuity of a nerve using a mathematical or    10:14

2    qualitative formula -- quantitative formula?

3         A.    In my practice?

4         Q.    Correct.

5         A.    I have not.                              10:14

6         Q.    Have you done it in connection with

7    this matter?

8         A.    Yes, I have.

9         Q.    Was the first time you ever measured

10   the conspicuity of a nerve using a quantitative 10:14

11   method after you were retained in this case?

12        A.    Yes.

13        Q.    And your opening expert report

14   contains no such calculations; correct?

15        A.    I'd have to look at my opening expert 10:14

16   report.  I don't remember whether -- I don't

17   even know what you mean by "the opening

18   report."

19        Q.    Sure.

20        A.    So I can't answer.                       10:14

21        Q.    Did you run calculations to

22   quantitatively measure conspicuity in

23   connection with your work on this matter and

24   not include any of those in your report?

25             MR. FENSTER:  Objection.  Vague.         10:15

Michael Brant-Zawadzki - 8/16/2011

Page 23

```
 1              THE WITNESS:  No, I don't think so.   10:15
 2         I think the only -- no, I don't think
 3         so.
 4    BY MR. LoCASCIO:
 5         Q.   So there -- you did not run a bunch   10:15
 6    of calculations and for either brevity or
 7    because they were inconsistent with your
 8    opinions leave those out?
 9         A.   I don't think I was ever asked to
10    personally do that.  I was asked to review   10:15
11    Dr. Bryan's without calculating but just look
12    at his calculations.  I don't think I ever went
13    through the exercise of doing that myself,
14    though.
15         Q.   Okay.                                 10:15
16         A.   For conspicuity or specifically
17    asking.
18         Q.   So before you were hired in this
19    case, you never quantitatively calculated
20    conspicuity.  Fair?                            10:15
21         A.   Of --
22         Q.   Of a nerve.
23         A.   Of a peripheral nerve, that's
24    correct.
25         Q.   Have you done it with any nerve where 10:16
```

Michael Brant-Zawadzki - 8/16/2011

Page 24

1    you measured quantitatively conspicuity?          10:16

2         A.   No.

3         Q.   And since you were retained and have

4    provided your opinions in this case, have you

5    personally done any quantitative calculation of 10:16

6    nerve conspicuity?

7         A.   Not nerve conspicuity, per se.

8         Q.   You reviewed Dr. Bryan's

9    calculations.  We'll talk about that today.

10             Are you relying on anyone else's        10:16

11   calculations?  So is there an assistant, for

12   instance, in a lab or Dr. Filler ran some

13   calculations and provided them to you or

14   anything like that?

15        A.   No.                                     10:16

16        Q.   Are you relying on any actual

17   quantitative calculations of nerve conspicuity

18   to support your opinions?

19        A.   I'm relying on some of the examples

20   that Dr. Bryan gave to demonstrate that you can 10:17

21   make calculations of conspicuity in the way

22   that he did.

23        Q.   Your --

24        A.   Let me qualify the term "relying." so

25   I'm including in my opinions rather than         10:17

Michael Brant-Zawadzki - 8/16/2011

Page 25

1    relying on.  Okay?  So I don't want to imply      10:17

2    I'm relying only on that.  I have an opinion.

3    But noting what Dr. Bryan did and how he did it

4    is part of my opinion.

5         Q.    You disagree with the way Dr. Bryan    10:17

6    did it.  Fair?

7         A.    I wouldn't say I disagree with the

8    way he did it.  I would say that there are --

9    in the spectrum of what he did, we have some

10   disagreements.  I think he demonstrated how a    10:17

11   radiologist, one skilled in the art to use the

12   legal phrase, creates a region of interest and

13   how one does the mathematics of a calculation.

14   So I agree with those concepts that he well

15   demonstrated in his work.                          10:18

16              I think the spectrum of what he did

17   is not necessarily in the relatively confined

18   concepts that are dictated for the conspicuity

19   measurement as dictated by the patent or as

20   implied by the patent.                             10:18

21        Q.    In your experience have you ever

22   chosen a region of interest of a nerve using an

23   MRI machine?

24        A.    Well, certainly of the spinal cord.

25   Have I ever done it for a nerve, a region of       10:18

Michael Brant-Zawadzki - 8/16/2011

Page 26

1    interest in a nerve?  I don't remember that I    10:18
2    have.
3         Q.    And the spinal cord would be part of
4    the central nervous system?
5         A.    Yes.                                    10:19
6         Q.    And that, as you understand it, is
7    not what the 360 patent relates to.  Fair?
8         A.    Fair.
9         Q.    And if I remember right, the 360
10   patent identifies three types of nerves          10:19
11   specifically, cranial nerves 3 through 12, the
12   peripheral nerves, and the -- is it autonomic
13   nerves?
14        A.    I believe it does -- I remember
15   something about the autonomic nerves being       10:19
16   included somewhere in the text.
17        Q.    Have you ever selected a region of
18   interest for a cranial nerve 3 through 12?
19        A.    You know, I may have in that we do
20   stereotactic radiosurgery with a Gamma Knife in 10:19
21   our institution, and occasionally the
22   neurosurgeon will ask us to identify the fifth
23   nerve which is a cranial nerve.  So I think I
24   have in that context, yes.
25        Q.    Fifth is trigeminal?                    10:20

TSG Reporting - Worldwide       877-702-9580

Michael Brant-Zawadzki - 8/16/2011

Page 27

1          A.    Correct.                                    10:20

2          Q.    Have you ever selected a region of

3     interest in a peripheral nerve?

4          A.    I don't think I have.  I may have for

5     the purposes of a slide.  I think I may have      10:20

6     because I do a lot of electroing, and I may

7     have identified the nerve in the foramen of the

8     spinal canal or the foramen through which the

9     nerve exits the spinal canal and drawn it for

10    the purposes of demonstrating the relationship   10:20

11    of the peripheral nerve to the bony confine.

12    So I may have done it in that context.

13         Q.    Have you ever selected a region of

14    interest for a autonomic nerve?

15         A.    Not that I can recall.                       10:20

16         Q.    With respect to your answer a moment

17    ago about the peripheral nerve, were you

18    indicating that you've identified a peripheral

19    nerve in the slide, for instance, at a

20    presentation or that you have actually selected 10:21

21    a region of interest and calculated the

22    intensity of a peripheral nerve?

23         A.    The former.

24         Q.    So perhaps my question could have

25    been more artfully worded.                             10:21

Michael Brant-Zawadzki - 8/16/2011

Page 28

1          Have you ever used an MRI machine to    10:21

2     select a region of interest and measure the

3     intensity of a peripheral nerve?

4          A.   Not that I can recall, no.

5          Q.   And have you ever measured the      10:21

6     intensity in a selected region of interest for

7     cranial nerve 3 through 12?

8          A.   Signal intensity?

9          Q.   Uh-huh.

10          A.   Not that I can recall, no.           10:21

11          Q.   Okay.  And to, as you understand the

12     360 patent, measure the conspicuity of such a

13     nerve, you would need to measure the signal

14     intensity of the nerve and then measure the

15     signal intensity of some non-neural tissue and  10:21

16     compare those.  Agreed?

17          A.   Yes.

18          Q.   And am I correct that you have never

19     done that?

20          A.   Outside of this case -- well, even in  10:22

21     this case I personally have not done that,

22     correct.

23          Q.   You've selected regions of interest

24     with respect to non-neural tissue in your

25     career using an MRI.  Fair?                     10:22

Michael Brant-Zawadzki - 8/16/2011

Page 29

1        A.    Yes.                              10:22

2        Q.    So tumors, lesions, things like that?

3        A.    Even neural tissue, abnormal neural

4    tissue probably at some point in the past, yes.

5        Q.    And when you've done that, is there   10:22

6    some -- let me back up.

7              Is medicine, in your view in

8    neurology -- pardon me.  Withdrawn.

9              Is radiology all science, or is there

10   some art in the practice?                   10:22

11             MR. FENSTER:  Objection.  Vague.

12             THE WITNESS:  Well, you know, I

13             think medicine in general is thought of

14             as being a science with some degree of

15             art in it.  So in that broad term there   10:23

16             is that sense in the general public

17             concept, I guess, around medicine.  And

18             in radiology, you know, we're more

19             schooled in the concepts of anatomy and

20             measurements.  So there is some degree   10:23

21             of known inter- and intra-observer

22             variability even for measuring a linear

23             distance.

24             For instance, if you ask a set of

25             radiologists to measure the size of any   10:23

Michael Brant-Zawadzki - 8/16/2011

Page 52

1    actually that we referred them to Pasadena and      10:49

2    Dr. Tsuruda specifically.

3         Q.    We talked about several different

4    ways to measure the or select the ROI and thus

5    the term signal intensity of a piece of image.    10:50

6    What method for selecting an ROI does the 360

7    patent teach?

