# Exhibit IND4

# Exhibit C

[To M. Moseley's Opening Expert Report]

Figure 1: Original Image with Structure of Interest Region 1 Selected





Figure 2: Original Image with Background Region 1 Selected



Figure 3: Original Image with Background Region 2 Selected





Figure 4: Original Image with Background Region 3 Selected



Figure 5: Original Image with Background Region 4 Selected



Figure 6: Reproduction of Image with Structure of Interest Region Selected





6

Figure 7: Reproduction of Image with Background Region Selected



