# Exhibit IND5

# EXHIBIT A
[To A. Filler's Rebuttal Expert Report]

NeuroGrafix – Rebuttal Expert Report - Figures



Fig 1 a – i) Right brachial plexus nerves T2-neurography, coronal view, ii) T1 axial image, cervical soft tissue.  iii) Spinal cord and brachial plexus nerves, T2-neurography, axial view cervical (matching T1 in 1aii),  iv) Bilateral brachial plexus nerves - T2-neurography bilateral brachial plexus

Fig 1b – "NIH" color look up table (LUT) for visual conspicuity demarcation (i, ii, iii) and "Hue 1"  color LUT (iv) as applied to DICOM data set by Osirix DICOM Viewer.





Figure 2 – axial T2 neurography infringing images from UCSF as obtained by neuroradiologist for purposes of patient diagnosis. Graphics representation of DICOM data set.

A- Unmarked image. B – Osirix signal measurements. Conspicuity relationships:

|  | Signal Mean | Signal Min | Signal Max | Conspic Mean | Conspic Min | Conspic Max | Conspic Max-Min |
|---|---|---|---|---|---|---|---|
| Upper Trunk Brachial Plexus | 71.36 | 46.00 | 97.00 |  |  |  |  |
| Scalene Fat Pad | 32.50 | 13.00 | 46.00 | 2.20 | 3.54 | 2.11 | 1.55 |
|  |  |  |  |  |  |  |  |
| C8 Spinal Nerve | 74.96 | 16.00 | 110.00 |  |  |  |  |
| Scalene Muscle | 32.47 | 22.00 | 46.00 | 2.31 | 0.73 | 2.39 | 3.92 |





Figure 3 – Coronal, T2 neurography infringing images from UCSF as obtained by neuroradiologist for purposes of patient diagnosis. Graphics representation of DICOM data set.
A- Unmarked image. B- Osirix signal measurements. Conspicuity relationships:

|  | Signal Mean | Signal Min | Signal Max | Conspic Mean | Conspic Min | Conspic Max | Conspic Max-min |
|---|---|---|---|---|---|---|---|
| C7 Spinal Nerve | 83.74 | 57.00 | 103.00 |  |  |  |  |
| Scalene muscle coronal | 59.80 | 41.00 | 72.00 | 1.40 | 1.39 | 1.43 | 1.48 |



Figure 4 – Coronal, T2 neurography infringing images from UCSF as obtained by neuroradiologist for purposes of patient diagnosis.
A- Unmarked image. B- Osirix signal measurements. Conspicuity relationships:

|  | Signal Mean | Signal Min | Signal Max |  | Conspic Mean | Conspic Min | Conspic Max | Conspic Max-Min |
|---|---|---|---|---|---|---|---|---|
| Distal Brachial Plexus | 65.43 | 40.00 | 103.00 |  |  |  |  |  |
| Subclavius muscle | 29.97 | 20.00 | 47.00 |  | 2.18 | 2.00 | 2.19 | 2.33 |
| Air outside patient | 1.00 | 1.00 | 1.00 |  | 65.43 | 40.00 | 103.00 |  |
| Lung Apex | 15.82 | 1.00 | 37.00 |  | 4.14 | 40.00 | 2.78 | 1.75 |
| Upper Trunk of Brachial Plexus2 | 66.43 | 38.00 | 86.00 |  |  |  |  |  |
| Middle Scalene muscle | 39.64 | 24.00 | 59.00 |  | 1.68 | 1.58 | 1.46 | 1.37 |



Figure 5 – Coronal, T2 neurography infringing images from UCSF as rewindowed to low contrast for purposes of obscuring conspicuity as by Siemens non-physician expert witness. Graphics representation of DICOM data set.
A- Unmarked image. B- Osirix signal measurements. Conspicuity relationships:

|  | Signal Mean | Signal Min | Signal Max | Conspic Mean | Conspic Min | Conspic Max | Conspic Max-Min |
|---|---|---|---|---|---|---|---|
| Plexus | 71.89 | 35.00 | 96.00 |  |  |  |  |
| Scalene | 38.44 | 19.00 | 59.00 | 1.87 | 1.84 | 1.63 | 1.53 |
| Lung | 13.77 | 1.00 | 35.00 | 5.22 | 35.00 | 2.74 | 1.79 |



Figure 6 – Coronal, T2 neurography infringing images from UCSF as rewindowed to high contrast for purposes of obscuring conspicuity as by Siemens non-physician expert witness. Graphics representation of DICOM data set.
A- Unmarked image. B- Osirix signal measurements. Conspicuity relationships:

|  | Signal Mean | Signal Min | Signal Max |  | Conspic Mean | Conspic Min | Conspic Max | Conspic Max-Min |
|---|---|---|---|---|---|---|---|---|
| Plexus | 76.47 | 55.00 | 97.00 |  |  |  |  |  |
| Lung | 16.76 | 1.00 | 35.00 |  | 4.56 | 55.00 | 2.77 | 1.24 |



Figure 7 – Coronal, T2 neurography infringing images from UCSF as rewindowed to very high contrast for purposes of obscuring conspicuity and mixing tissues as by Siemens non-physician expert witness. Graphics representation of DICOM data set. A- Unmarked image. B- Osirix signal measurements. Conspicuity relationships:

|  | Signal Mean | Signal Min | Signal Max |  | Conspic Mean | Conspic Min | Conspic Max | Conspic Max-Min |
|---|---|---|---|---|---|---|---|---|
| Plexus | 73.50 | 38.00 | 97.00 |  |  |  |  |  |
| Lung | 19.32 | 5.00 | 35.00 |  | 3.80 | 7.60 | 2.77 | 1.97 |

Figure 8 – Coronal, DWIBS neurography infringing images from UCSF as obtained by neuroradiologist for purposes of patient diagnosis.
A- Unmarked image. B- Osirix signal measurements. Conspicuity relationships:

| | Signal Mean | Signal Min | Signal Max | | Conspic Mean | Conspic Min | Conspic Max | Conspic Max-Min |
|---|---|---|---|---|---|---|---|---|
| DWIBS Plexus Middle Trunk | 321.42 | 289.00 | 350.00 | | | | | |
| DWIBS subclavius muscle | 78.23 | 68.00 | 86.00 | | 4.11 | 4.25 | 4.07 | 3.39 |
| DWIBS C5 Spinal Nerve | 152.32 | 131.00 | 169.00 | | | | | |
| DWIBS scalene muscle | 92.29 | 83.00 | 109.00 | | 1.65 | 1.58 | 1.55 | 1.46 |
| DWIBS Plexus Divisions | 208.93 | 153.00 | 250.00 | | | | | |
| DWIBS Lung | 67.37 | 62.00 | 73.00 | | 3.10 | 2.47 | 3.42 | 8.82 |

Note:

| Conspic Mean | Conspic Min | Conspic Max | Conspic Max-Min |
|---|---|---|---|
| $Nerve_{mean}/Muscle_{mean}$ | $Nerve_{min}/Muscle_{min}$ | $Nerve_{max}/Muscle_{max}$ | $Nerve_{max}-Nerve_{min}/Muscle_{ax}-Muscle_{min}$ |
| $Nerve_{mean}/Lung_{mean}$ | $Nerve_{min}/Lung_{min}$ | $Nerve_{max}/Lung_{max}$ | $Nerve_{max}-Nerve_{min}/Lung_{ax}-Lung_{min}$ |
|  |  |  |  |