# Exhibit IND12

# Exhibit C

[To N. Bryan's Opening Expert Report]



Exhibit C, Figure 1

| | | | ROI # (Nerve Tissue) | | |
|---|---|---|---|---|---|
| | | | #5 | #6 | #7 |
| | | Intensity | 64.7 | 80.3 | 84.6 |
| ROI # (Non-Neural Tissue) | #1 | 85.6 | 0.76 | 0.94 | 0.99 |
| | #2 | 143.3 | 0.45 | 0.56 | 0.59 |
| | #3 | 123.3 | 0.52 | 0.65 | 0.69 |
| | #4 | 123.6 | 0.52 | 0.65 | 0.68 |
| | #8 | 64.2 | 1.01 | 1.25 | 1.32 |
| | #9 | 126.0 | 0.51 | 0.64 | 0.67 |
| | #10 | 82.0 | 0.79 | 0.98 | 1.03 |

Conspicuity Calculations from Measurements in Figure 1

Exhibit C, Table 1



Exhibit C, Figure 2.

| | | | ROI # (Nerve Tissue) | | |
|---|---|---|---|---|---|
| | | | #8 | #10 | #11 |
| | | Intensity | 97.9 | 78.9 | 77 |
| ROI # (Non-Neural Tissue) | #1 | 82.4 | 1.19 | 0.96 | 0.93 |
| | #2 | 115.3 | 0.85 | 0.68 | 0.67 |
| | #3 | 125.3 | 0.78 | 0.63 | 0.61 |
| | #4 | 72.5 | 1.35 | 1.09 | 1.06 |
| | #5 | 76.9 | 1.27 | 1.03 | 1.00 |
| | #6 | 119.9 | 0.82 | 0.66 | 0.64 |
| | #7 | 70.2 | 1.39 | 1.12 | 1.10 |
| | #9 | 75.8 | 1.29 | 1.04 | 1.02 |

Conspicuity Calculations from Measurements in Figure 2

Exhibit C, Table 2.



Exhibit C, Figure 3.

|  |  |  | Conspicuity Calculations from Measurements in Figure 3 | | | | | |
|---|---|---|---|---|---|---|---|---|
|  |  |  | ROI # (Nerve Tissue) | | | | | |
|  |  |  | #5 | #6 | #7 | #8 | #12 | #13 |
|  |  | Intensity | 99.7 | 78.7 | 88.1 | 61.4 | 74.9 | 109.4 |
| ROI # (Non-Neural Tissue) | #1 | 94.3 | **1.06** | **0.83** | **0.93** | **0.65** | **0.79** | 1.16 |
|  | #2 | 168.2 | **0.59** | **0.47** | **0.52** | **0.37** | **0.45** | **0.65** |
|  | #3 | 131.8 | **0.76** | **0.60** | **0.67** | **0.47** | **0.57** | **0.83** |
|  | #4 | 136.1 | **0.73** | **0.58** | **0.65** | **0.45** | **0.55** | **0.80** |
|  | #9 | 114.6 | **0.87** | **0.69** | **0.77** | **0.54** | **0.65** | **0.95** |
|  | #10 | 85.1 | 1.17 | **0.92** | **1.04** | **0.72** | **0.88** | 1.29 |
|  | #11 | 92.1 | **1.08** | **0.85** | **0.96** | **0.67** | **0.81** | 1.19 |
|  | #14 | 217.1 | **0.46** | **0.36** | **0.41** | **0.28** | **0.35** | **0.50** |
|  | #15 | 77.1 | 1.29 | **1.02** | 1.14 | **0.80** | **0.97** | 1.42 |
|  | #16 | 56.6 | 1.76 | 1.39 | 1.56 | **1.08** | 1.32 | 1.93 |
|  | #17 | 100.3 | **0.99** | **0.78** | **0.88** | **0.61** | **0.75** | 1.09 |

Exhibit C, Table 3.

Exhibit C, Expert Report of R. Nick Bryan           7



Exhibit C, Figure 4.

| | | | ROI # (Nerve Tissue) | |
|---|---|---|---|---|
| | | | #4 | #5 |
| | | Intensity | 161.9 | 264.8 |
| ROI # (Non-Neural Tissue) | #1 | 259.5 | 0.62 | 1.02 |
| | #2 | 284.7 | 0.57 | 0.93 |
| | #3 | 284.5 | 0.57 | 0.93 |
| | #6 | 333.7 | 0.49 | 0.79 |
| | #7 | 284.7 | 0.57 | 0.93 |
| | #8 | 263.2 | 0.62 | 1.01 |
| | #9 | 345.4 | 0.47 | 0.77 |
| | #10 | 737.0 | 0.22 | 0.36 |

Conspicuity Calculations from Measurements in Figure 6

Exhibit C, Table 4.



Exhibit C, Figure 5.

| Mean Signal Intensity of Spinal Nerve (ROI #1) | Mean Signal Intensity of Non-Neural Tissue (ROI #2) | Conspicuity ($S_n/S_b$) |
|---|---|---|
| 112 | 144.5 | .775 |

Exhibit C, Table 5.

Exhibit C, Expert Report of R. Nick Bryan        10



Exhibit C, Figure 6.

Exhibit C, Expert Report of R. Nick Bryan                11

| Conspicuity Calculations from Measurements in Figure 6 | | |
|---|---|---|
| **Mean Signal Intensity** | ROI #3 (Nerve): 66.1 | ROI #4 (Nerve): 68.3 |
| ROI #1 (Non-Neural): 65.4 | **1.01** | **1.04** |
| ROI #2 (Non-Neural): 67.8 | **0.97** | **1.01** |

Exhibit C, Table 6.



Exhibit C, Figure 7.

| ROI of Nerve Tissue | Mean Signal Intensity |
|---|---|
| ROI #1 | 98.3 |
| ROI #2 | 73.9 |
| ROI #3 | 114.2 |
| ROI #4 | 94.3 |
| ROI #5 | 76.0 |

Exhibit C, Table 7

Exhibit C, Expert Report of R. Nick Bryan          13



Exhibit C, Figure 8.

| ROI of Nerve Tissue | Mean Signal Intensity |
|---|---|
| ROI #1 | 77.0 |
| ROI #2 | 92.1 |
| ROI #3 | 103.4 |
| ROI #4 | 89.0 |
| ROI #5 | 70.5 |
| ROI #6 | 112.5 |
| ROI #7 | 91.8 |
| ROI #8 | 78.0 |
| ROI #9 | 80.5 |
| ROI #10 | 72.0 |

Exhibit C, Table 8.

Exhibit C, Expert Report of R. Nick Bryan        14



Exhibit C, Figure 9.

| ROI of Non-Neural Tissue | Mean Signal Intensity |
| --- | --- |
| ROI #1 | 82.0 |
| ROI #2 | 66.5 |
| ROI #3 | 56.0 |
| ROI #4 | 86.3 |
| ROI #5 | 65.6 |
| ROI #6 | 61.1 |
| ROI #7 | 78.5 |
| ROI #8 | 100.5 |

Exhibit C, Table 9.

Exhibit C, Expert Report of R. Nick Bryan         15



Exhibit C, Figure 10.

| ROI of "Any Adjacent" Non-Neural Tissue | Mean Signal Intensity |
|---|---|
| ROI #1 | 143.0 |
| ROI #2 | 114.6 |
| ROI #3 | 105.4 |
| ROI #4 | 123.8 |

Exhibit C, Table 10.



Exhibit C, Figure 11.

Exhibit C, Expert Report of R. Nick Bryan            17



Exhibit C, Table 11.