# Exhibit IND17

Rebuttal Report of Dr. R. Nick Bryan, Exhibit 2

# Exhibit 2
[To N. Bryan's Rebuttal Expert Report]

Rebuttal Report of Dr. R. Nick Bryan, Exhibit 2



Figure 1 (original Ex_C_5.dcm from Dr. Filler's Rebuttal Report)



Figure 2 (image showing brightest 10% (appx.) of pixel signal intensities in Ex_C_5.dcm).



Histogram 2 (distribution of pixel signal intensities in Ex_C_5.dcm).

3

Rebuttal Report of Dr. R. Nick Bryan, Exhibit 2



Figure 3 (image showing brightest 30% (appx.) of pixel signal intensities in Ex_C_5.dcm).



Histogram 3 (distribution of pixel signal intensities in Ex_C_5.dcm).

4



Figure 4 (image showing brightest 40% (appx.) of pixel signal intensities in Ex_C_5.dcm).



Histogram 4 (distribution of pixel signal intensities in Ex_C_5.dcm).

Rebuttal Report of Dr. R. Nick Bryan, Exhibit 2



Figure 5 (image showing brightest 50% (appx.) of pixel signal intensities in Ex_C_5.dcm).



Histogram 5 (distribution of pixel signal intensities in Ex_C_5.dcm).

6



Figure 6 (image showing brightest 60% (appx.) of pixel signal intensities in Ex_C_5.dcm).



Histogram 6 (distribution of pixel signal intensities in Ex_C_5.dcm).

7

Rebuttal Report of Dr. R. Nick Bryan, Exhibit 2



Figure 7 (image showing brightest 70% (appx.) of pixel signal intensities in Ex_C_5.dcm).



Histogram 7 (distribution of pixel signal intensities in Ex_C_5.dcm).

8

Rebuttal Report of Dr. R. Nick Bryan, Exhibit 2



Figure 8 (original Ex_C_2.dcm from Dr. Filler's Rebuttal Report).

Rebuttal Report of Dr. R. Nick Bryan, Exhibit 2



Figure 9 (image showing brightest 10% (appx.) of pixel signal intensities in Ex_C_2.dcm).



Histogram 9 (distribution of pixel signal intensities in Ex_C_2.dcm).

10

Rebuttal Report of Dr. R. Nick Bryan, Exhibit 2



Figure 10 (image showing brightest 20% (appx.) of pixel signal intensities in Ex_C_2.dcm).



Histogram 10 (distribution of pixel signal intensities in Ex_C_2.dcm).

11

Rebuttal Report of Dr. R. Nick Bryan, Exhibit 2



Figure 11 (original Ex_C_3.dcm from Dr. Filler's Rebuttal Report).

12

Rebuttal Report of Dr. R. Nick Bryan, Exhibit 2



Figure 12 (image showing brightest 40% (appx.) of pixel signal intensities in Ex_C_3.dcm).



Histogram 12 (distribution of pixel signal intensities in Ex_C_2.dcm).

13

Rebuttal Report of Dr. R. Nick Bryan, Exhibit 2



Figure 13 (image showing brightest 50% (appx.) of pixel signal in Ex_C_3.dcm).



Histogram 12 (distribution of pixel signal intensities in Ex_C_2.dcm).

14