Gregg F. LoCascio, P.C. (*pro hac vice*)
gregg.locascio@kirkland.com
Sean M. McEldowney (S.B.N. 248368)
sean.mceldowney@kirkland.com
Christopher Nalevanko (*pro hac vice*)
christopher.nalevanko@kirkland.com
Brian N. Gross (*pro hac vice*)
brian.gross@kirkland.com
KIRKLAND & ELLIS LLP
655 Fifteenth St., N.W.
Washington, D.C. 20005
Telephone: (202) 879-5000
Facsimile: (202) 879-5200

Luke L. Dauchot (S.B.N. 229829)
luke.dauchot@kirkland.com
KIRKLAND & ELLIS LLP
333 South Hope St.
Los Angeles, CA 90071
Telephone: (213) 680-8400
Facsimile: (213) 680-8500

Attorneys for Defendant
SIEMENS MEDICAL SOLUTIONS USA, INC.
and SIEMENS AKTIENGESELLSCHAFT

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEUROGRAFIX, ET AL.,<br><br>Plaintiffs,<br><br>vs.<br><br>SIEMENS MEDICAL SOLUTIONS USA, INC., ET AL.,<br><br>Defendants. | CASE NO. CV 10-1990 MRP(RZX)<br><br>**DECLARATION OF SEAN M. MCELDOWNEY IN FURTHER SUPPORT OF SIEMENS' MOTION FOR PARTIAL SUMMARY JUDGMENT OF INVALIDITY REGARDING CLAIMS 3-5, 36, 37, 39-44, 46, 47, 49, 50, 55, 56, 58, 59, 61, AND 62 IN U.S. PATENT NO. 5,560,360 IN LIGHT OF CLAIM CONSTRUCTION ORDER**<br><br>The Hon. Mariana R. Pfaelzer<br>United States District Court Judge<br><br>Hearing date: October 5, 2011<br>Time: 11 a.m.<br>Location: Courtroom 12 |

| | |
|---|---|
| 1 | |
| 2 | SIEMENS MEDICAL SOLUTIONS USA, INC., )
| 3 | Counterclaim Plaintiff, )
| 4 | vs. )
| 5 | NEUROGRAFIX, and WASHINGTON RESEARCH FOUNDATION, )
| 6 | )
| 7 | Counterclaim Defendants. )

I, Sean M. McEldowney, hereby declare:

1.  I am an attorney at the law firm of Kirkland & Ellis LLP, which represents Siemens Medical Solutions USA, Inc. and Siemens Aktiengesellschaft (collectively "Siemens") in the above-captioned matter.

2.  Attached hereto as Exhibit 10 is a true and correct copy of excerpts from the *Markman* Hearing, dated March 24, 2011.

3.  Attached hereto as Exhibit 11 is a true and correct copy of excerpts from the deposition of Michael N. Brant-Zawadzki, M.D., dated August 16, 2011.

4.  Attached hereto as Exhibit 12 is a true and correct copy of Paul A. Bottomley et al., *A review of normal tissue hydrogen NMR relaxation times and relaxation mechanisms from 1-100 MHz: Dependence on tissue type, NMR frequency, temperature, species, excision, and age*, 11(4) Medical Physics 425 (1984).

5.  Attached hereto as Exhibit 13 is a true and correct copy of excerpts from Dan L. Bader et al., *Ulcer Pressure Research: Current and Future Perspectives* (Springer ed. 2005).

6.  Attached hereto as Exhibit 14 is a true and correct copy of excerpts from P. D. Gatehouse & G. M. Bydder, *Magnetic Resonance Imaging of Short $T_2$ Components in Tissue*, Clinical Radiology 58 (2003).

7.  Attached hereto as Exhibit 15 is a true and correct copy of M. Weiger et al., *Direct Depiction of Bone Microstructure Using ZTE Imaging*, 19 Proc. Intl. Soc. Mag. Reson. Med. 563 (2011).

I hereby declare, under penalty of perjury, that the foregoing statements are true and correct to the best of my personal knowledge.

Respectfully submitted,

Dated: August 31, 2011            /s/ Sean M. McEldowney
                                  Sean M. McEldowney

# CERTIFICATE OF SERVICE

I hereby certify that on August 31, 2011, a copy of the foregoing DECLARATION OF SEAN M. McELDOWNEY IN FURTHER SUPPORT OF SIEMENS' MOTION FOR PARTIAL SUMMARY JUDGMENT OF INVALIDITY REGARDING CLAIMS 3-5, 36, 37, 39-44, 46, 47, 49, 50, 55, 56, 58, 59, 61, AND 62 IN U.S. PATENT NO. 5,560,360 IN LIGHT OF CLAIM CONSTRUCTION ORDER was served upon counsel of record for Plaintiffs registered with the Court's CM/ECF system.

                                                /s/Sean M. McEldowney