# Exhibit 11

Michael Brant-Zawadzki - 8/16/2011

IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEUROGRAFIX, a California corporation; WASHINGTON RESEARCH FOUNDATION, a not-for-profit Washington corporation, | ) ) ) ) ) |
| Plaintiffs, | ) )  No. CV 10-1990 |
| vs. | )      (MRP)(RZX) ) ) |
| SIEMENS MEDICAL SOLUTIONS USA, INC., a Delaware corporation and SIEMENS AKTIENGESELLESCHAFT, a German corporation, | ) ) ) ) ) |
| Defendants. | ) ) |
| AND RELATED CROSS-ACTION. | ) ) |

VIDEOTAPED DEPOSITION OF

MICHAEL BRANT-ZAWADZKI, M.D.

Los Angeles, California

Tuesday, August 16, 2011

Reported By:

LISA MOSKOWITZ, CSR 10816, RPR, CLR

Job No. 41126

Michael Brant-Zawadzki - 8/16/2011

Page 2

1

2

3

4

5                    August 16, 2011

6                    9:55 a.m.

7

8

9          Videotaped Deposition of MICHAEL

10   BRANT-ZAWADZKI, M.D., held at the offices of

11   Russ, August & Kabat, 12424 Wilshire Boulevard,

12   12th Floor, Los Angeles, California, pursuant

13   to Notice before Lisa Moskowitz, Certified

14   Shorthand Reporter and Registered Professional

15   Reporter of the State of California.

16

17

18

19

20

21

22

23

24

25

Michael Brant-Zawadzki - 8/16/2011

Page 3

1    A P P E A R A N C E S:

2            RUSS AUGUST & KABAT

3            Attorney for the Plaintiffs

4              12424 Wilshire Boulevard

5              Los Angeles, CA  90025

6

7            BY:  MARC A. FENSTER, ESQ.

8                 FREDRICKA UNG, ESQ.

9                 ANDREW D. WEISS, ESQ.

10

11           KIRKLAND & ELLIS

12           Attorneys for the Defendants

13             655 Fifteenth Street, N.W.

14             Washington, D.C.  20005

15

16           BY:  GREGG F. LoCASCIO, ESQ.

17                CHRISTOPHER R. NALEVANKO, ESQ.

18

19   ALSO PRESENT:

20                COURTNEY BATES, Videographer

21

22

23

24

25

Michael Brant-Zawadzki - 8/16/2011

Page 4

1           THE VIDEOGRAPHER:  This marks the          09:35

2     start of disk No. 1 in the videotaped

3     deposition of Michael Brant-Zawadzki in

4     the matter of NeuroGrafix versus

5     Siemens, et al., in the Central District    09:54

6     Court of California, Western Division,

7     Case No. CV 10-1990 (MRP)(RZX).  This

8     deposition is being held today at

9     12424 Wilshire Boulevard on the 12th

10    floor in Los Angeles, California on         09:54

11    August 16, 2011, at approximately

12    9:55 a.m.  My name is Courtney Bates,

13    and I'm here from TSG Reporting, Inc.

14    I'm the legal video specialist, and I'm

15    here with our court reporter, Lisa          09:55

16    Moskowitz, in association with TSG

17    Reporting.

18         At this time will counsel please

19    give your appearances for the record.

20         MR. LoCASCIO:  Sure.  Gregg            09:55

21    LoCascio and Chris Nalevanko on behalf

22    of the defendants Siemens.

23         MR. FENSTER:  Marc Fenster along

24    with Fredricka Ung and Andrew Weiss on

25    behalf of plaintiff NeuroGrafix and the     09:55

Michael Brant-Zawadzki - 8/16/2011

Page 5

1        witness.                                          09:55

2              THE VIDEOGRAPHER:  Thank you.  And

3        the reporter may now swear or affirm the

4        witness.

5    M I C H A E L   B R A N T-Z A W A D Z K I, M. D.      09:55

6              called as a witness, having been duly

7              sworn, was examined and testified as

8              follows:

9                    EXAMINATION

10    BY MR. LoCASCIO:                                      09:55

11        Q.    Good morning, sir.

12        A.    Morning.

13        Q.    Can you pronounce your name just so I

14    make sure I get it right.

