Gregg F. LoCascio, P.C. (*pro hac vice*)
gregg.locascio@kirkland.com
Sean M. McEldowney (S.B.N. 248368)
sean.mceldowney@kirkland.com
Christopher Nalevanko (*pro hac vice*)
christopher.nalevanko@kirkland.com
Brian N. Gross (*pro hac vice*)
brian.gross@kirkland.com
KIRKLAND & ELLIS LLP
655 Fifteenth St., N.W.
Washington, D.C.  20005
Telephone: (202) 879-5000
Facsimile: (202) 879-5200

Luke L. Dauchot (S.B.N. 229829)
luke.dauchot@kirkland.com
KIRKLAND & ELLIS LLP
333 South Hope St.
Los Angeles, CA  90071
Telephone: (213) 680-8400
Facsimile: (213) 680-8500

Attorneys for Defendant
SIEMENS MEDICAL SOLUTIONS USA, INC.
and SIEMENS AKTIENGESELLSCHAFT

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEUROGRAFIX, a California corporation; WASHINGTON RESEARCH FOUNDATION, a not-for-profit Washington corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>SIEMENS MEDICAL SOLUTIONS USA, INC., a Delaware corporation; and SIEMENS AKTIENGESELLSCHAFT, a German corporation,<br><br>Defendants. | CASE NO. CV 10-1990 MRP(RZX)<br><br>**DECLARATION OF SEAN M. MCELDOWNEY IN SUPPORT OF SIEMENS' MEMORANDUM IN OPPOSITION TO PLAINTIFFS' MOTION FOR RECONSIDERATION OF THE COURT'S CLAIM CONSTRUCTION**<br><br>The Hon. Mariana R. Pfaelzer<br>United States District Court Judge<br><br>Hearing date: October 5, 2011<br>Time:           11 a.m.<br>Location:      Courtroom 12 |

| | |
|---|---|
| SIEMENS MEDICAL SOLUTIONS USA, INC., | ) |
| Counterclaim Plaintiff, | ) |
| vs. | ) |
| NEUROGRAFIX, and WASHINGTON RESEARCH FOUNDATION, | ) |
| Counterclaim Defendants. | ) |

I, Sean M. McEldowney, hereby declare:

1. I am an attorney at the law firm of Kirkland & Ellis LLP, which represents Siemens Medical Solutions USA, Inc. and Siemens Aktiengesellschaft (collectively "Siemens") in the above-captioned matter.

2. Attached hereto as Exhibit OMR1 is a true and correct copy of excerpts from the *Markman* Hearing, dated March 24, 2011.

3. Attached hereto as Exhibit OMR2 is a true and correct copy of an email from Sean M. McEldowney to Andrew D. Weiss, dated September 6, 2011.

4. Attached hereto as Exhibit OMR3 is a true and correct copy of an email from Andrew D. Weiss to Sean M. McEldowney, dated September 7, 2011.

5. Attached hereto as Exhibit OMR4 is a true and correct copy of excerpts from the telephonic scheduling conference with the Court, dated May 26, 2011.

I hereby declare, under penalty of perjury, that the foregoing statements are true and correct to the best of my personal knowledge.

Respectfully submitted,

Dated: September 12, 2011          /s/ Sean M. McEldowney
                                   Sean M. McEldowney

**CERTIFICATE OF SERVICE**

I hereby certify that on September 12, 2011, a copy of the foregoing DECLARATION OF SEAN M. McELDOWNEY IN SUPPORT OF SIEMENS' MEMORANDUM IN OPPOSITION TO PLAINTIFFS' MOTION FOR RECONSIDERATION OF THE COURT'S CLAIM CONSTRUCTION ORDER was served upon counsel of record for Plaintiffs registered with the Court's CM/ECF system.

                                                                                             /s/Sean M. McEldowney