# Exhibit OMR3

## Edell, Joseph

| | |
|---|---|
| **From:** | Andrew Weiss [aweiss@raklaw.com] |
| **Sent:** | Wednesday, September 07, 2011 11:58 AM |
| **To:** | McEldowney, Sean M. |
| **Cc:** | NeuroGrafix Team; NeuroGrafix WRF; LoCascio, Gregg F.; Gross, Brian N.; Nalevanko, Christopher R.; Edell, Joseph |
| **Subject:** | Re: NeuroGrafix v. Siemens |

Sean:
The brief speaks for itself. Plaintiffs' Motion is being made pursuant to at least L.R. 7-18(c). Also, as mentioned in the brief, the issue was already addressed with the Court and the Court indicated it would "be up for" considering Plaintiffs' motion.

Andrew

On Sep 6, 2011, at 8:50 PM, McEldowney, Sean M. wrote:

Andrew,

As you know, Local Rule 7-18 allows motions for reconsideration *"only on the grounds"* of (a) a material difference in fact or law from that presented to the Court, (b) the emergence of new material facts or a change of law, or (c) a manifest showing of a failure to consider material facts presented to the Court before the original decision. C.D. Cal. L.R. 7-18. Filing a motion for reconsideration that is not based on one of those three grounds, and that instead impermissibly repeats oral or written arguments made previously, is sanctionable. *See MAI Sys. Corp. v. Walbert Enters., Inc.*, 116 F.3d 485 (9th Cir. 1997) (affirming the award of attorneys' fees for violating Local Rule 7.16 (now 7.18) because plaintiffs merely "repeated arguments made in the underlying motion" which "unnecessarily and unreasonably multiplied this litigation"); *Davidson v. City of Culver City*, 2004 WL 5361891 (C.D. Cal. 2004) (issuing "admonition" that "if Plaintiffs are under the impression that this Court will indulge endless motions for reconsideration that fail to satisfy one of the mandatory elements of Local Rule 7-18..., Plaintiffs should reconsider"), *aff'd*, 159 Fed. App'x 756 (9th Cir. 2005); *see also Martinis v. Barbanell*, 211 F.3d 1274 (9th Cir. 2000); *Weber v. Gorenfeld*, 8 F.3d 34 (9th Cir. 1993); *In re Dixie Farms Market*, 28 Fed. App'x 673 (9th Cir. 2002).

Plaintiffs' motion for reconsideration of the Court's claim construction order utterly fails to raise any fact or law that could support one of the three permissible reconsideration grounds under Local Rule 7-18. Indeed, Plaintiffs motion does not even facially purport to fall under one of those three categories, and the only arguments in Plaintiffs' motion are mere regurgitations of the arguments Plaintiffs made during claim construction.

If Plaintiffs do not contend their motion is based on one of the three permissible grounds identified in Local Rule 7-18, please immediately withdraw the motion so that we can avoid further time and resources responding to a motion that facially violates Local Rule 7-18. If Plaintiffs contend somehow -- although they failed to so state in their brief -- that the motion is based on one of the three permissible grounds, please immediately identify which ground (i.e., a, b, and/or c from Local Rule 7-18) and what fact or law Plaintiffs contend is materially different or new, or what fact Plaintiffs contend the Court manifestly ignored. If Plaintiffs pursue the motion without a proper basis under Local Rule 7-18, Siemens reserves the right to seek fees and costs for opposing the motion.

Sean McEldowney
Kirkland & Ellis LLP
655 15th Street NW
Washington DC 20005

1

(202) 879-5161 (Direct)
(202) 879-5200 (Fax)

```
***************************************************************
The information contained in this communication is
confidential, may be attorney-client privileged, may
constitute inside information, and is intended only for
the use of the addressee. It is the property of
Kirkland & Ellis LLP or Kirkland & Ellis International LLP.
Unauthorized use, disclosure or copying of this
communication or any part thereof is strictly prohibited
and may be unlawful. If you have received this
communication in error, please notify us immediately by
return e-mail or by e-mail to postmaster@kirkland.com, and
destroy this communication and all copies thereof,
including all attachments.
***************************************************************
```


--
Andrew D. Weiss
Russ August & Kabat
12424 Wilshire Boulevard, 12th Floor
Los Angeles, CA 90025
310 826-7474
aweiss@raklaw.com


* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

IRS Circular 230 Notice:  This communication is not intended to be used and cannot be used, for the purpose of avoiding U.S. federal tax-related penalties or promoting, marketing or recommending to another party any tax-related matter addressed herein.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

This communication shall not create, waive or modify any right, obligation or liability, or be construed to contain or be an electronic signature.  This communication may
contain information that is legally privileged, confidential or exempt from disclosure, and is intended only for the named addressee(s).  If you are not the intended recipient, please note that any dissemination, distribution, or copying of this communication is prohibited.