RUSS, AUGUST & KABAT

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

NEUROGRAFIX, a California corporation; WASHINGTON RESEARCH FOUNDATION, a not-for-profit Washington corporation,

                    Plaintiffs,

          vs.

SIEMENS MEDICAL SOLUTIONS USA, INC., a Delaware corporation; and SIEMENS AKTIENGESELLSCHAFT, a German Corporation,

                    Defendants.

Case No. 10-CV-1990 MRP (RZx)

[Assigned to The Honorable Mariana R. Pfaelzer]

**EXPERT REPORT OF MICHAEL N. BRANT-ZAWADZKI, M.D., F.A.C.R.**

First Amended Complaint Filed: July 30, 2010

**EXPERT REPORT OF MICHAEL N. BRANT-ZAWADZKI, M.D., F.A.C.R.**

# TABLE OF CONTENTS

I.      SUMMARY OF OPINIONS ................................................................1

II.     INTRODUCTION..........................................................................2

III.    MY QUALIFICATIONS ..................................................................2

IV.     LEVEL OF ORDINARY SKILL...........................................................3

V.      THE MEANING OF "CONSPICUITY" TO A PERSON OF
        ORDINARY SKILL IN THE ART ........................................................4

VI.     THE IDENTIFICATION AND Selection OF NERVE AND
        BACKGROUND FOR THE DETERMINATION OF
        "CONSPICUITY" ........................................................................6

        A.      A Person Of Ordinary Skill In The Art Knows How To Identify
                A Nerve In Light Of The Teachings Of The '360 Patent......................8

        B.      The Selection of Regions of Interest Is a Standard Practice For
                Radiologists and Is As Accurate As Is Possible to Specify for
                MRI..........................................................................12

        C.      One of Skill Can Determine Whether the Claim is Being
                Practiced Based on the Conspicuity Determination...........................15

RUSS, AUGUST & KABAT

# EXPERT REPORT OF MICHAEL N. BRANT-ZAWADZKI, M.D., F.A.C.R.

## I.   SUMMARY OF OPINIONS

1.   This report sets forth my opinion regarding the limited remaining issues regarding the phrase "a conspicuity of 1.1 times that of [the]/[any adjacent] non-neural tissue" as used in the claims of U.S. Patent No. 5,560,360 (the "'360 patent"). In particular, it is my opinion that one having ordinary skill in the art at the time the patent was filed would have understood that the phrase meant "contrast (in, for example, intensity or color) of at least 1.1 times between the nerve and [the]/[any adjacent] non-neural tissue." Additionally, it is my opinion that a person having ordinary skill would have understood that the proper method to determine conspicuity was to use the ratio of average signal intensity from the nerve as identified by the observer over the average signal intensity of the surrounding non-neural tissue, as selected by the observer. The observer will identify the nerve and select the non-neural tissue based on their extensive training and experience as well as the disclosure of the '360 patent.

2.   This report also addresses the question stated in the Court's May 5, 2011 Claim Construction Order regarding how an observer of ordinary skill in the art (in other words, a practicing radiologist) will know how to identify the nerve and background, and how to select the appropriate regions of interest in each to determine conspicuity according to the teaching of the '360 Patent. As I describe in detail below, radiologists are trained to identify and select appropriate structures in MR images. Indeed, it is a common place, if not an everyday, task for an average radiologist to identify and select relevant structures in an MR image. In my opinion, average radiologists would have no problem determining conspicuity relevant to the claims of the '360 patent in a consistent and repeatable manner and therefore be able to determine whether the claims of the '360 Patent are being practiced or not.

RUSS, AUGUST & KABAT

1

3.     I base my opinion on the materials listed in Exhibit B to this report as well as the materials cited below.  These materials include the '360 patent, including its prosecution history, the parties' previous claim construction briefs, the Court's Claim Construction Order and my 35 years of experience and knowledge as a diagnostic radiologist and neuroradiologist.

## II.     INTRODUCTION

4.     I have been asked to provide my opinion on two topics.  First, I have been asked to provide my opinion regarding the meaning of "a conspicuity of 1.1 times that of [the]/[any adjacent] non-neural tissue" to a person of ordinary skill at the time the '360 patent was filed.  Second, I have been asked to address the questions raised by the Court in its Claim Construction Order regarding how a skilled artisan (that is, a radiologist or neuroradiologist described below) in 1992 would 1) distinguish the nerve from the image background, and 2) select regions of interest in each in determining "conspicuity" as defined by the '360 patent.

## III.     MY QUALIFICATIONS

5.     I have been practicing medicine as a diagnostic radiologist for 35 years.  A full listing of my qualification can be found in my CV, attached as Exhibit A to this report.

6.     I am currently the Executive Medical Directory of the Neurosciences Institute at Hoag Memorial Hospital in Newport Beach, CA.

7.     I have been board certified in Radiology since 1979 and Neuroradiology since 1995 (the first year board certification for Neuroradiology was offered).  In my career, I have read over 100,000 MRI scans.

8.     I attended medical school at the University of Cincinnati College of Medicine, where I graduated first in my class and was awarded the Stella F. Hoffheimer Award.  After an internship in internal medicine at UC San Diego, I completed my residency in Diagnostic Radiology at Stanford University and

RUSS, AUGUST & KABAT

2

EXPERT REPORT OF MICHAEL N. BRANT-ZAWADZKI, M.D., F.A.C.R.

RUSS, AUGUST & KABAT

1    Medical Center.  I also completed a 1-year fellowship in Neuroradiology at

2    Stanford University and Medical Center.

3    9.      After my fellowship, in 1980, I obtained a full time academic post as an

4    Assistant Professor at UC San Francisco.  During my first three years at UC San

5    Francisco, I became involved with the Department of Radiology's imaging

6    laboratory, where one of the first commercialized MRI instruments was being

7    designed and developed.  I became the neuroradiologist in charge of the

8    development of clinical magnetic resonance imaging applications for the brain

9    and the spinal region.  I co-directed the MRI animal research laboratory at UC

10   San Francisco's main academic hospital during this period as well.  Our

11   department generated a large number of original research articles, book chapters

12   and books.

13   10.     I have authored or co-authored over 180 peer reviewed articles in the

14   medical literature, including some of the fundamental articles regarding MRI

15   imaging of the central nervous system.  I also wrote the first textbook on MRI

16   imaging of the central nervous system ever published, and was a contributor to a

17   large number of chapters and non-peer reviewed articles.  I have also lectured

18   throughout the world on the topic of MRI imaging of the central nervous system.

19   11.     In recognition of my works, I was also awarded the Gold Medal from the

20   Society of Magnetic Resonance in Medicine for my outstanding pioneering

21   achievements in magnetic resonance imaging.

22   **IV.   LEVEL OF ORDINARY SKILL**

23   12.     The '360 patent discloses a system and method for reliably imaging neural

24   tissue for diagnostic and treatment purposes.  *See, e.g.*, '360 patent at Abstract

25   ("generating ***diagnostically*** useful images of neural tissue" (emphasis added));

26   '360 patent at 6:5-9 ("It would further be desirable to enhance the information

27   content of the images, ***diagnose*** neural trauma and disorders, and inform and

28   control the administration of ***treatments and therapy***." (emphasis added)).  The

3

RUSS, AUGUST & KABAT

1  claims are aimed at using MRI to determine the structure, position and status of

2  nerves, a function uniquely performed by radiologists.  See, e.g., '360 patent at

3  Claims 1, 3, 7, 11, 12, 15, 16, 18 ("A method of utilizing magnetic resonance to

4  determine the shape and position of mammal tissue…").  As a result, I agree with

5  and support NeuroGrafix's previous position in the claim construction briefing

6  that the proper level of ordinary skill is a medical doctor with an M.D., three

7  years of residency and a 1 year fellowship in neuroradiology or musculoskeletal

8  radiology and at least 2 years experience in neuroradiology or musculoskeletal

9  radiology, or equivalent education and experience in neuroradiology or

10  musculoskeletal radiology.  A person having ordinary skill in the art will also

11  have substantial experience (e.g., 2 years) in the design and physics of an MRI

12  machine, the process regarding how images are generated with it, and its

13  limitations.

14  13.    Because the patent is aimed at using MRI for diagnostic purposes (in other

15  words, using the MRI to identify and evaluate nerves in the body), I believe it is

16  not sufficient for someone to be skilled in simply the physics or electronics of

17  MRI, or other basic sciences of the medical curriculum.  Rather, to be one of skill

18  in the art, a person must have a medical degree and be trained at using the MRI to

19  identify structures in the human body, and other clinical features of human

20  pathology.

21  **V.     THE MEANING OF "CONSPICUITY" TO A PERSON OF**

22  **ORDINARY SKILL IN THE ART**

23  14.    I have been informed and understand that claim construction is the process

24  of determining the meaning of a term or phrase used in a patent claim to a person

25  having ordinary skill in the art at the time the patent was filed.  It is further my

26  understanding that the most important sources to consider in claim construction

27  are the patent itself and its prosecution history and the provisional applications to

28  which it claims it is entitled to priority.  This material is called the "intrinsic

4

EXPERT REPORT OF MICHAEL N. BRANT-ZAWADZKI, M.D., F.A.C.R.

RUSS, AUGUST & KABAT

1  evidence." I have also been informed and understand that the Court may also

2  consider material such as dictionaries, articles and expert testimony. This

3  material is called the "extrinsic evidence."

4  15.    The full phrase addressed in the Court's Claim Construction Order is "a

5  conspicuity of the nerve that is at least 1.1 times that of [the]/[any adjacent] non-

6  neural tissue." Claim Construction Order at 12-15. For the sake of brevity, I will

7  refer to this phrase as the "conspicuity" term.

8  16.    While the concept of conspicuity is well known within the radiology field,

9  the '360 patent expressly discloses the meaning of conspicuity for the expressed

10  purpose of neurography. In particular, the '360 patent reads: "These neurograms

11  exhibit a high nerve conspicuity, which for the purpose of the ensuing discussion

12  will be understood to refer to the contrast (in, for example, intensity or color)

13  between the nerve and image background." '360 patent at 11:56-59. The

14  inventors also repeated this statement to the PTO in the file history of the '360

15  patent. See 11/14/94 Amendment at 11. A person of ordinary skill in the art at

16  the time therefore would have understood that, in the context of the '360 patent,

17  the term "conspicuity" refers to contrast.

18  17.    The '360 patent also provides a specific formula for calculating contrast:

19  "A nerve-to-muscle contrast parameter R of 2.43 was then computed as the ratio

20  of $S_n/S_m$." '360 patent at 22:42-43. The placeholder S as used in the equation for

21  contrast refers to the "average image intensity." '360 patent at 14:64-65. Thus, a

22  person of ordinary skill in the art at the time would have understood that contrast

23  (and therefore conspicuity) is determined by taking the ratio of the average signal

24  intensity of the nerve and the average signal intensity of the image background.

25  18.    The patent teaches selecting a region of interest (ROI) and calculating the

26  average image or pixel intensity for each ROI. '360 patent at 14:53-64. Thus, the

27  patent teaches that conspicuity is determined by selecting a region of interest in

28

5

**EXPERT REPORT OF MICHAEL N. BRANT-ZAWADZKI, M.D., F.A.C.R.**

RUSS, AUGUST & KABAT

1    the nerve and a region of interest in the background tissue, and taking the ratio of

2    the average signal intensities for the two regions of interest.

3    19.    Dr. Tsuruda, one of the inventors of the '360 patent, has also agreed that the

4    '360 patent discloses the ratio above to calculate conspicuity for use in the

5    "conspicuity term." 2/25/11 Tsuruda Transcript at 176:25-177:11.

6    20.    Therefore, it is my opinion that the meaning of the "conspicuity" term is

7    "contrast (in, for example, intensity or color) of at least 1.1 times between the

8    nerve and [the]/[any adjacent] non-neural tissue." Further, conspicuity is

9    determined by taking the ratio of the average signal intensity of the nerve and the

10   average signal intensity of the surrounding or adjacent non-neural tissue.

11   21.    I also agree that a person of ordinary skill in the art would have understood

12   at the time the '360 patent was filed that a conspicuity of at least 1.1 times will

13   result where the nerve is at least 10% brighter than the surrounding or adjacent

14   tissue. *See, e.g.*, '360 patent at 23:57-61 ("nerves are brighter than any other

15   structure in the image. The extent of the increased nerve conspicuity is on the

16   order of ten-fold, rendering the images clearly susceptible for use in constructing

17   neurograms."); 6:44-45 ("the fully assembled complex sequence actually results

18   in the nerve signal being more intense than any other tissue."). It is my

19   understanding that Dr. Moseley, the expert Defendants relied on in their claim

20   construction briefing, also did not dispute that the "conspicuity" term "means that

21   something stands out from something else by 10 percent." 2/8/11 Moseley

22   Transcript at 55:10-17.

23   **VI.    THE IDENTIFICATION AND SELECTION OF NERVE AND**

24   **BACKGROUND    FOR    THE    DETERMINATION    OF**

25   **"CONSPICUITY"**

26   22.    It is my understanding that the Court requested an explanation as to how a

27   person of ordinary skill in the art identifies and selects the nerve and the non-

28   neural tissue, and the regions of interest in each, when determining "conspicuity."

6

RUSS, AUGUST & KABAT

1  Claim Construction Order at 15:25-27.  In particular, I understand that the Court

2  has expressed concern that the identification and selection of the nerve and the

3  background and regions of interest in each is so subjective that a person of

4  ordinary skill in the art would not be able to determine when the claim was being

5  infringed or not.  Claim Construction Order at 14:26-15:28.

6  23.    It is further my understanding that the Court's concern is related to the

7  determination of whether the "conspicuity" term is indefinite.  It has been

8  explained to me, and I have read in the Court's Claim Construction Order, that a

9  claim is indefinite where it does not inform a person of ordinary skill in the art of

10  the bounds of the invention such that a person of ordinary skill in the art could

11  avoid infringement.

12  24.    In my opinion, as discussed in detail below, a person having ordinary skill

13  in the art would understand the bounds of the "conspicuity" term because the

14  identification and selection of a nerve and surrounding non-neural tissue and of

15  regions of interest are commonplace and well-known tasks for radiologists.

16  Radiologists applying their experience and knowledge in accordance with their

17  duty and standard of care would reliably and repeatably be able to determine

18  conspicuity as taught by the '360 patent, and determine whether the method was

19  being practiced.

20  25.    Radiologists have known the term "conspicuity" since the mid-1970s.  *E.g.*,

21  G. Revesz *et al.*, The Influence of Structured Noise on the Detection of

22  Radiologic Abnormalities in *Investigative Radiology* Vol. 9 at 479-86

23  (November-December 1974).  In general, the term refers to distinctiveness of a

24  particular structure in radiographic (image) data, such as an MR image.

25  26.    Here, as described above, the '360 patent defines the "conspicuity" term as

26  the nerve being ten percent brighter than surrounding (or adjacent) tissue.  *See*,

27  *e.g.*, '360 patent at 23:57-61 ("nerves are brighter than any other structure in the

28  image.  The extent of the increased nerve conspicuity is on the order of ten-fold,

7

EXPERT REPORT OF MICHAEL N. BRANT-ZAWADZKI, M.D., F.A.C.R.

1  rendering the images clearly susceptible for use in constructing neurograms.");

2  6:44-45 ("the fully assembled complex sequence actually results in the nerve

3  signal being more intense than any other tissue."). Dr. Moseley, Defendants'

4  expert during claim construction, also agreed with this meaning for the

5  "conspicuity" term. 2/8/11 Moseley Transcript at 55:10-17. Dr. Tsuruda also

6  agreed with this meaning. 2/25/11 Tsuruda Transcript at 90:19-24.

7    A.    **A Person Of Ordinary Skill In The Art Knows How To**

8            **Identify A Nerve In Light Of The Teachings Of The '360**

9            **Patent**

10  27.   It is my understanding that the first concern raised by the Court was how a

11  person of ordinary skill in the art can identify a nerve in an MR image. Claim

12  Construction Order at 15.

13  28.   A person of ordinary skill in the art at the time, in light of the teachings of

14  the '360 patent, understands how to identify a nerve in an MR image. That

15  identification is not so subjective that one of skill would not understand the clear

16  bounds of the claims. As I will describe in more detail below, a person of

17  ordinary skill will use one or more of the following techniques to identify a nerve:

18  1) their extensive training and experience in identifying anatomy on MR images,

19  including the expected location of nerves; 2) the presence of a fascicle pattern

20  and/or 3) diffusion anisotropy and fat suppression.

21  29.   As part of his or her training, a person of ordinary skill in the art (*e.g.*, a

22  radiologist or neuroradiologist) received extensive instruction and training in

23  gross anatomy, including the expected locations of anatomical structures

24  including pattern and distribution of nerves. A person of ordinary skill would

25  also have received extensive daily training, including hands-on training during

26  residency and their fellowship, relating to reading MR images and identifying

27  anatomical structures, including nerves.

28

RUSS, AUGUST & KABAT

**EXPERT REPORT OF MICHAEL N. BRANT-ZAWADZKI, M.D., F.A.C.R.**

30.     Furthermore, Dr. Tsuruda, a radiologist and one of the inventors of the '360 patent, also testified that radiologists can and do identify nerves on MR images. 2/25/11 Tsuruda Transcript at 28:19-29:14; 182:24-183:22.

31.     For many nerves, the training and expertise of a person of ordinary skill in gross anatomy is sufficient for identifying a nerve. This includes using the hundreds of images in a typical MR study to trace a structure through the anatomy and determine the nerve's relationship to neighboring structures.

32.     For those nerves for which knowledge of gross anatomy is not enough, the '360 patent teaches at least two other ways to identify nerves. First, the '360 patent teaches that a nerve can be identified by looking for fascicles. '360 patent at 27:4-28:26. In an MR image made using the '360 patent, fascicles appear as alternating bright and dark portions, similar to a checkerboard. Figures 20 and 21 of the '360 patent provide a good example of a fascicle. As the '360 patent notes, identifying fascicles is useful because "blood vessels, lymphatics, lymph nodes and collections of adipose tissue," which can have similar shapes and locations to nerves, do not have fascicles. *Id.* at 27:57-65. Thus, the patent teaches that fascicle identification "may be used to distinguish nerve from other structures in an ambiguous image . . ." *Id.* at 27:65-28:26.

33.     The '360 patent also teaches that, even where a nerve does not have the fascicle structure, the combination of diffusion weighting and fat suppression results in the nerve distinguishing itself from surrounding tissue. '360 patent at 22:33-36 ("The combined use of fat suppression and diffusional weighting has, however, been found to be extremely effective in providing the desired nerve enhancement."). If the structure in question is not a nerve, the use of a pulse sequence with diffusion weighting and fat suppression will not be affected by the different diffusion gradients. Conversely, if the structure in question is a nerve, the structure will darken or brighten depending upon the direction of the gradient. Thus, the patent teaches that comparing images taken with and without diffusion

EXPERT REPORT OF MICHAEL N. BRANT-ZAWADZKI, M.D., F.A.C.R.

RUSS, AUGUST & KABAT

weighting and fat suppression can be used to distinguish nerve from non-nerve tissue.

34.    The '360 patent also discloses how to distinguish nerves from blood vessels.  Consistent with the knowledge of one of ordinary skill in the art, blood vessels in may situations show voids (black spots) that result from the flow of blood through the vessels.  '360 patent at 3:45-54.  Nerves do not exhibit these flow voids.  *Id.* at 3:55-56 ("because peripheral nerve does not exhibit the flow-distinctiveness of blood vessels").

35.    A person of ordinary skill will use one or more of these techniques to identify a nerve.  In a typical study, a radiologist will ensure that a number of pulse sequences are used.  For example, a radiologist will order a study that includes non-diffusion-weighted images and diffusion-weighted images with fat suppression.  If the radiologist is unsure if a structure that is bright on the diffusion weighted study is a nerve, the radiologist will consult the non-diffusion-weighted images.  If the structure is not bright on the non-diffusion-weighted images, the structure is probably a nerve.  If it is also bright on the non-diffusion-weighted images, the structure was not affected by the diffusion weighting and is therefore not likely to be a nerve.

