```
 1                 UNITED STATES DISTRICT COURT

 2                CENTRAL DISTRICT OF CALIFORNIA

 3

 4   NEUROGRAFIX, a California  )
     corporation; WASHINGTON    )
 5   RESEARCH FOUNDATION, a     )
     not-for-profit Washington  )
 6   corporation,               )
                                )
 7            Plaintiffs,       )
                                )
 8   vs.                        ) No. CV 10-1990 MRP(RZX)
                                )
 9   SIEMENS MEDICAL SOLUTIONS  )
     USA, INC., a Delaware      )
10   corporation; and SIEMENS   )
     AKTIENGESELLSCHAFT, a      )
11   German corporation,        )
                                )
12            Defendants.       )
     _____)
13

14

15           DEPOSITION OF MICHAEL E. MOSELEY,

16           Ph.D., taken on behalf of the

17           Plaintiff, at 950 Page Mill Road,

18           Palo Alto, California, at 8:48 a.m.

19           before Janis L. Jennings, Certified

20           Shorthand Reporter No. 3942, CLR, CRP

21

22

23

24

25

                          2
```

Michael E. Moseley

**BARKLEY**
Court Reporters

```
 1   APPEARANCES:

 2

 3   For the Plaintiffs:

 4

 5            RUSS AUGUST & KABAT
              BY:  MARC A. FENSTER, ESQ.
 6            12424 Wilshire Boulevard
              12th Floor
 7            Los Angeles, California 90025
              310.979.8278
 8            mfenster@raklaw.com

 9

10   For the Defendants:

11            KIRKLAND & ELLIS LLP
              BY:  SEAN M. McELDOWNEY, ESQ.
12            655 Fifteenth Street, N.W.
              Washington, D.C.  20005
13            202.879.5161
              smceldowney@kirkland.com
14

15

16   Also Present:

17            Michael Barber, Videographer

18

19

20

21

22

23

24

25
```

1    A.   One skilled in the art would think that a
2  conspicuity of 1.1 is a measure of something being
3  brighter than something else by 1.1.
4    Q.   Okay.  And 1.1 means that it is at least
5  10 percent greater than or 10 percent brighter than;
6  is that right?
7         MR. McELDOWNEY:  Objection.  Vague.
8         THE WITNESS:  One way -- is one way of
9  expressing that.
10 BY MR. FENSTER:
11   Q.   If it were 1.2, would you understand that
12 to mean that the nerve has to be 20 percent greater
13 than the non-neural tissue?
14   A.   It is one way to express it; right.
15   Q.   Okay.  Okay.  So a conspicuity of 1.1
16 means that the nerve is at least 10 percent brighter
17 than the non-neural tissue; is that right?
18        MR. McELDOWNEY:  Objection.  Vague.
19        THE WITNESS:  I think we have been over
20 that.  That's one way of -- that's one way of
21 expressing it.
22 BY MR. FENSTER:
23   Q.   Okay.  And would you agree that that
24 language that "the conspicuity of the nerve that is
25 at least 1.1 times that of the non-neural tissue"

56

```
 1    Mischaracterizes and compound.
 2              THE WITNESS:  One skilled in the art would
 3    understand conspicuity of 1.1 -- it is what it says,
 4    that the nerve measurable, conspicuity, how it's
 5    defined, is at least 1.1, or 10 percent more than a
 6    non-neural tissue.
 7              Now, that being said -- that being said,
 8    one skilled in the art would expect that within this
 9    context he or she would be told what is being
10    compared, what is being measured, how it's being
11    expressed or quantitated or calculated or assessed.
12    1.1 doesn't necessarily mean it's a ratio.  I could
13    eyeball it, guesstimate it.  I mean, there are
14    different ways of coming at 1.1.
15              MR. FENSTER:  Let me mark as Exhibit 4
16    Exhibit C to your opening report.
17              (Whereupon, Moseley Exhibit 4 was
18              marked for identification.)
19              THE WITNESS:  Okay.  I see it.
20    BY MR. FENSTER:
21         Q.   Do you recognize Exhibit 4?
22         A.   Yes.
23         Q.   And what is it?
24         A.   Exhibit 4 is a series of regions of
25    interest or regions that I have marked for a
```

59

Michael E. Moseley

```
1                    DEPOSITION OFFICER'S CERTIFICATE
2
3
4    STATE OF CALIFORNIA          )
                                  )  ss.
5    COUNTY OF SANTA CLARA        )
```

6            I, Janis L. Jennings, hereby certify:

7            I am a duly qualified Certified Shorthand
8    Reporter in the State of California, holder of
9    Certificate Number CSR 3942 issued by the Court
10   Reporters Board of California and which is in full
11   force and effect.  (Fed. R. Civ. P. 28(a)).

12           I am authorized to administer oaths or
13   affirmations pursuant to California Code of Civil
14   Procedure, Section 2093(b) and prior to being
15   examined, the witness was first duly sworn by me.
16   (Fed. R. Civ. P. 28(a), 30(f)(1)).

17           I am not a relative or employee or attorney
18   or counsel of any of the parties, nor am I a
19   relative or employee of such attorney or counsel,
20   nor am I financially interested in this action.
21   (Fed. R. Civ. P. 28).

22           I am the deposition officer that
23   stenographically recorded the testimony in the
24   foregoing deposition and the foregoing transcript is
25   a true record of the testimony given by the witness.

```
 1  (Fed. R. Civ. P. 30(f)(1)).
 2          Before completion of the deposition, review
 3  of the transcript [XX] was [ ] not requested.
 4  If requested, any changes made by the deponent (and
 5  provided to the reporter) during the period allowed,
 6  are appended hereto.  (Fed. R. Civ. P. 30(e)).
 7
 8  Dated:  February 9, 2011
 9
10
11
12               _____
                        JANIS JENNINGS
13                    CSR 3942, CLR, CRR
14
15
16
17
18
19
20
21
22
23
24
25
```