# Ex. 14

Page 1

IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

NEUROGRAFIX, a California    )
corporation; WASHINGTON      )
RESEARCH FOUNDATION, a       )
not-for-profit Washington    )
corporation,                 )
                             )
        Plaintiffs,          )   No. CV 10-1990
                             )       (MRP)(RZX)
    vs.                      )
                             )
SIEMENS MEDICAL SOLUTIONS    )
USA, INC., a Delaware        )
corporation and SIEMENS      )
AKTIENGESELLESCHAFT, a       )
German corporation,          )
                             )
        Defendants.          )
_____)
AND RELATED CROSS-ACTION.    )
_____)


VIDEOTAPED DEPOSITION OF

MICHAEL BRANT-ZAWADZKI, M.D.

Los Angeles, California

Tuesday, August 16, 2011




Reported By:

LISA MOSKOWITZ, CSR 10816, RPR, CLR

Job No. 41126

```
                                                          Page 2
 1
 2
 3
 4
 5                    August 16, 2011
 6                      9:55 a.m.
 7
 8
 9        Videotaped Deposition of MICHAEL
10   BRANT-ZAWADZKI, M.D., held at the offices of
11   Russ, August & Kabat, 12424 Wilshire Boulevard,
12   12th Floor, Los Angeles, California, pursuant
13   to Notice before Lisa Moskowitz, Certified
14   Shorthand Reporter and Registered Professional
15   Reporter of the State of California.
16
17
18
19
20
21
22
23
24
25
```

Michael Brant-Zawadzki - 8/16/2011

Page 129

1  BY MR. LoCASCIO:                                              13:03

2      Q.   Dr. Bryan cites to several articles

3  that talk about the ROI impacting quantitative

4  measurements.  You'd agree with him that the

5  selection of the ROI impacts quantitative          13:04

6  measurements of signal intensity; correct?

7           MR. FENSTER:  Objection.  Vague.

8           THE WITNESS:  Well, I think that

9      the articles are reversed in the context

10     of those articles, are research articles    13:04

11     written for the purposes of explaining a

12     methodology towards a certain purpose in

13     the research work and guiding other

14     researchers as to how to reproduce that

15     work, I think.  I mean that's my sense       13:04

16     of the context in which he made that

17     statement or you made that statement.

18 BY MR. LoCASCIO:

19     Q.   Do you agree that the method of ROI

20 definition has a direct influence on              13:04

21 quantitative outcome?  Is that a true statement

22 or not?

23          MR. FENSTER:  Objection.  Vague.

24          THE WITNESS:  In the purest

25     mathematical sense, that's a true            13:04

Page 130

| | | |
|---|---|---|
| 1 | statement. | 13:04 |
| 2 | BY MR. LoCASCIO: | |
| 3 | Q.  And do you believe there's no | |
| 4 | practical influence on the quantitative | |
| 5 | outcome?  Is that the basis for your sort of | 13:04 |
| 6 | hedging on that a little bit? | |
| 7 | MR. FENSTER:  Objection.  Vague, | |
| 8 | incomplete hypothetical. | |
| 9 | THE WITNESS:  So yes, I think that | |
| 10 | there is a difference between practical | 13:05 |
| 11 | and purely mathematical.  Maybe I can | |
| 12 | tell an anecdote to give you -- maybe | |
| 13 | it's a little bit off color, but I'll | |
| 14 | try to make it -- so if you ask an | |
| 15 | engineer and a physicist to approach the | 13:05 |
| 16 | object of their most intense desire with | |
| 17 | a member of their opposite sex and you | |
| 18 | tell them you can only go halfway with | |
| 19 | each step, the physicist will say or the | |
| 20 | mathematician will say, "I'm giving up. | 13:05 |
| 21 | I'll never get there."  And the engineer | |
| 22 | will say, "Well, I calculate that in six | |
| 23 | steps I'll be there for all practical | |
| 24 | purposes." | |
| 25 | So that's the difference between | 13:05 |

Page 131

| | | |
|---|---|---|
| 1 | absolute mathematical reasoning, | 13:05 |
| 2 | quantitative, if you will, and | |
| 3 | practical; right?  So if I choose to | |
| 4 | translate that or if I translate that | |
| 5 | into the current context, if I take | 13:06 |
| 6 | three different ways of selecting region | |
| 7 | of interest, I may get to the 1.1 | |
| 8 | conspicuity threshold 90 percent of the | |
| 9 | time with each of the different three | |
| 10 | methodologies.  That would be the | 13:06 |
| 11 | practical end result of not having a | |
| 12 | standard in a mathematical sense or | |
| 13 | quantitative sense for doing the | |
| 14 | calculations; right? | |
| 15 | BY MR. LoCASCIO: | 13:06 |
| 16 |    Q.  But just as if you could take three | |
| 17 | different ways and get to 1.1 each way, you'd | |
| 18 | acknowledge that it's possible the math could | |
| 19 | work out that you do it once and you get 1.12, | |
| 20 | you do it once and you get 1.10, and you do it | 13:06 |
| 21 | once and you get 1.08.  That's possible as | |
| 22 | well.  Fair? | |
| 23 |       MR. FENSTER:  Objection. | |
| 24 | Incomplete hypothetical. | |
| 25 |       THE WITNESS:  Well, I think it's | 13:06 |

