1

RUSS, AUGUST & KABAT
Marc A. Fenster, State Bar No. 181067
Email: mfenster@raklaw.com
Alexander C.D. Giza, State Bar No. 212327
Email: agiza@raklaw.com
Andrew D. Weiss, State Bar No. 232974
Email: aweiss@raklaw.com
12424 Wilshire Boulevard, 12th Floor
Los Angeles, California  90025
Telephone:  (310) 826-7474
Facsimile: (310) 826-6991

2

3

4

5

6

7

Attorneys for Plaintiff
NEUROGRAFIX

8

K&L GATES LLP
David T. McDonald
Email:  david.mcdonald@klgates.com
925 Fourth Avenue
Suite 2900
Seattle, WA 98104-1158
Telephone:  (206) 623-7580
Facsimile:  (206) 623-7022
Attorneys for Plaintiff
WASHINGTON RESEARCH FOUNDATION

9

10

11

12

13

14

**UNITED STATES DISTRICT COURT**

15

**CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION**

16

17

18

19

20

21

22

23

24

25

26

27

28

| | |
|---|---|
| NEUROGRAFIX, a California corporation; WASHINGTON RESEARCH FOUNDATION, a not-for-profit Washington corporation,<br><br>                    Plaintiffs,<br><br>            vs.<br><br>SIEMENS MEDICAL SOLUTIONS USA, INC., a Delaware corporation; and SIEMENS AKTIENGESELLSCHAFT, a German Corporation,<br><br>                    Defendants. | Case No. 10-CV-1990 MRP (RZx)<br><br>[Assigned to The Honorable Mariana R. Pfaelzer]<br><br>**EXHIBIT 16 TO DECLARATION OF AARON G. FILLER, M.D., Ph.D., F.R.C.S., IN SUPPORT OF PLAINTIFFS' OPPOSITION TO SIEMENS' MOTION FOR PARTIAL SUMMARY JUDGMENT OF INDEFINITENESS OF "CONSPICUITY" IN CLAIMS 1, 3, 7, 11, 12, 18, AND THEIR ASSERTED DEPENDENT CLAIMS IN U.S. PATENT NO. 5,560,360**<br><br>First Amended Complaint Filed: July 30, 2010 |

EX 16 COVER.doc

**DECLARATION OF DR. AARON FILLER IN SUPPORT OF PLAINTIFFS' OPPOSITION TO SIEMENS' MOTION FOR PARTIAL SUMMARY JUDGMENT OF INDEFINITENESS**

RUSS, AUGUST & KABAT



