RUSS, AUGUST & KABAT
Marc A. Fenster, State Bar No. 181067
Email: mfenster@raklaw.com
Alexander C.D. Giza, State Bar No. 212327
Email: agiza@raklaw.com
Andrew D. Weiss, State Bar No. 232974
Email: aweiss@raklaw.com
12424 Wilshire Boulevard, 12th Floor
Los Angeles, California  90025
Telephone:   (310) 826-7474
Facsimile:    (310) 826-6991

Attorneys for Plaintiff
NEUROGRAFIX

K&L GATES LLP
David T. McDonald
Email:  david.mcdonald@klgates.com
925 Fourth Avenue
Suite 2900
Seattle, WA 98104-1158
Telephone:  (206) 623-7580
Facsimile:  (206) 623-7022
Attorneys for Plaintiff
WASHINGTON RESEARCH FOUNDATION

NOTE: CHANGES HAVE BEEN MADE TO THIS DOCUMENT

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| NEUROGRAFIX, a California corporation; WASHINGTON RESEARCH FOUNDATION, a not-for-profit Washington corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>SIEMENS MEDICAL SOLUTIONS USA, INC., a Delaware corporation; and SIEMENS AKTIENGESELLSCHAFT, a German Corporation,<br><br>Defendants. | Case No. 10-CV-1990 MRP (RZx)<br><br>[Assigned to The Honorable Mariana R. Pfaelzer]<br><br>**[PROPOSED] ORDER ~~GRANTING~~ *DENYING* PLAINTIFFS' MOTION TO FILE A SURRREPLY TO RESPOND TO NEW ARGUMENT IN REPLY TO SIEMENS MOTION FOR SUMMARY JUDGMENT**<br><br>First Amended Complaint Filed: August 10, 2009 |

110914 Proposed Order.doc

1

**[PROPOSED] ORDER**

The Court, having considered the Plaintiffs' Motion to File a Surreply To Respond To New Argument in Reply to Siemens Motion for Summary Judgment, finds that the Motion should be granted.

IT IS THEREFORE ORDERED as follows:

Plaintiffs NeuroGrafix and Washington Research Foundation may file a surreply to new argument in reply to Siemens Motion for Summary Judgment. Therefore, the surreply attached as Exhibit A to the Motion is deemed entered.

***The Court does not accept surreplies.***

Dated  September 15, 2011

_____
Hon. Mariana R. Pfaelzer
United States District Court Judge

NOTE: CHANGES HAVE BEEN MADE TO THIS DOCUMENT

Russ, August & Kabat

2
**[PROPOSED] ORDER**