| | |
|---|---|
| RUSS, AUGUST & KABAT<br>Marc A. Fenster, State Bar No. 181067<br>Email: mfenster@raklaw.com<br>Alexander C.D. Giza, State Bar No. 212327<br>Email: agiza@raklaw.com<br>Andrew D. Weiss, State Bar No. 232974<br>Email: aweiss@raklaw.com<br>12424 Wilshire Boulevard, 12th Floor<br>Los Angeles, California  90025<br>Telephone:  (310) 826-7474<br>Facsimile: (310) 826-6991<br><br>Attorneys for Plaintiff<br>NEUROGRAFIX<br><br>K&L GATES LLP<br>David T. McDonald<br>Email:  david.mcdonald@klgates.com<br>925 Fourth Avenue<br>Suite 2900<br>Seattle, WA 98104-1158<br>Telephone:  (206) 623-7580<br>Facsimile:  (206) 623-7022<br><br>Attorneys for Plaintiff<br>WASHINGTON RESEARCH FOUNDATION | |

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION**

| | |
|---|---|
| NEUROGRAFIX, a California corporation; WASHINGTON RESEARCH FOUNDATION, a not-for-profit Washington corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>SIEMENS MEDICAL SOLUTIONS USA, INC., a Delaware corporation; and SIEMENS AKTIENGESELLSCHAFT, a German Corporation,<br><br>Defendants. | Case No. 10-CV-1990 MRP (RZx)<br><br>[Assigned to The Honorable Mariana R. Pfaelzer]<br><br>**SUPPLEMENTAL DECLARATION OF ANDREW D. WEISS IN SUPPORT OF PLAINTIFFS' MOTION FOR RECONSIDERATION**<br><br>First Amended Complaint Filed: July 30, 2010 |

110921 Weiss Decl ISO Reconsideration.doc

**SUPPLEMENTAL DECLARATION OF ANDREW D. WEISS IN SUPPORT OF PLAINTIFFS' MOTION FOR RECONSIDERATION**

I, Andrew D. Weiss, declare and state as follows:

1. I am a member of the State Bar of California and an associate at the firm of Russ, August & Kabat, counsel of record for Plaintiff NeuroGrafix in the above-captioned action. I have personal knowledge of the facts set forth herein, and if called upon to testify, could and would testify competently thereto.

2. Attached hereto as Exhibit 21 is a true and correct copy of an excerpt from the *Markman* Hearing Transcript, dated March 24, 2011.

3. Attached hereto as Exhibit 22 is a true and correct copy of U.S. Patent No. 8,024,612 (issued to Defendant Siemens Aktiengesellschaft on September 20, 2011), entitled *Remote Diagnosis System for Medical Appliances of Modular Design*.

4. Attached hereto as Exhibit 23 is a true and correct copy of U.S. Patent No. 8,023,732 (issued to Defendant Siemens Aktiengesellschaft on September 20, 2011), entitled *Accelerated Image Registration By Means of Parallel Processors*.

Executed this 21st day of September, 2011 at Los Angeles, California.

By: /s/ Andrew D. Weiss
Andrew D. Weiss

110921 Weiss Decl ISO Reconsideration.doc

2

**SUPPLEMENTAL DECLARATION OF ANDREW D. WEISS IN SUPPORT OF PLAINTIFFS' MOTION FOR RECONSIDERATION**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

RUSS, AUGUST & KABAT

1
DECLARATION OF ANDREW D. WEISS