# Ex. 21

```
 1                   UNITED STATES OF AMERICA
                    UNITED STATES DISTRICT COURT
 2                 CENTRAL DISTRICT OF CALIFORNIA
                          WESTERN DIVISION
 3
                              - - -
 4             HONORABLE MARIANA R. PFAELZER,
            UNITED STATES DISTRICT JUDGE PRESIDING
 5                            - - -

 6
    NEUROGRAFIX,                       )
 7                                     )   CERTIFIED COPY
                  PLAINTIFF,           )
 8                                     )
    VS.                                )   CV 10-01990 MRP
 9                                     )
    SIEMENS MEDICAL SOLUTIONS          )
10  USA INC., et al.,                  )
                                       )
11  DEFENDANTS.                        )
    _____)
12

13

14
                          MARKMAN HEARING
15              REPORTER'S TRANSCRIPT OF PROCEEDINGS
                     THURSDAY, MARCH 24, 2011
16                         A.M. SESSION
                       LOS ANGELES, CALIFORNIA
17

18

19

20

21             SHERI S. KLEEGER, CSR 10340
                FEDERAL OFFICIAL COURT REPORTER
22           312 NORTH SPRING STREET, ROOM 402
                LOS ANGELES, CALIFORNIA 90012
23                   PH:   (213)894-6604

24

25
```

```
 1   demonstrated, and some claims indeed are
 2   step-plus-function, if that phrase is not used.
 3              In the analysis, Masco Corp., the gear
 4   system's case we cite, point to if it is a method claim
 5   with a step and a function, but it doesn't actually tell
 6   you what acts to perform to perform the function, well,
 7   then it's no different than -- well, then it's just
 8   considered under 1126 in the method context.
 9              And here, these claims are.  This is Claim
10   36 on the screen.
11              Now, remember, Claim 55 talks about a
12   process or a process or means.  This is the step of
13   processing said data representative anisotropic
14   diffusion.  The function is to generate a dataset
15   describing the shape and position.
16              THE COURT:  That is what the function is.
17              MR. LOCASCIO:  And that is exactly the same
18   function, not surprisingly, as it was is back in Claim
19   55.  And I'm not suggesting, Your Honor, that there's
20   presumption that if you have it both as an apparatus and
21   as a method that you automatically turn all those
22   methods into step-plus-function.
23              But what I am saying is when you have
24   language like this that doesn't tell you any act to
25   perform in the claim to do it.  Okay.  What do I do to
```