Gregg F. LoCascio, P.C. (*pro hac vice*)
gregg.locascio@kirkland.com
Sean M. McEldowney (S.B.N. 248368)
sean.mceldowney@kirkland.com
Christopher Nalevanko (*pro hac vice*)
christopher.nalevanko@kirkland.com
Brian N. Gross (*pro hac vice*)
brian.gross@kirkland.com
KIRKLAND & ELLIS LLP
655 Fifteenth St., N.W.
Washington, D.C. 20005
Telephone: (202) 879-5000
Facsimile: (202) 879-5200

Luke L. Dauchot (S.B.N. 229829)
luke.dauchot@kirkland.com
KIRKLAND & ELLIS LLP
333 South Hope St.
Los Angeles, CA 90071
Telephone: (213) 680-8400
Facsimile: (213) 680-8500

Attorneys for Defendant
SIEMENS MEDICAL SOLUTIONS USA, INC.
and SIEMENS AKTIENGESELLSCHAFT

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEUROGRAFIX, a California corporation; WASHINGTON RESEARCH FOUNDATION, a not-for-profit Washington corporation,<br><br>  Plaintiffs,<br><br>  vs.<br><br>SIEMENS MEDICAL SOLUTIONS USA, INC., a Delaware corporation; and SIEMENS AKTIENGESELLSCHAFT, a German corporation,<br><br>  Defendants. | CASE NO. CV 10-1990 MRP(RZX)<br><br>**DECLARATION OF SEAN M. MCELDOWNEY IN FURTHER SUPPORT OF SIEMENS' MOTION FOR PARTIAL SUMMARY JUDGMENT OF INVALIDITY BASED ON INDEFINITENESS OF "CONSPICUITY" IN CLAIMS 1, 3-7, 11-13, 18-20, 22-25, 28, & 35 IN U.S. PATENT NO. 5,560,360**<br><br>**The Hon. Mariana R. Pfaelzer**<br>**United States District Court Judge**<br><br>Hearing date: October 5, 2011<br>Time: 11 a.m.<br>Location: Courtroom 12 |

| | |
|---|---|
| SIEMENS MEDICAL SOLUTIONS USA, INC., | ) ) ) |
| Counterclaim Plaintiff, | ) ) |
| vs. | ) ) ) |
| NEUROGRAFIX, and WASHINGTON RESEARCH FOUNDATION, | ) ) ) ) |
| Counterclaim Defendants. | ) |

I, Sean M. McEldowney, hereby declare:

    1.    I am an attorney at the law firm of Kirkland & Ellis LLP, which represents Siemens Medical Solutions USA, Inc. and Siemens Aktiengesellschaft (collectively "Siemens") in the above-captioned matter.

    2.    Attached hereto as Exhibit IND18 is a true and correct copy of excerpts from the deposition of Michael N. Brant-Zawadzki, M.D., dated August 16, 2011.

    3.    Attached hereto as Exhibit IND19 is a true and correct copy of excerpts from the deposition of R. Nick Bryan, M.D., dated September 7, 2011.

    4.    Attached hereto as Exhibit IND20 is a true and correct copy of the declaration of R. Nick Bryan, M.D., dated September 22, 2011.

    5.    Attached hereto as Exhibit IND21 is a true and correct copy of excerpts from the deposition of Jay S. Tsuruda, M.D., dated February 25, 2011.

    6.    Attached hereto as Exhibit IND22 is a true and correct copy of excerpts from the rebuttal expert report of Aaron G. Filler, M.D., dated February 1, 2011.

    7.    Attached hereto as Exhibit IND23 is a true and correct copy of L. C. Blake et al., *Sacral Plexus: Optimal Imaging Planes for MR Assessment*, 199(3) Radiology 767 (1996); TSURUDA001636-41.

    8.    Attached hereto as Exhibit IND24 is a true and correct copy of excerpts from the deposition of Aaron G. Filler, M.D., dated February 22, 2011.

    I hereby declare, under penalty of perjury, that the foregoing statements are true

and correct to the best of my personal knowledge.

Respectfully submitted,

Dated:  September 22, 2011        /s/ Sean M. McEldowney
                                                    Sean M. McEldowney

3    Declaration of Sean M. McEldowney

**CERTIFICATE OF SERVICE**

I hereby certify that on September 22, 2011, a copy of the foregoing DECLARATION OF SEAN M. McELDOWNEY IN FURTHER SUPPORT OF SIEMENS' MOTION FOR PARTIAL SUMMARY JUDGMENT OF INVALIDITY BASED ON INDEFINITENESS OF "CONSPICUITY" IN CLAIMS 1, 3-7, 11-13, 18-20, 22-25, 28, & 35 IN U.S. PATENT NO. 5,560,360 was served upon counsel of record for Plaintiffs registered with the Court's CM/ECF system.

                          /s/Sean M. McEldowney