8         A.    Well, it teaches the selection of the

9    entire nerve.  Well, it kind of depends on

10   which portion of the patent, I think, that        10:50

11   you're referring to.  So there's one section

12   where there's specific mention of selecting the

13   nerve, and my memory of it is that it

14   specifically talks about a fascicle pattern and

15   cross-sectional type imaging of a nerve.  So      10:50

16   there's quite specific portions of how to do

17   that in that portion of the patent if that's

18   what you're referring to.  I don't know what

19   you're referring to.  You'd have to be a little

20   bit more specific, I guess, in your question.     10:51

21        Q.    You could --

22        A.    What portion of the patent, I guess,

23   is my response.

24        Q.    You understand the patent has claims;

25   correct?                                          10:51

TSG Reporting - Worldwide        877-702-9580

Michael Brant-Zawadzki - 8/16/2011

Page 53

| 1 | A.    Yes. | 10:51 |

2        Q.    Do the claims, in your view as one of

3    skill in the art, require you to use any

4    particular ROI or method of selecting an ROI,

5    or is that left to the physician?              10:51

6              MR. FENSTER:  Objection.  Vague,

7         legal conclusion.

8              THE WITNESS:  It doesn't -- as I

9         remember the patent, it doesn't

10        specifically say use the oval tool or       10:51

11        use the circular tool or use the free

12        trace tool.  So in that sense there's

13        not a specific mention of which tool.

14    BY MR. LoCASCIO:

15        Q.    You've seen instances in the art      10:51

16    where -- in publications, for instance, people

17    identified what their region of interest was

18    across images or in a particular -- for

19    instance, a five-pixel-by-five-pixel square or

20    four-pixel-diameter oval?  You've seen that      10:52

21    before; correct?

22        A.    Where people select that or are told

23    to select that?

24        Q.    Described how they selected the ROI.

25        A.    Where they themselves described how   10:52

TSG Reporting - Worldwide        877-702-9580

Michael Brant-Zawadzki - 8/16/2011

Page 54

1     they do that?  Yes, of course.  I think that's     10:52

2     not uncommon in a research paper to say here's

3     how I did it for purposes of reproducibility by

4     another researcher.  So yes, people in

5     publications often describe the methodology       10:52

6     because that's an important part of publishing

7     a paper is for other researchers to understand

8     how that particular set did it and the

9     limitations of that, if any, and its ability to

10    be reproduced.                                    10:52

11         Q.    And to reproduce it you'd want to use

12    the same parameters that the author used?

13              MR. FENSTER:  Objection.

14              THE WITNESS:  If you're doing

15         research and you're trying to validate       10:52

16         whether or not the author's -- I mean --

17         so I guess what I'm trying to say is

18         that they're -- what people write in a

19         research paper has a specific purpose

20         over and above -- well, outside of my        10:53

21         understanding of what a patent does,

22         right.

23    BY MR. LoCASCIO:

24         Q.    And your understanding of what a

25    patent does comes from what the lawyers told     10:53

Michael Brant-Zawadzki - 8/16/2011

Page 55

1       you because this is your first patent case?      10:53

2              A.   Well, so it's my first patent case

3       that I'm a participant in, but I'm certainly

4       aware of famous patents and famous patent cases

5       certainly in MR because it's a field that I've    10:53

6       grown up with.  I was one of the earliest

7       investigators in the field, and I paid

8       attention to patent discussions.  It's not just

9       what the lawyers told me.

10             I have a background from just              10:53

11      participating in, again, the development of MR

12      machines is one I've actually invested in but

13      also academically.  So I'm aware of how people

14      construct patents.  And it's not just what the

15      lawyers told me in this case.                     10:54

16             I'm sorry I'm wandering here.

17             Q.   Sir, you're not an expert in patent

18      law, are you?

19             A.   Absolutely not.

20             Q.   And you're not an expert in           10:54

21      drafting --

22             A.   No.  I'm sorry.

23             Q.   You've never drafted a patent?

24             A.   I've never drafted a patent.

25             Q.   Until -- as of today you've never     10:54

Michael Brant-Zawadzki ~ 8/16/2011

Page 56

1      even been the named inventor on a filed patent; 10:54

2      correct?

3              A.    Again, I don't know if ours, the one

4      I mentioned earlier, is filed or not.    That's

5      correct.                                        10:54

6              Q.    Is this effort that you're doing in

7      this case the first time you ever read cover to

8      cover a United States patent?

9              A.    No, it's not actually.    So I actually

10     am an investor in another company that has a    10:54

11     patent, although I'm not named on it.    We are

12     in actually a patent litigation -- that company

13     is in a patent litigation situation.    And so I

14     have read that patent.    It's been a while.

15             Q.    What's the name of that company?    10:55

16             A.    It's called DatCard.

17             Q.    D-a-t-C-a-r-d?

18             A.    Yes.

19             Q.    With respect to how to select a

20     region of interest in the 360 patent, does the  10:55

21     patent describe a particular size or shape

22     region of interest to use?

23             A.    No.

24             Q.    And does the 360 patent describe a

25     particular method that must be used to measure  10:55

Michael Brant-Zawadzki - 8/16/2011

Page 57

1      the region of interest to measure signal        10:55
2      intensity?
3          A.   My memory is that it does.  Again, in
4      certain portions of the patent, there are some
5      specific mentions of how to select the region  10:55
6      of interest.  I'd have to reread that specific
7      section to be more specific.
8          Q.   Is your recollection --
9          A.   Can I excuse myself before you start
10     just for a brief visit to the restroom?         10:55
11         Q.   Yeah.  Can I ask one more question on
12     this?
13         A.   Sure.
14         Q.   And then we'll take a break, and it's
15     a fine time.                                     10:56
16         A.   Okay.
17         Q.   Does the -- in your recollection does
18     the patent provide several options as to how to
19     do it, or does the patent tell you this is the
20     way to select an ROI?                            10:56
21         A.   Well, my memory of a certain section
22     is that it talks about selecting the whole
23     nerve and how to do it, and I'd have to, again,
24     go back to that portion of the patent.  But I
25     remember there being a certain point where      10:56

TSG Reporting - Worldwide        877-702-9580

Michael Brant-Zawadzki - 8/16/2011

Page 73

1          THE WITNESS:  For the purposes of        11:23

2     determining conspicuity of nerves, the

3     patent speaks for itself, yes.

4  BY MR. LoCASCIO:

5      Q.   You've seen other formulas and other   11:23

6  methods of measuring conspicuity; right?

7      A.   I've seen other methods with

8  different -- with X-ray techniques with -- yes.

9      Q.   Even in MR; correct?

10     A.   I don't know if I've seen other        11:23

11  specific -- I don't remember that I've -- the

12  last time I looked at something that said

13  here's the conspicuity of something in MR.  I

14  don't remember that I have.  I may have.  I

15  just don't remember that.                       11:23

16     Q.   Have you ever seen a method of

17  measuring conspicuity in MR that took noise

18  into account?

19     A.   Well, I'm certainly familiar with the

20  concept of noise in some aspects of measuring   11:24

21  conspicuity.  Noise is certainly a standard way

22  of measuring certain things in radiography.  So

23  if we're talking about spatial resolution,

24  distinction of edges from -- or the distinction

25  of distances between lead lines on an X-ray      11:24

Michael Brant-Zawadzki - 8/16/2011

Page 74

1   film, noise can play a significant factor as      11:24

2   you get to finer and finer spaces between two

3   different edges.

4          In the case of MR, particularly in

5   certain techniques, noise may be a minimal        11:24

6   factor as I think it is in this case.  So

7   noise -- if one creates a technique where noise

8   is minimal or suppression of structures and

9   such, one can choose to define, for the

10  purposes of the technique, conspicuity without   11:24

11  using the noise variable.

12      Q.   And as you understand this particular

13  patent, noise is disregarded for the purposes

14  of measuring conspicuity?

15      A.   Clearly the equation that the patent     11:25

16  uses disregards noise, yes.  And I think for a

17  good reason.  Noise is something that's in the

18  background.  But when you're comparing a nerve

19  to immediately adjacent background tissue, the

20  noise is going to be quite homogeneous and       11:25

21  likely given the technique very, very low.  So

22  I think it's fair to disregard noise in the way

23  the authors of the patent did.

24      Q.   You earlier were identifying a

25  comparison between I believe it was brain        11:25

TSG Reporting - Worldwide      877-702-9580

Michael Brant-Zawadzki - 8/16/2011

Page 75

1       tissue and the contrast agent.  Was that          11:25

2       correct?

3              A.   Blood within the brain --

4              Q.   Pardon me.

5              A.   -- and contrast agent, yes.            11:25

6              Q.   And I take it from your raising that

7       example, those are closer in intensity than

8       some other things that you've imaged but still

9       distinguishable visually; correct?