15        A.    Michael Brant-Zawadzki.                     09:55

16        Q.    Brant-Zawadzki?

17        A.    Correct.

18        Q.    You're a doctor; correct?

19        A.    I am a doctor.

20        Q.    Dr. Brant-Zawadzki, you have been          09:55

21    hired by NeuroGrafix to provide expert

22    testimony in this matter; correct?

23        A.    Yes.

24        Q.    And how much are you being paid an

25    hour for your testimony?                             09:56

TSG Reporting - Worldwide        877-702-9580

Michael Brant-Zawadzki - 8/16/2011

Page 139

1      A.    To specifically control a              13:14

2   off-the-shelf instrument in such a way as to

3   select out nerve tissue specifically.  I want

4   to see -- my main focus here is the peripheral

5   nerve.  This is what I -- this is what I want    13:14

6   to see.  So I don't think -- so that's the

7   part, the controlling the performance of

8   those -- that's A, B, and C which we do all the

9   time.  For that specific purpose I don't think

10  that's something that I do normally.             13:15

11      Q.    Are you interpreting into 3D the

12  requirement that the physician have an intent

13  to do that?  Are you putting some mental state

14  component into your reading of 3D?

15      A.    Well, mental state and directing the   13:15

16  instrument to do something that it doesn't

17  ordinarily do.  So I don't know if it's mental

18  state and telepathy or just a mental state.

19  But it's the intent; right?  It's the control

20  and controlling and changing the parameters of  13:15

21  the instrument to -- for the specific purpose.

22  I don't think that I do that routinely.

23      Q.    3D, sir, where it says -- do you see

24  where it says, "Said step of controlling, the

25  performance of steps A, B and C including"?  Do  13:15

Michael Brant-Zawadzki - 8/16/2011

Page 140

1    you see that?                                     13:15

2         A.   I see "controlling."  And is there

3    another "controlling"?

4         Q.   Yeah.  It says, "Controlling the

5    performance of ABC to enhance" --               13:16

6         A.   "Said step of controlling the

7    performance of steps AB and C including."

8         Q.   Yes.  And there's language following

9    the word "including."  Do you see that?  All

10   the way to the word "tissue" which is the end   13:16

11   of 3D, "selecting the combination."

12              Do you see that?

13        A.   Yes, I do.

14        Q.   That section of 3D is a T2-weighted

15   sequence; correct?                              13:16

16        A.   No.  You know, because it's more than

17   that; right?  So it's kind of -- in the pure

18   physics sense of MR, it is not clear that --

19   what is meant there.  I think what I inferred

20   from that is that where in said spin-spin       13:16

21   relaxation time is substantially longer than

22   that, what you're doing there is to say,

23   listen, I'm going to make the signal intensity

24   of the nerve brighter than the surrounding

25   tissue.  You can't control the T2.  You can't   13:17

Michael Brant-Zawadzki - 8/16/2011

Page 141

```
 1        control spin-spin relaxation.  You can't make    13:17
 2        the nerve longer than it is inherently.
 3                So the wording there is such that my
 4        interpretation of the wording is I'm
 5        controlling the environment such that the T2     13:17
 6        relaxation time of the nerve stands out, right,
 7        compared to other tissues.
 8            Q.   Sir, it says, "Controlling the
 9        performance of the three steps above," and
10        those include exposing the in vivo region to a    13:17
11        field, exposing it to a magnetic polarizing
12        field, excitation field, and sensing the
13        response; correct?
14            A.   Yes.
15            Q.   That's what you're controlling.  It      13:17
16        doesn't say controlling the tissue, sir.
17                MR. FENSTER:   Objection.
18            Argumentative.
19        BY MR. LoCASCIO:
20            Q.   Does it?  Is that your reading?  Are     13:18
21        you reading it that way?
22            A.   I'm reading it -- to me the way I
23        interpret D is you're controlling the
24        instrument in such a way with all the
25        parameters that you have on hand; right?          13:18
```

Michael Brant-Zawadzki - 8/16/2011

Page 146

1          Q.   And it is the language that is after      13:22

2     the word "selecting," and it goes all the way

3     to the end of 3D; right?

4          A.   You mean the language under 10?

5          Q.   Yes, on the stipulated claim             13:22

6     construction statement.

7          A.   And the other surrounding tissue.  It

8     excludes the "and" but yes for practical

9     purposes.