36.    The selection and outline of diagnostically relevant structures in an MR image is an aspect of a radiologist's job and is a very common, if not an everyday, occurrence.  For example, in my practice, I routinely select aneurysms using MR image-viewing software to determine their size.  I also routinely select tumors in my patients' current and past scans to track whether the tumors are changing in size over time.

37.    Similar to the selection of aneurysms and tumors, an average radiologist is able to use their extensive education and training to select a nerve for the purpose of determining conspicuity relevant to the claims of the '360 patent.  For example, all radiologists, and especially neuroradiologists, have education and experience

10

RUSS, AUGUST & KABAT

RUSS, AUGUST & KABAT

1  regarding human neuroanatomy, including the location of individual nerves in the

2  body.  Beyond the specific courses in anatomy and neuroanatomy that all medical

3  students are required to master, radiologists throughout their training are required

4  to conduct correlations between normal as well as pathological anatomic

5  specimens and imaging techniques.  Neuroradiologists specifically study those

6  correlations with the central and peripheral nervous systems.  During residency,

7  for example, radiologists are expected to do this on a daily basis.  One of ordinary

8  skill in the art of the '360 patent would have been able to use the built-in features

9  of the existing MRI software to select a nerve for the purpose of determining

10  conspicuity.

11  38.    An average radiologist is also familiar with the selection of surrounding

12  non-neural tissue.  Distinguishing one type of tissue from another is part of the

13  anatomic foundations for a radiologist's every day work.  This occurs with every

14  case a radiologist reads, typically 100 cases per day.  For example, in an image

15  where the nerve was surrounded by tissues with varying signal strengths (i.e.,

16  some surrounding tissue is brighter than other surrounding tissue), an average

17  radiologist would select the surrounding tissue with the strongest signal strength

18  (brightest) to determine whether the conspicuity of the nerve is *at least* 1.1 times

19  different from that of surrounding non-neural tissue.  As another example, in an

20  image where the nerve is surrounded by tissue with substantially uniform signal

21  strength (i.e., the tissue appears to be a uniform color on an MR image), an

22  average radiologist would select a representative portion of the surrounding

23  tissue.

24  39.    Furthermore, I also note that a nerve with the conspicuity required by

25  claims 1 through 35 of the '360 patent will be very conspicuous to a person of

26  ordinary skill (i.e., an average radiologist).  *See* '360 patent at 6:2-5 ("The images

27  generated should be sufficiently detailed and accurate to allow the location and

28  condition of the individual peripheral nerves to be assessed."); 11/14/94

11

EXPERT REPORT OF MICHAEL N. BRANT-ZAWADZKI, M.D., F.A.C.R.

1    Amendment at 10-11 ("The prior art methods cannot provide the specified level

2    of conspicuity for a peripheral nerve, one of the cranial nerves 3-12, or an

3    autonomic nerve.").  The techniques above are only necessary if the person of

4    ordinary skill is unsure if the conspicuous structure is a nerve, such as may

5    happen for the smaller peripheral nerves.

6    40.    Thus, in my opinion, a person having ordinary skill in the art will have no

7    trouble identifying a nerve in an MR image that shows a nerve with a conspicuity

8    of at least 1.1 times that of the surrounding non-neural tissue.

9            **B.    The Selection of Regions of Interest Is a Standard Practice**

10                  **For  Radiologists  and  Is  As  Accurate  As  Is  Possible  to**

11                  **Specify for MRI.**

12   41.    The patent teaches taking a region of interest of a nerve tissue and

13   comparing the average signal intensity of that to the average signal intensity of

14   the background tissue to determine if that ratio is greater than 1.1.

15   42.    In selecting the appropriate regions of interest, a person of ordinary skill

16   will also know what portion of the region of interest to choose.  Radiologists are

17   trained to take appropriate regions of interest for comparing two structures.  They

18   select the region so that it includes only the structure of interest.  In other words,

19   it will not include multiple structures, or go a across structure boundaries.

20   43.    For example, in a region of interest with consistent signal intensity, the

21   person of interest knows to select a representative portion of the region.  An

22   example of this can be seen in Fig. 1a of E.A. Vorurka et al., Improved High

23   Resolution MR Imaging for Surface Coils Using Automated Intensity Non-

24   Uniformity Correction: Feasibility Study in the Orbit in *Journal of Magnetic*

25   *Resonance Imaging* 14:540-546 (2001), which is reproduced below:

26

27

28

**EXPERT REPORT OF MICHAEL N. BRANT-ZAWADZKI, M.D., F.A.C.R.**

RUSS, AUGUST & KABAT

RUSS, AUGUST & KABAT



If the structure is less uniform, such as if the fascicle pattern in a nerve is visible,

the person of ordinary skill in the art will select the entire structure.  The claims

themselves dictate this, because they require taking the average signal intensity of

13

1  the "nerve," not a portion of the nerve.  Thus, the person of skill will know to take

2  a ROI of that is representative of the nerve tissue.  The person of ordinary skill

3  will also seek to exclude voxels which they believe are not actually part of the

4  structure.  These errant voxels can occur as a result of many causes including

5  noise in the data and partial volume averaging (where the voxel is actually

6  representative of the average signal intensity of two adjacent structures).  *See,*

7  *e.g.*, G. Revesz *et al.*, The Influence of Structured Noise on the Detection of

8  Radiologic Abnormalities in *Investigative Radiology* Vol. 9 at 479-86

9  (November-December 1974); C.D.J. Sinclair *et al.*, MRI Shows Increased Sciatic

10  Nerve Cross Sectional Area in Inherited and Inflammatory Neuropathies in *J.*

11  *Neurol. Neurosurg. Psychiatry* (2010).

12  44.  The selection of the appropriate regions of interest is also governed by the

13  average radiologist's duty of care to a patient.  When selecting and outlining a

14  nerve (or an aneurysm or tumor) to provide the best care for the patient, the

15  radiologist would identify the nerve while excluding non-neural tissue.  In the

16  same manner, if an average radiologist is asked to determine whether the nerve

17  has a conspicuity of at least 1.1 times as defined in the '360 patent, a radiologist

18  would understand that the relevant background is the brightest  surrounding tissue

19  around the nerve.  A person of ordinary skill in the art at the time would look at

20  the brightest tissue around the nerve because by doing so, he or she could

21  definitively determine whether the contrast between the nerve and surrounding

22  tissue is ***at least*** 1.1 times.  If the conspicuity of nerve relative to the brightest

23  surrounding tissue is at least 1.1, then the conspicuity of the nerve relative to the

24  other surrounding tissue will be even higher.

25  45.  Dr. Tsuruda's testimony is also consistent with my opinion of how a person

26  of ordinary skill will identify and select nerve and non-neural tissue.  Dr. Tsuruda

27  testified that conspicuity is a "standard technique in radiology imaging" and will

28  be typically calculated by identifying a structure of interest and measuring the

RUSS, AUGUST & KABAT

14

difference in signal intensity between the structure of interest and an adjacent structure. 2/25/11 Tsuruda Transcript at 85:25-86:16.  Dr. Tsuruda further testified that the calculation of the ratio of signal intensities is "objectively quantifiable." *Id.* at 186:20-24; *see also id.* at 86:3-13 (Dr. Tsuruda testifying that conspicuity is used in scientific papers because it is "fairly objective").

The Court cited to Dr. Moseley's testimony that the selection of the nerve and surrounding non-neural tissue is a subjective determination.  For the reasons stated above, I disagree with Dr. Moseley's testimony.  Dr. Moseley, who I understand is not a medical doctor and has no training as a radiologist or neuroradiologist, is mistaken as to how a person of ordinary skill in the art would perform the conspicuity determination.  The claim language tells a person of ordinary skill to compare the average signal intensity of the nerve to the average signal intensity of the appropriate surrounding non-neural tissue.  A person of ordinary skill in the art would not be confused as to whether to use the whole nerve or some subsection of the nerve, because the claim says to calculate the conspicuity of the "nerve."  Similarly, when identifying the surrounding non-neural tissue, a person of ordinary skill knows to select the brightest of the appropriate surrounding non-neural tissue.

### C.    One of Skill Can Determine Whether the Claim is Being Practiced Based on the Conspicuity Determination.

46.    In fact, there would likely be little variability in the identification and selection of the structures they are interested in.  The repeatability of the identification and selection of regions of interest has been extensively studied in the literature.  While the results of these thousands of studies vary based on a number of factors including the structure being selected, it has typically been found the inter-operator variability rate for human observers is approximately 5%. *E.g.,* V.N. Thijs *et al.,* Influence of Arterial Input Function on Hypoperfusion Volumes Measured With Perfusion-Weighted Imaging in *Stroke,* pp. 94-98

RUSS, AUGUST & KABAT

15

1   (January 2004); L.P. Clarke *et al.*, MRI:  Stability of Three Supervised

2   Segmentation Techniques in *Magnetic Resonance Imaging*, Vol. 11, pp. 95-106

3   (1993).   It has actually been shown in the literature that the variability is

4   substantially the same for inter-observer human selections and for selections done

5   by a computer using pre-programmed criteria.  *Id.*

6   47.    Consistent with the literature, Dr. Moseley also testified that selection of

7   regions of interest will have only a small variability.  2/8/11 Moseley Transcript

8   at 132:14-133:2.  Based on these studies and my experience, persons of ordinary

9   skill in the art would repeatably and consistently determine whether an imaged

10   nerve had a conspicuity of at least 1.1 times surrounding non-neural tissue

11   because the location and structure of nerves in the human body is well-known,

12   because radiologists have consistent education and training in identifying and

13   determining conspicuity of nerves, and because the determination is whether the

14   nerve is brighter than surrounding non-neural tissue by ten percent or more.

15   48.    My understanding is that the claim is only indefinite if one of skill in the

16   art would not be able to determine whether the claim limitation is met.  Thus, it is

17   not enough for Dr. Moseley to argue that the absolute value of conspicuity might

18   vary slightly depending on the particular selection of the ROIs.  (And, as noted

19   above, the literature shows, such selection is very repeatable and consistent

20   among radiologists).  Thus, to show the claims to be indefinite, Dr. Moseley

21   would have to provide evidence that the selection of ROI according to standard

22   practices by a radiologist of ordinary skill in the art would affect whether the

23   threshold of 1.1 is met.  I am not aware that Siemens or Dr. Moseley has provided

24   any such evidence.  Moreover, I do not think that the small variability would have

25   any significant bearing on the determination of whether the 1.1 threshold is met,

26   because if a person of ordinary skill in the art practices the teachings of the '360

27   patent, the resulting data will show the nerve with much greater than a

28   conspicuity of 1.1 times that of surrounding non-neural tissue.  Based on my

RUSS, AUGUST & KABAT

16

RUSS, AUGUST & KABAT

1   knowledge and experience, when the teachings of the '360 patent are used in an

2   imaging sequence, there will be no question to a person of ordinary skill in the art

3   whether a resulting image meets the requirements of the "conspicuity" term

4   because the nerve will be much greater than 1.1 times more conspicuous than

5   surrounding tissue.  While the absolute values of conspicuity may change slightly

6   based on the actual boundaries of the regions of interest selected by a person of

7   ordinary skill in the art, if the method is effective, the nerve will be much more

8   than 10% brighter than the surrounding tissue.  If the nerve is not much brighter

9   in the resulting image, it likely means that the method failed (and they would not

10  be practicing the "conspicuity" term).

11  49.     Importantly, it is also my opinion that there is no more specific way within

12  the art to describe the "conspicuity" term than the method used in the claims of

13  the '360 patent.  MRI uses ROIs (the basic unit of which is picture (volume)

14  elements or "pixels" ("voxels") and their measured signal intensities to

15  characterize images and structures.  Every MR image is different.  Indeed, this is

16  very reason that radiology is a specialty within medicine.  Radiologists are

17  extensively trained to understand how to understand and read MR images (and

18  other types of images) despite their variability.  As I discuss above, the

19  identification and selection of nerve and non-neural tissue is a teachable, well-

20  known, repeatable skill for radiologists.

21

22

23

24

25

26

27

28

17

1   I declare under penalty of perjury that the statements in this declaration are true

2   and correct.

3

4                                  Signed on July 21, 2011 in Newport Beach, California.

5

6

7                          By: _____

8                               Michael N. Brant-Zawadzki, M.D., F.A.C.R

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

RUSS, AUGUST & KABAT

18

EXPERT REPORT OF MICHAEL N. BRANT-ZAWADZKI, M.D., F.A.C.R.

# EXHIBIT A

### CURRICULUM VITAE

**Name:**                        Michael Nicholas Brant-Zawadzki, M.D., F.A.C.R

**Date of Birth:**              December 2, 1949

**Citizenship:**              USA

**Education:**

| **Dates Attended** | **Degree, Institution & Location** | **Title or Status** | **Major Subject** |
|---|---|---|---|
| 1967-1971 | Stanford Univ., Stanford, CA | 1971 B.A. | Biology |
| 1971-1975 | Univ. Cincinnati, Cin., OH | 1975 | M.D. |
| 1975-1976 | University Hospital, UCSD San Diego, CA | Intern | Internal Medicine |
| 1976-1979 | Stanford University Medical Ctr. | Resident | Diag. Radiology |
| 1979-6/80 | Stanford University Medical Ctr. | Fellow | Neuroradiology |

**Licenses, Boards**

| | |
|---|---|
| 1975 | CA Medical License No. G31971 |
| 1979 | Certified, American Board of Radiology |
| 1995, 2005 | Certified (CAQ), Neuroradiology, American Board of Radiology |
| 2005-2006 (retired) | State of Tennessee, Telemedicine |

**Current Positions**

| | | |
|---|---|---|
| 9/2007-Present | Hoag Memorial Hospital Newport Beach, CA | Executive Medical Director Neuroscience Center of Excellence |
| 1990 - Present | Stanford University Stanford, CA | Adjunct Clinical Professor of Diagnostic Radiology |

**Business Positions Held**

| | |
|---|---|
| 1990-1995 | Medical Director, Future Diagnostic Imaging, Inc. A California statewide preferred provider radiology network |
| 1995-1996 | President - California Managed Imaging Statewide radiology management service organization |
| 1996-2001 | Board of Directors-California Managed Imaging |
| 1998-2007 | Head, Advisory Board-ONI, Inc. (an MRI manufacturer) |
| 2000-7/2002 | Senior Vice President of Medical Affairs- CT Screening Int'l. |
| 6/2005-2007 | Board of Directors-Health Management Partners, LLC |
| 2006-2007 | Sr. Vice President, Amirsys Inc. |

**Principal Positions Held Previously**

| | | |
|---|---|---|
| 2000-2007 | Hoag Memorial Hospital Newport Beach, CA | Medical Director Radiology Department |
| 1986-2007 | Hoag Memorial Hospital Newport Beach, CA | Chairman/Vice-Chairman Radiology Department (Position alternates biannually) |
| 1986-2007 | Hoag Memorial Hospital Newport Beach, CA | Director of MRI |
| 6/83-6/86 | Univ. Calif. San Fran. School of Medicine | Associate Professor in Residence - Radiology, Neurology and Neurosurg. Co-Director, Magnetic |

1

| | | Resonance Research Laboratory, Dept. of Radiology |
|---|---|---|
| 7/80-6/83 | Univ. Calif. San Fran. School of Medicine | Assistant Professor in Residence - Radiology |
| 7/80-6/83 | Univ. California San Francisco General Hosp. | Service Chief, Neuroradiology and Special Procedures Section |
| 1979-1980 | Stanford University Stanford, CA | Instructor in Radiology |

**Concurrent Positions Held Previously**

| 1987-1990 | Univ. Calif., San Francisco School of Medicine | Clinical Professor Department of Radiology |
|---|---|---|
| 1988 - 1991 | Loma Linda University | Clinical Professor of Radiology |
| 1997- 2001 | University of California Irvine | Clinical Professor of Radiology |

**Ancillary Positions Held Previously**

| 6/82-3/85 | Stanford University | Clinical Assistant Professor Department of Radiology |
|---|---|---|

**Honors and Awards**

| 1975 | Stella F. Hoffheimer Award (1st in medical school graduating class) |
|---|---|
| 1974-1975 | Alpha Omega Alpha, 3rd and 4th years, University of Cincinnati College of Medicine |
| 1973 | Roche Award (Basic Sciences Prize), University of Cincinnati College of Medicine |
| 1986 | Memorial Award Paper - Association of University Radiologists (Senior Author) |
| 1989 | Fellowship, American College of Radiology |
| 1993 | Gold Medal, Society of Magnetic Resonance in Medicine, 7th recipient for outstanding pioneering achievements in magnetic resonance imaging |
| 1996-2004 | Selected as one of 100 best physicians in Orange County |
| 1997 | International Society for Magnetic Resonance in Medicine - Fellow of the Society |
| 1997 | American College of Radiology - Distinguished Commission Service Award |
| 2005-2006 | Best Doctors in America |
| 2006-2007 | Orange County Medical Association Physician of Excellence |
| 2007-2008 | Best Doctors in America |
| 2008 | JACR Best of 2008 Articles Award |
| 2011 | Southern California Super Doctors |

## PROFESSIONAL ACTIVITY

**Memberships in Professional Organizations**

| 1974- | Alpha Omega Alpha |
|---|---|
| 1980- | American College of Radiology |
| 1980- | Western Neuroradiologic Society |
| 1981- | American Society of Neuroradiology |
| 1982- | Radiologic Society of North America |
| 1982-94 | Society of Magnetic Resonance in Medicine |
| 1984-86 | Association of University Radiologists |
| 1984-87 | American Association for the Advancement of Science |
| 1985- | American Medical Association |
| 1987- | Orange County Radiological Society |
| 1987-94 | Society for Magnetic Resonance Imaging |
| 1994- | International Society for Magnetic Resonance in Medicine |
| 1994- | American Society of Spine Radiology |
| 1994- | Society of NeuroInterventional Surgery |
| 1995 | Society of Interventional Radiology |
| 1998- | American Heart Association |
| 2007- | American College of Physician Executives |

**Honorary Memberships**

| 1985 | The Pacific Northwest Radiological Society |
|---|---|

2

| 1985 | The Texas Radiological Society | |
| 1992 | Chicago Radiological Society | |