Michael Brant-Zawadzki - 8/16/2011

Page 189

1  Q. That's what this shows?  14:20
2  A. Yes. It speaks for itself.
3  Q. You looked at Dr. Bryan's images as
4  well from his report; correct, sir?
5  A. Yes.  14:20
6  Q. I'll hand you what we'll mark as
7  defendants 41.
8     (Defendants' Exhibit 41 was marked
9     for identification.)
10 BY MR. LoCASCIO:  14:20
11 Q. And based on some of the earlier
12 discussion today, I got the sense, sir, that
13 sometimes you thought Dr. Bryan's ROI
14 selections were not consistent with the
15 teachings of the 360 patent, and sometimes they 14:20
16 were. Is that correct?
17 A. Yes.
18 Q. Can you walk me through the images in
19 Exhibit C and tell me where you think
20 Dr. Bryan's ROI placements or sizes, et cetera, 14:21
21 the selection of ROIs by Dr. Bryan are
22 consistent with the teachings of the 360 patent
23 and where they are not? Let me first ask are
24 you capable of doing that as we walk through
25 these?  14:21

| | | |
|---|---|---|
| 1 | A. Yes. | 14:21 |
| 2 | Q. Can you do that for me?  And perhaps | |
| 3 | the easiest way is just to refer to the figure | |
| 4 | on the bottom.  So the first one is Exhibit C, | |
| 5 | figure 1.  And the ROIs are conveniently | 14:21 |
| 6 | numbered.  So you can just sort of and walk | |
| 7 | through them and tell me if they are consistent | |
| 8 | with the 360 patent or in your view an opinion | |
| 9 | not consistent with the proper selection of an | |
| 10 | ROI. | 14:21 |
| 11 | A. Right.  So just as an example, ROI | |
| 12 | No. 3 -- the selection of ROI No. 3 or No. 2 | |
| 13 | for that matter, neither one, shows what could | |
| 14 | be conceived of as the brightest area on an | |
| 15 | image.  And Dr. Bryan, I think, would argue | 14:22 |
| 16 | that this is an example of how the patent is | |
| 17 | nonspecific or whatever the right term is | |
| 18 | because it allows a calculation where | |
| 19 | conspicuity of the nerve is actually lower than | |
| 20 | the, quote, surrounding, unquote, tissue; | 14:22 |
| 21 | right? | |
| 22 | So to me that, again, is inconsistent | |
| 23 | because to me the understanding is you compare | |
| 24 | the conspicuity of the nerve with the nearby | |
| 25 | adjacent or surrounding tissue.  So the more | 14:22 |

Page 191

1     appropriate region of interest in this case --    14:22
2     I don't even know if Dr. Bryan chose one on
3     this particular image that's the most
4     appropriate.  In fact, I would argue he didn't.
5     But that's an example of where, for the           14:22
6     purposes of demonstration and argumentation,
7     Dr. Bryan chose regions of interest that would
8     dispel the patent.
9          Q.   Let's do this in a more orderly
10    fashion.  Dr. Bryan identifies some as            14:23
11    non-neural and some as nerve.  Do you agree
12    with his characterization of ROIs 1 through 11
13    on Exhibit C as being reflective of neural or
14    non-neural tissue?
15         A.   In general.  I don't know that I        14:23
16    would select those same exact spots.  But, you
17    know, No. 5, No. 6, No. 7 are neural tissue.
18    Again, we talked earlier about the most
19    representative segment, and I would say that
20    No. 5 may not be the most representative          14:23
21    segment of neural tissue that one skilled in
22    the art would choose if one were doing what is
23    instructed by the patent.  So, again, depending
24    on which specific ones we look at.
25              As far as the non-neural tissue, I      14:24

Case 2:10-cv-01990-MRP -RZ   Document 144-15   Filed 09/12/11   Page 10 of 10   Page ID #:4785
Michael Brant-Zawadzki - 8/16/2011

Page 238

1           C E R T I F I C A T E

2     STATE OF CALIFORNIA:

3

4           I, LISA MOSKOWITZ, CSR, RPR, CLR,

5     shorthand reporter, do hereby certify:

6           That the witness whose deposition is

7     hereinbefore set forth was duly sworn, and that

8     such deposition is a true record of the

9     testimony given by such witness.

10          I further certify that I am not related

11    to any of the parties to this action by blood

12    or marriage, and that I am in no way interested

13    in the outcome of this matter.

14          IN WITNESS WHEREOF, I have hereunto set

15    my hand this 19th day of August, 2011.

16

17          _____

18          LISA MOSKOWITZ, CSR, RPR, CLR

19          Shorthand Reporter

20

21

22

23

24

25