10             A.   They can overlap depending on certain 11:26

11      factors.  They can overlap.  So there's a

12      threshold above which blood doesn't appear.  So

13      blood has density values, Hounsfield units

14      which in MR universe would be intensity units.

15      The numerical values that represent the signal  11:26

16      on CT are such that the blood goes up to a

17      certain level and not beyond, whereas contrast

18      goes beyond that.  Below that level both blood

19      and contrast can appear -- can have the same

20      value.                                            11:26

21             So contrast -- let's say blood -- on

22      a particular scanner blood does not go above 90

23      in Hounsfield values.  Contrast can go up to

24      160.  But if you have an add mixture of

25      contrast in a normal brain, it can be 80 or 85  11:26

TSG Reporting - Worldwide        877-702-9580

Michael Brant-Zawadzki - 8/16/2011

Page 78

1       the 360 patent, measure the conspicuity of that  11:29

2       nerve?

3                   MR. FENSTER:  Objection.  Vague,

4           incomplete hypothetical.

5                   THE WITNESS:  If you cannot              11:29

6           identify the nerve?

7       BY MR. LoCASCIO:

8           Q.   Visually.

9           A.   Visually.  The patent has certain

10      techniques that help enhance the nerve which    11:29

11      then make it visually visible, if you will.  So

12      the patent does provide certain guidelines,

13      certain techniques for what initially you may

14      wonder is this a nerve or is it not a nerve,

15      provides certain guidelines that make the nerve 11:29

16      visible.

17          Q.   Things like fat suppression?

18          A.   Fat suppression and diffusion,

19      fascicular pattern, yes.

20          Q.   If you use all those techniques that   11:29

21      you believe are described in the 360 patent, in

22      order to actually quantifiably measure the

23      conspicuity to determine if it's 1.1 versus

24      1.08 versus 1.12, you would need to visually be

25      able to identify the nerve to select the        11:30

Michael Brant-Zawadzki - 8/16/2011

Page 79

1       regions of interest; correct?                       11:30

2            A.   At some point, yes.  At some point --

3       yes.  Again, as we said before, the first step

4       is identifying the structure.  If you're not

5       sure is there such a structure, then you go to   11:30

6       the extent the patent directs you to bring out

7       the structure, and once you've brought it out,

8       then you go to the next steps.

9            Q.   With respect to peripheral nerves in

10      some locations, they're really small and hard    11:30

11      to see.  Fair?

12           A.   Fair.

13           Q.   And if you perform all those

14      techniques that are talked about in the 360

15      patent, there could still be a situation where   11:30

16      you visually can't see the nerve and thus can't

17      measure its conspicuity.  Fair?

18           A.   Fair.

19           Q.   And do you know where that point is?

20      Is it 1.0001?  Is it 1.1?  Is it 1.6?  Or        11:31

21      you're not sure?

22               MR. FENSTER:  Objection.  Vague,

23           incomplete hypothetical.

24      BY MR. LoCASCIO:

25           Q.   With respect to its conspicuity.        11:31

TSG Reporting - Worldwide        877-702-9580

Michael Brant-Zawadzki - 8/16/2011

Page 80

```
1        A.   So the numbers refer to the        11:31
2   conspicuity --
3        Q.   Yeah.
4        A.   -- or the structure?
5        Q.   The conspicuity.  Let me back up a   11:31
6   step.
7        A.   Okay.
8        Q.   You'd agree with me that if two -- if
9   you were comparing two pixels -- withdrawn.
10            The patent talks about a region of    11:31
11  interest possibly being a single pixel or
12  voxel; correct?
13       A.   Yes, it does.
14       Q.   Okay.  And so using that teaching of
15  the 360 patent that it could be a single pixel  11:31
16  or voxel, you'd agree with me that a pixel in a
17  nerve that was call it faint, talking about how
18  faint that is, and the non-neural tissue right
19  next to it could -- the difference between
20  their intensity could be very small.  Fair?     11:32
21            MR. FENSTER:  Objection.  Vague,
22        incomplete hypothetical.
23            THE WITNESS:  I'm not sure I can
24        follow that questioning.  So you
25        wouldn't pick -- first you have to        11:32
```

TSG Reporting - Worldwide        877-702-9580

Michael Brant-Zawadzki - 8/16/2011

Page 107

 1        Q.   It says at block 122, second        12:06

 2   sentence, line 54, "One or more regions of

 3   interest, ROI, within the image can be

 4   identified.  Each ROI may be a single pixel or

 5   voxel, or a larger region."                    12:06

 6             So you'd agree with me, sir, that the

 7   360 patent tells you you can use a single pixel

 8   or voxel for an ROI; correct?

 9        A.   Yes.  It states that in this sentence

10   each ROI may be a single pixel or voxel.       12:06

11        Q.   Or a larger region; right?

12        A.   Yes.

13        Q.   It also says that, "ROI selection can

14   be performed manually using, for example, a

15   keyboard or mouse to move a cursor over the ROI 12:07

16   on the displayed image."  Right?

17        A.   We discussed that earlier, yes.

18        Q.   "Alternatively ROI selection may be

19   accomplished automatically by a sequential

20   selection of all pixels or via an external      12:07

21   input regarding a particular region from, for

22   example, diagnostic system."

23             Did I read that correctly?

24        A.   Yes.

25        Q.   That's what you cited for the         12:07

Michael Brant-Zawadzki - 8/16/2011

Page 108

1    sentence in paragraph 18 about how the patent    12:07

2    teaches to select a region of interest;

3    correct?

4              MR. FENSTER:  Objection.  Misstates

5         the report.                                 12:07

6              THE WITNESS:  I'm sorry.  You're

7         referring back to what I said where?

8    BY MR. LoCASCIO:

9         Q.   Paragraph 18 you said, "The patent

10   teaches selecting a region of interest."         12:07

11   Correct?

12        A.   Yes.

13        Q.   And the citation to that is what we

14   just read?

15        A.   The range of -- we kind of talked       12:07

16   about that earlier, the range of methods that

17   one does that.

18        Q.   And the patent itself says it can be

19   one of a host of different ways of selecting a

20   region of interest; correct?                     12:08

21        A.   It gives examples of three, I guess,

22   right there.

23        Q.   And one is single pixel or voxel, one

24   is a larger region manually selected, and one

25   is automatically?                                12:08

Michael Brant-Zawadzki - 8/16/2011

Page 109

1     A.   Correct.                     12:08

2     Q.   Is doesn't say which of those is the

3   right one to use or which of those to use to

4   determine conspicuity; correct?  It leaves that

5   up to the operator?               12:08

6     A.   Right.

7     Q.   And you'd agree with me that

8   different operators could select different

9   methods of selecting the region of interest?

10     A.   Yes.                     12:08

11     Q.   You make a point in an earlier

12   paragraph about the ROI intensity is to be

13   interpreted or determined by an average

14   intensity.

15       Do you recall that?         12:08

16     A.   In -- well, yes.  Any time you do an

17   ROI, you actually -- if you're including more

18   than one voxel, you're averaging basically.

19     Q.   There's my question which is if it's

20   a single pixel or voxel which the patent says   12:09

21   is one method of determining an ROI, can you

22   take the average of a single pixel or voxel?

23     A.   No.

24     Q.   Because there's only one data point.

25   Fair?                           12:09

Michael Brant-Zawadzki - 8/16/2011

Page 110

1      A.   Yes.                                    12:09

2          Q.   A minute ago you said any time you do

3      an ROI, you're averaging basically.   There are

4      other ways in imaging to measure or quantify

5      the intensity in a region of interest.   You can  12:09

6      do a min, max.   You can do things other than a

7      straight average; correct?

8          A.   Well, yes, there are mathematical

9      constructs that -- you can take a mean.   You

10     can take a median.   The common parlance of      12:09

11     average to me is several ways of taking a set

12     of data points and deciding where you're going

13     to put your money; right?   And the mathematical

14     subdivisions of that include average in the

15     pure mathematical sense of the word "average."   12:10

16     To me the word "average" in this context was

17     more generic than the strictly mathematical

18     sense of the word "average."

19              But the general answer to your

20     question is yes.                               12:10

21         Q.   Do you think the patent requires

22     single intensity to be measured by a

23     mathematical average, or is that term not used

24     that precisely in the patent?

25              MR. FENSTER:   Objection.   Vague,     12:10

TSG Reporting - Worldwide        877-702-9580

Michael Brant-Zawadzki - 8/16/2011

Page 115

1        A.    So it may contain portions of a        12:15

2   nerve, but that's not the purpose of this image

3   is to show a nerve under the 360 patent.

4        Q.    No -- nothing in the only image in

5   your reports that we're looking at here on        12:15

6   page 13 shows the selection of even a region of

7   interest in a nerve that's covered by the 360

8   patent; correct?