10         Q.   And on the right side there's an          13:22

11    agreed construction by the parties, and it

12    says, "A combination of echo time and

13    repetition time that is designed to take

14    advantage of the differences in T2 values in

15    the nerve comparative surrounding tissue.  This 13:22

16    is commonly referred to as a T2-weighted

17    sequence."

18              Do you see that?

19         A.   Yes.

20         Q.   The parties have agreed that that        13:22

21    language is what's commonly referred to as a

22    T2-weighted sequence.  That's that it says;

23    correct?

24         A.   Uh-huh.

25         Q.   That's a "yes," sir?                      13:23

Michael Brant-Zawadzki - 8/16/2011

Page 147

1      A.   I'm just agreeing to what the words    13:23

2   in that paragraph are.

3      Q.   And this is the stipulated claim

4   construction that you've never seen until

5   today; correct?                                13:23

6      A.   I don't know that I've never seen it.

7   I was given a stack of documents this big; so I

8   can't remember everything I've seen as I sit

9   here.  I don't know if I've seen this before or

10  not.                                           13:23

11     Q.   Did you try to you make sure the list

12  of documents considered was accurate, or was it

13  just sort of thrown together?

14     A.   The list of documents this big,

15  whether each and every portion of it was        13:23

16  accurate?  Is that what you're asking?

17     Q.   Sir, your expert report, the back of

18  Exhibit 36, you provided a list called

19  "Materials Considered."

20          Do you see that?                        13:23

21     A.   Yes.

22     Q.   And it has a list of things you

23  considered.  Was this considered or not, sir,

24  Exhibit 37?

25     A.   This item right here?                   13:23

Michael Brant-Zawadzki - 8/16/2011

Page 148

| | | |
|---|---|---|
| 1 | Q.   Uh-huh. | 13:23 |
| 2 | A.   Is it on the list? | |
| 3 | Q.   It's not. | |
| 4 | A.   Then I guess I didn't. | |
| 5 | MR. FENSTER:  Gregg, just for the | 13:24 |
| 6 | record, it seems to be your position | |
| 7 | that this stipulation at page 15 of | |
| 8 | document 99-1 somehow eliminates or | |
| 9 | renders meaningless the language of the | |
| 10 | claim that requires that the spin-spin | 13:24 |
| 11 | relaxation coefficient of nerve be | |
| 12 | substantially longer than the | |
| 13 | surrounding tissue.  If that's your | |
| 14 | interpretation of our stipulation, I | |
| 15 | disagree. | 13:24 |
| 16 | MR. LoCASCIO:  I agree that now | |
| 17 | you've changed your position.  We can | |
| 18 | disagree as to whether it's new or it's | |
| 19 | always been that way. | |
| 20 | MR. FENSTER:  It's never been our | 13:24 |
| 21 | position, and I think your | |
| 22 | interpretation of that is absurd. | |
| 23 | BY MR. LoCASCIO: | |
| 24 | Q.   Sir, do you see where it says -- | |
| 25 | let's back up.  3D, sir -- | 13:25 |

TSG Reporting - Worldwide        877-702-9580

Michael Brant-Zawadzki - 8/16/2011

Page 149

| | | |
|---|---|---|
| 1 | A.   Back to -- | 13:25 |
| 2 | Q.   Back to claim 3. | |
| 3 | A.   Yes. | |
| 4 | Q.   Let me withdraw that, sir. | |
| 5 | 3E.   Have you ever processed the | 13:25 |
| 6 | output of a scan to generate a data set | |
| 7 | describing the shape and position of a nerve? | |
| 8 | Start with that. | |
| 9 | A.   No, I don't think I ever have. | |
| 10 | Q.   You provided a declaration in this | 13:25 |
| 11 | case in addition to your two expert reports; | |
| 12 | correct? | |
| 13 | A.   Yes. | |
| 14 | Q.   Did you write that, or did the | |
| 15 | lawyers write that for you? | 13:25 |
| 16 | A.   Again, same answer as before.  There | |
| 17 | was a draft that I reviewed, edited | |
| 18 | considerably. | |
| 19 | Q.   I'll give you what we've marked as | |
| 20 | Defendants' Exhibit No. 38.  It's a copy of | 13:26 |
| 21 | your declaration. | |
| 22 | (Defendants' Exhibit 38 was marked | |
| 23 | for identification.) | |
| 24 | BY MR. LoCASCIO: | |
| 25 | Q.   You understood the reason for | 13:26 |

Michael Brant-Zawadzki - 8/16/2011

Page 157

1           We were talking earlier about the        13:35

2      spinal cord.  So you said, "Oh, no, that's

3      central nervous system."  Well, guess where the

4      spinal cord gives rise to peripheral nerves?