**Professional Organization Activities**

| 1984 | Western Neuroradiological Society | Program Committee |
| 1984 | American Society of Neuroradiology | Ad Hoc Com. on MRI |
| 1984 | American Society of Neuroradiology | Program Committee |
| 1985 | Western Neuroradiological Society | Audit Committee<br>Chairman |
| 1986 | American Society of Neuroradiology | Subcommittee on MRI<br>Chairman |
| 1987 | American Society of Neuroradiology | Research Overview<br>Committee |
| 1987-88 | American College of Radiology | MR Committee |
| 1989-91 | Society of Magnetic Resonance Imaging | Board Member<br>Board of Directors |
| 1989-91 | American College of Radiology | MR Committee |
| 1991-95 | American College of Radiology | Commission on Neuro-<br>radiology and MR |
| 1991-96 | American College of Radiology | Committee on Gov't Relations<br>of the Commission on<br>Neuroradiology and MR |
| 1991-96 | American College of Radiology | Committee on Human<br>Resources of the Commission<br>on Neuroradiology and MR |
| 1990-91 | Western Neuroradiological Society | Secretary-Treasurer |
| 1991-92 | Western Neuroradiological Society | President-Elect |
| 1992-93 | Western Neuroradiological Society | President |
| 1991-92 | Society of MR in Medicine | Executive Committee<br>Board of Trustees |
| 1992-93 | California Medical Association | Scientific Advisory Panel on<br>Radiology |
| 1993-94 | American Society of Neuroradiology | Executive Committee<br>Chairman - Rules Committee |
| 1994-95 | American Society of Neuroradiology | Executive Committee<br>Member at Large |
| 1996 | American Board of Radiology | Examiner<br>Neuroradiology CAQ exam |
| 1996 | Internat'l Soc for Magnetic Resonance in Medicine | Treasurer |
| 1996 | North American Spine Society | Task Force on Clinical Guidelines |

| | | |
|---|---|---|
| 1997 | Radiological Society of North America | Health Policy and Practice Committee |
| 1997 | American College of Radiology<br><br>Neuroradiology and MR | Government and Public Relations of the Commission on |
| 1997 | American College of Radiology | Human Resources of the Commission on Neuroradiology and MR |
| 1997 | North American Spine Society | Spinal Imaging Task Force, Committee on Practice Guidelines |
| 1997-98 | Internat'l Soc for Magnetic Resonance in Medicine | Treasurer and Chairman, Finance Committee |
| 1997-98 | American College of Radiology<br><br>Neuroradiology and M.R. | Government and Public Relations of the Commission on |
| 1997-00 | American College of Radiology | Committee on Managed Care of the Commission on Economics |
| 1998-Present | Cardiovascular Radiology Council | Board Member |
| 1999 | Radiological Society of North America | Health Services, Policy and Research Subcommittee |
| 2002 | Radiological Society of North America | Program Committee |
| 2002 | American Society of Neuroradiology | Program Committee |
| 2003 | Radiological Society of North America | Vice Chairman Public Information Committee |
| 2003 | Radiological Society of North America | Outreach Subcommittee |
| 2003 | American College of Radiology | Screening Technologies Task Force |
| 2004 | Radiological Society of North America | Neuroradiology/Head & Neck Subcommittee |
| 2004-2006 | Radiological Society of North America | Chairman Public Information Committee |
| 2011 | Radiological Society of North America | First Vice President |
| 2011 | American College of Radiology | Chairman Accountable Care Organization |

**Service to Professional Publications**

| | |
|---|---|
| Neuroradiology (1986-1992) | Editorial Board |
| Radiology Today | Editorial Board |
| Journal of Health Care Technology | Editorial Board |
| Radiology Report | Editorial Board |
| MRI Decisions | Editorial Board |
| American Journal of Neuroradiology | Editorial Board |
| JAMA, American Journal of Radiology | Reviewer |
| Journal of MRI | Editorial Board |
| Radiology (1985-1990) | Associate Editor |
| MAGMA | Editorial Board |
| Magnetic Resonance Quarterly (1994) | Co-Editor-in-Chief |

4

| | |
|---|---|
| Topics in Magnetic Resonance Imaging (1996-1998) | Editor |
| Stroke | Reviewer |
| Radiology | Reviewer |
| Journal of the American Medical Association (1996) | Reviewer |
| American Journal of Neuroradiology (1997-8) | Associate Editor |
| Seminars in Ultrasound CT and MRI (2003) | Guest Editor |
| Journal American College of Radiology | Associate Editor |
| Investigative Radiology | Reviewer |

**Hospital and Community Service**

| | |
|---|---|
| 1986 -1992 | Established annual post-graduate course "Symposium on Magnetic Resonance Imaging |
| 1987 - | Founded and established Harbor Radiology Research and Educational Fund |
| | ($250,000 non-profit foundation) |
| 1987-93 | Critical Care Committee |
| 1988-93 | Continuing Education Committee |
| 1989-91 | Acting Director, Hoag Neurological Institute |
| 1991-2002 | Executive Committee, Hoag Hospital |
| 1995-Present | Medical Care Improvement Committee, Hoag Hospital |
| 1999-Present | Stroke Pathway Team, Hoag Hospital |
| 1999-Present | Cardiovascular Services Committee, Hoag Hospital |
| 1999-Present | Bylaws Committee, Hoag Hospital |
| 1999-Present | Medical Information Committee |
| 2002-2009 | Credentials Committee, Hoag Hospital |

**SCIENTIFIC AND PROFESSIONAL MEETINGS AND WORKSHOPS ATTENDED**

International, national, and regional:  see PAPERS PRESENTED section

INVITED LECTURES, PRESENTATIONS not listed previously

**Papers Presented**

| | |
|---|---|
| **1978** | National professional societies, 2 presentations. National VA Television Network, guest discussant. |
| **1979** | National professional society, 1 presentation. |
| **1980** | National professional society, 2 presentations. 4th Annual National Symposium on Aging, UCSF, guest discussant. |
| **1981** | Professional societies, 2 presentations. Professional society courses, 7 lectures. |
| **1982** | International symposia: Toulouse, France, 1 presentation<br>National professional societies: Boston, MA, 2 presentations; Chicago, IL, 2 presentations.<br>Postgraduate courses: UCSF, 5 lectures; Stanford, 1 lecture; Salt Lake City, 1 lecture.<br>Regional professional societies: 3 presentations. |
| **1983** | International symposia: NMR course, London, England; International Congress of Computed Tomography and NMR, San Francisco, 4 presentations;<br>Society of Magnetic Resonance in Medicine, San Francisco, 1 poster, 1 presentation;<br>Basic NMR Course, Dubrovnik, Yugoslavia, 2 presentations;<br>Radiol Society of North America, 1 refresher course.<br>National professional societies: Roentgen Ray Society, Atlanta, GA, NMR Refresher Course, 1 presentation;<br>American Society of Neuroradiology, San Francisco, 1 presentation; Western Neuroradiological Society, invited lecture;<br>American Academy of Pediatrics, San Francisco, 1 presentation;<br>Western Angiography Society, Berkeley, 2 presentations.<br>Postgraduate courses: Tampa, FL, 3 lectures;<br>Hawaii, 2 lectures;<br>Advances in Digital Radiography, Chicago, IL, 1 lecture;<br>NMR Seminar, UCSD; Radiology of Trauma course, UC Irvine, Faculty; Digital Angiography Symposium, Chicago, IL, 3 presentations. |

**1984**     International symposia: Roentgen Revisited, Germany/Austria, 5 presentations;
Society of Magnetic Resonance in Medicine, York, 2 presentations, 1 invited presentation;
Royal Australasian College of Radiologists, Canberra, Australia, 5 presentations;
Radiological Society of North America, 1 refresher course.
National professional societies: Federation of Western Societies of Neurological Science, Napa, CA, 1 presentation
American Association of Neurological Surgeons, San Francisco, CA, 1 presentation;
American Roentgen Ray Society, Las Vegas, NV, 1 presentation; Association of University Radiologists, Newport Beach, CA, 1 presentation; American Society of Neuroradiology, Boston, MA, 1 presentation;
American Neurological Association, Baltimore, MD, 1 presentation. Postgraduate courses: American College of Medical Imaging, Los Angeles, CA, 3 presentations,
UCSF, 8 lectures;
University of Wisconsin refresher course, Chicago, Illinois, 3 presentations; Harvard Postgraduate course, Boston, Massachusetts, 2 presentations;
UC San Diego, San Diego, CA 3 presentations.
Visiting professorship: Montefiore Hospital, Albert Einstein School of Medicine, Bronx, NY, 1 presentation.
Regional professional societies: 5 presentations.

**1985**     International symposia: Radiological Society of North America, Chicago, Refresher Course Speaker; Society of Magnetic Resonance in Medicine, London, Invited Speaker; Society of Magnetic Resonance Imaging, San Diego, CA, 2 presentations.
Postgraduate courses: UCSF, 6 lectures.
Regional professional societies: Portland Vascular Society, 1 presentation; Los Angeles Radiological Society, 3 workshops.
Texas Radiological Society, El Paso, TX, 2 presentations;
Washington Imaging Conference, Alexandria, VA, 1 presentation;
Pacific Northwest Radiological Society, Portland, OR, 1 presentation.
National professional societies: American Heart Association, 1 presentation;
American Society of Neuroradiology, New Orleans, LA, 2 presentations; Magnetic Resonance Imaging Contemporary Forums, San Diego, CA, 2 presentations;
American Roentgen Ray Society, Boston, MA, 1 course.
Visiting professorship: D.C. American College of Radiology, George Washington University, Washington, D.C.

**1986**     International symposia: Carvat, Rome, Italy - 3 presentations;
Society Magnetic Resonance, Montreal Moderator.
Post Graduate Courses: UCSF Dept. of Radiology January Course - 3 presentations. March Course - 1 presentation. MRI Course - 3 presentations.
National professional societies: American Society of Neuroradiology, San Diego, CA, - 2 presentations.
American Neurological Association - Guest Speaker. Radiological Society of North America - Refresher Course, Speaker; Chicago.

**1987**     International Symposia: Soc. of Mag. Resonance Imaging, San Antonio, Texas - 1 presentation.
Radiologic Society of North America - Categorical Course Faculty.
Postgraduate Courses: UCSF Department of Radiology. Neuroradiology Course - 3 presentations.
Cedars-Sinai Medical Center (Los Angeles) - MRI Course, 1 presentation.
Barrows Neurol. Institute, Phoenix, Ariz. - Magnetic Resonance Imaging Symposium - 3 presentations.
U.C. San Diego Postgrad. Course on Magnetic Resonance Imaging - 3 presentations. Loma Linda University Postgrad. Course - 2 presentations.
National Professional Societies: American Academy of Neurology, New York - 2 presentations.
1st Annual Symposium on Magnetic Resonance Imaging, Ritz-Carlton, Laguna Niguel, CA - 2 presentations.

**1988**     International symposia Riyadh, Saudi Arabia - 2 presentations Magnetic Resonance Imaging in Paradise: Update 1988, Tahiti - 3 presentations
Postgraduate courses U. C. San Diego School of Medicine, Course of MRI - 2 presentations
University of South Florida, College of Medicine, - 1 presentation
University of New Mexico School of Medicine, Center for Non-Invasive Diagnosis, Short Course in MR 1 presentation
4th Annual Imaging Seminar, University of Vermont, Department of Radiology - 3 presentations

University of Michigan, University Hospitals, Grand Rounds. Resident Noon Conferences - 2 presentations

1988 Harvard Postgraduate Course, Harvard Medical School, Department of Continuing Education, Massachusetts - 2 presentations

UCSF MRI Visiting Fellowship Faculty - 1 presentation

<u>National professional societies</u> 40th Annual Midwinter Radiological Conference, Los Angeles - 1 Presentation

American Roentgen X-ray Society, 88th Annual Meeting, San Francisco - 1 presentation 7th Annual Scientific Meeting and Exhibition - The Society of Magnetic Resonance in Medicine, San Francisco, CA - 2 presentations

1988 Annual Convention of the American College of Osteopathic Radiology, Las Vegas, NV - 2 presentations

Snowmass - 1988, MR & CT of the Head and Spine, Colorado - 4 presentations

2nd Annual Symposium on Magnetic Resonance Imaging, Ritz-Carlton, Laguna Niguel, CA - 2 presentations

6th Conference of Magnetic Resonance Imaging, Los Angeles Huntington Memorial Hospital and Diagnostic Imaging - 3 presentations

<u>Regional professional societies</u> Orange County Academy of Internal Medicine, California - 1 presentation

Los Angeles Radiological Society, Continuing Education Committee, Midwinter Radiological Conference, Universal City, California - 3 presentations

Kaiser Permanente Medical Center - Radiology Symposium, Los Angeles - 2 presentations

Dominican Santa Cruz Hospital, Dominican Neurologic Institute 13th Annual Neurosciences Symposium, California - 2 presentations

**1989**   <u>International symposia</u> Tissue Characterization in MR Imaging - Wiesbaden, Germany - 1 presentation - 4/89.

Magnetic Resonance Imaging: International Symposium in Venice and Florence, Italy - 5 presentations - 5/89.

Magnetic Resonance Imaging - Eighth Magnetic Resonance Imaging (sponsored by Diagnostic Imaging) - Los Angeles - 4 presentations - 4/13/89

Magnetic Resonance Imaging: Second Annual International Course, Riyadh, Saudi Arabia - 4 presentations - 10/2/89

<u>Postgraduate courses</u> UC San Diego School of Medicine - Neuroradiology Update - 2 presentations - 1/23/89

Medical College of Wisconsin - Intermountain Imaging Conference - Utah - 5 presentations - 2/28/89

UCSF Neuroradiology Visiting Fellowship - 10/23/89

Neuroradiology Harvard Post-Graduate Course - 1 presentation 9/18/89

<u>National professional societies</u> Society for Magnetic Resonance Imaging - Educational Program of the 1989 Annual Meeting - Los Angeles - 1 presentation 2/25/89

American Society of Neuroradiology - Categorical Course and 27th Annual Meeting, Orlando, Florida - 1 presentation 3/18/89

<u>Regional professional societies</u> Hospital of the Good Samaritan - Practical Applications of MRI - 3 presentations - 1/18/89

Los Angeles Radiological Society - Midwinter Radiological Conference - 3 presentations - 1/27/89

Florida Radiological Society - Snowmass 1989: MR and CT of the Head and Spine - 3 presentations - 2/11/89

Los Angeles Radiological Society - General Membership Meeting - 1 presentation - 6/14/89

Western Society of Neuroradiology Symposium - Carmel - 2 presentations - 10/12/89 Los Angeles Radiologic Society Weekend MRI Seminar, Los Angeles - 4 presentations - 9/23/89

Radiology Symposium, Kaiser Permanente - Los Angeles - 2 presentations - 11/4/89

**1990**   <u>International symposia</u>

Radiologic Society of North America, Chicago, IL - 3 presentations - 11/24/90

<u>Postgraduate courses</u>

Harvard Postgraduate Course - Boston, MA - 3 presentations - 5/23/90

Harvard Postgraduate Course - Boston, MA - 3 presentations - 10/1/90

<u>National professional societies</u>

University of Hawaii at Manoa - MRI Workshop - 1 presentation - 4/8/90

10th Conference on Magnetic Resonance Imaging - Diagnostic Imaging - San Diego, CA - 4 presentations -  4/4/90

4th Annual Conference, Magnetic Resonance Imaging - Barrow Neurological Institute - Arizona - 3 presentations - 3/3/90

Ninth Annual Meeting of the Society of Magnetic Resonance in Medicine - New York, NY - 1 presentation - 8/18/90
<u>Regional professional societies</u>
Greater Kansas City Radiological Society - 2 presentations - 3/7/90
Kaiser Permanente - 1st Annual Neurosurgery Symposium - Costa Mesa, CA - 1 presentation - 1/20/90
5th Annual Palm Beach Magnetic Resonance Imaging Update - Florida - 3 presentations - 2/18/90
4th Annual Symposium on Magnetic Resonance Imaging, Laguna Niguel, CA - 4 presentations - 7/23/90
1990 Annual Scientific Meeting - Western Neuroradiological Society - Santa Fe, New Mexico - 1 presentation - 10/18/90

**1991**    <u>International symposia</u>
MRI Update - Madrid, Spain - June 24-26
Society of Magnetic Resonance in Medicine - Teaching Program - San Francisco, CA  - August 10-11
Radiologic Society of North America - Refresher Course - Chicago - December 1-6
<u>Postgraduate courses</u>
University of California San Diego, Magnetic Resonance Imaging Course, San Diego, CA - 2 presentations – March 5
Breckenridge 1991:  MRI in Clinical Practice - Breckenridge, CO - 4 presentations - March 9-16
3rd Annual Snowmass 1991:  Practical Magnetic Resonance Imaging, Snowmass, CO - 2 presentations - March 16-23
12th Annual Intermountain Imaging Conference - Steamboat Springs, Colorado - 6 presentations - February 10-15
Harvard Medical School - Clinical MRI:  1991 Update - Cambridge, MA - June 5-8
Neuroradiology in the Rockies - Snowmass, CO - July 7-12
Harvard Postgraduate Course on Basic and Current Concepts in Neuroradiology, Head and Neck Radiology and Neuro-MRI - Boston, MA - September 23-27
Rush-Presbyterian MRI Course - Chicago - October 24 - 3 presentations
<u>National professional societies</u>
Society for Magnetic Resonance in Imaging, Chicago, IL - 2 presentations - April 13-15
Society of Magnetic Resonance in Medicine - Workshop - Napa, CA - May 23-25
<u>Regional professional societies</u>
Los Angeles Radiological Society - 43rd Annual Midwinter Conference - Los Angeles, CA - 6 presentations - February 1-3
Pacific Northwest Radiology Society - Portland, Oregon - 2 presentations - May 3-5
North Bay MRI Tutorials - Fairfield, CA - 3 presentations - April 29-May 3
Hawaii Radiological Society - 8th Annual Mtg - Hawaii - May 25-27
Florida Radiological Society - Practical Magnetic Resonance Imaging 1991 - October 17-20

**1992**    <u>International symposia</u>
SMRM Scientific Meeting and Exhibition - Berlin, Germany - 1 presentation - August 8-14
<u>Postgraduate courses</u>
14th Conference on MRI - Hawaii - January 8-11
Seminars in MRI - Sponsored by Medical College of Wisconsin - Vail, Colorado - 4 presentations - January 18-25
Florida Radiological Society - Breckenridge 1992 - Clinical MRI - 3 presentations - March 7-14
Snowmass 1992: Practical Magnetic Resonance Imaging - 3 presentations - March 14-21
Magnetic Resonance Imaging 1992: National Symposium - Las Vegas, CA - May 17-20
MRI in Spain and Morocco - 3 presentations - June 28-July 1
1992 Harvard Medical School Postgraduate Course in Neuroradiology, Head and Neck, and Neuro MRI - Boston, MA -1 presentation - September 21-25
19th Ann. Radiology Symposium- Garden Grove, CA - 1 presentation - October 17
<u>National professional societies</u>
Society for Magnetic Resonance Imaging - 10th Annual Meeting - 1 presentation - April 25-29
American Roentgen Ray Society - Categorical Course - 1 presentation - May 10-15
American Society of Neuroradiology - St. Louis, MO - 1 presentation - June 3-4
<u>Regional professional societies</u>
Los Angeles Radiological Society - 44th Annual Midwinter Radiological Conference - Los Angeles - 6 presentations - January 31-February 2
Portland Vascular Society - 1 presentation - February 4
Chicago Radiological Society - Chicago, Illinois - 1 presentation - February 20
Stanford University School of Medicine - Grand Rounds - February 12

**1993**      Postgraduate courses
Stanford Neuroradiology Update - Laguna Niguel, CA - 4 presentations - January 18-20
4th Annual Neurosurgery Symposium - Kaiser Permanente - 1 presentation - February 13
Steamboat 1993: 3rd Annual MRI in Clinical Practice by the Florida Radiological Society - Steamboat Springs, CO - 5 presentations - March 6-13.
National Neuroradiology & Pediatric Radiology Review Course: 1993 A Comprehensive Tutorial - Laguna Niguel, CA - 3 presentations - July 28 - 30
National professional societies
Society for Magnetic Resonance Imaging 11th Annual Meeting - San Francisco, CA - 1 presentation - March 27-31
The Society of Magnetic Resonance in Medicine 12th Annual Scientific Meeting and Exhibition - New York, NY - 1 presentation - August 19
American Society of Neuroradiol 1993 Annual Meeting - Vancouver, B.C. - 1 presentation - May 17
Regional professional societies
Los Angeles Radiological Society - 45th Annual Midwinter Radiological Conference - Los Angeles 2 presentations - January 16-January 17
California Medical Association - Annual Session and Western Scientific Assembly - Anaheim, California - February 28
Society of Magnetic Resonance in Medicine 1993 Annual Meeting - 1 presentation - August 19
Visiting professorship
The University of Utah, Salt Lake City, Utah - December 13-14

**1994**      International symposia
Society for Magnetic Resonance Imaging - 12th Annual Meeting - Dallas, Texas - 1 presentation - March 5
University Hospital of Zurich - Radiology in St. Moritz - St. Moritz, Switzerland -  7 presentations - September 11-18
Riyadh Armed Forces Hospital - The Fourth International MRI Course - Kingdom of Saudi Arabia - 3 presentations - October 2-5
Society of Magnetic Resonance - Second Meeting of the SMR - San Francisco, CA - 1 presentation - August 6-7
Postgraduate courses
Stanford Neuroradiology Update - Laguna Niguel, CA - 4 presentations - January 17-19
University of California San Diego School of Medicine - Postgraduate Magnetic Resonance Imaging Course - San Diego, CA - 3 presentations - February 15
Florida Radiology Radiological Society, Inc - 4th Annual Breckenridge MRI in Clinical Practice - Breckenridge, Colorado -  3 presentations - February 19-26.
University of California, San Diego School of Medicine - Musculoskeletal MR Course - Carlsbad, California - 4 presentations - March 21-25
Johns Hopkins Medical Institution - Principles & Practice of Clinical Magnetic Resonance Imaging - 4 presentations - April 21-24
University of South Florida College of Medicine - 4th Annual Clinical Neuroimaging Plus Seminar - Key West, Florida - 3 presentations - April 20-23
Hoag Memorial Hospital/University of California Irvine - National Neuroradiology & Musculoskeletal Radiology Review Course:  1994 A Comprehensive Tutorial - Laguna Niguel, CA - 5 presentations - July 24-29
National professional societies
32nd Annual Meeting - American Society of Neuroradiology - Nashville, Tennessee - 2 presentations May 3-7
Radiological Society of North America - Chicago, Illinois - 1 presentation - November 27-December 2
Regional professional societies
Phoenix MR Society - Phoenix, AZ - 1 presentation - January 26
Los Angeles Radiological Society - Los Angeles, CA - 3 presentations - January 28-29
California Radiological Society - Annual Meeting, San Diego, California - 1 presentation - May 20
Memphis Roentgen Society - 2nd Annual Memphis Radiology Meeting - Memphis, Tennessee - 3 presentations - May 28-29
Western Neuroradiological Society - 26th Annual Meeting - Tucson, Arizona - October 6-9, 1994
Los Angeles Society of Neurological Sciences - Los Angeles, California - 1 presentation - Nov 16
Visiting professorships
Department of Radiology - Cornell University Medical Center, New York - November 10-11.