9        A.    Not on this image and probably

10  nothing on my report, correct, other than what    12:15

11  was submitted as a rebuttal to Dr. Bryan's

12  images.  But those were, I guess, originally

13  Dr. Filler's images.

14       Q.    And so you have not shown in your

15  expert report -- your first one.  We'll get to     12:16

16  the rebuttal in a minute.  But your opening

17  expert report, Defendants' Exhibit No. 36, does

18  not show the selection of a region of interest

19  in a nerve that is one of the nerves required

20  of the 360 patent; true?                           12:16

21       A.    That's right.  True.

22       Q.    And you have not shown any images

23  reflecting the uniformity of the signal

24  intensity for any nerve that falls within the

25  scope of the 360 patent either, have you?          12:16

Michael Brant-Zawadzki - 8/16/2011

Page 116

| | | |
|---|---|---|
| 1 | MR. FENSTER:  Objection.  Vague. | 12:16 |
| 2 | THE WITNESS:  No. | |
| 3 | MR. LoCASCIO:  Was that knock on | |
| 4 | the window the | |
| 5 | lunch-is-ready-for-team-NeuroGrafix | 12:16 |
| 6 | knock? | |
| 7 | MR. FENSTER:  I think so. | |
| 8 | MR. LoCASCIO:  Let's take a break. | |
| 9 | We'll take our half hour now. | |
| 10 | THE VIDEOGRAPHER:  The time is | 12:17 |
| 11 | 12:17 p.m.  We are off the record. | |
| 12 | (Recess taken from 12:17 p.m. to | |
| 13 | 12:49 p.m.) | |
| 14 | THE VIDEOGRAPHER:  The time is | |
| 15 | 12:49 p.m., and we are back on the | 12:49 |
| 16 | record. | |
| 17 | BY MR. LoCASCIO: | |
| 18 | Q.    Good afternoon, sir. | |
| 19 | A.    Good afternoon. | |
| 20 | Q.    The calculation of conspicuity in the | 12:49 |
| 21 | 360 patent involves using a single image, not a | |
| 22 | set of images; correct? | |
| 23 | A.    Yes.  I mean I think the calculation | |
| 24 | conspicuity in anything involves a single image | |
| 25 | including in this patent. | 12:50 |

Michael Brant-Zawadzki - 8/16/2011

Page 117

1        Q.   And so as the patent describes it,     12:50

2    the determination of selecting the ROIs and the

3    measure of that conspicuity is to be done on an

4    image, not a set of images; right?

5        A.   Specifically for the calculation of     12:50

6    conspicuity, and one would use a single image.

7    To identify a structure, one may use multiple

8    images, continuous images.  But for the

9    calculation of conspicuity, one would select an

10   image and the structure on that thing.           12:50

11       Q.   And the patent's discussion of

12   selecting a region of interest for the nerve

13   and the non-neural tissue is based on doing

14   that off of a single image; true?

15       A.   Yes.                                     12:51

16       Q.   We talked before lunch about the

17   patent excluding or ignoring noise in its

18   signal intensity calculations; correct?

19       A.   Yes.

20       Q.   We also saw that the patent talked       12:51

21   about an ROI could be a single pixel; right?

22       A.   Yes.

23       Q.   And sometimes there are pixel or

24   intensity deviations because of noise.   Fair?

25       A.   Well, within the pixel, no.  I           12:51

Michael Brant-Zawadzki - 8/16/2011

Page 125

1    would be the most reproducible methodology to    12:59

2    use as an example.  But you'd have you to know

3    that voxel represents nerve tissue.

4          So you'd have to look at the other

5    images, see if there's a contiguity from a    12:59

6    bigger structure down, down, down, oh, yeah, it

7    connects.  This is the voxel representative of

8    a nerve on this image, and everything else is

9    black or everything else isn't.  So then you

10   could be a hundred percent sure that voxel has    12:59

11   the intensity that it does.  And you might

12   select different voxels in the background which

13   might vary slightly.

14         You know, if it's as bright as you're

15   postulating, then it would be probably the most 13:00

16   reproducible way you could have for intra- and

17   inter-observer calculations.

18      Q.   The example you just gave could not

19   be performed using a single image, could it?

20         MR. FENSTER:  Objection.  Vague.    13:00

21   BY MR. LoCASCIO:

22      Q.   To know that a single pixel was a

23   nerve in a cross-section?

24      A.   If you're presented with a single

25   pixel in a cross-section and that's the only    13:00

TSG Reporting - Worldwide      877-702-9580

Michael Brant-Zawadzki - 8/16/2011

                                                    Page 126

1       thing that's bright, could that be a nerve?     13:00

2       You wouldn't know that without using other

3       parts of the art, if you will, which is knowing

4       that there's fat saturation and diffusion in

5       weighting, and something in the next slice was   13:00

6       also that.  So the answer is yeah, but you

7       wouldn't -- that's not what you would do;

8       right?  That's not what people practice

9       imaging.

10         Q.   There are various points in your       13:01

11      rebuttal report which we'll look at where you

12      take issue with things Dr. Bryan says in his

13      opening report.  There are a lot of things you

14      don't disagree with Dr. Bryan about; correct?

15         A.   I'd like to think Nick and I agree on   13:01

16      most things.

17         Q.   Dr. Bryan says there's no industry

18      standard for selecting ROIs.  You don't dispute

19      that in your report.  Do you dispute that as

20      you sit here today?                             13:01

21         A.   Well, there's no industry standard

22      one way of doing it, but most people would do

23      it the way he did it for selecting regions of

24      interest, and that's very similar to the way I

25      would do it and another neuroradiologist or     13:01

Michael Brant-Zawadzki - 8/16/2011

Page 127

1    radiologist would do it.                          13:01

2              So there is a -- even though there

3    isn't an industry standard that says, "Do it

4    exactly this way," that's how I interpret the

5    word "standard" as opposed to "guideline," for  13:02

6    instance, a lesser prescriptive term.  There's

7    no industry standard.

8         Q.   And the patent doesn't set forth a

9    standard unique to the patent either; correct?

10        A.   For selecting --                       13:02

11        Q.   For selecting an ROI.

12        A.   -- ROI?  It discusses -- I think

13   we've been through this ground.  It discusses

14   several ways of -- possibilities of doing it.

15        Q.   But not a standard?                     13:02

16        A.   A standard implies to me one way;

17   right?

18        Q.   The way to do it if you want to

19   measure it under the patent.  It doesn't give

20   you that, does it?                                13:02

21             MR. FENSTER:  Objection.  Vague.

22             THE WITNESS:  Under the patent?  I

23        don't know if there's a different

24        connotation to the word standard "in the

25        legal world under the patent.  The          13:02

Michael Brant-Zawadzki - 8/16/2011

                                                   Page 128

1            patent describes methodologies, with an    13:02

2            S.  If that means there's not one

3            standard way, then it doesn't.

4    BY MR. LoCASCIO:

5        Q.   Dr. Bryan says, "When an application   13:03

6    calls for evaluating image quality or

7    characteristics based on an ROI, the precise

8    parameters and protocol for selecting the ROI

9    are required."

10           Do you agree?                           13:03

11           MR. FENSTER:  Objection.  Vague.

12           THE WITNESS:  Run that by me again.

13   BY MR. LoCASCIO:

14       Q.   Sure.  "when an application calls for

15   evaluating image quality or characteristics     13:03

16   based on an ROI, the precise parameters and

17   protocol for selecting the ROI are required."

18           MR. FENSTER:  Objection.  Vague,

19           incomplete hypothetical.

20           THE WITNESS:  I don't know.             13:03

21           Required by whom?  I've never heard

22           anybody state that.  I don't know what

23           Nick -- Dr. Bryan was referring to in

24           that statement.