5      So the same argument you can use, gee, it shows 13:35

6      the spinal cord.  Isn't that a peripheral

7      nerve?  Well, no, because by definition it's

8      the central nervous system, but it really is

9      composed of a lot of nerves that become

10     peripheral at some point.  So when does it        13:35

11     become central?  When is it central?  When is

12     it peripheral?

13           By definition peripheral nerves are,

14     to me, outside the cranium and outside the

15     spine.  And just because the fifth nerve has an 13:35

16     extra cranial component doesn't mean that when

17     it's in the intracranial space it's defined or

18     demonstrated on an image that talks about

19     intracranial structures, and, therefore, this

20     previous article described the art.  It didn't. 13:35

21     Q.   Your opinion is premised on only

22     looking at the portion of cranial nerve 5

23     that's outside the arachnoid space; correct?

24           MR. FENSTER:  Objection.  Vague,

25        misstates prior testimony and the            13:36

TSG Reporting - Worldwide        877-702-9580

Michael Brant-Zawadzki - 8/16/2011

Page 158

```
 1           report.                                   13:36
 2                 THE WITNESS:  My opinion -- I don't
 3           think that was my opinion.  My opinion
 4           is the difference between the
 5           application of this patent.  To me this   13:36
 6           patent is applied outside of the cranial
 7           space and outside of the spine, spinal
 8           canal.
 9      BY MR. LoCASCIO:
10           Q.   So your interpretation of cranial    13:36
11      nerves Nos. 3 through 12 is the portion of
12      those nerves outside of the cranial space?
13           A.   Outside of the subarachnoid space,
14      yes.  I mean that's how I understand this
15      patent.  I may be wrong in that understanding. 13:36
16      That's my concept of this.
17                 And what Hajnal describes is one
18      component of how neural tissue can be
19      differentiated -- a significant component, that
20      of diffusion-weighted imaging, not even        13:36
21      T2-weighted imaging, diffusion-weighted imaging
22      in terms of being a component of the
23      constellation of things that subsequently were
24      created into this technology.  Not created but
25      amassed or collated into this technology.  It's 13:37
```

Michael Brant-Zawadzki - 8/16/2011

Page 159

1      a component.                                    13:37

2           Q.    Because Filler and the other

3      inventors didn't come up with any of these

4      techniques; right?

5                MR. FENSTER:  Objection.  Vague,        13:37

6           argumentative.

7                THE WITNESS:  They didn't come up

8           with a fat suppression sequence or a

9           diffusion-weighted sequence anymore than

10          the maker of the ATM machine came up        13:37

11          with screen technology or push button

12          technology.  But I understand there's a

13          patent for the ATM machine.

14               So I'm not a patent attorney.  I'm

15          sorry my knowledge of it is limited.        13:37

16          I'm just giving you my -- in my limited

17          opinion I don't think Hajnal, from what

18          I know, is a demonstration of

19          pre-existing art that would overturn

20          this patent.                                13:37

21     BY MR. LoCASCIO:

22          Q.    Your opinion --

23          A.    Again, this opinion is also based --

24     I mentioned to you that I'm in a company that

25     is having discussion of a patent, a portion of  13:38

Michael Brant-Zawadzki - 8/16/2011

Page 163

1              a derivative of the central point, as I      13:41
2              read my language, derivative of the fact
3              that claim language reflects the nerve
4              must have a T2 decay time substantially
5              longer than the tissue around it.  That     13:41
6              is not the case in the intracranial
7              space from the spinal canal where
8              surrounding tissue, spinal fluid, the
9              longest T2 there is.
10  BY MR. LoCASCIO:                                        13:41
11        Q.    What are you looking at now?
12        A.    I'm looking page 2 in the middle of
13  paragraph 8.
14        Q.    And this is -- you just said "my
15  language."  This is the language the lawyers            13:41
16  wrote for you?
17        A.    No, that is actually language that I
18  changed for the lawyers.  I remember
19  specifically editing this language.
20        Q.    From what to what?                          13:42
21        A.    I don't remember what it was, but we
22  had it -- it seemed to me the lawyers did not
23  have a clear understanding of the intrinsic
24  nature of T2 and what that meant.  Okay?  So I
25  don't remember what the original language was.  13:42

Michael Brant-Zawadzki - 8/16/2011

Page 164

1    I can just tell you that I remember doing some    13:42

2    editing of this particular language.