**1995**      International symposia

Postgraduate courses

Loyola University Chicago - Seminars in MRI - Vail, Colorado - 7 presentations - January 21-28

MR and CT of the Head and Spine - Snowmass, Colorado - 4 presentations - February 11-18

Massachusetts General Hopsital and Harvard Medical School - MRI 1995: Clinical Update and Advanced Applications - Maui, Hawaii - 3 presentations - February 26- March 3

University of South Florida - Key West, Florida - 5th Annual Clinical Neuroimaging Plus - 2 presentations - May 10-13

Stanford Neuroimaging Course - Laguna Niguel, CA - 3 presentations - August 13-16

University of Utah - Salt Lake City - Intensive Interactive Head and Neck Imaging - October 26-29

National professional societies

American Society of Neuroradiology, 33rd Annual Meeting - Chicago, Illinois - 1 presentation - April 23-27

American College of Radiology, Intersociety Commission Summit Meeting - Colorado Springs, Colorado - Moderator - July 27-31

Radiological Society of North America - Chicago, Illinois - 2 presentations - November 25-29

Regional professional societies

Los Angeles Radiological Society - Los Angeles, CA - 4 presentations - February 3-5

Western Neuroradiological Society - Victoria, Canada - 2 presentations - October 5-8

San Diego Radiological Society - San Diego - 1 presentation - December 6

**1996**    International symposia

International Society for MR in Medicine - New York City - 3 presentations - April 26-May 3

Radiological Society of North America, Chicago, Illinois - 1 presentation - Nov 29 - Dec 3

Postgraduate courses

Loyola University Chicago - Snowbird, UT - Diagnostic Imaging Compendium - 6 presentations - February 10-17

University of California San Francisco - Aspen, CO - MRI: Update 1996 - 4 presentations - March 4-8

University of Washington - Hawaii - Masters Radiology Conference - March 11-15

Harvard Medical School/Beth Israel Hospital - MRI 1996: Clinical Update and Advanced Applications - Hawaii 4 presentations - April 9-13

UC San Diego - Coronado, CA - Advanced Imaging of the Spine - 3 presentations - July 23

University of Minnesota - Minneapolis, MN - 59th Course, Radiology 1996, Neuroradiology, Musculoskeletal Radiology, Mammography - 3 presentations - September 11-15

National professional societies

American Society of Neuroradiology, 34th Annual Meeting - Seattle, Washington - 1 presentation - June 21-27

North American Spine Society - 11th Annual Meeting - Vancouver - 1 presentation - October 24

Regional professional societies

Los Angeles Radiological Society - Los Angeles, CA - 4 presentations - January 19-21

Visiting professorships

Department of Radiology, Cleveland Clinic - October 22-23

**1997**    International symposia

International Society of Magnetic Resonance, Vancouver BC, Invited lecturer, April 12-18.

Postgraduate courses

Jackson Hole Radiology Ski Conference, Jackson Hole, WY - 1 presentation, January 19-22.

8th Annual Neurosurgery Symposium, Kaiser Permanente, Long Beach, CA - 1 presentation, February 1.

Loyola University Medical Center, Diagnostic Imaging Compendium, Vail, CO - 3 presentations, January 25-February 1

The University of British Columbia, Sun Valley Imaging, Sun Valley, ID - 4 presentations, February 25-28

MRI in Clinical Practice, Snowmass, CO - 3 presentations, March 2-7.

Second International Symposium on Musculoskeletal MRI, San Francisco, CA - 3 presentations, June 1-5

University of Utah School of Med, Neuroradiology & Advanced MR, New Mexico, 8 presentations - July 6-11

UC Irvine Medical Center, Neuroradiology Review, Newport Beach, CA, Aug 31 - Sept 4

UC San Francisco, Clinical Magnetic Resonance Imaging, San Francisco, CA - 2 presentations - Oct 6 -10.

National professional societies

Regional professional societies

Los Angeles Radiological Society, Los Angeles, CA - 1 presentation - January 18

San Diego Radiological Society, San Diego, CA – 1 presentation – December 10.
<u>Visiting professorships</u>
Stanford University Medical Center, CA, Grand Rounds, 4/24
Partnering and Contracting for Radiology Services Conference, San Diego, CA - 1 presentation, November 18.

**1998**   <u>International symposia</u>
International Society of Magnetic Resonance, Sydney, Australia, Invited lecturer, April 18-24.
Radiological Society of North America, Chicago, IL – 1 presentation, November 29.
<u>Postgraduate Courses</u>
MRI Clinical Update and Advanced Applications, Kauai, HI – 3 presentations, February 14-21.
Advances in Imaging:  1998, Park City, UT. – 5 presentations, February 22-27.
Clinical Essentials of MRI, Las Vegas, NV – 2 presentations, June 11-12.
Clinical MRI, UCSF – 3 presentations, October 19-23.
Frontiers in Vascular Disease '98, Pebble Beach, CA – 1 presentation, October 15-18.
Neuroradiology for the Practicing Radiologist, Santa Fe, NM – 3 presentations, October 12-15.
Advanced Endovascular Demonstrations, Newport Beach, CA – 1 presentation, October 26.
Neuroradiology Review UCI, Irvine, CA – 4 presentations, October 31.
<u>National professional societies</u>
American Society of Spine Radiology, Practical Spine Imaging Symposium, Cancun, Mexico – 1 presentation, March 18-21.
Society of Neuroradiology, Symposium Neuroradiologicum, Philadelphia, PENN – 1 presentation, May 15-17.
American Heart Association Sunday Morning Program Scientific Sessions, Dallas, TX – 1 presentation, November 8.
<u>Regional professional societies</u>
Los Angeles Radiological Society, Los Angeles, CA – 5 presentations, January 16-18.
Orange County and Inland Neuroradiology Club Meeting, Orange, CA – 1 presentation, March 4.
<u>Visiting professorships</u>
University of California Irvine, CA, Grand Rounds, 1/21

**1999**   <u>International symposia</u>
Radiology in Beaujolais, Beaujolais, France – 5 presentations, September 20-24.
Radiological Society of North America, Chicago, IL – 2 presentations, November 29-30.
<u>Postgraduate courses</u>
Advances in Imaging: 1999, Park City, UT – 5 presentations, February 14-19.
Intermountain Imaging Conference, Deer Valley, UT – 5 presentations, February 28-March 5.
9th Annual Snowmass 1999: MRI in Clinical Practice, Snowmass, CO–3 presentations, March 14-19
Clinical Essentials of CT & MRI, Atlanta, Georgia – 5 presentations, April 22-25.
MRI 1999 – National Symposium, Las Vegas, NV – 1 presentation, May 6
Clinical Essentials of CT & MRI, Chicago, Illinois – 4 presentations, October 29-31.
CT/MRI Head to Toe, New York, New York – 4 presentations, Dec. 13-18.
<u>National professional societies</u>
American Society of Neuroradiology, San Diego, CA – 2 sessions, 5/25
<u>Regional professional societies</u>
Los Angeles Radiological Society, Pasadena, CA – 4 presentations, January 22-24.
Hoag Imaging - Irvine, CA, Uterine Artery Embolization Educational Lecture, 5/19
Hoag Aliso Viejo – Aliso Viejo, CA, Uterine Artery Embolization Educational Lecture, 10/14
<u>Visiting professorships</u>
Cleveland Clinic, OH, Neuro Board Review, 4/26.
Women's Health Conference – Newport Beach, CA, - 1 presentation, 11/18.

**2000**   <u>International symposia</u>
STAR Bangkok, Bangkok, Thailand – 4 presentations, January 20-21.
Radiology in Jordan, Amman, Jordan – 5 presentations, May 1-7.
CT Scientific User Conference, Zurich, Germany - 1 presentation, 6/16
Interamerican Congress of Radiology, Buenos Aires, Argentina- 1 presentation, 9/5.
Radiological Society of North America, Chicago, IL- 3 presentations, 11/27, 11/30, 12/1.
<u>Postgraduate courses</u>
Clinical Essential of CT & MRI, Las Vegas, Nevada – 3 presentations, 3/24
Symposium on Vascular Interventions, Las Vegas, Nevada - 3 presentations, Sept. 14-15
Symposium on Vascular Interventions, Las Vegas, NV- 2 presentations, July 14-15.
Clinical Essentials of CT & MRI, Atlanta, GA- 3 presentatoins, 10/27.

National professional societies
American Society of Spine Radiology, Marco Island, Florida – 2 presentations, February 21-23.
American Society of Neuroradiology, Atlanta, Georgia – 1 presentation, April 3-4
Regional professional societies
Los Angeles Radiological Society Spine Imaging Symposium, Beverly Hills, CA-1 presentation 11/11
Visiting professorships
New York University, NY Grand Rounds, June 2000

**2001**       International symposia
Radiological Society of North America, Chicago, IL - 4 presentations - 11/29-30
Postgraduate courses
Practical Radiology at Whistler, Whistler, BC - 2 presentations - 2/15
Harvard MRI 2001 Clinical Updates and Advanced Applications, Kauai, HI - 4 presentations - 2/21
Steamboat 2001: MRI: Basics to Advanced / What You Need to Know, Steamboat Springs, CO -
3 presentations - 3/2
Clinical Essentials of CT & MRI, Las Vegas, NV - 3 presentations - 5/4
Magnetic Resonance Imaging 2001, Las Vegas, NV - 4 presentations - 5/8
Screening CT: Concepts and Strategies, Newport Beach, Ca - 1 presentation - 9/8
Clinical Essentials of CT & MRI, Scottsdale, AZ - 5 presentations - 10/26
CT Screening: The Science; The Business; The Issues, New York, NY - 3 presentations - 12/14-16
Regional professional societies
Western Neuroradiological Society-Santa Barbara, CA - 2 presentations

**2002**       International symposia
27th Symposium Neuroradiologicum, Paris France, 1 presentation 8/20
Radiological Society of North America, Chicago, IL, 4 presentations 12/1-12/5
Brazilian Radiological Society STAR program, Sao Paulo, Brazil 3 presentations 10/25
Radiological Society of North America, Chicago, IL, 5 presentations 2/3
Postgraduate courses
Advanced MR Imaging Techniques, Las Vegas, NV, presentation 2/10
Barrow Neurological Institute 28th Annual Symposium, Phoenix, AZ 2 presentations 3/2
CT Screening: Concepts and Strategies, Atlanta, GA 4 presentations 3/9-10
Clinical Essentials of CT & MRI, Las Vegas, NV, 2 presentations 4/29-30
Multi-Slice Helical CT: Basics to Advanced, Las Vegas, NV 4 presentations 5/10-11
4th Annual Symposium on Multi-Detector Row CT, San Francisco, CA, 1 presentation 6/23
CT in Early Disease Detection (Screening): Strategy, Efficacy, Technique – 3 presentations - 10/4-6
National professional societies
American Society of Neuroradiology 40th Annual Meeting, Vancouver, CA - 1 presentation - 5/14
Regional professional societies
Orange County Radiological Society, Santa Ana, CA - 1 presentation - 1/31
Hoag Heart & Vascular Institute Endovascular Summit Course -11/8

**2003**       Regional Professional Societies
Los Angeles Radiological Society 5th Annual Midwinter Radiology Conference, Los Angeles, CA - 2
presentations 2/1-2/2
San Francisco Bay Radiological Society, San Francisco, Ca, 1 presentation 4/8
Pacific Northwest Radiological Society, Portland, OR 2 presentations, 4/26
California Radiological Society, Newport Beach, Ca 1 presentation, 9/20
Postgraduate courses
3rd Annual Vail Conference: New Advances in MR & CT, Vail, CO-3 presentations 2/6-2/7
Practical Radiology at Whistler, Whistler, BC- 1 presentation 2/12
Wesley Medical Center, Grand Rounds, Wichita Kansas-2 presentations 3/11
California Pacific Medical Center, Grand Rounds, 1 presentation 4/8
Clinical Essentials of CT & MRI, Las Vegas, NV, 3 presentations 4/25
Current Issues of MRI in Orthopedics and Sports Medicine, San Francisco, CA - 3 presentations -
8/26-8/27
National professional societies
American Society of Neuroradiology 41st Annual meeting, Washington, D.C., 2 present 4/28-4/30

**2004**       Regional Professional Societies
Hoag Heart & Vascular Institute Endovascular Summit, Newport Beach, CA - 2 presentations - 1/15
Beech Street Corporation-Coronary Artery Disease, Lake Forest, CA - 2/18
Hoag Hospital ECU Paramedics lecture - Stroke: Principles of Imaging, Newport Beach, CA - 3/19

Postgraduate courses

Practical Radiology at Whistler. Whistler, BC - 1 presentation - 2/11

Multislice Helical CT: Basics to Advanced, Las Vegas, NV - 4 presentations - 4/16

Clinical Essentials of CT & MRI, Las Vegas, NV - 4 presentations - 5/13

Bare Bones Radiology Conference 6th Annual, Modesto, CA - 2 presentations - 10/23

UCSD Postgraduate Radiology Course 29th Annual, San Diego, CA - 3 presentations - 10/27-10/29

National Tutorial on Stroke, Washington, DC - 3 presentations - 11/12-13

National professional societies

Society of Interventional Radiology 2004 Annual meeting, Phoenix, AZ - 1 presentation - 3/29

American College of Radiology, Arkansas Chapter, Little Rock, AR - 4 presentations - 4/17

American Society of Neuroradiology 42nd Annual meeting, Seattle, WA - 2 presentations - 6/8 & 6/10

International Symposia

Polish Congress of Radiology, Honorary Guest, Warsaw, Poland - 2 presentations - 6/16-19

Radiological Society of North America, Chicago, IL - 5 presentations - 11/27-12/2

Visiting Professorships

Harborview Medical Center Grand Rounds, Seattle, WA - 3/17

**2005**  Regional Professional Societies

Hoag Heart & Vascular Institute Endovascular Summit, Newport Bch, CA - 4 presentations -1/13-14

Kaiser Permanente Annual Radiology Symposium, Garden Grove, CA – 2 presentations - 10/1

Hoag ACME Education Fall Symposium, Newport Beach, CA – 1 presentation – 10/22

A Review of MRI of the Brain and Spine for Neurologists, Nashville, TN – 2 presentations – 11/5

Postgraduate Courses

Practical Radiology at Whistler, Whistler, BC - 1 presentation - 2/7

Clinical Essentials of CT & MRI, Las Vegas, NV - 3 presentations 4/6-9

Western Stroke symposium: What's New in Prevention, Diagnosis and Therapy, Newport Beach, CA
Course Organizer - 4 presentations – 4/15-17

Issues in Aging Congress, New Orleans, LA – 1 presentation – 7/16

Musculoskeletal & Neuroradiology MR Review, Vancouver, B.C. – 4 presentations – 8/21

UCSD Postgraduate Radiology Course 30th Annual, San Diego, CA - 3 presentations - 10/28

Visiting Professorships

Annenberg Center for Health Sciences at Eisenhower Grand Rounds, Rancho Mirage, CA – 4/21

UCI Medical Center, Dept of Neurology Grand Rounds, Orange, CA - 8/24

International Symposia

CT: Radiology's Powerhouse, Berlin, Germany – 1 presentation – 6/10

Radiological Society of North America, Chicago, IL - 2 presentations - 11/26-12/1

**2006**  Regional Professional Societies

Orange County Radiological Society, Orange, CA - 2 presentations - 1/31

Hoag Hospital To Your Health Neuroscience Lecture, Newport Beach, CA – 11/15

Postgraduate Courses

Economics Summit: Strategies for Successful Radiology Practices in the 21st Century, Las Vegas,
NV – 4 presentations – 4/21-22

National Tutorial on Stroke, Atlanta, GA - 3 presentations – 5/5-7

Radiology After Five 4th Annual, Las Vegas, NV – 4 presentations – 10/8

Economics of Diagnostic Imaging, National Symposia, Arlington, VA – 3 presentations -
10/27-28

UCSD Postgraduate Radiology Course 31st Annual, San Diego, CA - 8 presentations – 11/2-3

Visiting Professorships

Pomona Valley Hospital Medical Center Grand Rounds, Pomona, CA – 7/25

Torrance Memorial Medical Center Grand Rounds, Torrance, CA – 8/9

San Antonio Community Hospital Grand Rounds, Upland, CA – 11/9

International Symposia

Radiological Society of North America, Chicago, IL - 4 presentations - 11/26-30

**2007**  International Symposia

European Congress of Radiology, Vienna, Austria – 1 presentation – 3/9

International Society for Magnetic Resonance in Medicine, Berlin, Germany – 1 presentation – 5/20

Radiological Society of North America, Chicago, IL - 3 presentations - 11/24-29

Postgraduate Courses

Clinical Advances in Multi-Slice/Multi-Channel CT & CTA, Las Vegas, NV – 4 presentations – 4/14

Western Stroke Symposium, Newport Beach, CA – 5 presentations – 6/1-3

Radiology After Five 5th Annual, Las Vegas, NV – 4 presentations – 9/8

13

UCSD 32nd Annual Postgraduate Radiology Course, San Diego, CA – 8 presentations – 10/29
<u>Regional Professional Societies</u>
Hoag 6th Annual Endovascular Summit, Newport Beach, CA - 1 presentation – 5/10
Hoag Community Education Lecture, Newport Beach, CA – 1 presentation – 5/31
Western Neuroradiological Society, Vancouver, BC, Canada – 2 presentations – 10/7
Hoag International Valve symposium, Huntington Beach, CA – 1 presentation – 10/18
<u>National Professional Societies</u>
American Society of Neuroradiology 45th Annual Meeting, Chicago, IL – 1 presentation – 6/13
<u>Visiting Professorships</u>
The Queens Medical Center Grand Rounds, Honolulu, HI – 7/23