25

Michael Brant-Zawadzki - 8/16/2011

Page 129

```
 1    BY MR. LoCASCIO:                            13:03
 2        Q.   Dr. Bryan cites to several articles
 3    that talk about the ROI impacting quantitative
 4    measurements.   You'd agree with him that the
 5    selection of the ROI impacts quantitative      13:04
 6    measurements of signal intensity; correct?
 7             MR. FENSTER:  Objection.  Vague.
 8             THE WITNESS:  Well, I think that
 9        the articles are reversed in the context
10        of those articles, are research articles   13:04
11        written for the purposes of explaining a
12        methodology towards a certain purpose in
13        the research work and guiding other
14        researchers as to how to reproduce that
15        work, I think.  I mean that's my sense      13:04
16        of the context in which he made that
17        statement or you made that statement.
18    BY MR. LoCASCIO:
19        Q.   Do you agree that the method of ROI
20    definition has a direct influence on           13:04
21    quantitative outcome?  Is that a true statement
22    or not?
23             MR. FENSTER:  Objection.  Vague.
24             THE WITNESS:  In the purest
25        mathematical sense, that's a true          13:04
```

Michael Brant-Zawadzki - 8/16/2011

Page 130

| | | |
|---|---|---|
| 1 | statement. | 13:04 |
| 2 | BY MR. LoCASCIO: | |
| 3 | Q.   And do you believe there's no | |
| 4 | practical influence on the quantitative | |
| 5 | outcome?  Is that the basis for your sort of | 13:04 |
| 6 | hedging on that a little bit? | |
| 7 | MR. FENSTER:  Objection.  Vague, | |
| 8 | incomplete hypothetical. | |
| 9 | THE WITNESS:  So yes, I think that | |
| 10 | there is a difference between practical | 13:05 |
| 11 | and purely mathematical.  Maybe I can | |
| 12 | tell an anecdote to give you -- maybe | |
| 13 | it's a little bit off color, but I'll | |
| 14 | try to make it -- so if you ask an | |
| 15 | engineer and a physicist to approach the | 13:05 |
| 16 | object of their most intense desire with | |
| 17 | a member of their opposite sex and you | |
| 18 | tell them you can only go halfway with | |
| 19 | each step, the physicist will say or the | |
| 20 | mathematician will say, "I'm giving up. | 13:05 |
| 21 | I'll never get there."  And the engineer | |
| 22 | will say, "Well, I calculate that in six | |
| 23 | steps I'll be there for all practical | |
| 24 | purposes." | |
| 25 | So that's the difference between | 13:05 |

Michael Brant-Zawadzki - 8/16/2011

Page 131

| | | |
|---|---|---|
| 1 | absolute mathematical reasoning, | 13:05 |
| 2 | quantitative, if you will, and | |
| 3 | practical; right?  So if I choose to | |
| 4 | translate that or if I translate that | |
| 5 | into the current context, if I take | 13:06 |
| 6 | three different ways of selecting region | |
| 7 | of interest, I may get to the 1.1 | |
| 8 | conspicuity threshold 90 percent of the | |
| 9 | time with each of the different three | |
| 10 | methodologies.  That would be the | 13:06 |
| 11 | practical end result of not having a | |
| 12 | standard in a mathematical sense or | |
| 13 | quantitative sense for doing the | |
| 14 | calculations; right? | |
| 15 | BY MR. LoCASCIO: | 13:06 |
| 16 | Q.   But just as if you could take three | |
| 17 | different ways and get to 1.1 each way, you'd | |
| 18 | acknowledge that it's possible the math could | |
| 19 | work out that you do it once and you get 1.12, | |
| 20 | you do it once and you get 1.10, and you do it | 13:06 |
| 21 | once and you get 1.08.  That's possible as | |
| 22 | well.  Fair? | |
| 23 | MR. FENSTER:  Objection. | |
| 24 | Incomplete hypothetical. | |
| 25 | THE WITNESS:  Well, I think it's | 13:06 |

Michael Brant-Zawadzki - 8/16/2011

Page 164

1    I can just tell you that I remember doing some   13:42

2    editing of this particular language.

3        Q.   So your opinion, sir, as set forth

4    here in your declaration, requires the analysis

5    of the T2 decay time of the surrounding tissue   13:42

6    to determine whether or not the claim

7    limitations are met?  That's what you read 3D

8    as requiring?

9        A.   Well, it's --

10       Q.   Because you look at the specific       13:42

11   surrounding tissue being CSF, and you look at

12   T2 decay, and that's what you're doing here;

13   correct?

14       A.   I'm saying that Hajnal does not fit

15   the claim language because it shows nerves       13:42

16   surrounded by tissue, fluid, that has a

17   substantially longer T2 time.

18       Q.   Because it's in the subarachnoid

19   space?

20       A.   By definition, yes.  The subarachnoid 13:43

21   space is the space within which the spinal

22   fluid lives.

23       Q.   Did you know before you put your

24   report together -- did anybody tell you that

25   NeuroGrafix argued that cranial nerves should    13:43

Michael Brant-Zawadzki - 8/16/2011

Page 165

1     be limited to only the portion outside the          13:43
2     subarachnoid space, and the court said, "No,
3     that's wrong"?  Do you know that?
4          A.   As I sit here right now, no, I don't
5     know that.                                           13:43
6               MR. LoCASCIO:  Let's take a break.
7               THE VIDEOGRAPHER:  The time is
8          1:43 p.m., and we're off the record.
9               (Recess taken from 1:43 p.m. to
10         1:52 p.m.)                                       13:52
11              THE VIDEOGRAPHER:  The time is
12         1:52 p.m., and we are back on the
13         record.
14    BY MR. LoCASCIO:
15         Q.   Sir, before the break we had talked         13:52
16    previously about Dr. Bryan's view that the ROI
17    definition has a direct influence on
18    quantitative outcomes.
19              Do you remember that?
20         A.   Yes.                                        13:53
21         Q.   You understand that there are various
22    references in the literature where it is
23    discussed specifically that the method of ROI
24    definition has a direct influence on
25    quantitative outcome for MR.  Fair?                   13:53

Michael Brant-Zawadzki - 8/16/2011

Page 166

1      A.   Yes.  It's an internally consistent     13:53
2   statement.  ROI implies quantitative.
3      Q.   And the 360 patent requires a
4   quantitative calculation to determine whether
5   or not you infringe; correct?                     13:53
6      A.   Again, the phrase "quantitative
7   calculation" is a redundancy.  Anything that is
8   a calculation is quantitative.
9      Q.   My question, then, sir, is the 360
10  patent requires a quantitative assessment or      13:53
11  calculation to actually determine if there is
12  infringement; right?
13     A.   I don't know if -- again, I'm not an
14  attorney enough to know if the word "requires"
15  is correct.  I know the component of             13:54
16  infringement is an ROI calculation, a component
17  of the infringement.  Whether the patent
18  requires it or not, I would leave to an
19  attorney's interpretation.
20     Q.   As one of skill in the art, sir, when 13:54
21  you read claim 3, if you want to know whether
22  you're practicing it or not --
23     A.   That's one way of knowing whether I'm
24  practicing it or not is by doing the
25  calculation.                                      13:54

Michael Brant-Zawadzki - 8/16/2011

Page 167

1          Q.    What's another way?                      13:54

2          A.    I think we've covered this before.

3     So if I'm using fat saturation,

4     diffusion-weight imaging for the purposes of

5     highlighting T2 nerves, to me -- again, I'm not 13:54

6     an attorney -- I would be concerned that I'm

7     infringing.  If I have to resort to doing the

8     calculation, then maybe -- you know, I don't

9     know.  I'd leave that to a legal

10    interpretation, whether I have to actually do   13:54

11    the calculation to determine if I'm infringing.

12          So if I do a technique and it shows

13    the nerve and I do the calculation and it's not

14    1.1, then I'm not infringing?  I don't know.

15    To me I'd be concerned I'm infringing just by   13:55

16    doing all the other things the patent

17    discusses.

18          Q.    If they show the nerve?

19          A.    If they show the nerve.

20          Q.    Your expert report --                    13:55

21          A.    I figured if I -- can I add on?

22          Q.    Go ahead.

23          A.    If I did that and I did the

24    calculation and it shows 1.1, then I am

25    definitely infringing.  Okay?  I think that's   13:55

TSG Reporting - Worldwide        877-702-9580

Michael Brant-Zawadzki - 8/16/2011

Page 168

1    the addition to what I said.  That's my          13:55
2    understanding of the patent.
3        Q.   You think if you performed what you
4    understand to be the steps of the claims of the
5    360 patent and saw a nerve as a result of those  13:55
6    techniques, you might be infringing?
7        A.   I might be infringing, yes, that's my
8    sense.
9        Q.   Regardless of what the math actually
10   came out to be or whether you did it?            13:56
11       A.   Well, I think -- so, again, I'd have
12   to reread the patent exactly.  And as I sit
13   here today, I'm not sure in my own mind whether
14   that's a requirement as the word you used or
15   not.                                             13:56
16       Q.   Your expert report handy?  It's
17   Exhibit 36.  I'll direct your attention to
18   page 17.  Paragraph 49 says, "Importantly it is
19   also my opinion that there was no more specific
20   way within the art to describe the              13:56
21   'conspicuity' term than the method used in the
22   claims of the 360 patent."
23            Do you see that?
24       A.   Yes.
25       Q.   The sentence then -- the next          13:57

Michael Brant-Zawadzki - 8/16/2011

Page 169

1    sentence says, "MRIs use -- MRI uses ROIs (the    13:57

2    basic unit of which is picture) volume elements

3    or pixels (voxels) and their measured signal

4    intensities to characterize images and

5    structures."                                       13:57

6              Did I read that correctly?

7         A.   Uh-huh, yes.

8         Q.   I want to make sure I understand.

9    The first sentence you say, "There's no more

10   specific way to describe conspicuity."  Are you    13:57

11   also saying, as a result of that and the next

12   sentence that follows, that there was no more

13   specific way in the art to describe how to

14   select an ROI, or is that not what your opinion

15   is?                                                13:57

16        A.   In the second sentence?

17        Q.   In the first or second.  Let me back

18   up.  Is it your opinion, sir, that there was no

19   more specific way in the art to define the ROI

20   selection process than what's set forth in the    13:58

21   360 patent?