3         Q.   So your opinion, sir, as set forth

4    here in your declaration, requires the analysis

5    of the T2 decay time of the surrounding tissue    13:42

6    to determine whether or not the claim

7    limitations are met?  That's what you read 3D

8    as requiring?

9         A.   Well, it's --

10        Q.   Because you look at the specific    13:42

11   surrounding tissue being CSF, and you look at

12   T2 decay, and that's what you're doing here;

13   correct?

14        A.   I'm saying that Hajnal does not fit

15   the claim language because it shows nerves    13:42

16   surrounded by tissue, fluid, that has a

17   substantially longer T2 time.

18        Q.   Because it's in the subarachnoid

19   space?

20        A.   By definition, yes.  The subarachnoid    13:43

21   space is the space within which the spinal

22   fluid lives.

23        Q.   Did you know before you put your

24   report together -- did anybody tell you that

25   NeuroGrafix argued that cranial nerves should    13:43

Michael Brant-Zawadzki - 8/16/2011

Page 165

1    be limited to only the portion outside the      13:43

2    subarachnoid space, and the court said, "No,

3    that's wrong"?  Do you know that?

4         A.   As I sit here right now, no, I don't

5    know that.                                       13:43

6              MR. LoCASCIO:  Let's take a break.

7              THE VIDEOGRAPHER:  The time is

8         1:43 p.m., and we're off the record.

9              (Recess taken from 1:43 p.m. to

10        1:52 p.m.)                                   13:52

11             THE VIDEOGRAPHER:  The time is

12        1:52 p.m., and we are back on the

13        record.

14   BY MR. LoCASCIO:

15        Q.   Sir, before the break we had talked     13:52

16   previously about Dr. Bryan's view that the ROI

17   definition has a direct influence on

18   quantitative outcomes.

19             Do you remember that?

20        A.   Yes.                                     13:53

21        Q.   You understand that there are various

22   references in the literature where it is

23   discussed specifically that the method of ROI

24   definition has a direct influence on

25   quantitative outcome for MR.  Fair?               13:53

Michael Brant-Zawadzki - 8/16/2011

Page 166

```
 1        A.   Yes.  It's an internally consistent   13:53
 2   statement.  ROI implies quantitative.
 3        Q.   And the 360 patent requires a
 4   quantitative calculation to determine whether
 5   or not you infringe; correct?                     13:53
 6        A.   Again, the phrase "quantitative
 7   calculation" is a redundancy.  Anything that is
 8   a calculation is quantitative.
 9        Q.   My question, then, sir, is the 360
10   patent requires a quantitative assessment or     13:53
11   calculation to actually determine if there is
12   infringement; right?
13        A.   I don't know if -- again, I'm not an
14   attorney enough to know if the word "requires"
15   is correct.  I know the component of            13:54
16   infringement is an ROI calculation, a component
17   of the infringement.  Whether the patent
18   requires it or not, I would leave to an
19   attorney's interpretation.
20        Q.   As one of skill in the art, sir, when 13:54
21   you read claim 3, if you want to know whether
22   you're practicing it or not --
23        A.   That's one way of knowing whether I'm
24   practicing it or not is by doing the
25   calculation.                                     13:54
```

Michael Brant-Zawadzki - 8/16/2011

Page 237

1          THE VIDEOGRAPHER:   This marks the        15:36

2     end of disk No. 3 and is the end of

3     today's deposition.   The time is

4     3:36 p.m.   We're now off the record.

5          (Time noted:   3:36 p.m.)              17:37

6

7

8

9

10

11

12

13          _____

14          MICHAEL BRANT-ZAWADZKI, M.D.

15

16     Subscribed and sworn to before me

17     this      day of           , 2011.

18

19          _____

20     (Notary Public)

21     My Commission expires: _____

22

23

24

25

TSG Reporting - Worldwide         877-702-9580