**2008**     <u>Postgraduate Courses</u>
Los Angeles Radiologic Society (LARS), Universal City, CA – 1 presentation – 1/27
CT & MR Imaging Course, Las Vegas, NV – 5 presentations – 4/11
Florida Radiological Society Annual Meeting, Orlando, FL – 1 presentation – 7/12
17th Annual Current Issues in MRI & Sports Medicine, San Francisco, CA – 1 presentation – 8/24
Neuroradiology in Clinical Practice, Las Vegas, NV – 3 presentations – 9/13
UCSD 33rd Annual Postgraduate Radiology Course, San Diego, CA – 6 presentations – 10/30
<u>Visiting Professorships</u>
New York Hospital-Cornell Medical Center Grand Rounds, New York, NY – 1 presentation – 2/4
<u>Regional Professional Societies</u>
Hoag Community Education Lecture, Newport Beach, CA – 1 presentation – 3/19
Patient Lecture: How to Read Your MRI, Laguna Woods, CA – 1 presentation – 3/25
Hoag Community Education Lecture, Newport Beach, CA – 1 presentation – 5/27
Hoag ACME Educational Symposium, Newport Beach, CA – 2 presentations – 6/21
Hoag Annual Endovascular Summit, Newport Beach, CA - 1 presentation – 8/2
Hoag Neuroscience Nursing Conference, Newport Beach, CA 1 presentation – 9/15
California Radiological Society – Newport Beach, CA – 3 presentations – 10/18
<u>International Symposia</u>
International Diagnostic Course in Davos, Switzerland – 10 presentations – 3/31-4/4
Radiological Society of North America, Chicago, IL - 3 presentations - 11/30-12/2
<u>National Professional Societies</u>
American Society of Neuroradiology 46th Annual Meeting, Chicago, IL – 2 presentations – 6/1-4
American College of Radiology Group Practice Leaders' Meeting – Marina del Rey, CA – 1 presentation – 11/2

**2009**     <u>Postgraduate Courses</u>
Los Angeles Radiologic Society (LARS), Universal City, CA – 3 presentations – 1/24
26th Annual MRI: National Symposium, Las Vegas, NV – 4 presentations – 3/30
Advances in MR & Breast Imaging 2009, Dana Point, CA – 4 presentations – 11/5-6
MRI of the Brain 2009, Austell, GA – 5 presentations – 11/7-8
<u>National Professional Societies</u>
American Society of Neuroradiology 47th Annual Meeting, Vancouver, BC, Canada –
1 presentation – 5/19
American College of Radiology Practice Leaders Meeting, Chicago, IL – 1 presentation – 10/11
ACR-Radiology Business Management Association – Reston, VA – 1 presentation – 11/14
<u>Regional Professional Societies</u>
Patient Lecture: How to Read Your MRI, Laguna Woods, CA – 1 presentation – 5/28
Kaiser Permanente Annual Radiology Symposium, Universal City, CA – 2 presentations - 5/30
Hoag Annual Endovascular Summit, Newport Beach, CA - 1 presentation – 8/7
<u>International Symposia</u>
ISMRM Weekend Case-Based Clinical Educational Course – Los Angeles, CA – 1 presentation 9/13
Radiological Society of North America, Chicago, IL - 4 presentations - 11/29-12/3

**2010**     <u>Regional Professional Societies</u>
Hoag Neurosciences Symposium, Newport Beach, CA – 1 presentation – 1/16
Lakeview Senior Center Presentation – 4/5
CA Radiological Society Annual Meeting – San Francisco, CA – 1 presentation – 10/2
UCSF Annual Newton Lecture & Grand Rounds – San Francisco, CA – 2 presentations – 10/13
<u>National Professional Societies</u>
American Heart Association Get With the Guidelines Heart & Stroke Workshop, Newport Beach, CA
1 presentation – 1/29
American Society of Neuroradiology 48th Annual Meeting, Boston, MA – 1 presentation – 5/16

Postgraduate Courses
Multislice CT in Clinical Practice, Vail, CO – 4 presentations – 2/8-12
5th Annual Economics Summit: Strategies for Successful Radiology Practices in the 21st Century, Las Vegas, NV – 3 presentations – 4/16-17
Masters Diagnostic Radiology Symposium, Battery Park, NY – 5 presentations – 4/22-25
Neuroradiology in Clinical Practice, Las Vegas, NV – 4 presentations – 9/24-25
Annual Economics of Diagnostic Imaging – Arlington, VA – 3 presentations – 10/30-31
International Symposia
European Congress of Radiology Wilhelm Conrad Rontgen Honorary Lecture, Vienna, Austria – 1 presentation – 3/5
XIX Symposium Neuroradiologicum – Bologna, Italy – 2 presentations – 10/7-8
Radiological Society of North America, Chicago, IL - 3 presentations - 11/28-12/2

**2011**           Regional Professional Societies
Hoag Grand Rounds, Newport Beach, CA – 1 presentation – 1/21
Hoag Neurosciences Symposium, Newport Beach, CA – 1 presentation – 3/12
International Symposia
ISMRM Weekend Case-Based Clinical Educational Course – Los Angeles, CA – 1 presentation 3/27
15th Annual Advanced MRI Meeting, Graz, Austria – 7 presentations – 5/4-7
Postgraduate Courses
6th Annual Economics Summit: Strategies for Successful Radiology Practices in the 21st Century, Las Vegas, NV – 3 presentations – 4/8-9
Postgraduate Courses
Masters Diagnostic Radiology Symposium, Battery Park, NY – 5 presentations – 5/19-22

## POSTDOCTORAL FELLOWS SUPERVISED

| | |
|---|---|
| 1980 - 1983 (CT-Ultrasound) | Leonora Fung, Margaret Simmons, Cliff Stamler, Geoffrey Chung, & John Rego |
| 1980 - 6/83 | Co-director of visiting fellowship in CT scanning at San Francisco General Hospital. Lectures and seminars with fellows (5 hours/week). |
| 1983 - 1984 | Steve Ostrov, William Kelly, Paul Badami, Murray Solomon, Lanning Houston, Gary Stimac William Dillon, Jeremy McCreary, & David Haas |
| 1984 - 1985 | David Haas, Betsy Holland, Paul Harper, Keith McMurdo, Scott Rosenbloom, Walter Kucharczyk, Luis Lemme-Plaghos, & Isabelle Berry |
| 1985 - 1986 | Wallace Peck, Walter Olsen, Keith McMurdo, & Isabelle Berry |
| 6/83 - 6/86 | Co-director of visiting Fellowship in Neuroradiology at Moffitt-Long Hospitals. Lectures and seminars with fellows. |
| 6/85 - 6/86 | Co-Director of visiting Fellowship in Neuro Magnetic Resonance Imaging/UCSF. |
| 1992-1993 | Maureen Jensen |
| 1993-1994 | Andrew Kelly |
| 1995-1996 | Robin Kates |

## RESEARCH/GRANTS AND CREATIVE ACTIVITY

## RESEARCH PROJECTS (Brief outline)

### Funded
2010           UniHealth Foundation Grant: $772,500
Orange County Vital Aging Program

Bayer GEMMA1 91743: An open-label, multicenter, phase 3 study with corresponding blinded image reading to determine the efficacy and safety of a single intravenous injection of

15

0.1mmol/kg body weight of gadobutrol 1.0 molar (Gadovist®) in patients with newly diagnosed breast cancer referred for contrast-enhanced breast MRI.  Principal Investigator, Michael Brant-Zawadzki, MD

AMAG FER-PAD-001:  A Phase II, Open Label, Randomized Multicenter Trial Comparing Noncontrast MRA versus Ferumoxytol Vascular-Enhanced MRI (VE-MRI) for the Detection of Clinically Significant Stenosis or Occlusion of the Aortoiliac and Superficial Femoral Arteries in Subjects with Peripheral Arterial Disease Scheduled for Digital Subtraction Angiography (DSA).  Principal Investigator, Michael Brant-Zawadzki, MD

2009       Penumbra, Inc The START Trial (CLP 2480.C): Clinical Outcome in Acute Stroke Treatment after Imaging Guided Patient Selection for Interventional Revascularization Therapy.
Michael Brant-Zawadzki, MD Principal Investigator
Hoag Memorial Hospital Presbyterian, Newport Beach

Interventional Management of Stroke (IMS III): A Phase 3, Randomized, Multi-Center, Open Label, 900 Subject Clinical Trial that will examine whether a combined intravenous (IV) and intra-arterial (IA) approach to recanalization is superior to standard IV rt-PA (Activase®) alone when initiated within three hours of acute ischemic stroke onset. 2009
David Brown, MD Principal Investigator
Michael Brant-Zawadzki, MD Sub-Investigator
Hoag Memorial Hospital Presbyterian, Newport Beach

2008       Siemens FLT101, "A Phase II/III, Open Label, Non-Randomized, Multi - Center Study Of Positron Emission Tomography (PET) Imaging with [F-18]FLT Compared to [F-18] FDG in Cancer Patients for Treatment Evaluation"

Michael Brant-Zawadzki, Principal Investigator

Hoag Memorial Hospital Presbyterian, Newport Beach

Penumbra Imaging Collaborative Study (PICS): A Multicenter Trial to Assess Outcome of Patients Revascularized by the Penumbra System™

Michael Brant-Zawadzki, Principal Investigator

Hoag Memorial Hospital Presbyterian, Newport Beach

CPDS-0701:   A   PHASE   II,   MULTICENTER,   OPEN-LABEL,   IMAGING   STUDY INVESTIGATING THE EFFICACY AND SAFETY OF THREE DOSING REGIMENS OF XERECEPT® (CORTICORELIN ACETATE INJECTION): HUMAN CORTICOTROPIN RELEASING FACTOR (hCRF) FOR THE REDUCTION OF PERITUMORAL BRAIN EDEMA (PBE) IN PATIENTS WITH PRIMARY MALIGNANT OR METASTATIC BRAIN TUMORS HUMAN CORTICOTROPIN-RELEASING FACTOR (HCRF).
Christopher Duma, Principal Investigator
Michael Brant-Zawadzki, Sub-Investigator
Hoag Memorial Hospital Presbyerian, Newport Beach

A multicenter, randomized, double-blind, crossover, phase 3 study to determine the safety and efficacy of gadobutrol 1.0 molar (Gadovist®) in patients referred for contrast-enhanced MRI of the central nervous system (CNS).
Michael Brant-Zawadzki, Principal Investigator
 Hoag Memorial Hospital Presbyertian, Newport Beach

2002       Beckman Foundation Grant: $2.5 million
MR Directed Biopsy and In-situ RF Treatment of Breast Tumors
Michael Brant-Zawadzki, Principal Investigator

2000       Autism: A Model of Anomalous Neural Systems Development
Michael Brant-Zawadzki, Co-investigator 2000
 Pauline Filipek, Principal Investigator
 University of California, Irvine
 NIH Grant #HD35458 ($96,000)

A Multi-national, Multi-center, Double-blind, Placebo Controlled Study to Evaluate the Efficacy, Tolerability and Safety of Glatiramer Acetate for Injection in Primary Multiple Sclerosis Patients
Michael Brant-Zawadzki, Co-investigator
Gaby Thai, Principal Investigator
University of California, Irvine

NIH Grant #27998

Novartis Exelon Protocol CENA 713 1A07
Duke University
Michael Brant-Zawadzki, Co-investigator

1996-97 | The Prospective Multicenter Dose-Ranging Study of Intra-Arterial Thrombolysis in Acute
Middle Cerebral Artery Distribution Thromboembolic Stroke
Michael Brant-Zawadzki, Co-investigator
Abbott Laboratories

The Effects of 500 mg Citicoline on the Evolution of Lesion Volume in Human Stroke Using
Diffusion Weighted Magnetic Resonance Imaging.
Michael Brant-Zawadzki, co-investigator
Interneuron Pharmaceuticals, Inc.

1992-1993 | An Open Phase III Trial of Gadodiamide Injection (Gd-DTPA-3MA) in Contrast Enhanced
Magnetic Resonance Angiography of the Head & Neck in Adults.
Michael Brant-Zawadzki, Co- Investigator
Sterling Winthrop Pharmaceuticals

1992-1993 | An Open Phase III Trial of Gadodiamide Injection (Gd-DTPA-3MA) in Contrast Enhanced
Magnetic Resonance Angiography of the Renal and Peripheral Vasculature in Adults.
Michael Brant-Zawadzki, Co- Investigator
Sterling Winthrop Pharmaceuticals

1992 | Evaluation of High Dose ProHance in Neurological Pathology: Comparison of 0.1
mmol/kg Magnevist to 0.3 mmol/kg ProHance
Michael Brant-Zawadzki, Co-investigator
Squibb Diagnostics

1991 | Evaluation of Safety and Usefulness of Gadodiamide (0.3 mmol/kg) vs
Magnevist (0.1 mmol/kg), Phase III. Michael Brant-Zawadzki, Co-Investigator.
Sterling Research Group ($137,500)

1990 | Evaluation of a New Peripherally Positioned Port (Periport) in the Central Venous System
for Vascular Access.  Michael Brant-Zawadzki, Co-Principal Investigator.   Infusaid, Inc.,
Norwood, MA.

1989-1990 | Excimer Laser Angioplasty Systems for Treatment of Peripheral Vascular Disease, Phase
II/III study. Co-Investigator, Advanced Interventional Systems, Inc.

Coil Embolization for Neuroradiologic Indications Phase II/III, Co- Investigator, Target
Therapeutics

Coil Embolization for Non-Neuroradiologic Indications, Phase II/III, Co- Investigator,
Target Therapeutics

Multicenter Safety and Efficacy Evaluation of S-041 Injection - A contrast enhancing
agent for use in conjunction with MRI of the central nervous system, Phase II/III, Co-
Investigator, Salutar, Inc. ($86,000)

Embolization with Detachable Silicone Balloons Cerebral Applications, Phase II, Co-
Investigator, Interventional Therapeutics Corporation

Balloon Dilatation of Cerebral Vasospasm, Phase II, Co- Interventional
Therapeutics Corporation

Clinical Investigation of ProHance in Patients Suspected of Having Neurological
Pathology, Phase III, Co-Investigator. Squibb Diagnostics

(Phase 2) Radiofrequency Hot-Tip wire for peripheral vascular disease, Co-
Investigator. Advanced Interventional Systems, Inc

| 1988 - 1989 | Open Label Gadolinium DTPA/dimeglumine  Protocol 202-13: MRI Enhancement Agent Human Compassionate Use for Brain Lesions and Spinal Cord Tumors. Michael Brant-Zawadzki, Co- Investigator Berlex Laboratories.  ($5000) |
|---|---|
| 1987 - 1989 | "Chemoembolization of Hepatic Tumors with Angiostat   (Collagen Cross-linked) and Cis-Platinum - a Clinical Trial". Target Therapeutics. "Embolization of Brain Tumors and AVM's with Angiostat - a Clinical Trial". Michael Brant-Zawadzki - Co-Principal Investigator Target Therapeutics. |
| 1985 - 1987 | "Deep White Matter Lesions: Imaging and Cognitive Studies in the Aged".  ROI NIH Grant. Michael Brant-Zawadzki - Co-investigator; 15% time and salary Fein, G., Van Dyke, C. - Principal Investigators; submitted July 1985. ($1,292,510) Correlation of MR, CT, PET imaging of the aging brain with intellectual measurement. |
| 1986 - 1987 | "Effects of Calcium Channel Blockers on Cerebral Ischemia: An MRI/MRS Study" Michael Brant-Zawadzki, Principal Investigator Syntex Laboratories ($20,000) |
| 1985 - 1986 | "Multicenter Study of Gadolinium DTPA as an MRI Contrast Agent" Michael Brant-Zawadzki, Co- Investigator Berlex Laboratories ($100,000.) |
| 1985 - 1987 | "NMR Metabolic Studies of Regional Brain Ischemia" Michael Brant-Zawadzki, Co-investigator P. Weinstein, Principal Investigator NIH Grant #ROI NS22022-01 (Approx. $360,000.) |
| 1984 - 1986 | "NMR Imaging and Spectroscopy in Experimental Edema Michael Brant-Zawadzki - Co-investigator 15% Time; Bartkowski, H. - Principal Investigator NIH Grant #ROI NS20368-01 ($289,621.) |
| 1983 - 1986 | "Nitroxide Free-Radical Contrast - Media for NMR Imaging Michael Brant-Zawadzki - Co-investigator 20% Time; Brasch, R.C. - Principal Investigator - NIH Grant #I-ROI-AM31937-02 ($546,000.) |
| 1983 - 1984 | "NMR and Subsecond CT Monitoring of Tissue Changes and Regional Blood Flow in Cats with Temporary MCA Occlusion" Michael Brant-Zawadzki - Principal Investigator: Academic Senate - UCSF Grant 2 - 505164-19900-3 ($8,969.) |
| 1982 -1983 | "Brain Edema" Michael Brant-Zawadzki - Co-investigator; Pitts, L. - Principal Investigator NIH Grant: Clinical Research Center 2-P50-NS14543-045 (Subsection - Brain Edema: Clinical Studies). |
| **Non-funded** | Cordis Neurovascular, Inc. Cordis ENTERPRISE Vascular Reconstruction Device and Delivery System. HDE H060001, Principal Investigator 2007 |
| | Boston Scientific "Wingspan Stent System and Gateway PTA Balloon Catheter, A Humanitarian Use Device" HDE H050001, Principal Investigator 2006 |
| | Boston Scientific "Neuroform™ Microdelivery Stent System, A Humanitarian Use Device" HDE H020002, Principal Investigator 2003 |
| | Research and Development of Digital Angiography: Prototype Equipment |
| | Research and Development of NMR imaging and spectroscopy of the central nervous |

system, acute cerebral ischemia.

Clinical trials of experimental contrast agents for arteriography, myelography, NMR.

Research and Development of Coronary and Cerebrovascular CT Angiography Using Multi-detector CT

**PUBLICATIONS**

**Books**

Federle MP and Brant-Zawadzki MN: Computed Tomography in the Evaluation of Trauma. Baltimore, Williams & Wilkins, 1982; 2nd edition, 1986.

Moseley M, Berry I, Chew W, Brant-Zawadzki M, James T: Magnetic resonance spectroscopy: Principles and potential applications. Magnetic Resonance in the Central Nervous System, edited by M Brant-Zawadzki, New York, Raven Press, 1987.

Brant-Zawadzki M: MRI principles: The bare necessities. Magnetic Resonance in the Central Nervous System, edited by M Brant-Zawadzki, New York, Raven Press, 1987.

Brant-Zawadzki MN and Norman D: Magnetic Resonance Imaging of the Central Nervous System. New York, Raven Press, 1987.

Lufkin RB, Bradley WG, Brant-Zawadzki, MN - Series Editors.  The Raven MRI Teaching File; 10 Volume Series.  New York, Raven Press, 1991

Bradley WG and Brant-Zawadzki MN:  MRI of the Brain I, Non-Neoplastic Disease.
    The Raven MRI Teaching File, Series Editor - Lufkin RB, Bradley WG, Brant-Zawadzki, MN.  New York, Raven Press, 1991.

Brant-Zawadzki MN and Bradley WG:  MRI of the Brain II, Non-Neoplastic Disease.
    The Raven MRI Teaching File, Series Editor - Lufkin RB, Bradley WG, Brant-Zawadzki MN.  New York, Raven Press, 1991.

Bradley WG, Brant-Zawadzki M, Hasso A, Herfkens R, Lee JKT, Modic M, Murphy W, Stark D.  Magnetic Resonance Test and Syllabus.  American College of Radiology.  Editor - BA Siegel, 1991.

Brant-Zawadzki MN, Boyko O, Jensen MC, Gillan G.  MRA of the Head and Neck.  The Raven Press Teaching File. Raven Press 1993.

Jeffrey RB, Ralls PW, Leung AN, Brant-Zawadzki M.  Emergency Imaging.  Lippincott, Williams & Wilkens 1999.

Lufkin RB, Bradley WG, Brant-Zawadzki MN-Series Editors.  MRI of the Spine.

The Lippincott Williams & Wilkins MRI Teaching File Series.  Lippincott Williams & Wilkins, Philadelphia, PA 2000.