22        A.   Yes.  We talked about -- earlier

23   about different modalities having different

24   ways of describing conspicuity, and I don't

25   think any of them are more specific than any      13:58

TSG Reporting - Worldwide       877-702-9580

Michael Brant-Zawadzki - 8/16/2011

Page 170

1    other given the relativistic universe of          13:58

2    context that we covered, I think.  So the term

3    "specific" is the most operative word in that

4    sentence, and I stand by what that sentence

5    says.                                              13:58

6         Q.   So am I right that you don't think

7    there's a more specific way to define the ROI

8    to be used than what's set forth in the patent?

9         A.   No, it says "the conspicuity term."

10   It talks about conspicuity, no more specific      13:58

11   way within the art to describe the conspicuity

12   term, not ROIs.

13        Q.   You agree there are more specific

14   ways to prescribe how to select an ROI than

15   what's set forth in this patent?                   13:59

16        A.   Can you be much more prescriptive

17   about how to select an ROI?  Can you say --

18   yes, you should only use an ROI that's three

19   pixel by three pixel, and that's it.  You can

20   be more specific in prescribing how, for a         13:59

21   given purpose, to determine an ROI.   But

22   that's -- okay.  That's my answer.

23             (Defendants' Exhibit 39 was marked

24        for identification.)

25

Michael Brant-Zawadzki - 8/16/2011

Page 171

1    BY MR. LoCASCIO:                                    13:59

2         Q.   I show you Defendants' Exhibit 39

3    which is an article you cited.  The first

4    author is a gentleman by the name of David

5    Bonekamp.  I want to direct your attention to    13:59

6    page 4.

7              Do you see at the top it talks about

8    ROIs drawn with two different techniques,

9    polygonal and ellipsoid ROIs?

10        A.   I do.                                     14:00

11        Q.   And then it goes on to talk about,

12   for example with respect to the ellipsoid ROIs,

13   where they were placed, how they were spaced,

14   the size of the ROIs was chosen to encompass 16

15   pixels, et cetera.                                 14:00

16             Do you see all that?

17        A.   Yes.

18        Q.   Would you agree that's a more

19   specific way to define ROI selection?

20        A.   For this specific purpose, yes.          14:00

21   They're comparing two different methodologies

22   of ROI selection; so yes.  It's a methodology

23   section of a research article, yes.

24        Q.   And the 360 patent does not provide

25   such details for the ROI selection.  Agreed?      14:00

Michael Brant-Zawadzki - 8/16/2011

Page 172

1          A.    That's not the purpose of the patent.  14:00

2          Q.    I didn't ask you what the purpose

3     was, sir.  I asked you if it described it or

4     not.

5          A.    It does not.                              14:00

6          Q.    We've talked a lot about 1.1 as

7     conspicuity.  There's a claim of the patent

8     that talks about a five times conspicuity.

9               Do you recall that?

10         A.    I do.                                     14:01

11         Q.    And if you have the patent out which

12    is probably underneath your stack, it's

13    Exhibit 11.  It's claim 19.  I want you to turn

14    to that.  It's column 41.

15         A.    Okay.                                     14:01

16         Q.    It says, "The method of claim 18

17    wherein said data set distinguishes said nerve

18    from non-neural tissue in the in vivo region so

19    that said data set describes the nerve as an

20    intensity at least five times that of the        14:01

21    non-neural tissue."

22               Do you see that?

23         A.    Yes.

24         Q.    From your opinion in this case, do

25    your opinions vis-a-vis 1.1 conspicuity all       14:01

TSG Reporting - Worldwide        877-702-9580

Michael Brant-Zawadzki - 8/16/2011

Page 173

```
 1      apply with equal force to this claim, the five    14:01

 2      times conspicuity, or is there something unique

 3      about how one measures conspicuity or an ROI

 4      that would distinguish in some way your

 5      opinions with respect to this issue or this        14:02

 6      claim versus the ones we've talked about today?

 7           A.   I don't have enough of a context to

 8      answer your question.  So maybe you can explain

 9      it a little more specifically.

10           Q.   Sure.  For instance, we talked           14:02

11      earlier about scenarios where three different

12      measurements or three different radiologists

13      could look at the same image, and their

14      measured conspicuities based on the selections

15      of those ROIs could have some slight              14:02

16      difference.

17                Do you recall that discussion?

18           A.   Yes.

19           Q.   We talked about it in the context of

20      being just above 1.1, being at 1.1, and being     14:02

21      below 1.1.

22                Do you recall that?

23           A.   Yes.

24           Q.   Does this claim which requires that

25      the intensity be at least five times the          14:02
```

Michael Brant-Zawadzki - 8/16/2011

Page 181

1     Q.   In your view does it apply to the        14:11

2   whole nerve that's shown in the image?

3     A.   No, not in my view.  What we're

4   talking about here is -- again, I haven't

5   reread the entire thing.  We're talking about    14:11

6   for the purposes of ROI, you're taking a sample

7   that represents a whole nerve meaning wholly

8   being nerve as opposed to a portion nerve and a

9   portion not nerve.

10     Q.   And so when you said a person of          14:11

11   ordinary skill would not be confused as to

12   whether to use the whole nerve or some

13   subsection of the nerve because the claim says

14   to calculate the conspicuity of the, quote,

15   nerve, unquote, you're not suggesting there       14:11

16   that all portions of the nerve shown in the

17   image need to be included in the ROI, are you?

18     A.   I'm not.  I'm just saying that some

19   subsection like the upper half or the lower

20   half of a long segment that is within the         14:12

21   boundaries of the nerve, you know, of the whole

22   nerve.

23         In other words, the region of

24   interest needs to contain neural tissue that

25   you're convinced of is neural tissue.  It         14:12

Michael Brant-Zawadzki - 8/16/2011

Page 182

1    doesn't mean the entire length of the nerve.      14:12

2    It doesn't mean the entire segment of the nerve

3    on the image.  It just means for the purposes

4    of the ROI, that ROI contains wholly nerve.

5         Q.   You're comparing in this sentence the 14:12

6    whole nerve to some subsection of the nerve;

7    right?  That's what this sentence contrasts;

8    true?

9         A.   Meaning a component of the nerve

10   within a region of interest and a component of  14:12

11   other tissue within the region of interest.

12        Q.   Okay.  So when you read this to

13   yourself, sir, do you agree that this seems to

14   suggest one of ordinary skill would use the

15   whole nerve as opposed to some subsection of    14:13

16   the nerve?

17        A.   I think someone -- again, person of

18   ordinary skill in the art would know how to

19   interpret that sentence.

20        Q.   Okay.  You've got Dr. Filler's images 14:13

21   still in front of you.  I want you to look at

22   figures 5, 6, and 7.  Let's start with 5.

23        A.   Okay.

24        Q.   Do you recall, sir, that Dr. Filler

25   himself indicated that a single user such as     14:13

Michael Brant-Zawadzki - 8/16/2011

Page 183

1      Dr. Filler could select ROIs of the same nerve   14:13

2      or the same non-neural tissue and generate

3      intensity measurements with some variability?

4            A.   I think we've covered that.  I don't

5      know if Dr. Filler -- I can't remember whether   14:14

6      Dr. Filler himself said that or not, but I'll

7      take your word for it.

8            Q.   And if we look at figures 5, 6, and

9      7, Dr. Filler measures three things in 5, two

10     things in 6, and two things in 7.  Plexus and    14:14

11     lung are in all three.  The plexus is nerve;

12     true?

13           A.   True.

14           Q.   And the lung is non-neural tissue.

15     Agreed?                                           14:14

16           A.   Yes.

17           Q.   And if we start with figure 5,

18     Dr. Filler's signal mean -- which of those

19     three I take it is the average since it's mean,

20     min, and max?                                     14:14

21           A.   Right.

22           Q.   Is mean in your view the same thing

23     as one of skill in the art as average, or are

24     they different?

25           A.   Mean is average, yes.                  14:14

Michael Brant-Zawadzki - 8/16/2011

Page 184

1    Q.   His average intensity or signal mean   14:14
2    for lung is 13.77.
3         Do you see that in figure 5?
4    A.   For lung, yes, 13.77.
5    Q.   And if we go to figure 6, the next   14:15
6    figure, he is at lung 16.76.
7         Do you see that?
8    A.   Yes.
9    Q.   And if we go to figure 7, he measures
10   19.32 as the mean for the lung.  Agreed?   14:15
11   A.   Yes.
12   Q.   And this demonstrates some degree of
13   variability between his ROI selections for
14   those non-neural measurements.   Agreed?
15        MR. FENSTER:  Objection.   14:15
16        Misstates.
17        THE WITNESS:  It demonstrates some
18        degree of variability.  He's
19        demonstrating, I think, three different
20        images.  Or is it the same image?  Let   14:15
21        me look.
22        These are kind of faded.  You tell
23        me.  Is it the same image he's using for
24        each of those determinations?
25

TSG Reporting - Worldwide      877-702-9580

Michael Brant-Zawadzki - 8/16/2011

Page 185

1    BY MR. LoCASCIO:                              14:16

2         Q.   Do you know, sir, if he uses the same

3    DICOM data or different DICOM data for those

4    three?