Bradley WG, Brant-Zawadzki M,  Cambray-Forker J: MRI of the Brain.  The Lippincott Williams & Wilkins MRI Teaching File Series, Series Editors- Lufkin RB, Bradley WG, Brant-Zawadzki M.  Lippincott Williams & Wilkins, Philadelphia, PA. 2000.

Brant-Zawadzki M, Bradley WG, Cambray-Forker J: MRI of the Brain II.  The Lippincott Williams & Wilkins MRI Teaching File Series, Series Editors-Lufkin RB, Bradley WG, Brant-Zawadzki M.  Lippincott Williams & Wilkins, Philadelphia, PA 2000.

Brant-Zawadzki M, Chen MZ, Moore KR, Salzman KL, Osborn AG: Spine 100 Top Diagnoses. Pocket Radiologist Series, WB Saunders Company 2002

Brant-Zawadzki M, Philpotts L:  Screening.  Radiologic Clinics of North America July 2004: Vol 42;4

Ross JS, Brant-Zawadkzi M, Moore KR, Crim J, Chen MZ, Katzman GL: Diagnostic Imaging Spine.  Amirsys 2004

**PUBLICATIONS:**

19

**Publications (Chapters, Invited Articles, etc.) outside of referred peer-review journals**

**1978**

Jahnke RK, Brant-Zawadzki MN:  Cerebral angiography in the evaluation of cerebral ischemia:  A study guide.  Produced by Veterans Administration and Communications by Design.

**1981**

Miller EM, Brant-Zawadzki MN:  The role of CT scanning in the evaluation of spine trauma.  IN:  Interventional Radiographic Techniques:  Computed Tomography and Ultrasonography, edited by AR Margulis and CA Gooding.  University of California, pp. 113-119.

Brant-Zawadzki MN:  Extracranial cerebrovascular disease.  IN:  Diagnostic Radiology, edited by AR Margulis and CA Gooding.  University of California, pp. 193-200.

**1982**

Brant-Zawadzki MN:  CT evaluation of the traumatized spine.  IN:  Interventional Radiology and Diagnostic Imaging Modalities, edited by HI Goldberg, University of California, pp. 351-358.

Brant-Zawadzki MN:  CT of facial trauma.  IN:  Interventional Radiology and Diagnostic Imaging Modalities, edited by HI Goldberg.  University of California, pp. 333-341.

Lane B and Brant-Zawadzki MN:  CNS trauma.  IN:  Interventional Radiology and Diagnostic Imaging Modalities, edited by HI Goldberg.  University of California, pp. 343-349.

Brant-Zawadzki MN:  Computed tomographic scanning in acute cerebral infarction.  IN:  Diagnostic Radiology 1982, edited by AR Margulis and CA Gooding.  University of California, pp. 403-410.

Federle MP and Brant-Zawadzki MN:  CT of trauma.  Invited article, Diagnostic Imaging, pp. 34-38.

Brant-Zawadzki MN and Pitts LH:  CT of head trauma.  IN:  CT of Trauma, edited by MP Federle and MN Brant-Zawadzki, Williams & Wilkins, Baltimore.

Brant-Zawadzki MN and Rowe LD:  CT of facial trauma.  IN:  CT of Trauma, edited by MP Federle and MN Brant-Zawadzki.  Williams & Wilkins, Baltimore.

Brant-Zawadzki MN and Minagi H:  CT of spine trauma.  IN:  CT of Trauma, edited by MP Federle and MN Brant-Zawadzki.  Williams & Wilkins, Baltimore.

**1983**

Brant-Zawadzki M and Newton TH: Radiologic evaluation of skull base trauma. IN: Traumatology of the Skull Base.  Springer Verlaag, Berlin, pp. 53-60.

Brant-Zawadzki MN: Infections. IN: Computed Tomography of the Spine and Spinal Cord, edited by TH Newton and DG Potts.  Clavadel Press, San Anselmo, pp. 205-221.

Brant-Zawadzki M and Post JD: Trauma. IN: Computed Tomography of the Spine and Spinal Cord, edited by TH Newton and DG Potts. Clavadel Press, San Anselmo, pp. 149-186.

Brant-Zawadzki M: Digital subtraction angiography: Current status. IN: NMR, Interventional Radiology and Diagnostic Imaging Modalities, edited by AA Moss University of California, pp. 169-174.

Brant-Zawadzki M, Norman D, Davis PL, et al: Neurological applications of nuclear magnetic resonance imaging. IN: NMR, Interventional Radiology, and Diagnostic Imaging Modalities, edited by AA Moss, University of California, pp. 11-19.

Brant-Zawadzki MN, Newton TH: Radiological evaluation of skull base trauma. IN: Diagnostic Radiology, edited by AR Margulis and CA Gooding, University of California, pp. 329-333.

Mills CM, Brant-Zawadzki M, Crooks LE, Kaufman L, Newton TH, Norman D: Nuclear magnetic resonance imaging of the central nervous system. IN: Diagnostic Radiology, edited by AR Margulis and CA Gooding, University of California, pp. 341-346

Brant-Zawadzki M: Computed tomographic evaluation of spine infection. IN: Diagnostic Radiology, edited by AR Margulis and CA Gooding, University of California, pp. 489-500.

Brant-Zawadzki M, Mills CM, Norman D: Central nervous system. IN: Clinical Magnetic Resonance Imaging, edited by AR Margulis, CB Higgins, L Kaufman, LE Crooks, Radiology Research and Education Foundation, pp. 91-118.

Chafetz N, Brant-Zawadzki M: Cervical spine trauma: Principles of radiological assessment. IN: Diagnostic Radiology, edited by AR Margulis and CA Gooding, University of California, pp. 489-500.

Brant-Zawadzki M: NMR imaging: The abnormal brain and spinal cord. IN: Advanced Imaging Techniques: Modern Neuroradiology, Vol. 2, edited by TH Newton and DG Potts. Clavadel Press, San Anselmo pp. 159-185.

Brant-Zawadzki M: CT evaluation of cervical and thoracic trauma. IN: Spine Update 1984: Perspectives in Radiology, Orthopedic Surgery and Neurosurgery. Edited by HK Genant, Radiology Research and Education Foundation, San Francisco, pp. 309-318.

Brant-Zawadzki M, Norman D, Mills C: NMR imaging of the spinal cord. IN: Spine Update 1984: Perspectives in Radiology, Orthopedic Surgery and Neurosurgery. Edited by HK Genant, Radiology Research and Education Foundation, San Francisco, pp. 383-389.

Mills CM, Brant-Zawadzki M, Crooks LE, Kaufman L, Norman D, Newton TH: Magnetic resonance imaging: Effect of blood flow. IN: NMR, CT, and Interventional Radiology. Edited by AA Moss, EJ Ring, CB Higgins, University of California, pp. 261-268.

Brant-Zawadzki M: Nuclear magnetic resonance of central nervous system tumors. IN: MR, CT, and Interventional Radiology. Edited by AA Moss, EJ Ring, CB Higgins, University of California,

Norman D, Brant-Zawadzki M, Mills CM: Magnetic resonance of the spinal cord. IN: NMR, CT, and Interventional Radiology. Edited by AA Moss, EJ Ring, CB Higgins, University of California, pp. 275-280.

**1984**
Kjos BO, Brant-Zawadzki M: Magnetic resonance imaging: Clinical utility takes shape. Invited article, Diagnostic Imaging, pp. 48-53.

Brant-Zawadzki MN: Computerized tomographic diagnosis of traumatic lesions of the spinal column. IN: Computed Tomography of the Head, Neck and Spine, edited by RF Latchaw. Year Book Medical Publishers, Inc., pp. 693-705.

Brant-Zawadzki M: Brain imaging with nuclear magnetic resonance. IN: Neurosurgery, edited by RH Wilkins, SS Rengachary. McGraw-Hill (in press).

Brant-Zawadzki M, Norman D, Newton TH, Mills CM, Dillon WP, Sobel DF: Magnetic resonance imaging update: Choice of a screening pulse sequence technique. IN: Diagnostic Radiology, edited by AR Margulis and CA Gooding, University of California, pp. 71-75.

Mills CM, Brant-Zawadzki M: Cervical spine trauma. IN: Diagnostic Radiology, edited by AR Margulis and CA Gooding, University of California, pp. 337-342.

Brant-Zawadzki M: Imaging of the head. IN: Biomedical Magnetic Resonance, edited by TL James and AR Margulis, Radiology Research and Education Foundation, pp. 309-330.

Sobel DR, Moseley IF, Brant-Zawadzki M: Magnetic resonance imaging of the eye and orbit. IN: Diagnostic imaging in Ophthalmology, edited by CF Gonzales, MH Becker, JC Flanagan. Springer-Verlag, pp. 99-114.

Weinstein PR, Brant-Zawadzki M, Mills C: Nuclear magnetic resonance imaging in cerebral ischemia: Basic principles and early experience. IN: Proceedings of the 7th International Symposium on Microsurgical Anastomoses for Cerebral Ischemia, edited by RF Spetzler and RC Carter.

Brant-Zawadzki M: Clinical utility of magnetic resonance imaging of the brain. IN: Contemporary Imaging, edited by HI Goldberg, CB Higgins, EJ Ring. University of California, pp. 91-98.

Norman D, Rosenbloom S, Brant-Zawadzki M: Magnetic resonance imaging of the spinal cord and canal. IN: <u>Contemporary</u> <u>Imaging</u>, edited by HI Goldberg, CB Higgins, EJ Ring. University of California, pp. 107-111.

Norman D, Rosenbloom S, Brant-Zawadzki M: Magnetic resonance imaging of the spinal cord and canal. IN: <u>Diagnostic Radiology</u>, edited by AR Margulis, CA Gooding. University of California, pp. 341-345.

Brant-Zawadzki M: Magnetic resonance imaging of the aging brain. IN: <u>Diagnostic Radiology</u>, edited by AR Margulis, CA Gooding. University of California, pp. 353-357.

Newton TH, Kelly WM, Brant-Zawadzki M, Norman D: Comparison of magnetic resonance imaging with computed tomography in the detection and characterization of intracranial tumors. In: <u>Diagnostic Radiology</u>, edited by AR Margulis, CA Gooding. University of California, pp. 365-370.

Norman D, Brant-Zawadzki M: Magnetic resonance imaging of the central nervous system. IN: <u>Brain</u> <u>Imaging</u> <u>and</u> <u>Brain</u> <u>Function</u>, edited by L Sokoloff, Raven Press, pp. 159-169.

**1986**

Brant-Zawadzki M, Berry I, Osaki L: Role of Gd-DTPA in MRI of the brain. <u>Diagnostic</u> <u>Radiology</u>, edited by A. Margulis; University of California, pp. 315-322.

Holland BA, Brant-Zawadzki M, Pitts LH: The role of the CT in evaluation of head trauma. IN: Computed Tomography in the <u>Evaluation</u> of <u>Trauma</u>, 2nd Edition, edited by M.P. Federle and M. Brant-Zawadzki; Williams & Wilkins, pp. 1-63.

DeLaPaz R, Brant-Zawadzki M, Rowe LD: CT of maxillofacial injury. IN: <u>Computed</u> <u>Tomography</u> <u>in</u> <u>the</u> <u>Evaluation</u> of <u>Trauma</u>, 2nd Edition, edited by M. Federle and M. Brant-Zawadzki; Williams & Wilkins, pp. 64-107.

DeLaPaz R, Brant-Zawadzki M, Minagi H: CT in the evaluation of spine trauma. IN: <u>Computed Tomography</u> <u>in</u> <u>the</u> <u>Evaluation</u> of <u>Trauma</u>, 2nd Edition, edited by M. Federle and M. Brant-Zawadzki, Williams & Wilkins, pp. 116-167.

Hecht ST, Brant-Zawadzki M, Gooding CA: Radiological diagnosis of medulloblastoma. IN: <u>Medulloblastomas</u> <u>in</u> <u>Children</u>, edited by P.M. Zeltzer; Praeger Publishers.

Kucharezyk W, Brant-Zawadzki M: Magnetic resonance imaging of cerebral ischemia and infarction. IN: <u>Magnetic</u> <u>Resonance</u> <u>Annual</u>, edited by H. Kressel; Raven Press, pp. 49-69.

**1987**

Brant-Zawadzki M: Interpreting abnormal foci in MRI of the aging brain. <u>Diagnostic</u> <u>Imaging</u>, pp. 114-116.

Brant-Zawadzki M: Magnetic resonance imaging of the brain: paramagnetic contrast media and the blood-brain barrier. <u>BNI</u> <u>Quarterly</u>, pp. 39-43.

Brant-Zawadzki M, Fox A: Cerebral ischemia, hemorrhage, and vascular lesions. IN: Syllabus: A Categorical Course in Diagnostic <u>Radiology</u>. Edited by D. Harwood-Nash. Presented at the 73rd Scientific Assembly and Annual Meeting of the Radiological Society of North America, 1987. pp. 55-62.

Brant-Zawadzki M: Magnetic resonance imaging principles: the bare necessities, Part I. IN: <u>MRI</u> <u>Decisions</u>, edited by R. Spencer; 1:10-15, 1987.

**1988**

Brant-Zawadzki M: Imaging of spine trauma. IN: Textbook of <u>Diagnostic</u> <u>Imaging</u>. Vol. I. Edited by Charles E. Putman and Carl E. Ravin, W. B. Saunders Company. pp. 351-362.

Brant-Zawadzki M: Magnetic resonance imaging principles: The Bare Necessities, Part 2. IN: <u>MRI Decisions</u>. Edited by Robert H. Spencer and Richard Gallagher. pp. 12-16, January/February 1988.

**1989**

Brant-Zawadzki M: Imaging techniques. IN: Topics in Magnetic <u>Resonance</u> <u>Imaging</u>. Vol. I. Edited by Joseph K.T. Lee, MD., FACR. pp. 1-5, March 1989.

Brant-Zawadzki M: MRI enhancement of the brain: current theory and practice. <u>MRI</u> <u>Decisions</u>, November/December 1989, Vol. 3.

**1992**

Brant-Zawadzki M, Mattox S:  Value of Gd-DTPA in brain MRI of AIDS patients.  <u>MRI Decisions</u>, July/August, No. 4, pp. 2-10.

**1993**

Laub G, Atkinson D, Brant-Zawadzki M:  Optimization strategies enhance time-of-flight MRA.  <u>MR</u>, May/June 1993.

Brant-Zawadzki, MN.  A paradigm for radiology MSOs, <u>Decisions in Imaging Economics</u>, Vol 6:19-21. Fall 1993

**1994**

Brant-Zawadzki, M.  Cost containment drives utilization management.  <u>Diagnostic Imaging</u>, September 1994:37-43.

**1995**

Brant-Zawadzki, M.  Outcome analysis and diagnostic imaging:  Therapeutic tool or information technology?  A view to the future. <u>Radiology Today</u>, November 1994.

Kelly A, Brant-Zawadzki M.  Brain neoplasms studied by MRI.  <u>Encyclopedia of Nuclear Magnetic Resonance</u>. (1995)

**1996**

Brant-Zawadzki, M.  The walgreening of radiology.  <u>Imaging Economics</u>, March/April 1996:9-10, 65.

**1998**

Brant-Zawadzki M.  Editorial: . . .But Will It Play in Peoria?  <u>American Journal of Neuroradiology</u> 1998; 19:1384-1385.

**1999**

Brant-Zawadzki M:  Head Trauma.  IN:  <u>Emergency Imaging</u> Edited by Brant-Zawadzki M, Jeffrey RB, Lippincott, Williams & Wilkens (1999).

Brant-Zawadzki M:  Stroke.  IN:  <u>Emergency Imaging</u> Edited by Brant-Zawadzki M, Jeffrey RB, Lippincott, Williams & Wilkens (1999).

Brant-Zawadzki M:  Acute Myelopathy.  IN:  <u>Emergency Imaging</u> Edited by Brant-Zawadzki M, Jeffrey RB, Lippincott, Williams & Wilkens (1999).

Brant-Zawadzki M:  Fever and Neurological Signs: Rule Out CNS Infection.  IN:  <u>Emergency Imaging</u> Edited by Brant-Zawadzki M, Jeffrey RB, Lippincott, Williams & Wilkens 1999.

**2000**

Brant-Zawadzki, M: Screening on demand: portent of a revolution in medicine. <u>Diagnostic Imaging</u>. Dec 2000

**2001**

Brant-Zawadzki, M: Consumerism and Healthcare- Imaging on Demand. <u>Diagnostic Imaging</u>. August 2001

Ross JS, Modic MT, Brant-Zawadzki MN: Neuroradiology-Spinal Imaging: Dealing with Back Pain. RSNA categorical update course in diagnostic radiology.

**2002**

Brant-Zawadzki, M, Silverman, J: Risk of Cancer from Diagnostic X-Ray Imaging: The State and Nature of Our Knowledge- A Discourse.  <u>Diagnostic Imaging</u>, May 2002.

Siegel Mj, Smith R, Aberle D, Yee J, Mendelson E, Brant-Zawadzki MN: Screening for Cancer: Screening CT in Clinical Practice: Rationale.  <u>Radiographics</u> 2002;22:1532-1539.

Brant-Zawadzki, M: Office-based radiology asks, "Whose office?" <u>Diagnostic Imaging</u> October 2002:23-25.

**2003**

Seminars in Ultrasound, CT and MRI: Epidemiological screening, guest editor Brant-Zawadzki, M, editors Raymond, W, Zwiebel, W, Swartz, J, WB Saunders February 2003, 24 (1).

Cassel D, Brant-Zawadzki M, Dwyer C: Learn importance of billing carefully. <u>Diagnostic Imaging</u> June 2003:49-55.

**2004**

Brant-Zawadzki M: CT Screening for Self-Referring Patients.  <u>RBMA Bulletin</u>.  Nov-Dec 2004:39;20-25.

**2005**
Brant-Zawadzki M.  Diagnostic Radiology:  Major Weapon in Patient Care or Weapon of Mass Destruction?  <u>Journal of the American College of Radiology</u> April 2005; Vol. 2;4

**2006**
Brant-Zawadzki M: Radiation Is Godlike: Evolutionary Catalyst or Tool of Intelligent Design:  <u>Medscape Radiology</u>.  2006;7(2).  Posted 8/14/06

Brant-Zawadzki M: Healthcare Spending: Too Much, or Too Little!?  <u>Medscape Radiology</u>.  2006;7(2).  Posted 9/18/06

Brant-Zawadzki M: An Apple a Day…  <u>Medscape Radiology</u>.  2006;7(2).  Posted 10/19/06.

Brant-Zawadzki M.  The Goose and the Nighthawk: A Bedtime Fable for Young Radiologists. (With Apologies to Brothers Grimm).  <u>Journal of the American College of Radiology</u>  April 2006: Vol. 3; No. 4

**2007**
Brant-Zawadzki M.  Special Focus – Outsourcing After Hours Radiology: One Point of View – Outsourcing Night Call.  <u>Journal of the American College of Radiology</u>  2007;4:672-4

**2010**
Brant-Zawadzki M.  Sipping Mudding Water.  <u>Journal of the American College of Radiology</u>  Jan 2010: Vol. 7; No. 1

Brant-Zawadzki M.  The Voice of Experience – Radiology Dictation and Self-Edited Voice Experience.  <u>Journal of the American College of Radiology</u>  June 2010: Vol. 7: No. 6

**ORIGINAL ARTICLES: PEER REVIEWED**
(* indicates that 1st author a trainee, Brant-Zawadzki primary author)

**1973**
Ross JW, Paup DD, Brant-Zawadzki MN, Marshall JR, Gorski RA: Effects of "cis-" and "trans-" clomiphene in the induction of sexual behavior. <u>Endocrinology</u> 93(3):691-695.

**1977**
O'Dell CW, Davis GG, Johnson AD, Safdi MA, Brant-Zawadzki MN, Bookstein JJ: Sodium nitroprusside in the treatment of ergotism. <u>Radiology</u> 124:73-74.

**1978**
Brant-Zawadzki MN and Enzmann DR: Computed tomographic brain scanning in patients with lymphoma. <u>Radiology</u> 129:67-71.