5         A.   It looks to be the same with          14:16

6    different window settings.

7         Q.   So that's different setting applied

8    by the operator to the data?

9         A.   Well, applied by whoever put these

10   images on the sheet of film but yes.            14:16

11        Q.   And --

12        A.   So the regions of interest in the

13   lung appear to be in slightly different

14   locations.  So they may include more connective

15   tissue, more air sacs.  Lung is not a           14:16

16   homogenous tissue.  So I'm not surprised

17   there's some variability in his mean

18   measurements of lung signal intensity.

19        Q.   And so there's some mean --

20        A.   And also the other thing about lung   14:16

21   is it contains air; so there's what's called a

22   magnetic susceptibility effect.  It's a

23   nonhomogeneous magnetic tissue.  One would not

24   use lung typically as an example.  I don't know

25   why he chose lung.  I don't know what his        14:16

Michael Brant-Zawadzki - 8/16/2011

Page 186

1    purpose was.                                      14:17

2              I think the more appropriate

3    example -- I mean one would normally use scaly

4    muscle rather than lung knowing, skilled in the

5    art, air and magnetic susceptible issues with    14:17

6    air-containing structures could affect signal

7    intensity.

8         Q.   In these three figures that were

9    Dr. Filler's exhibits to his rebuttal report,

10   there are three different lung ROIs used in      14:17

11   comparison to those being the non-neural

12   tissue.   Agreed?

13        A.   Yes.

14        Q.   And we can recognize the variability.

15   It goes from 13.7 all the way up to 19.3.        14:17

16   Agreed?

17        A.   Yes.

18        Q.   And his plexus neural tissue also

19   have has some variability from 71 to 76.

20             Do you see that?                        14:17

21        A.   Yes, less than 10 percent but yes.

22        Q.   I want you to look at his conspicuity

23   calculations now.   And that's in the lung row

24   of 5, do you see "conspicuity mean"?  It's the

25   sixth column.                                     14:18

Michael Brant-Zawadzki - 8/16/2011

Page 187

1          A.    It says "conspicuity min, max and        14:18

2     max, min."

3          Q.    And one says "mean."

4          A.    I see the "mean," yes.  Thank you.

5          Q.    In figure 5 Dr. Filler found a           14:18

6     conspicuity of 5.22 in this DICOM data between

7     the neural being plexus and non-neural tissue

8     being lung.

9                Do you see that?

10         A.    Yes.                                      14:18

11         Q.    So Dr. Filler himself measured this

12    image and determined a conspicuity greater than

13    5?

14         A.    Right.

15         Q.    Under that calculation and the claim     14:18

16    language we looked at that has the five

17    times --

18         A.    Right.

19         Q.    -- this would, all the things being

20    equal, infringe.  Fair?                             14:18

21         A.    Well, I mean I think this isn't using

22    the art -- I mean on another set of images

23    generated by someone who isn't using the art?

24    Is that what you mean?

25         Q.    Sir, with respect to the conspicuity     14:18

Michael Brant-Zawadzki - 8/16/2011

Page 188

1    limitation, Dr. Filler's calculations here   14:18

2    would show it satisfies the conspicuity of 5

3    limitation in claim 19?

4        A.   And the 1.1 obviously, yes.

5        Q.   Look at figure 6.  On the same DICOM  14:19

6    data, Dr. Filler gets a conspicuity measurement

7    of 4.56 using different ROIs; correct?

8        A.   Yes.

9        Q.   And we'll look at the next one,

10   figure 7.  Dr. Filler generates new ROIs and   14:19

11   gets a conspicuity of 3.80.

12        Do you see that?

13       A.   Yes.

14       Q.   So at least with respect to this

15   image, when Dr. Filler himself used three   14:19

16   different settings on the DICOM data and three

17   different ROIs.  One of them fell over the 5

18   limitation of claim 19, and two of them fell

19   below that; right?

20       A.   Over or under, yes.           14:19

21       Q.   The same data, the same scan,

22   depending on how you measured it, would satisfy

23   the 5 limitation or not satisfy it depending on

24   the selection; true?

25       A.   Yes.                14:20

Michael Brant-Zawadzki - 8/16/2011

```
                                                    Page 189
1          Q.   That's what this shows?          14:20

2          A.   Yes.  It speaks for itself.

3          Q.   You looked at Dr. Bryan's images as

4     well from his report; correct, sir?

5          A.   Yes.                             14:20

6          Q.   I'll hand you what we'll mark as

7     defendants 41.

8               (Defendants' Exhibit 41 was marked

9               for identification.)

10    BY MR. LoCASCIO:                           14:20

11         Q.   And based on some of the earlier

12    discussion today, I got the sense, sir, that

13    sometimes you thought Dr. Bryan's ROI

14    selections were not consistent with the

15    teachings of the 360 patent, and sometimes they 14:20

16    were.  Is that correct?

17         A.   Yes.

18         Q.   Can you walk me through the images in

19    Exhibit C and tell me where you think

20    Dr. Bryan's ROI placements or sizes, et cetera, 14:21

21    the selection of ROIs by Dr. Bryan are

22    consistent with the teachings of the 360 patent

23    and where they are not?  Let me first ask are

24    you capable of doing that as we walk through

25    these?                                     14:21
```

Michael Brant-Zawadzki - 8/16/2011

Page 190

1        A.    Yes.                                    14:21

2        Q.    Can you do that for me?  And perhaps

3    the easiest way is just to refer to the figure

4    on the bottom.  So the first one is Exhibit C,

5    figure 1.  And the ROIs are conveniently         14:21

6    numbered.  So you can just sort of and walk

7    through them and tell me if they are consistent

8    with the 360 patent or in your view an opinion

9    not consistent with the proper selection of an

10   ROI.                                              14:21

11       A.    Right.  So just as an example, ROI

12   No. 3 -- the selection of ROI No. 3 or No. 2

13   for that matter, neither one, shows what could

14   be conceived of as the brightest area on an

15   image.  And Dr. Bryan, I think, would argue      14:22

16   that this is an example of how the patent is

17   nonspecific or whatever the right term is

18   because it allows a calculation where

19   conspicuity of the nerve is actually lower than

20   the, quote, surrounding, unquote, tissue;        14:22

21   right?

22            So to me that, again, is inconsistent

23   because to me the understanding is you compare

24   the conspicuity of the nerve with the nearby

25   adjacent or surrounding tissue.  So the more     14:22

Michael Brant-Zawadzki - 8/16/2011

Page 207

1    volume of non-neural tissue within them.  So I   15:00

2    would have selected the nerve immediately below

3    the two regions of interest or the same nerve

4    more proximally or the contralateral nerve

5    where it's homogeneous and definitive to the      15:00

6    structure.

7              As for the immediately adjacent or

8    surrounding non-neural tissue, I think ROI 2 is

9    better than ROI 1, but it suffices.

10         Q.   So 1 and 2 --                           15:00

11         A.   I'm sorry.  ROI -- let me make sure I

12    said that.  Actually it looks like ROI 2 may

13    be -- actually it looks like they're partially

14    volumed in those actually, both of those.  I

15    would have selected muscle tissue, and it that   15:00

16    actually looks like there's some in-plane

17    portion of nerve in there because it's all

18    brachial plexus region.  So I would have

19    selected definitive muscle tissue and not

20    what could be partially neural -- in fact, it    15:01

21    is partially neural tissue.  He calls it

22    non-neural.  I think it's partially neural.

23         Q.   Do you know that or --

24         A.   No.  It looks -- it certainly looks

25    that way.                                        15:01

TSG Reporting - Worldwide        877-702-9580

Michael Brant-Zawadzki - 8/16/2011

Page 208

1      Q.   Is that something that with this          15:01

2   image standing alone you know for a fact, or

3   that's your interpretation?

4      A.   Well, it certainly looks like as you

5   go down the trunk it looks like it becomes a      15:01

6   little bit more into the plane as a nerve.  So,

7   you know, I would not select that wondering --

8   I think thinking it's partially neural tissue.

9   I would have selected -- for me the calculation

10   would have been on the other side, on the left   15:01

11   side of the spine where there's definitive

12   nerve and definitive muscle immediately

13   adjacent.

14      Q.   Let's look at figure 7.

15      A.   Okay.                                     15:01

16      Q.   Are those nerve ROIs, in your view,

17   consistent with the teachings of the 360

18   patent?