**1979**
Noon MA, Brant-Zawadzki MN, Yong SW, Castellino RA: Radiographic findings of lymphoma involving the larynx: A report of two cases. <u>AJR</u> 132:457-458.

Brant-Zawadzki MN and Enzmann DR: Orbital computed tomography: Calcific densities of the posterior globe. <u>J Comput Assist Tomogr</u> 3(4):503-505.

Brant-Zawadzki MN, Anderson ME, DeArmond SJ, Conley FK, Jahnke RW: Large intracranial vessel radiation-induced occlusive vasculopathy. <u>AJR</u> 134:51-55.

**1980**
Enzmann DR, Brant-Zawadzki MN, Britt R, et al: Computed tomographic brain scanning in immunocompromised hosts with brain abscess. <u>Am J Neuroradiol</u> 1:239-243; ALSO <u>AJR</u> 135:263-267.

*Harter L, Silverberg GD, Brant-Zawadzki MN: Intrasellar arachnoid cyst - a case report. <u>Neurosurgery</u> 7:389-390.

**1981**
Brant-Zawadzki MN, Miller ER, Federle MP: CT in the evaluation of spine trauma. <u>AJR</u> 136:369-375.

Brant-Zawadzki MN and Enzmann DR: Correlation of low white matter attenuation with early gestational age in neonates using computed tomography of the brain. <u>Radiology</u> 139:105-108.

Rowe LD, Miller E, Brant-Zawadzki MN: Computed tomography in maxillofacial trauma. Laryngoscope 91:745-757.

Brant-Zawadzki MN, Silberstein R, Anderson MA: The use of duplex ultrasound scanning in flow analysis of abdominal vessels. App Radiol 19(5):101-104.

*Wall SD, Brant-Zawadzki MN, Jeffrey RB, Barnes B: CT findings within twenty-four hours of cerebral infarction. AJNR 2:553-557; ALSO AJR 138:307-311.

#### 1982

Brant-Zawadzki MN, Jeffrey RB, Minagi H, Pitts LR: High resolution CT of thoracolumbar fractures. AJNR 3:69-74, ALSO AJR 138:699-704.

Brant-Zawadzki MN, Minagi H, Federle MP, Rowe LD: High resolution CT with image reformation in maxillofacial pathology. AJNR 3:31-37.

Federle MP, Cohen HA, Rosenwein MF, Brant-Zawadzki MN, et al: CT pelvimetry - low dose technique using digital radiography. Radiology 143:733-735.

Brant-Zawadzki MN, Chang GY, McCarty GE: Computed tomography in dural sinus thrombosis: Importance of varying gray scale settings. Arch Neurol 389:446-447.

Brant-Zawadzki MN, Wofsy CB, Schecter G: CT of subarachnoid hemorrhage due to nematode infestation: presumed gnathostomiasis. West J Med 137:65-67.

Brant-Zawadzki MN and Jeffrey RB: CT with image reformation for noninvasive screening of the carotid bifurcation: early experience. AJNR 3:395-400.

*Brown SB, Brant-Zawadzki MN, Eifel P, Coleman NC, Enzmann DR: CT of irradiated solid tumor brain metastases. Neuroradiology 23:127131.

Goodman PC and Brant-Zawadzki MN: Digital subtraction pulmonary angiography. AJR 139:305-309.

*Brown MB, Brant-Zawadzki MN, Cann CE: Dynamic CT scanning of spinal column trauma. AJNR 3:561-566; ALSO AJR 139:1177-1181.

Crooks LE, Mills CM, Davis PL, Brant-Zawadzki MN, et al: Visualization of cerebral and vascular abnormalities by NMR imaging: I. The effects of imaging parameters on contrast. Radiology 144:843-851.

Rowe LD and Brant-Zawadzki MN: Spatial analysis of midfacial fractures with multidirectional computed tomography. Clinicopathological correlates in 44 cases. Otolaryngology - Head and Neck Surgery 90:651-660.

Brant-Zawadzki M, Gould R, Norman D, Newton TH, Lane B: Digital subtraction cerebral angiography following intra-arterial contrast injection: comparison with conventional angiography. AJNR 3(6): 593-600; ALSO AJR 140:347—353(1983).

Crooks LE, Ortendahl DA, Kaufman L, Hoenninger J, Arakawa M, Watts J, Canmart CR, Brant-Zawadzki M, Davis PL, Margulis A: NMR imaging with high patient throughput. Radiology 146:123-128.

#### 1983

*Friedman MN and Brant-Zawadzki MN: Interhemispheric subdural hematoma from ruptured aneurysm. Comput Radiol 7(2):129-134.

Brant-Zawadzki M, Mills CM, Davis PL: CNS applications of NMR imaging. Appl Radiol 12(2): 25-30.

Brant-Zawadzki M, Davis PL, Crooks LE, et al: NMR in the demonstration of cerebral abnormalities: Comparison with CT. AJNR 4(2):1117-1124; ALSO AJR 140:847-854.

LeWitt PA, Forno LS, Brant-Zawadzki M: Neoplastic angioendotheliosis: A case with spontaneous regression and the radiographic appearance of cerebral arteritis. Neurology 33:39-44.

Barnes BD, Brant-Zawadzki M, Mentzer W: Digital subtraction angiography in the diagnosis of superior sagittal sinus thrombosis. Neurology 33(4):508-509.

Brant-Zawadzki MN, Enzmann DR, Placone RC, et al: NMR and CT correlation of experimental brain abscess. AJNR 4:250-253.

*Kelly WP, Brant-Zawadzki MN, Pitts LH: Arterial injection digital subtraction angiography. J Neurosurg 158:851-856.

*Yeates AE, Brant-Zawadzki M, Norman D, et al: NMR imaging of syringomyelia. AJNR 4:234-237.

*Kelly WP, Hoddick W, Brant-Zawadzki M: Digital subtraction angiography of the cervicocranial vasculature. Res Staff Phys 5:33-47 and Medical Times 112(7):82-96.

Moseley IM, Brant-Zawadzki M, MillS CM: Nuclear magnetic resonance imaging of the orbit. Br J Ophthalmol 67(6):333-342.

*Holland BA, Jeffrey RB, Brant-Zawadzki M: Intravenous digital subtraction angiography in the demonstration of femoral pseudoaneurysms. AJR 141:607-608.

Brasch RC, Nitecki DE, Brant-Zawadzki M, et al: Brain nuclear magnetic resonance imaging enhanced by a paramagnetic nitrocide contrast agent. AJNR 4:1035-1039; ALSO AJR

*Kjos BO, Brant-Zawadzki M, Young RG: Early CT findings of global CNS hypoperfusion. AJNR 4:1043-1048; ALSO AJR

Brant-Zawadzki MN, Burke VC, Jeffrey RB: CT in the evaluation of spine infection. Spine 8:358-364.

*Mills CM, Brant-Zawadzki M, Crooks LE, Kaufman L: Nuclear magnetic resonance imaging: Applications for neurological abnormalities. Radiation Medicine 1:1-7.

*Kelly WM, Brant-Zawadzki MN: Acquired immunodeficiency syndrome: neuroradiologic findings. Radiology 149:485-491.

*Mills CM, Crooks LE, Kaufman L, Brant-Zawadzki M: Cerebral abnormalities: Use of calculated Tl and T2 magnetic resonance images for diagnosis. Radiology 150:87-94.

*Mills CM, Brant-Zawadzki M, Crooks LE, Kaufman L, Sheldon P, Norman D, Bank W, Newton TH: Nuclear magnetic resonance: Principles of blood flow imaging. AJNR 4:1161-1166 and AJR (1984).

Norman D, Mills CM, Brant-Zawadzki M, Yeates A, Crooks LE, Kaufmann L: Magnetic resonance imaging of the spinal cord and canal: Potentials and limitations. AJR 141:1147-1152 and AJNR 5:9-14.

## 1984

Brant-Zawadzki M, Bartkowski HM, Pitts LH, Hylton NM, Mills CM, Nishimura MC, Ortendahl DA: NMR imaging of experimental and clinical cerebral edema. Noninv Med Imag 1:43-47.

*Bradley WG, Waluch V, Brant-Zawadzki M, Wycoff RR, Yadley RA: Patchy periventricular white matter lesions in the elderly: A common observation during NMR imaging. Noninvas Med. Imag. 1.35-41.

*Dillon W, Brant-Zawadzki M, Sherry RG: Transient CT abnormalities following focal seizures. AJNR 5:107-109.

Brant-Zawadzki M, Badami JP, Mills CM, Norman D, Newton TH: Primary intracranial tumor imaging: A comparison of magnetic resonance and CT. Radiology 150:435-440.

*Fink IJ, Danziger A, Dillon WP, Brant-Zawadzki M, Rechthand E: Atypical CT findings in bacterial meningoencephalitis. Neuroradiology 26:51-54.

Brant-Zawadzki M, Bartkowski HM, Ortendahl DA, PittS LH, Hylton NM, Nishimura MC, Crooks LE: NMR in experimental edema: Value of Tl and T2 calculations. AJNR 5:125-129.

*Holland BA, Brant-Zawadzki M: High-resolution CT of temporal bone trauma. AJNR 5:291-295.

*Moon KL Jr., Brant-Zawadzki M, PittS LH, MillS CM: Nuclear magnetic resonance imaging of CT - Isodense subdural hematomas. American Journal of Neuroradiology 5:319-322.

Gooding CA, Brasch RC, Lallemand DP, Wesbey GE, Brant-Zawadzki MN: NMR imaging of the brain in children. J Pediat 104(4):509-515.

*Kass DA, Brant-Zawadzki M, Houston LW: Intra-arterial DSA using small catheters and peripheral injection sites. Noninv Med Imag 1(2): 149-151.

Holmes M, Brant-Zawadzki M, Simon R: Clinical features of meningovascular syphilis. Neurology 34:553-556.

Brant-Zawadzki M, Norman D, Newton TH, Kelly WM, Kjos B, Mills CM, Dillon W, Sobel D, Crooks LE: Magnetic resonance imaging of the brain: The optimal screening technique. Radiology 152:71-77.

Kelly WM, Gould R, Norman D, Brant-Zawadzki M, Cox L: ECG-synchronized DSA exposure control: Improved cervicothoracic image quality. American Journal of Neuroradiology 5:429—432.

*Sobel DF, Mills C, Char D, Norman D, Brant-Zawadzki M, Kaufman L, Crooks L: NMR of the normal and pathologic eye and orbit. American Journal of Neuroradiology 5:345-350.

*Dillon WP, Mills CM, Kjos B, DeGroot J, Brant-Zawadzki M: Magnetic resonance imaging of the nasopharynx: Normal and pathologic anatomy. Radiology 152:731-738.

Goodman PC, Jeffrey RB, Brant-Zawadzki M: Digital subtraction angiography in extremity trauma. Radiology 153:61-64.

*Guyon J, Brant-Zawadzki M, Seiff SR: CT demonstration of optic canal fractures. AJNR 5:575-578.

Kelly WM, Brant-Zawadzki M, Norman D, Gould R: Beam attenuation devices for digital subtraction angiography. Radiology 153:817-818.

*LaBerge JM, Brant-Zawadzki M: Evaluation of Pott's disease with computed tomography. Neuroradiology 26:429-434.

Friedland RP, Budinger TF, Brant-Zawadzki M, Jagust WJ: The diagnosis of Alzheimer-type dementia: A preliminary comparison of PET and proton NMR imaging. JAMA 252(19):2750-2752.

Norman D, Brant-Zawadzki M, Sobel D Tolerability and efficacy of hexabrix in cerebral angiography. Investigative Radiology 19(6): S306-S307.

Norman D, Brant-Zawadzki M, Gould RG, Newton TH: Optimal iodine concentration in digital subtraction arteriography. Investigative Radiology 19(6):S368-S370.

*Stimac GK, Brant-Zawadzki M: CT of acute brain disorders. Part 1. Trauma. App Radiol 13(6):97-102.

**1985**
Brant-Zawadzki M, Kelly W, Kjos B, Newton TH, Norman D, Dillon W, Sobel D: Magnetic resonance imaging and characterization of normal and abnormal intracranial cerebrospinal fluid (CSF) spaces: Initial observations. Neuroradiology 27:3-8.

*Stimac GK, Brant-Zawadzki M: CT of acute brain disorders. Appl Radiol 14(1)1:70-77.

*McCarthy SM, Filly RA/ Stark DD, Hricak H, Brant-Zawadzki MN, Callen PW, Higgins CB: Obstetrical magnetic resonance imaging: Fetal Anatomy. Radiology 154:427-432.

*Kucharczyk W, Brant-Zawadzki M, Norman D, Newton TH: Magnetic resonance imaging (MRI) of the central nervous system: An update. West J Med 142:54-62.

Fisher MR, Amparo EG, Barker B, Brandt G, Brant-Zawadzki M, Hricak H, Higgins CB: Magnetic Resonance Imaging Using Specialized Coils. Radiology 157:433-448.

Brant-Zawadzki M, Pereira B, Weinstein P, Moore S, Kucharczyk W, Berry I, McNamara M, Derugin N: MRI of Acute Experimental Ischemia in Cats. American Journal of Neuroradiology 7:7-12.

*Holland BA, Kucharczyk W, Brant-Zawadzki M, Norman D, Haas DK, Harper PS: MRI of calcified intracranial lesions. Radiology 157:353-356.

*Kelly WM, Brant-Zawadzki M, Schardt MA, Carrol CL: Intra-Arterial DSA: Early experience with a 1024(2) matrix. Neuroradiology 27:70-76.

*Sobel DF, Kelly W, Kjos BO, Char D, Brant-Zawadzki M, Norman D: MR imaging of orbital and ocular disease. American Journal of Neuroradiology 6:259-264.

*Kjos BO, Ehman RL, Brant-Zawadzki MI Kelly WK, Norman D, Newton TH: Reproducibility of relaxation times and spin density calculated from routine magnetic resonance imaging sequences: Clinical study of the CNS. American Journal of Neuroradiology 6:271-276.

*Kjos BO, Ehman RL, Brant-Zawadzki M: Reproducibility of TI and T2 relaxation times calculated from routine magnetic resonance imaging sequences: Phantom study. American Journal of Neuroradiology 6:277-283.

*Holland BA, Brant-Zawadzki M, Norman D, Newton TH: Magnetic resonance imaging of primary intracranial tumors: A review. International Journal of Radiation, Oncology, Biology, Physics 11:315-321.

*Kucharczyk W, Brant-Zawadzki M, Sobel D, Edwards MB, Kelly WM, Norman D, Newton TH: Magnetic resonance imaging of suspected central nervous system tumors in children. Radiology 155:131-136.

*Nyberg DA, Jeffrey RB, Brant-Zawadzki M, Federle M, Dillon W: Computed tomography of cervical infections. J Comput Assist Tomogr 9(2): 288-296.

*Burke DR, Brant-Zawadzki M: CT of pyogenic spine infection. Neuroradiology 27:131-137.

Feinberg DA, Mills CM, Posin JP, Ortendahl DA, Hylton NMI Crooks LE, Watts JC, Kaufman L, Arakawa M, Hoenninger J, Brant-Zawadzki M: Multiple spin-echo magnetic resonance imaging. Radiology 155: 437-442.

*Kjos BO, Brant-Zawadzki M, Kucharczyk W, Kelly WM, Norman D, Newton TH: Cystic intracranial lesions: Magnetic resonance imaging. Radiology 155:363-369.

Norman D, Ulloa NI Brant-Zawadzki M, Gould RG: Intraarterial digital subtraction imaging cost considerations. Radiology 156:33-35.

Feinberg DA, Crooks LE, Kaufman L, Brant-Zawadzki M, Posin JP, Arakawa M, Watts JC, Hoenninger J: Magnetic resonance imaging performance for sodium: Comparison with hydrogen. Radiology 156:133-138.

*Kucharczyk W, Lemme-Plaghos L, Uske A, Brant-Zawadzki M, Dooms G, Norman D: Intracranial vascular malformations: MR and CT imaging. Radiology 156:383—389.

*Kelly WM, Brant-Zawadzki M, Norman D, Kjos B, Newton TH: Advantages of magnetic resonance imaging (MRI) vs. computerized tomography (CT) for detection and characterization of intracranial tumors. Electromedica 53(2):68-75.

*Kucharczyk W, Brant-Zawadzki M, Lemme-Plaghos L, Uske A, Kjos B, Feinberg DA, Norman D: MR Technology: Effect of even-echo rephasing on calculated T2 values and T2 images. Radiology 157:95-101.

*Eubanks BA, Cann CE, Brant-Zawadzki M: Effects of slice angulation and thickness on measurement of the diameter of spinal and other bony canals by computed tomography. Radiology 157:243-246.

*McCreary JA, Schellhas KP, Brant-Zawadzki MI Norman D, Newton TH: Outpatient digital subtraction angiography in cerebrovascular disease using transbrachial arch injections. American Journal of Neuroradiology 6:795-801.

Brant-Zawadzki M, Fein G, Van Dyke C, Kiernan R, Davenport L, De Groot J: Magnetic resonance imaging of the aging brain: Patchy white matter lesions and dementia. American Journal of Neuroradiology 6:675-682.

Brant-Zawadzki M, Solomon M, Newton T, Weinstein P, Schmidley J, Norman D: Basic principles of magnetic resonance imaging in cerebral ischemia and initial clinical experience. Neuroradiology 27:517-520.

**1986**
*McNamara MT, Brant-Zawadzki M, Berry I, Pereira B, Weinstein P, Derugin N, Moore S, Kucharczyk W, Brasch RC: Acute experimental cerebral ischemia: MRI enhancement using Gd-DTPA. Radiology 158:701-705.

*Dooms G, Hecht S, Brant-Zawadzki M, Berthiaume Y, Norman D, Newton T: Brain radiation lesions: MR imaging. Radiology 158:149-155.

*Lemme-Plaghos L, Kucharczyk W, Brant-Zawadzki M, Uske A, Edwards M, Norman D, Newton TH: Magnetic resonance imaging of angiographically occult vascular malformations. AJNR 7:217-222.

*Holland BA, Hass DK, Norman D, Brant-Zawadzki M, Newton TH: MR of normal brain maturation. AJNR 7:201-208.

*Dake MD, McMurdo SK, Rosenblum ML, Brant-Zawadzki M: Pyogenic abscess of the medulla oblongata. Neurosurgery 18(3):370-372.

Bederson JB, Bartkowski HM, Moon K, Halks-Miller M, Nishimura MC, Brant-Zawadzki M, Pitts LH: Nuclear magnetic resonance imaging and spectroscopy in experimental brain edema in a rat model. Journal of Neurosurgery 64:795-802.

*Dooms GC, Uske A, Brant-Zawadzki M, Kucharczyk W, Lemme-Plaghos L, Newton TH, Norman D: Spin-echo MR imaging of intracranial hemorrhage. Neuroradiology 28:132-138.

Andrews B, Brant-Zawadzki M, Wilson C: Varian aneurysms of the fenestrated basilar artery. Neurosurgery 18(2):204-207.

*Sze G, DeArmond SJ, Brant-Zawadzki M, Davis RL, Norman D, Newton TH: Foci of MRI signal (pseudolesions) anterior to the frontal horns: histologic correlations of a normal finding. Amer J of Neuroradiology 7:381-387.

Brant-Zawadzki M, Berry I, Osaki L, Brasch B, Murovic J, Norman D: Gd-DTPA in clinical MR imaging of the brain - I: Intraaxial lesions. American Journal of Neuroradiology 7:781-788.

*Berry I, Brant-Zawadzki M, Osaki L, Brasch R, Murovic J, Newton T: Gd-DTPA in clinical MR imaging of the brain ~ Extraaxial lesions and normal structures. American Journal of Neuroradiology 7:789-793.

*McMurdo K, Brant-Zawadzki M, Bradley W, Chang G, Oberg B: Intermediate field strength magnetic resonance imaging of dural sinus thrombosis. Radiology 161:83-86.