19      A.   The -- it looks like there's some

20   freehand drawings on the left side.  The upper   15:02

21   ROI is consistent, and the two on the left are

22   consistent.  I would choose the upper one more

23   than the lower one, but they're consistent with

24   it, yes.

25      Q.   Okay.  And so the two freehand           15:02

Michael Brant-Zawadzki - 8/16/2011

Page 209

1      drawings on the left --                           15:02

2           A.    Not the two.  Just the upper one at

3      most.

4           Q.    Okay.  What about the ones on the

5      right?                                             15:02

6           A.    The ones on the right, the uppermost

7      one is the most optimal.  I would have taken it

8      a little bit further down where there's

9      discrete nerve.  There's that little very

10     bright spot which could represented the          15:02

11     vascular structure signal superimposed.  I

12     would have taken it down a little bit lower.

13           If I were measuring for sure nerve

14     and for sure adjacent tissue, I would measure

15     just a smidgen further down the nerve on the     15:03

16     left than the topmost region of interest.

17          Q.    That white spot just above and to the

18     left at like 10 o'clock of the oval, is that

19     neural or non-neural tissue?

20          A.    I think that is brighter and suggests 15:03

21     to me a vascular structure.  I would have to

22     look at other images, adjacent images, or do

23     other things to make sure of that.  But to me

24     it looks like there's a composite between

25     either some spinal fluid and/or a vascular       15:03

Michael Brant-Zawadzki - 8/16/2011

Page 210

1        structure and a nerve together.                    15:03

2             Q.   A vascular structure is non-neural;

3        correct?

4             A.   Yes.

5             Q.   So right next to that oval is           15:03

6        something that you believe may be non-neural

7        tissue that's brighter than the oval; correct?

8             A.   It could be some spinal fluid.   It

9        could be some non-neural tissue, yes.

10            Q.   And that is brighter or higher          15:03

11       conspicuity --

12            A.   Yes.

13            Q.   -- than the nerve next to it?

14            A.   It obviously stands out more than

15       what I consider to be the trunk of the nerve.   15:03

16       But I wouldn't use that as nerve signal because

17       it might give me too high a signal intensity

18       for the calculation.

19            Q.   And ROI 5, the pixel or really small

20       area, is that within the nerve as taught by the 15:04

21       360 patent or not?

22            A.   You can't -- I don't think you can

23       use that.

24            Q.   Why not?

25            A.   Well, because it's too tiny an ROI      15:04

Michael Brant-Zawadzki - 8/16/2011

Page 211

1    for what is a larger structure, and I think        15:04
2    that larger structure is not homogenous in that
3    region.  It's partially in and partially out of
4    the plane of the image.
5         Q.   So in your view ROI 5 would not be        15:04
6    something you would use when trying to measure
7    an ROI under the 360 patent?
8         A.   Correct.
9         Q.   Because it's too small?
10        A.   And because I'm not sure that it's        15:04
11   the whole of the nerve as we discussed before.
12   I think that there is portions -- there may be
13   portions of that that is non-nerve, and it may
14   be that that tiny ROI that was chosen is not
15   within the nerve or does not contain nerve, not  15:05
16   entirely within the nerve or contains no nerve.
17        Q.   Let's look at figure 8, please.  All
18   ten of those ROIs show neural tissue; correct?
19        A.   They show portions of neural tissue,
20   yes.                                               15:05
21        Q.   And all of those portions of the
22   neural tissue result in, because they're
23   different ROI selections, different signal
24   intensities.  Fair?
25        A.   Yes.  Again, the same argument.  I       15:05

TSG Reporting - Worldwide        877-702-9580

Michael Brant-Zawadzki - 8/16/2011

Page 212

1          would select ones I was certain was the          15:05

2          representative of nerve tissue which in this

3          case would be ROI No. 7 -- let's see, 6 or 7?

4          No. 6.  That would be my selection.

5               Q.    The patent doesn't say use what          15:05

6          Dr. Brant-Zawadzki says to use.  It says it's

7          for what one of skill in the art might choose.

8          Is it your opinion, sir, that every person of

9          skill in the art would choose 6 and not the

10         others?                                            15:06

11              A.    I think that most people under the

12         teaching of the patent would choose the most

13         representative portion of the nerve which to me

14         would me would be No. 6 or in the immediate

15         vicinity of No. 6.                                 15:06

16              Q.    What if you wanted one on the other

17         side?

18              A.    Well, you wouldn't want that because

19         you want -- by definition under the patent

20         you'd want the most representative portion of    15:06

21         the nerve.

22              Q.    Are those different nerves, the left

23         side versus the right side?

24              A.    No, they're all within the brachial

25         plexus.  But under the teachings of the patent, 15:06

Michael Brant-Zawadzki - 8/16/2011

Page 213

1      you'd want the most representative portion of      15:06

2      what you know is nerve.  So even though they're

3      the same general anatomic structure, you want

4      the most -- what you're convinced of visually

5      is the most representative portion of neural      15:06

6      tissue which to me would be -- of the ones

7      chosen here, would be No. 6.

8           Q.    And are you saying, as you sit here

9      today under oath, in your view of the patent

10     all the other ROIs in this are wrong, and they    15:07

11     could not be used according to the teachings of

12     the 360 patent?

13          A.    They should not be used by a trained

14     observer in the art for choosing the most

15     representative segment of neural tissue on this   15:07

16     image.

17          Q.    And it's your belief that the claims

18     require to use an ROI that is most

19     representative of any single nerve on the

20     image?                                             15:07

21          A.    That is my understanding of the

22     patent, yes.  For the purposes of documenting

23     infringement; right?

24          Q.    Let me show you what we'll mark as

25     defense 42.                                        15:07

Michael Brant-Zawadzki - 8/16/2011

Page 214

1            (Defendants' Exhibit 42 was marked     15:07

2        for identification.)

3    BY MR. LoCASCIO:

4        Q.   We talked about thresholding earlier

5    today.                                          15:07

6        A.   Yes.

7        Q.   This is Dr. Bryan's rebuttal

8    Exhibit 2.  You've seen this before; correct?

9        A.   Yes.

10       Q.   And this is an example of using a      15:07

11   software to threshold the brightest portions of

12   Dr. Filler's Exhibit C; correct?

13       A.   Yes.

14       Q.   And this shows that at 10 percent,

15   30 percent, 40 percent, even 50 and beyond, the 15:08

16   nerve is not shown using a signal intensity

17   threshold; correct?

18       A.   I think at 70 it is.  Did you say --

19   I forgot what you --

20       Q.   I got up to 50.                         15:08

21       A.   Okay.  60, 70, work backwards.  So

22   you got up to -- yeah, 50 I would say you

23   cannot tell definitive neural tissue.

24       Q.   And so the --

25       A.   At 60 I think you're beginning to see 15:08

Michael Brant-Zawadzki - 8/16/2011

                                                    Page 215

1      nerve in it.  Certainly at 70 you do.          15:08

2          Q.    So if you use a threshold to just

3      take the highest signal intensity, using the

4      image by Dr. Filler, you don't see the nerve

5      when you threshold at the top 10, 30, 40, or    15:09

6      even 50 signal intensity; correct?

7          A.    Correct.

8          Q.    You don't dispute that analysis or

9      data, do you?

10         A.    Well, no, I don't.  There are little  15:09

11     individual tiny dots which may show nerves.

12     But you'd have to use other methods to see if

13     that's really nerve or not.  So definitively

14     just using the threshold image, single image

15     without a set of images, within that context    15:09

16     you're right.

17         Q.    As you're sitting here today, sir, is

18     there anything about your opinions that you

19     think now that we've gone through your

20     deposition is incorrect and needs to be changed 15:09

21     or corrected?

22         A.    I don't know that I can even think

23     anymore; so I'd say no.

24         Q.    Anything about your answers today

25     that you believe was inaccurate or needs to be  15:09

Michael Brant-Zawadzki - 8/16/2011

Page 216

```
1        corrected?                                        15:09

2             A.    Not as I sit here right now.

3             Q.    Have you talked to NeuroGrafix's

4        lawyers about any questions they want to ask

5        you or answers they want you to give?            15:10

6             A.    We talked about several items that

7        they raised and I think he's going to ask me.

8             Q.    Did you talk about what the questions

9        would be or what the answers would be?

10            A.    We talked about what the questions -- 15:10

11       the general context of questions might be.

12            Q.    Any discussion about what the answers

13       would be?

14            A.    Well, no.  I mean I think -- no, I

15       don't know the answers.  It's like region of    15:10

16       interest sampling as you're trying to suggest.

17       It will be in the ballpark of opinions I've had

18       before.  They were checking to see if my

19       opinions were still my opinions.  So that's

20       representative of what the answer you're         15:10

21       looking for.

22            Q.    Did they tell you what to say and

23       what not to say?

24            A.    No.

25            Q.    Did you practice it at all?           15:10
```

TSG Reporting - Worldwide        877-702-9580