*Olsen WL, Dillon WP, Kelly WM, Norman D, Brant-Zawadzki M, Newton TH: MR imaging of paragangliomas. AJNR 7:1039-1042.

*Sze G, Brant-Zawadzki M, Wilson CR, Norman D, Newton TH: Pseudotumor of the craniovertebral junction associated with chronic subluxation: MR imaging studies. Radiology 161:391-394.

Brant-Zawadzki M, Berry I, Osaki L, Brasch B: Temporal evolution of Gd-DTPA contrast enhancement of intracranial lesions viewed with magnetic resonance imaging. Excerpta Medica January 1986:118-120.

*Germano I, Bartkowski H, Berry I, Moseley M, Brant-Zawadzki M, Pitts L: Magnetic resonance imaging in the evaluation of Nimodipine-treated acute experimental focal cerebral ischemia. Acta Radiologica (Suppl) 369:49-52.

*Berry I, Moseley M, Germano M, Ishige N, Nishimura M, Bartkowski H, Pitts L, Brant-Zawadzki M: Combined magnetic resonance imaging and spectroscopy in experimental regional injury of the brain. Acta Radiologica (Suppl) 369:338-349.

**1987**

Brant-Zawadzki M, Weinstein Ph, Bartowski H, Moseley M: Magnetic resonance imaging and spectroscopy in clinical and experimental cerebral ischemia: A review. American Journal of Neuroradiology 8:39-48.

*Sze G, Brant-Zawadzki M, Norman D, Newton TH: The neuroradiology of AIDS. Seminars in Roentgenology Vol XXII, No 1:42-53.

*McMurdo K, Moore S, Brant-Zawadzki M, Berg B, Koch T, Newton T, Edwards M: MRI of intracranial tuberous sclerosis. American Journal of Neuroradiology 8:77-82.

Fisher M, Barker B, Brant-Zawadzki M: MR imaging using specialized coils. Radiology 157:443-447.

*Rhyner P, Hudgins R, Edwards M, Brant-Zawadzki M: Magnetic resonance imaging of syringomyelia associated with an extramedullary spinal cord tumor: case report. Neurosurgery 21:233-235.

*Olsen WL, Brant-Zawadzki M, Hodes J, Norman D, Newton Th: Giant intracranial aneurysms - MR imaging. Radiology, 163:431.

**1988**
Brant-Zawadzki M: The current state of MR brain imaging: an overview. Radiology 166:1-10.

*Sze G, Uichanco L, Brant-Zawadzki M, et al: Chordomas: MR imaging. Radiology 166:187-191.

Rutka J, Brant-Zawadzki M, Wilson C, et al: Familial cavernous malformations - diagnostic potential of magnetic resonance imaging. Surg Neurol 29-467-74

Kramer J, Norman D, Brant-Zawadzki M, Ablin A, Moore I: Absence of white matter changes on magnetic resonance imaging in children treated with CNS prophylaxis therapy for leukemia. Cancer Mar 1;61(5):928-30.

*Berry I, Brant-Zawadzki M, Manelfe C: MRI study of a feline model of acute cerebral ischemia. J. Neuroradiology 15:95-107.

**1989**
*Artenian D, Lipman J, Scidmore G, Brant-Zawadzki M: Acute neck pain due to tendonitis of the longus colli: CT and MRI findings. Neuroradiology 31:166-169.

*Sue D, Chicola C, Brant-Zawadzki M, Scidmore F, Hart J, Hanna J: MR imaging in seminal vesiculitis. Journal of Computer Assisted Tomography 13(4):662-664, July/August.

Hurwitz R, Lane S, Bell R, Brant-Zawadzki M: Acoustic analysis of gradient-coil noise in MR imaging. Radiology 173:545-548.

Higashida R, Halbach V, Cahan L, Brant-Zawadzki M, et al: Transluminal angioplasty for treatment of intracranial arterial vasospasm. J. Neurosurgery 71:648-653, 1989.

**1990**
Higashida R, Halbach V, Dormandy B, Bell J, Brant-Zawadzki M, Hieshima G: New microballoon device for transluminal angioplasty of intracranial arterial vasospasm. American Journal of Neuroradiology 11:233-238.

*Dunkley B, Brant-Zawadzki M: MRI evaluation of the stroke patient. Hospital Physician, March 1990, Vol. 26, No. 3, pp. 43-46.

Fein G, Van Dyke C, Davenport L, Turetsky B, Brant-Zawadzki M, et al: Preservation of normal cognitive functioning in elderly subjects with extensive white-matter lesions of long duration. Archives of General Psychiatry, March, Vol. 47, pp. 220-223.

Brant-Zawadzki M: Routine MR imaging of the internal carotid artery siphon: angiographic correlation with cervical carotid lesions. American Journal of Neuroradiology, 11:467-471, May/June.

**1991**
Brant-Zawadzki M.: Re: assessment of carotid artery patency on routine spin-echo MR imaging of the brain; a commentary. American Journal of Neuroradiology 12:827-828, September/October 1991.

Sze G, Brant-Zawadzki M, Haughton V, et al. Multicenter study of Gadodiamide injection as a contrast enhancing agent in MR imaging of the brain and spine. Radiology 181:693-699.

Runge V, Bradley W, Brant-Zawadzki M, et al. Clinical safety and efficacy of Gadoteridol: A study in 411 patients with suspected intracranial and spinal disease. Radiology 181:701-709.

Brant-Zawadzki M. Pitfalls of contrast-enhanced imaging in the nervous system. Magnetic Resonance in Medicine 22, 243-248.

**1992**
Brant-Zawadzki M, Gillan G, Nitz W. MP RAGE - A Three Dimensional, T1 weighted, gradient echo sequence—Initial experience in the brain. Radiology 1992; 182:769-775.

Brant-Zawadzi M, Gillan G.  Extracranial carotid magnetic resonance angiography.  Cardiovascular and Interventional Radiology 1992; 15:82-90.

*Sue D, Brant-Zawadzki M, Chance J.  Dissection of cranial arteries in the neck: correllation of MRI and arteriography.  Neuroradiology 1992, 34:273-278.

**1993**
*Bui L, Brant-Zawadzki M, Verghese P, Gillan G.  Magnetic resonance angiography of cervicocranial dissection.  Stroke 1993; 24;126-131.

*Jensen M, Brant-Zawadzki M.  MR imaging of the brain in patients with AIDS:  value of routine use of IV Gadopentetate Dimeglumine.  American Journal of Roentgenology 160:153-157, 1993.

Fisher M, Brant-Zawadzki M, Ameriso S, et al.  Subcortical magnetic resonance imaging changes in a healthy elderly population - stroke risk factors, ultrasound and hemostasis findings.  Journal of Neuroimaging.  1993; Vol 3 No 1:28-32.

Brant-Zawadzki M, Anthony M, Mercer E.  Implantation of P.A.S. Port venous access device in the forearm under fluoroscopic guidance.  American Journal of Roentgenology.  1993;160:1127-1128.

Brant-Zawadzki MN, Gillan GD, Atkinson DJ, et al.  3D MRI and display of intra-cranial pathology: improvements with MP-RAGE and Gd-DTPA.  JMRI 1993; 3:656-662.

**1994**
Atkinson D, Brant-Zawadzki M, Gillan G, Purdy D, Laub G.  Improved MRA: magnetization transfer suppression (MTS) with variable flip angle excitation (TONE) and high resolution matrices.  Radiology 1994;190:890-894.

*Jensen MC, Brant-Zawadzki MN, Obuchowski N, Ross JS, Modic MT, Malkasian D.  Magnetic resonance imaging of the lumbar spine in people without back pain.  New England Journal of Medicine.  1994;351 (July), No 2:69-73

*Jensen MC, Kelly AP, Brant-Zawadzki MN.  MRI of Degenerative Disease of the Lumbar Spine.  Magnetic Resonance Quarterly.  1994;10(3):173-190.

**1995**
Brant-Zawadzki M, Jensen M.  Imaging Corner - Spinal Nomenclature.  Spine 1995;20(3):388-390.

Brant-Zawadzki MN, Jensen MC, Obuchowski N, Ross JS, Modic MT.  Inter- and intraobserver variability in interpretation of lumbar disc abnormalities:  a comparison of two nomenclatures.  Spine 1995;20(11): 1257-1264.

**1996**
Brant-Zawadzki M, Atkinson D, Detrick M, Bradley W, Scidmore G.  Fluid attenuated inversion recovery (FLAIR) for assessment of cerebral infarction: initial clinical experience in 50 cases.  Stroke 1996;27:1187-1191.

**1997**
Krugman ME, Brant-Zawadzki M.  Magnetic resonance angiography for prepharyngoplasty assessment in velocardiofacial syndrome.  Cleft-Palate Craniofacial Journal.  1997, May;34(3):266-267.

Brant-Zawadzki M.  CT angiography in acute ischemic stroke: the right tool for the job?  American Journal of Neuroradiology Jun-Jul;18(6):1021-1023.

Brant-Zawadzki M, Heiserman J.  The roles of MR angiography, CT Angiography, and Sonography in Vascular Imaging of the Head and Neck.  American Journal of Neuroradiology.  1997;18:1820-1825.

**1998**
Bettmann MA, Katzen BT, Whisnant J Brant-Zawadzki M.  Opinion:  Carotid Stenting and Angioplasty:  A Statement of Healthcare Professionals from the Councils on Cardiovascular Radiology, Stroke, Cardiovascular Surgery, Epidemiology and Prevention, and Clinical Cardiology, American Heart Association.  JVIR 1998; 9:3-5, Stroke and Circulation 1998; 13.

**1999**

O'Carroll CP, Brant-Zawadzki M.  The Syndrome of Spontaneous Intracranial Hypotension.  Cephalalgia
1999;19(2):80-87.

**2000**

Brant-Zawadzki M. Dennis SC, Gade GF, Weinstein MP.  Low Back Pain: What the Clinicians Want to Know (and
when they want to know it).  Radiology 2000;217(2):321-330.

**2002**

Brant-Zawadzki M.  "CT Screening": Why I Do It. American Journal of Radiology 2002;179:319-326.

Duma GM, Brant-Zawadzki M, Shea WM, Tassin J, Mackintosh R, Plunkett M, Sharp S. The role of MRI and Proton
MRS in directing and leading edge boost Gamma Knife radiosurgery for recurrent glioblastoma multiforme.
Journal of Neuroradiology 2002;IS35 (August) No. O-083.

Brant-Zawadzki M: Screening CT: Rationale. Radiographics 2002;22:1532-1539.

**2005**

Modic MT, Obuchowski NA, Ross JS, Brant-Zawadzki M, Grooff PN, Mazanec DJ, Benzel EC.  Acute Low Back Pain
and Radiculopathy: MR Imaging Findings and Their Prognostic Role and Effect on Outcome.  Radiology
2005;237(2):597-604.

Brant-Zawadzki M.  The role of computed tomography in screening for cancer.  Eur Radiol Suppl 2005 15
[Suppl 4]:D52-D54

**2006**

Brant-Zawadzki M.  A Dagger in the Heart of Radiology.  Imaging Economics; The Last Word  June 12, 2006

**2007**

Brant-Zawadzki G, Matthews M, Duma CM, Kim B, Chen P, Heineman S, Brant-Zawadzki M.  Central Neurocytoma:
Case Report of an 81-Year-Old and Histopathologic Findings.  The Neuroradiology Journal  20:61-66, 2007

Obuchowski N, Brant-Zawadzki M.  Total Body Screening: Preliminary Results of a Pilot Randomized Controlled Trial.
Journal of the American College of Radiology Sept 2007: Vol. 4; No. 9

**2008**

Ash LM, Modic MT, Obuchowski NA, Ross JS, Brant-Zawadzki MN, Grooff PN.  Effects of Diagnostic Information, Per
Se, on Patient Outcomes in Acute Radiculopathy and Low Back Pain.  American Journal of Neuroradiology 29:1098-
103

Mathews MS, Duma CM, Brant-Zawadzki M, Hasso A, Westhout FD, Klein DJ, Vanhorn D.  Extramedullary
hematopoeisis within a convexity meningioma.  Surgical Neurology  2008 May;69(5):522-5

Mathews MS, Brown D, Brant-Zawadzki M.  Perimesencephalic Nonaneurysmal Hemorrhage Associated with Vein of
Galen Stenosis.  Neurology & Neurology Stroke Subspecialty Bonus Issue  2008 Jun 10;70(24 Pt2):2410-1

Mathews MS, Brant-Zawadzki M, Peck W.  Brown-Sequard Syndrome Secondary to Spontaneous Bleed from
Postradiation Cavernous Angiomas.  American Journal of Neuroradiology  2008 Jul 10 [Epub ahead of print]

Brant-Zawadzki M, Enzmann DR.  The Dis-Aggregation of Radiology.  Journal of the American College of Radiology
2008;5:1181-85

**2009**

Brant-Zawadzki M, Wortham J, Cox J.  Search for Meaning: Centers of Excellence, Service Lines and Institutes.  The
Physician Executive Journal  2009 May-Jun;35(3):32-4, 36-7.

Mathews MD, Sorkin GC, Brant-Zawadzki M.  Varicella zoster Infection of the Brainstem followed by Brown-Sequard
syndrome.  Neurology  2009;72:1874

Brant-Zawadzki M, Brown DM, Whitaker LA, Peck WW.  Emerging Impact of CTA/Perfusion CT on Acute Stroke
Thrombolysis in a Community Hospital.  Journal of NeuroInterventional Surgery  2009;1:159-164.
2009 doi.1136/jnis/2009.000091

Brant-Zawadzki M.  Barking Up the Wrong Straw Man.  Radiology  2009 253:570;doi:10.1148/radiol/2532090711

**2010**
Trimble CR, Harnsberger HR, Castillo M, Brant-Zawadzki MD, Osborne A.  "Giant" Arachnoid Granulations Just Like
CSF?:  NOT!!  American Journal of Neuroradiology  2010 Oct;31(9):1724-8.

**2011**
Brant-Zawadzki M, Perazzo C, Afable R.  Community Hospital to Community Health System:  A Hypothetical
Blueprint for the Continuum of Care Transformation.   The Physician Executive Journal  2011 Jan-Feb;(31)1:16-21.

Allen B, Levin D, Brant-Zawadzki M, Lexa F, Duszak R.  ACR White Paper: Strategies For Radiologists in the Era of
Health Care Reform and Accountable Care Organizations.  A Report From the ACR Future Trends Committee.
Journal of the American College of Radiology  2011 May;8(5):309-17

**Submitted:**

Brant-Zawadzki M, Shankle WR, Hara J, Fortier D, Dick-Muehlke C, Holnagel D, Khachaturian ZS.  The Orange
County Vital Aging Program:  A Blueprint for a Community-Based Approach to Forestall the Burgeoning Impact of
Dementia on Healthcare Resources   Journal of the American Medical Association.

Duma CM, Kim BS, Chen PV, Plunkett ME, Mackintosh R, Casserly RM, Mendez GA, Furman D, Kim A, Dillman RO,
Brant-Zawadzki MN.  "Leading Edge" Stereotactic Radiosurgery to Tumor Migration Pathways in Patients with
Recurrent Glioblastoma Multiforme: A Novel Adjunctive Therapy.  Journal of Neurosurgery.

# EXHIBIT B

Materials Considered

1.    U.S. Patent No. 5,560,360
2.    File History for U.S. Patent No. 5,560,360
3.    Claim Construction Order dated May 5, 2011
4.    NeuroGrafix's Opening Claim Construction Brief, Exhibits, and Declarations dated February 11, 2011
5.    Defendants' Responsive Claim Construction Brief, Exhibits, and Declarations dated February 25, 2011
6.    NeuroGrafix's Reply Claim Construction Brief, Exhibits, and Declarations dated March 8, 2011
7.    Defendants' Sur-Reply Claim Construction Brief, Exhibits, and Declarations dated March 17, 2011
8.    Markman Hearing Transcript dated March 24, 2011
9.    Transcript for February 8, 2011 Deposition of Michael E. Moseley
10.   Transcript for February 25, 2011 Deposition of Jay S. Tsuruda, M.D.
11.   J.V. Hajnal *et al.*, MR Imaging of Anisotropically Restricted Diffusion of Water in the Nervous System: Technical, Anatomic, and Pathologic Considerations in *J. Computer Assisted Tomography* Vol. 15, 1-18 (January/February 1991).
12.   G.J. Barker, Technical Issues For the Study of the Optic Nerve With MRI in *J. Neurol. Sci.* Vol. 172, S13-16 (2000).
13.   S. Bisdas *et al.*, Reproducibility, Interrater Agreement, and Age-Related Changes of Fractional Anisotropy Measures at 3T in Healthy Subjects: Effect of the Applied b-Value in *Am. J. Neuroradiology* Vol. 29, 1128-33 (Jun-July 2008).
14.   D. Bonekamp *et al.*, Diffusion Tensor Imaging in Children and Adolescents: Reproducibility, Hemispheric, and Age-Related Differences in *Neuroimage*, Vol. 34, 733-742 (January 2007).
15.   H.M. Bonel *et al.*, Carpel Tunnel Syndrome: Assessment by Turbo Spin Echo, Spin Echo, and Magnetization Transfer Imaging Applied in a Low-Field MR System, in *J. Computer Assisted Tomography* Vol. 25, 137-45 (2001).
16.   L.P. Clarke *et al.*, MRI: Stability of Three Supervised Segmentation Techniques in *J. Magnetic Resonance Imaging* Vol. 11, 95-106 (November 1993).
17.   E.F. Jackson *et al.*, Accuracy and Reproducibility in Volumetric Analysis of Multiple Sclerosis Lesions in *J. Computer Assisted Tomography* Vol. 17, 200-205 (March/April 1993).

18. J.L. Jaremko *et al.*, Accuracy and Reliability of MRI vs. Laboratory Measurements In An Ex Vivo Porcine Model of Arthritic Cartilage Loss in *J. Magnetic Resonance Imaging* Vol. 26, 992-1000 (2007).

19. V. Juras *et al.*, Regression Error Estimation Significantly Improves the Region-of-Interest Statistics of Noisy MR Images in *Medical Physics* Vol. 37 (June 2010).

20. A. Mehndiratta *et al.*, Comparison of Diagnostic Quality and Accuracy In Color-Coded Versus Gray-Scale DCE-MR Imaging Display in *Int'l J. Computer Assisted Radiology & Surgery* Vol. 4, 457-62 (2009).

21. P.A. Narayana *et al.*, Effect of Radio Frequency Inhomogeneity Correction on the Reproducibility of Intra-Cranial Volumes Using MR Image Data in *Magnetic Resonance in Medicine* Vol. 33, 396-400 (1995).

22. A. Ozturk *et al.*, Regional Differences in Diffusion Tensor Imaging Measurements: Assessment of Intrarater and Interrater Variability in *Am. J. Neuroradiology* Vol. 29, 1124-27 (June-July 2008).

23. S.C. Partridge *et al.*, Tractography-Based Quantitation of Diffusion Tensor Imaging Parameters in White Matter Tracts of Preterm Newborns in *J. Magnetic Resonance Imaging* Vol. 22, 467-474 (2005).

24. C.D.J. Sinclair *et al.*, MRI Shows Increased Sciatic Nerve Cross Sectional Area in Inherited and Inflammatory Neuropathies in *J. Neurol. Neurosurg. Psychiatry* (2010).

25. V.N. Thijs *et al.*, Influence of Arterial Input Function on Hypoperfusion Volumes Measured With Perfusion-Weighted Imaging in *Stroke* (January 2004).

26. E.A. Vokurka *et al.*, Improved High Resolution MR Imaging for Surface Coils Using Automated Intensity Non-Uniformity Correction: Feasibility Study in the Orbit in *J. Magnetic Resonance Imaging* Vol. 14, 540-46 (2001).

27. Email from Jacquie Hodge to Dr. Susumu Mori dated April 8, 2011.

28. Email from Dr. Susumu Mori to Jacquie Hodge dated April 8, 2011.