# Exhibit IND18

Michael Brant-Zawadzki - 8/16/2011

Page 1

IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

NEUROGRAFIX, a California       )
corporation; WASHINGTON         )
RESEARCH FOUNDATION, a          )
not-for-profit Washington       )
corporation,                    )
                                )
            Plaintiffs,          )    No. CV 10-1990
                                )        (MRP)(RZX)
       vs.                       )
                                )
SIEMENS MEDICAL SOLUTIONS        )
USA, INC., a Delaware           )
corporation and SIEMENS          )
AKTIENGESELLESCHAFT, a          )
German corporation,             )
                                )
            Defendants.          )
_____  )
AND RELATED CROSS-ACTION.        )
_____  )

VIDEOTAPED DEPOSITION OF

MICHAEL BRANT-ZAWADZKI, M.D.

Los Angeles, California

Tuesday, August 16, 2011

Reported By:

LISA MOSKOWITZ, CSR 10816, RPR, CLR

Job No. 41126

Michael Brant-Zawadzki - 8/16/2011

Page 2

```
 1

 2

 3

 4

 5                    August 16, 2011

 6                     9:55 a.m.

 7

 8

 9        Videotaped Deposition of MICHAEL

10   BRANT-ZAWADZKI, M.D., held at the offices of

11   Russ, August & Kabat, 12424 Wilshire Boulevard,

12   12th Floor, Los Angeles, California, pursuant

13   to Notice before Lisa Moskowitz, Certified

14   Shorthand Reporter and Registered Professional

15   Reporter of the State of California.

16

17

18

19

20

21

22

23

24

25
```

Michael Brant-Zawadzki - 8/16/2011

Page 3

1    A P P E A R A N C E S:

2            RUSS AUGUST & KABAT

3            Attorney for the Plaintiffs

4               12424 Wilshire Boulevard

5               Los Angeles, CA  90025

6

7            BY:  MARC A. FENSTER, ESQ.

8                 FREDRICKA UNG, ESQ.

9                 ANDREW D. WEISS, ESQ.

10

11           KIRKLAND & ELLIS

12           Attorneys for the Defendants

13              655 Fifteenth Street, N.W.

14              Washington, D.C.  20005

15

16           BY:  GREGG F. LoCASCIO, ESQ.

17                CHRISTOPHER R. NALEVANKO, ESQ.

18

19   ALSO PRESENT:

20              COURTNEY BATES, Videographer

21

22

23

24

25

Michael Brant-Zawadzki - 8/16/2011

Page 4

1          THE VIDEOGRAPHER:  This marks the        09:35

2     start of disk No. 1 in the videotaped

3     deposition of Michael Brant-Zawadzki in

4     the matter of NeuroGrafix versus

5     Siemens, et al., in the Central District      09:54

6     Court of California, Western Division,

7     Case No. CV 10-1990 (MRP)(RZX).  This

8     deposition is being held today at

9     12424 Wilshire Boulevard on the 12th

10    floor in Los Angeles, California on           09:54

11    August 16, 2011, at approximately

12    9:55 a.m.  My name is Courtney Bates,

13    and I'm here from TSG Reporting, Inc.

14    I'm the legal video specialist, and I'm

15    here with our court reporter, Lisa            09:55

16    Moskowitz, in association with TSG

17    Reporting.

18         At this time will counsel please

19    give your appearances for the record.

20         MR. LoCASCIO:  Sure.  Gregg              09:55

21    LoCascio and Chris Nalevanko on behalf

22    of the defendants Siemens.

23         MR. FENSTER:  Marc Fenster along

24    with Fredricka Ung and Andrew Weiss on

25    behalf of plaintiff NeuroGrafix and the       09:55

Michael Brant-Zawadzki - 8/16/2011

Page 5

| | | |
|---|---|---|
| 1 | witness. | 09:55 |
| 2 | THE VIDEOGRAPHER:  Thank you.  And | |
| 3 | the reporter may now swear or affirm the | |
| 4 | witness. | |
| 5 | M I C H A E L   B R A N T-Z A W A D Z K I, M. D. | 09:55 |
| 6 | called as a witness, having been duly | |
| 7 | sworn, was examined and testified as | |
| 8 | follows: | |
| 9 | EXAMINATION | |
| 10 | BY MR. LoCASCIO: | 09:55 |
| 11 | Q.   Good morning, sir. | |
| 12 | A.   Morning. | |
| 13 | Q.   Can you pronounce your name just so I | |
| 14 | make sure I get it right. | |
| 15 | A.   Michael Brant-Zawadzki. | 09:55 |
| 16 | Q.   Brant-Zawadzki? | |
| 17 | A.   Correct. | |
| 18 | Q.   You're a doctor; correct? | |
| 19 | A.   I am a doctor. | |
| 20 | Q.   Dr. Brant-Zawadzki, you have been | 09:55 |
| 21 | hired by NeuroGrafix to provide expert | |
| 22 | testimony in this matter; correct? | |
| 23 | A.   Yes. | |
| 24 | Q.   And how much are you being paid an | |
| 25 | hour for your testimony? | 09:56 |

Michael Brant-Zawadzki - 8/16/2011

Page 39

1    so far are manually selected by the operator;    10:34

2    right?

3         A.    Yes, except maybe in the sense of --

4    well, yes.  I would say yes.

5         Q.    Are there ways to select an item in a  10:34

6    region of interest on a scan that are

7    automated?  So, for instance, you get to the

8    MRI machine and you -- there's technology that

9    you push a button, and it selects a nerve or a

10   tumor.                                             10:34

11        A.    Well, there are thresholding methods;

12   so all of the work stations we have today will

13   give you preset windows, what we call windows

14   where you create a threshold of the numbers

15   you're going to disregard, call them black on    10:35

16   this end and white on the other end.  So you're

17   going to disregard the whites and the blacks,

18   and you threshold to the range of numbers that

19   you think represents the regions of interest.

20   So the structures of interest within that.       10:35

21             So there are automated thresholding

22   methods which what they simply do is if you

23   take an individual pixel, as we talked about,

24   crosshair, and the lowest common denominator of

25   the image is the intensity value within a        10:35

Michael Brant-Zawadzki - 8/16/2011

Page 40

1        single picture volume element.  So you can          10:35

2        manually go through the range and say, "Okay, I

3        want anything above this number white and

4        anything above that number black."  That can be

5        done either manually or preset for you by the       10:35

6        manufacturer so what we call bone windows or

7        brain windows or lung windows, create automatic

8        thresholding methods for demonstrating

9        structures of interest.

10           Q.   Are you aware of a preset for a nerve     10:36

11       threshold that's automated such as the ones you

12       just identified like bone or lung?

13           A.   I'm not aware that there is a

14       manufacturer-supplied thresholding window for a

15       nerve.  I've never seen that.  But one can          10:36

16       create that if one wants and build it into the

17       machine so that the next time you walk up and

18       you want the nerve threshold, you can do that.

19           Q.   From a layperson standpoint if you

20       wanted to find the brightest image or the           10:36

21       brightest pieces of an image, can you threshold

22       so you only get the top 20 percent or 10

23       percent of the brightest pixels and see just

24       that portion of the image?

25           A.   Yeah, you can -- the brightest            10:37

Michael Brant-Zawadzki - 8/16/2011

Page 41

1   being -- so you can make anything bright.  But   10:37

2   when you say "brightest," the highest signal

3   intensity values is what I assume --

4        Q.   It is.  Thank you.

5        A.   So the answer is yes.                    10:37

6        Q.   And would that be a thresholding

7   analysis?

8        A.   That would be an example of

9   thresholding, yes.

10       Q.   So if, for instance -- withdraw.         10:37

11            What's typically -- is there some

12   anatomical feature that's typically the

13   brightest thing in an MRI, or does it depend

14   what pulse sequence you use?

15       A.   It depends on the pulse sequence that   10:37

16   one uses.

17       Q.   T2 --

18       A.   Brightest, again, visually.

19       Q.   Highest intensity?

20       A.   Well, so -- of a particular pulse        10:37

21   sequence, yes.  Depends on the sequence that

22   one uses.

23       Q.   Using T2 weighting is there something

24   that typically has the highest signal

25   intensity?                                         10:37

Michael Brant-Zawadzki - 8/16/2011

Page 42

1          MR. FENSTER:  Objection.  Vague.          10:37
2          THE WITNESS:  Using T2 weighting, I
3      mean you can -- it depends, again, on
4      vagaries of the pulse sequence.  But T2
5      weighting is an inherent property of the     10:38
6      tissue.  So the T2 of the structure is
7      the T2 of the structure no matter what
8      you do consequence-wise as long as it's
9      at a given field strength.
10          So given a single magnet of a           10:38
11      defined field strength, the T2 is
12      quantifiable for any tissue, and it's
13      measurable.  You can make that T2 be
14      very bright, whatever that T2 is bright,
15      or you can make it be dark depending on      10:38
16      how you design your pulse sequence.
17          I'm not sure I understand.
18  BY MR. LoCASCIO:
19      Q.   T2-weighted sequence is typically
20  described as two times, a relaxation time and    10:38
21  an echo time; correct?
22      A.   There are different definitions.  But
23  T2-weighted sequences is anything that enhances
24  the structures with long T2s compared to
25  structures with short T2s.  But, again, there    10:39

Michael Brant-Zawadzki - 8/16/2011

Page 43

1     are gradations of T2 weighting.  So the longest  10:39

2     T2 that we look at in tissues is that of pure

3     water.  So you can have T2-weighted sequences

4     that show water at white, or you can have

5     T2-weighted sequences that show it black by     10:39

6     using different pulses.

7              So it really -- one of the most

8     confounding aspects of MR imaging is that it's

9     multi-parametric.  And the operator chooses the

10    parameters for the purposes of the task at      10:39

11    hand.

12        Q.   And if you wanted to have nerves be

13    the brightest images, is there a particular

14    pulse sequence you would use to do that?  Have

15    you ever done that?  Let's start with that.     10:39

16        A.   Well, you know, again, I've done it

17    within the limitations of the tools we have.

18    As I explained, we do not have a neurographic

19    packet.  We didn't buy it.  We didn't purchase

20    it.  So we don't do that.                        10:40

21             If I'm asked to look at a heavily --

22    if I need to look at inflamed tissue, I will

23    use a heavily T2-weighted sequence unless I use

24    intravenous contrast, in which case I use a

25    T1-weighted sequence.  So it really depends on  10:40

Michael Brant-Zawadzki - 8/16/2011

Page 44

```
 1      the task at hand.                          10:40
 2          Q.   Not using a contrast agent, you just
 3      said if you wanted to get an image to show the
 4      nerves, you'd use a T2-weighted sequence?
 5          A.   Again, I don't do imaging to show    10:40
 6      nerves specifically.  So that's one of the
 7      concepts that the patent teaches is, "Hey, we
 8      have a technique here specifically for the
 9      issue of imaging peripheral nerves."  We just
10      don't have a practice that's geared to that.  I 10:40
11      know there are practices that promote that,
12      that market that.
13              And if we were one of those, I'd
14      maybe buy that, but we just don't have that
15      kind of a practice in our setting.  We are an   10:41
16      acute hospital, community hospital setting.
17      And so we do have out-patient imaging, but
18      we're not asked to do that very often.  So when
19      we're asked to do that, we take whatever tools
20      we have at hand and try to show the tissue and  10:41
21      the nerve to the best degree that we can.
22          Q.   And how do you do that?
23          A.   Well, we'd use a -- depending on
24      where it is.  If it's in the neuroforamen, we'd
25      use a T1-weighted sequence.  If it's a request  10:41
```

Michael Brant-Zawadzki - 8/16/2011

Page 45

1      for a brachial plexopathy because the patient      10:41

2      has breast cancer, we would use both a

3      T1-post-contrast-injected sequence and anatomic

4      sequences that include T2 weighting.

5          Q.    When you refer now to T2 weighting,      10:42

6      what does that mean from an operator

7      standpoint?  Are there parameters that are

8      input to the machine to create that sequence?

9          A.    Yes.  So we use what's called a long

10     TR time.  So we create the pulses in such a way 10:42

11     to cancel out differences in T1 relaxation, the

12     magnetization of the tissue.  So we try to

13     magnetize the tissue fully before we pulse

14     again to demagnetize it.  So the tissues start

15     out at close to an equal point in intensity.    10:42

16     And then we follow the decay curve and get echo

17     samplings over a longer period of time to see

18     differences in T2 decay.

19              And the tissue that decays less has a

20     longer T2 than the tissue that decays more.  So 10:42

21     we enhance the slower T2 decay of one tissue

22     versus another tissue.  So that will show us

23     spinal fluid is white, for instance, and brain

24     is darker or neural tissue is darker.

25          Q.    You identified a parameter a minute    10:43

Michael Brant-Zawadzki - 8/16/2011

Page 46

1    ago, TR relaxation time?                        10:43

2          A.    T1 relaxation time.   The TR interval

3    is the interval between the original RF pulse

4    that demagnetizes the tissue, if you will.

5          Q.    And is there something called TE or   10:43

6    echo time?

7          A.    Yes.

8          Q.    And in a T2-weighted sequence, what's

9    the relationship between TR and TE?

10         A.    What's the relationship between TR   10:43

11   and TE?

12         Q.    Are they comparable?  Is one bigger

13   than the other?

14             MR. FENSTER:   Objection.  Vague.

15             THE WITNESS:   The TR is typically   10:43

16         considerably longer than the TE.

17   BY MR. LoCASCIO:

18         Q.    And so if someone in the art says to

19   you they used a T2-weighted sequence, you know

20   that means it has a long TR and a shorter TE.   10:43

21   Agreed?

22         A.    Not a shorter TE.   The sequence has a

23   long TR and multiple TEs going out to -- so

24   it's not a shorter TE necessarily.   It can be,

25   in fact, a long TE.                             10:44

Michael Brant-Zawadzki - 8/16/2011

Page 47

1      Q.    The TE is shorter than the TR, isn't    10:44
2    it.
3      A.    Oh, yes, in the sense that -- but
4    that's always the case.  Almost always.  I
5    shouldn't say that.  It's predominantly the    10:44
6    case in conventional spin-echo imaging that TR
7    is considerably longer than the TE.
8      Q.    How long is the TR for it, in your
9    mind, be T2 weighted?
10     A.    Depends on the field strength.  I        10:44
11   don't want to get into the argument of what
12   instrument is best or not.  But let's say
13   typically two seconds or more you're getting --
14   on most instruments you're getting out to where
15   you're getting a T2-weighted image because a TR  10:44
16   of two seconds will get you sufficient
17   re-magnetization so that even the slower tissue
18   catches up in terms of its magnetization to the
19   faster tissue.  So you're starting at the same
20   point, and at that point you're looking mostly   10:45
21   at T2 decay when you're looking at subsequent
22   signals.
23     Q.    Earlier you mentioned that you --
24   your facility -- which is what?  Where do you
25   work?                                            10:45

Michael Brant-Zawadzki - 8/16/2011

Page 48

1          A.    I work at predominantly Hoag Memorial  10:45
2      Hospital.

3          Q.    In San Diego?

4          A.    Actually it's Newport Beach.

5          Q.    What equipment do you use?          10:45

6          A.    We use a variety of equipment.  So
7      GE, Siemens -- I think those are the two.  We
8      have one Toshiba magnet left in our arsenal, I
9      think.  It's a low-field magnet.

10         Q.    Do you have MRI machines from all   10:45
11     three providers, Toshiba, GE, and Siemens?

12         A.    Yes, I think we still have the
13     Toshiba.  It's probably our oldest.  It's in an
14     outpatient facility, and it's, I think, our
15     oldest piece of equipment.                    10:46

16         Q.    Is your Siemens equipment -- do you
17     know what type it is?

18         A.    Yes.

19         Q.    What is it?

20         A.    Well, we have a 3 Tesla Verio Siemens 10:46
21     machine.  We have a 1.5 -- we have a 3 Tesla
22     Verio.  We have a 3 Tesla Trio.  These are
23     brand names, mind you.  3 being -- 3 Tesla
24     being the measurement to the field strength.
25     We have a 1.5 Espirit, several.  Do we still   10:46

Michael Brant-Zawadzki - 8/16/2011

Page 49

 1        have a 1.5 -- no, I think that's it.            10:46

 2            Q.    Do any of them have a neurography or

 3        a tractography package to image nerves

 4        specifically?

 5            A.    Not that I know of, no.               10:46

 6            Q.    Were you involved in the purchase of

 7        any of those machines?

 8            A.    Yes.

 9            Q.    Was a decision made not to buy such

10        an option if one existed?                      10:46

11            A.    I don't even know that the option

12        existed.  I know that -- I know that we had an

13        option to add on neurography through, I

14        believe, NeuroGrafix.  I don't know which

15        company they were at the time.  I know that the 10:47

16        market had the availability of purchasing an

17        add-on, if you will.  Because I remember being

18        marketed by someone, some representatives in

19        the distant past, "Gee, wouldn't you look to

20        have a neurography package on your machine?"    10:47

21        So I know that was available.  But I don't

22        think Siemens provided that as an option.

23                As you know or you may not know or

24        maybe the folks looking at this may not know,

25        but there are -- when a manufacturer sells you  10:47

Michael Brant-Zawadzki - 8/16/2011

Page 50

1     an MR instrument, you have multiple options.     10:47

2     You get the car, and you can get the navigation

3     package if you want or you can get the rear

4     camera if you want.  So there are packages.  I

5     don't remember neurography being one of the       10:47

6     packages on the Siemens magnet.

7          Q.   Do you believe that there were call

8     them third-party vendors or at least a

9     third-party vendor that offered an add-on?  So

10    sort of like you can put a nav system on your    10:48

11    car that wasn't from the manufacturer.

12         A.   Well, I believe that -- my

13    understanding was Dr. Filler's company offered

14    that.  And, again, because we were never really

15    interested in doing that, there's other things   10:48

16    we're not interested in doing, we never pursued

17    it.  We never got competitors.  I don't know if

18    there are any other competitors or not.

19         Q.   You mentioned you guys don't do that

20    at your hospital, but you knew there were        10:48

21    places that specialized in nerve imaging.  Who

22    were you aware of that does that?

23         A.   Well, I knew there was a --

24    Dr. Tsuruda had a site that he advertised

25    because we'd occasionally get a dentist calling 10:48

Michael Brant-Zawadzki - 8/16/2011

Page 62

1          requirement there.  It says that there's  11:11

2          a thresholding process to be used, and

3          you can choose the range of thresholding

4          processes, whether the ones we discussed

5          earlier.          11:11

6    BY MR. LoCASCIO:

7        Q.   In your view could you also select it

8    manually?

9         MR. FENSTER:  Objection.  Vague.

10   BY MR. LoCASCIO:          11:11

11       Q.   Based on your visual inspection of

12   those fascicles?

13       A.   Well, again, I think that if you had

14   any question, you could resort to one of the

15   tools that we talked about including the  11:11

16   single-voxel lens that you scroll across the

17   image and say, "Okay, these are the range of

18   numbers that I'm interested in, and this is

19   where I'm going to measure the intensity."  Or

20   you could put an oval within which you visually 11:11

21   thought were the boundaries based on your

22   training and experience and skill in the art.

23       Q.   This section that you're pointing to,

24   column 28, doesn't tell you how to do that, but

25   in your view someone of skill in the art would 11:12

Michael Brant-Zawadzki - 8/16/2011

Page 63

| | |
|---|---|
| 1 | figure it out.  Fair? | 11:12 |
| 2 |     A.   Yeah. |
| 3 |        MR. FENSTER:  Objection.  Vague. |
| 4 |        THE WITNESS:  I think it's a |
| 5 | combination of what this tells you how | 11:12 |

1   figure it out.  Fair?                         11:12

2        A.   Yeah.

3             MR. FENSTER:  Objection.  Vague.

4             THE WITNESS:  I think it's a

5        combination of what this tells you how    11:12

6        to do that -- what this tells you to do,

7        and it makes suggestions based on an

8        assumption that someone with skill in

9        the art fills in the components.  It

10       doesn't specify automated thresholding    11:12

11       versus manual versus oval window

12       versus -- but it says thresholding.

13            So I think someone skilled in the

14       art understands that, hey, you're going

15       to use a visual threshold and place a     11:12

16       region of interest tool in there, or

17       you're going to use a pixel thresholding

18       method and draw it in.  So the range of

19       something -- of the things someone

20       skilled in the art would be able to       11:12

21       understand is being prescribed, if you

22       will, by this section.

23   BY MR. LoCASCIO:

24        Q.   In your view if you select a

25   different region of interest from one of your  11:13

Michael Brant-Zawadzki - 8/16/2011

Page 64

1        colleagues, will the conspicuity calculation be    11:13

2        different or the same?

3               MR. FENSTER:  Objection.  Vague,

4           incomplete hypothetical.

5               THE WITNESS:  So we talked about        11:13

6           the range of inter-observer variability.

7           So within that 5 to 10 percent range,

8           there may be differences.  But for the

9           most practical purposes for the

10          significant -- statistically significant    11:13

11          majority of instances it would be the

12          same.

13    BY MR. LoCASCIO:

14       Q.   What's the source for your belief

15    that there's a 5 to 10 percent range of        11:13

16    inter-operator variability?

17       A.   Just the summary of experience.  I

18    mean I've done -- I've written papers on

19    inter-observer variability of and other things.

20    I've read papers about it, inter-observer      11:13

21    variability for relatively simple tasks, even

22    ones that one would think would be extremely

23    reproducible.  We know that there's a range of

24    inter- and intra-observer variability.

25               Obviously once one gets down to the    11:14

Michael Brant-Zawadzki - 8/16/2011

Page 176

```
 1                    (Defendants' Exhibit 40 was marked    14:05
 2              for identification.)
 3    BY MR. LoCASCIO:
 4         Q.   This has various images including
 5    ROIs, as you understand, were selected by    14:05
 6    Dr. Filler; true?
 7         A.   As I understand it, yes.
 8         Q.   If we look first at the second
 9    page which he calls figures 2A and 2B which is
10    the page you're on in Exhibit 40, the green    14:05
11    circles are ROIs; correct?
12         A.   Yes.  The blue and green.  I think
13    one of them is blue.  Yes, the color circles.
14         Q.   Those colored circles are different
15    sizes and shapes.  Agreed?    14:05
16         A.   Yes.
17         Q.   And in this instance am I correct,
18    sir, that the call them the lower two circles
19    on figure 2B are the nerve, and the higher or
20    closer to the top of the page two circles are   14:06
21    the non-neural tissue?
22         A.   Yes.  According to what I can see
23    here.
24         Q.   Is that a nerve that is in
25    cross-section like we talked about it before or 14:06
```

TSG Reporting - Worldwide        877-702-9580

Michael Brant-Zawadzki - 8/16/2011

Page 177

1    a nerve that at this point is at least in part    14:06

2    running in the plane of the image?

3         A.    The latter.

4         Q.    And Dr. Filler in this instance

5    selected an ROI that is an ellipse or an oval    14:06

6    inside of what appears to be that nerve as it

7    runs through the plane of the image; correct?

8         A.    Yes.

9         Q.    He did not select the entire nerve;

10   true?                                            14:06

11        A.    True.  Entire nerve and the full

12   definition of that term.

13        Q.    Do you believe that this method shown

14   here by Dr. Filler is the method taught by the

15   360 patent of measuring an ROI to measure        14:07

16   conspicuity?

17        A.    I think it is one of them, much

18   like -- very similar if not almost identical to

19   the way Dr. Bryan did it.  In certain of his

20   examples, I should say.                          14:07

21        Q.    I want you to leave this out.  And

22   then your expert report that you had a minute

23   ago, we were looking at paragraph 49.  I want

24   to turn back a couple of pages to paragraph 43.

25        A.    Okay.                                 14:07

Michael Brant-Zawadzki - 8/16/2011

Page 178

1          Q.    Bottom of page 13 it says, "The          14:07

2     claims themselves dictate this because they

3     require taking the average signal intensity of

4     the nerve, not a portion of the nerve."

5          Do you see that?                               14:08

6          A.    Yes.

7          Q.    Is it your view, sir, that you need

8     to measure -- you have to have an ROI that

9     captures the whole nerve or only a portion of

10    the nerve?                                          14:08

11         A.    Well, the next sentence qualifies

12    what you just read, 'Not a portion of the

13    nerve, thus the person of skill will know to

14    take an ROI that is representative of the nerve

15    tissue." So the phrase "a portion of the          14:08

16    nerve" in the preceding sentence that you used

17    to me means something you're -- representative

18    of nerve tissue.  A portion of the nerve tissue

19    and adjacent tissue is not what you do.  You

20    don't take a portion of the nerve and a portion 14:08

21    of adjacent tissue.

22         The sentence immediately following

23    that, "Person of skill will know to take an ROI

24    that is representative of nerve the tissue."

25    So "representative of nerve tissue" is meaning   14:09

Michael Brant-Zawadzki - 8/16/2011

Page 188

1      limitation, Dr. Filler's calculations here        14:18

2      would show it satisfies the conspicuity of 5

3      limitation in claim 19?

4            A.    And the 1.1 obviously, yes.

5            Q.    Look at figure 6.  On the same DICOM   14:19

6      data, Dr. Filler gets a conspicuity measurement

7      of 4.56 using different ROIs; correct?

8            A.    Yes.

9            Q.    And we'll look at the next one,

10     figure 7.  Dr. Filler generates new ROIs and      14:19

11     gets a conspicuity of 3.80.

12           Do you see that?

13           A.    Yes.

14           Q.    So at least with respect to this

15     image, when Dr. Filler himself used three         14:19

16     different settings on the DICOM data and three

17     different ROIs.  One of them fell over the 5

18     limitation of claim 19, and two of them fell

19     below that; right?

20           A.    Over or under, yes.                    14:19

21           Q.    The same data, the same scan,

22     depending on how you measured it, would satisfy

23     the 5 limitation or not satisfy it depending on

24     the selection; true?

25           A.    Yes.                                    14:20

Michael Brant-Zawadzki - 8/16/2011

Page 189

1          Q.    That's what this shows?              14:20

2          A.    Yes.  It speaks for itself.

3          Q.    You looked at Dr. Bryan's images as

4     well from his report; correct, sir?

5          A.    Yes.                                 14:20

6          Q.    I'll hand you what we'll mark as

7     defendants 41.

8               (Defendants' Exhibit 41 was marked

9               for identification.)

10    BY MR. LoCASCIO:                                14:20

11         Q.    And based on some of the earlier

12    discussion today, I got the sense, sir, that

13    sometimes you thought Dr. Bryan's ROI

14    selections were not consistent with the

15    teachings of the 360 patent, and sometimes they 14:20

16    were.  Is that correct?

17         A.    Yes.

18         Q.    Can you walk me through the images in

19    Exhibit C and tell me where you think

20    Dr. Bryan's ROI placements or sizes, et cetera, 14:21

21    the selection of ROIs by Dr. Bryan are

22    consistent with the teachings of the 360 patent

23    and where they are not?  Let me first ask are

24    you capable of doing that as we walk through

25    these?                                          14:21

TSG Reporting - Worldwide        877-702-9580

Michael Brant-Zawadzki - 8/16/2011

Page 190

1        A.    Yes.                                        14:21

2        Q.    Can you do that for me?  And perhaps

3    the easiest way is just to refer to the figure

4    on the bottom.  So the first one is Exhibit C,

5    figure 1.  And the ROIs are conveniently         14:21

6    numbered.  So you can just sort of and walk

7    through them and tell me if they are consistent

8    with the 360 patent or in your view an opinion

9    not consistent with the proper selection of an

10   ROI.                                             14:21

11       A.    Right.  So just as an example, ROI

12   No. 3 -- the selection of ROI No. 3 or No. 2

13   for that matter, neither one, shows what could

14   be conceived of as the brightest area on an

15   image.  And Dr. Bryan, I think, would argue      14:22

16   that this is an example of how the patent is

17   nonspecific or whatever the right term is

18   because it allows a calculation where

19   conspicuity of the nerve is actually lower than

20   the, quote, surrounding, unquote, tissue;        14:22

21   right?

22            So to me that, again, is inconsistent

23   because to me the understanding is you compare

24   the conspicuity of the nerve with the nearby

25   adjacent or surrounding tissue.  So the more     14:22

Michael Brant-Zawadzki - 8/16/2011

Page 191

1    appropriate region of interest in this case --    14:22
2    I don't even know if Dr. Bryan chose one on
3    this particular image that's the most
4    appropriate.  In fact, I would argue he didn't.
5    But that's an example of where, for the          14:22
6    purposes of demonstration and argumentation,
7    Dr. Bryan chose regions of interest that would
8    dispel the patent.
9         Q.   Let's do this in a more orderly
10   fashion.  Dr. Bryan identifies some as          14:23
11   non-neural and some as nerve.  Do you agree
12   with his characterization of ROIs 1 through 11
13   on Exhibit C as being reflective of neural or
14   non-neural tissue?
15        A.   In general.  I don't know that I       14:23
16   would select those same exact spots.  But, you
17   know, No. 5, No. 6, No. 7 are neural tissue.
18   Again, we talked earlier about the most
19   representative segment, and I would say that
20   No. 5 may not be the most representative         14:23
21   segment of neural tissue that one skilled in
22   the art would choose if one were doing what is
23   instructed by the patent.  So, again, depending
24   on which specific ones we look at.
25            As far as the non-neural tissue, I      14:24

Michael Brant-Zawadzki - 8/16/2011

Page 192

| 1 | would suggest to you that Nos. 1, 2, 3, 4 -- | 14:24 |
| 2 | let's see.  8 is bone; so I wouldn't select | |
| 3 | bone.  So including 8, 9 -- what's 9 being | |
| 4 | pointed to? | |
| 5 |     Q.   It goes down, I believe, sir. | 14:24 |
| 6 |     A.   All the way to the bottom right-hand | |
| 7 | corner? | |
| 8 |     Q.   Bottom straight down. | |
| 9 |     A.   I don't know where 9 is.  But 10 and | |
| 10 | 11 certainly would not be the ones -- the vast | 14:24 |
| 11 | majority, if not all, of the, quote, non-neural | |
| 12 | tissue.  11 he points to which is outside of | |
| 13 | any biological tissue as background.  That | |
| 14 | would be a region where I might measure the | |
| 15 | noise. | 14:25 |
| 16 |     So I think his choice of non-neural | |
| 17 | tissue is stretching the limits, if not beyond | |
| 18 | the limit -- well, it is beyond the limits of | |
| 19 | what is intended by the instructions of the | |
| 20 | patent which where you'd want to select would | 14:25 |
| 21 | be immediately adjacent to -- I would submit | |
| 22 | right between 5 and 6 would be the best place, | |
| 23 | between 5 and 6 at about the 10 o'clock | |
| 24 | position above what is the obvious nerve trunk | |
| 25 | there.  That would be where I would select as | 14:25 |

Michael Brant-Zawadzki - 8/16/2011

Page 193

1      immediately adjacent non-neural tissue.         14:25

2             So three of the regions of interest

3      that he selects as neural tissue, I'd say 1 is

4      very good, 2 is pretty good, and the uppermost

5      is -- that's not where I would put it because   14:25

6      the nerve may be partially in and out of

7      volume at that point.  It wouldn't be

8      representative of the whole nerve, if you will.

9        Q.   9 you said you couldn't figure out

10     where that went.  Do you see that the dotted    14:26

11     line?  Straight from the yellow area mean and

12     standard deviation, it goes straight down.

13        A.   Oh, through the really bright spot?

14        Q.   Uh-huh.

15        A.   So that would not be either.  I would  14:26

16     include that as non-neural -- that's one of the

17     brightest objects on the image and clearly not

18     what I would consider proper for background for

19     a conspicuity measurement.

20        Q.   You would agree, sir, that all of the  14:26

21     ones identified as non-neural are showing

22     non-neural tissue; correct?

23        A.   Yes.

24        Q.   You said 11 you would use as a

25     measurement of noise but not a comparison for   14:26

TSG Reporting - Worldwide         877-702-9580

Michael Brant-Zawadzki - 8/16/2011

Page 194

1     conspicuity; right?                      14:26

2        A.   11 if -- I believe 11 is --

3        Q.   It's the one above the shoulder.

4        A.   Total black area, right, about any

5     biological structure.              14:26

6        Q.   Look at the table on the next page.

7     Dr. Bryan -- you know Dr. Bryan didn't use

8     No. 11 in his conspicuity calculations, did he?

9        A.   I don't know which one -- you asked

10    me where he put his ROI.  So I don't know what  14:27

11    he used and what he didn't use until I look

12    again at the number on the table.  It doesn't

13    look like he used No. 11.  It looks like 1, 2,

14    3, 4, 8, 9, 10.

15       Q.   And 11 says that has a mean intensity 14:27

16    of 6.4 and a standard deviation of 4; correct?

17       A.   But is 11 -- again, I can't tell on

18    this Xerox where 11 goes.  Maybe you can tell

19    me where 11 goes.

20       Q.   See the dotted line right above 8 in  14:27

21    that area?  It goes up to the right into that

22    circle.

23       A.   I see 8 and 11 is --

24       Q.   No, no.  11 says area

25    0.088 centimeters, and then there's a line.   14:27

Michael Brant-Zawadzki - 8/16/2011

Page 195

1        A.    Yes, now I see it.  It goes to that    14:27

2    black area where I would consider maybe that's

3    a background noise area.  He didn't include --

4    yes, he didn't include No. 11.

5        Q.    And 11 identifies that, as you think, 14:28

6    noise of 6.4 as a mean and a standard deviation

7    of 4; correct?

8        A.    Yes.

9        Q.    And standard deviation 4 means that

10   68 percent of the time the intensity in that    14:28

11   window is going to be between 2.4 and 10.4?

12       A.    Is it 95 percent or 60 -- so I don't

13   know what the calculation is.  Is it

14   standard -- yeah, you're right.  It's 60 --

15   you're right.                                   14:28

16       Q.    It's one standard deviation?

17       A.    One standard deviation, right.

18       Q.    Which means that's the range of

19   68 percent of the data points in that region of

20   interest?                                       14:28

21       A.    Correct.

22       Q.    And so the noise, according to that,

23   in that region of interest ranges from 2.4 all

24   the way to 10.4; correct?

25       A.    Yes.                                  14:28

Michael Brant-Zawadzki - 8/16/2011

Page 196

1      Q.   And the noise is not taken into      14:28

2   account in the 360 patent; correct?

3      A.   Yes.

4      Q.   Looking at the ROI, which nerve do

5   you think is the best?  7 or 6?              14:29

6      A.   I would say 7 -- let's see.  Probably

7   7.

8      Q.   7 would indicate that 68 percent of

9   the pixels in there are between -- what's that?

10  77.7, up to about 91 is their intensity?     14:29

11     A.   Yes.

12     Q.   And 1.1 is 10 percent more than the

13  nerve or the background; correct?  To measure

14  conspicuity of 1.1, it's 10 percent or greater?

15     A.   Yes.                                 14:29

16     Q.   The noise in this image is on an

17  order of magnitude of around 10 percent of that

18  nerve intensity, isn't it?

19     A.   Yes.  But if you look at the absolute

20  number even within the standard deviation, the  14:30

21  lowest would be, let's say, 77 or so, 78;

22  right?  So 78 would be the lowest intensity,

23  acceptable lowest intensity of the nerve.  And

24  the highest intensity of the noise would be 10.

25  So we're still talking 7.8 to 1 signal-to-noise  14:30

Michael Brant-Zawadzki - 8/16/2011

Page 197

| | | |
|---|---|---|
| 1 | ratio; right? | 14:30 |
| 2 | Q.   Uh-huh.  Your view is the noise is | |
| 3 | irrelevant? | |
| 4 | A.   Well, it's 10 percent or less, yeah. | |
| 5 | Q.   10 percent is all you need to satisfy | 14:30 |
| 6 | the conspicuity limation; correct? | |
| 7 | A.   Right. | |
| 8 | Q.   The noise is actually more than | |
| 9 | 10 percent, isn't it? | |
| 10 | A.   No. | 14:30 |
| 11 | Q.   Isn't 10 percent of 77, 7.7? | |
| 12 | A.   But you're talking about the outside | |
| 13 | range.  You're taking the worst case scenario | |
| 14 | as opposed to the mean.  There's a reason why | |
| 15 | the term "mean" is used. | 14:30 |
| 16 | Q.   And if you used what the patent said, | |
| 17 | a voxel-by-voxel basis, and you picked | |
| 18 | somewhere inside each of those ROIs, it could | |
| 19 | exceed 10 percent; right? | |
| 20 | MR. FENSTER:  Objection.  Vague, | 14:31 |
| 21 | incomplete hypothetical. | |
| 22 | THE WITNESS:  It's a hypothetical. | |
| 23 | BY MR. LoCASCIO: | |
| 24 | Q.   That could turn out to change the -- | |
| 25 | whether the conspicuity is above or below 1.1? | 14:31 |

TSG Reporting - Worldwide        877-702-9580

Michael Brant-Zawadzki - 8/16/2011

Page 198

1     A.   Well, you have to take into account     14:31
2     the background, yes.
3     Q.   Can you turn to the next figure 2,
4     please.  I want to ask you about those ROIs.
5     And my first question, sir, for all 11 of them  14:31
6     is just this:  Are the ones identified as nerve
7     in your view nerve, and are the ones identified
8     as non-neural not neural?  And then we'll talk
9     about whether you think they're best, worst, or
10    eh.                                             14:31
11           MR. FENSTER:  I'm curious how she
12        spells that.
13           MR. LoCASCIO:  I was too.  I'll say
14        so-so.
15           THE WITNESS:  I agree with that.        14:32
16    BY MR. LoCASCIO:
17    Q.   All the ones that Dr. Bryan
18    identifies as nerve are nerve; correct?
19    A.   Yes.
20    Q.   And all the ones that he identifies     14:32
21    as non-neural are non-neural; correct?
22           A.   Again, I would argue that ROI No. 11
23    which he labels as nerve is partially nerve.
24    It would not be representative of the nerve I
25    would have chosen but -- and I would say that   14:32

TSG Reporting - Worldwide        877-702-9580

Michael Brant-Zawadzki - 8/16/2011

Page 199

1    ROI No. 8 is the most representative of the        14:32

2    ROIs he chose as nerve.  The other two are --

3    certainly contain nerve but to varying degrees

4    less so than ROI No. 8.

5              Go ahead.                                 14:32

6       Q.   Are any of these -- so let's take it

7    in pieces.  You agree that the nerve ROIs are

8    all ones that someone with skill in the art

9    could choose based on the teachings of 360?

10      A.   I don't think they would choose ROI        14:33

11   No. 11.  I would say that they could possibly

12   choose 10.  I would say most of the time they

13   would choose 8.

14      Q.   And with respect to the non-neural

15   tissue, are there some that you think the 360       14:33

16   patent would teach you could choose and some

17   that you could not for non-neural?

18      A.   To me the ROI that would be most

19   appropriate would be the muscle, the areas just

20   outside ROI 11 up above and down below, maybe       14:33

21   the 12:30 and the 6:30 position adjacent to

22   that ROI.  That shows a nice representative

23   example of background muscle tissue.  Or you

24   could go off to -- further away.  You pick the

25   nearby -- I think the patent teaches the nearby 14:33

Michael Brant-Zawadzki - 8/16/2011

Page 200

| | | |
|---|---|---|
| 1 | adjacent tissue surrounding or adjacent | 14:33 |
| 2 | tissues.  I would choose that particular part | |
| 3 | of the musculature. | |
| 4 | Q.   And are any of the ROIs that are | |
| 5 | non-neural in your view acceptably chosen under | 14:34 |
| 6 | the teachings of the 360 patent? | |
| 7 | A.   Well, not in this case, no.  I think | |
| 8 | that, again, whoever chose that, I assume | |
| 9 | Dr. Bryan, was using them to make a point. | |
| 10 | They're not appropriately chosen under the | 14:34 |
| 11 | teachings of the patent. | |
| 12 | Q.   Can you go to No. 3.  Same first | |
| 13 | question.  Are the non-neurals truly | |
| 14 | non-neural, and are the nerves truly nerve in | |
| 15 | your view? | 14:34 |
| 16 | A.   Same answer.  I think the most | |
| 17 | representative probably is either No. 13 or | |
| 18 | No. 6.  As I quickly look at these, I would | |
| 19 | choose No. 13 as the most representative.  And | |
| 20 | if you went directly outside of that circle | 14:34 |
| 21 | into the dark musculature there, that would be | |
| 22 | the most appropriate non-neural.  So maybe the | |
| 23 | most appropriate non-neural tissue would be 16 | |
| 24 | or possibly -- well, 16 would be of the ones | |
| 25 | that Dr. Bryan -- is this Bryan? | 14:35 |

Michael Brant-Zawadzki - 8/16/2011

Page 201

1       Q.   Uh-huh.                                      14:35

2       A.   Bryan chose -- I would say 16 would

3    be perhaps the most representative of the ones

4    he chose.  Again, I would choose tissue closer

5    to the trunks immediately adjacent.  I would    14:35

6    go -- if you connect ROI 16 to ROI 13 and went

7    down that line towards 13 just where that

8    black -- the linear thing is, just inside of

9    that or outside of that towards the 16 is where

10   I would choose the immediately adjacent ROI for 14:35

11   teachings of the patent and my background in

12   the skill in the art.

13           So I would choose 13, and I would

14   choose a circle of the same size immediately

15   adjacent separated by the black line bordering  14:36

16   the nerve in its upper portion.

17       Q.   You said 13 or 6 before were the

18   two -- you thought were the most representative

19   of how it would be done in the 360 patent.  6

20   is all within the nerve; correct?  It doesn't   14:36

21   go outside?

22       A.   Well, 6 probably is.  The edge of the

23   ROI touches on the boundary or maybe just -- I

24   don't know how many pixels may be beyond the

25   nerve.  Certainly 13 is entirely within the     14:36

Michael Brant-Zawadzki - 8/16/2011

Page 202

1    nerve.  And to me 13 is the most representative  14:36

2    segment of the nerve.

3         So if I were trying to decide do I --

4    for my conspicuity measurement to satisfy

5    infringement or not, I would choose 13, and I   14:36

6    would choose non-neural tissue that's different

7    than the choices presented here.

8         Q.   And you agree that depending on who

9    looked at this image, different radiologists

10   could end up with different ROIs taken at        14:37

11   different spots, and none of them would be

12   wrong to do so?

13        MR. FENSTER:  Objection.  Vague and

14        incomplete hypothetical.

15        THE WITNESS:  Again, I can only say    14:37

16        what my opinion is of skilled

17        practitioner of the art.  They would

18        take the most representative segment of

19        the nerve and the brightest portion and

20        the most representative segment of the    14:37

21        adjacent or surrounding tissue.  That's

22        not what was done in this case.  So I

23        don't know if this is how Dr. Bryan

24        would act based on the teachings of the

25        patent or this is how he would act      14:37

Michael Brant-Zawadzki - 8/16/2011

Page 203

| | | |
|---|---|---|
| 1 | trying to discount the patent. | 14:37 |
| 2 | BY MR. LoCASCIO: | |
| 3 | Q.   Are there any of the non-neural | |
| 4 | selections that you think are acceptable under | |
| 5 | the teachings of the patent on Exhibit C, | 14:37 |
| 6 | figure 3? | |
| 7 | A.   Acceptable?  Well, again, I don't. | |
| 8 | Because even if I were to accept No. 16 as | |
| 9 | representative, it's not surrounding or | |
| 10 | immediately adjacent to.  So the answer is no, | 14:38 |
| 11 | I don't think so. | |
| 12 | THE VIDEOGRAPHER:  We have about | |
| 13 | five minutes left on this tape. | |
| 14 | BY MR. LoCASCIO: | |
| 15 | Q.   Your opinions on all of these are | 14:38 |
| 16 | premised on the requirement that non-neural | |
| 17 | tissue in the claim language is adjacent; | |
| 18 | correct? | |
| 19 | MR. FENSTER:  Objection.  Vague, | |
| 20 | misstates. | 14:38 |
| 21 | THE WITNESS:  My premise -- state | |
| 22 | the first part again. | |
| 23 | BY MR. LoCASCIO: | |
| 24 | Q.   Your opinion as to the | |
| 25 | appropriateness of the selection of these | 14:38 |

Michael Brant-Zawadzki - 8/16/2011

Page 204

1    non-neural tissue ROIs is premised on a            14:38

2    requirement that they be adjacent to the nerve

3    ROI; correct?

4         A.   Adjacent, surrounding, nearby,

5    whatever language, as opposed to far away or --  14:38

6    it's the tissue that's the background for the

7    nerve.

8              Maybe I can give you another analogy.

9    So the camera is looking at me right now.   I

10   have a blue shirt on.   There's a relatively     14:39

11   blue background.   The field of view that we're

12   talking about for measuring conspicuity to me

13   and is limited to this versus this.   Whereas if

14   the field of view encompasses the room and

15   includes the white wall, it's not fair to        14:39

16   measure the intensity of the white wall; right?

17   And that's what's being done here.

18              So to me conspicuity is how does

19   something stand out from the background.   You

20   have to select the appropriate background.   Not 14:39

21   the wall over there even though it's in the

22   image if the field of view of the camera is

23   large enough to see that.   I don't know.

24   That's the videographer that can tell us.

25              So it's not fair to select the entire 14:39

Michael Brant-Zawadzki - 8/16/2011

Page 205

1      image and select intensities out there.  What      14:39

2      you want to do is select this versus

3      immediately adjacent non-shirt tissue and

4      measure the difference.  And that's not -- none

5      of these do that, the non-neural tissue here.      14:39

6      They select stuff fairly far outside.

7            Q.   The patent inventors defined how they

8      wanted to measure conspicuity here; right?

9            A.   Yes.

10           Q.   And they also were obligated to tell      14:40

11     you how to come up with the ROI; correct?

12                MR. FENSTER:  Objection.  Vague.

13                THE WITNESS:  Well, they were

14           obligated to describe who the "you" is,

15           which they did.  They described who the      14:40

16           "you" is.  And then they described

17           certain aspects of how to do it.  So I

18           tink they described the "you" which took

19           certain -- took the art to a certain

20           level, if you will, and then they           14:40

21           described techniques to do that.

22     BY MR. LoCASCIO:

23           Q.   Let me --

24                Oh, we need to change tape.  Let's go

25     ahead and do that.                                 14:40

Michael Brant-Zawadzki - 8/16/2011

Page 206

```
 1              THE VIDEOGRAPHER:  This marks the     14:40
 2         end of disk No. 2 in the continuing
 3         deposition.  The time is 2:40 p.m., and
 4         we're off the record.
 5              (Recess taken from 2:40 p.m. to       14:40
 6         2:59 p.m.)
 7              THE VIDEOGRAPHER:  This marks the
 8         beginning of disk No. 3 in the
 9         continuing deposition.  The time is
10         2:59 p.m., and we are back on the         14:59
11         record.
12    BY MR. LoCASCIO:
13         Q.   We were looking, sir, at Exhibit 41
14    which were Dr. Bryan's exhibits.  If you could
15    turn to figure 6.                              14:59
16         A.   Yeah.
17         Q.   It's page 11.  Figure 6.
18         A.   Sorry.  Got it.
19         Q.   Are those, in your view, proper
20    selections of ROIs under the teachings of the  14:59
21    360 patent?
22         A.   Again, not what I would have selected
23    for the neural tissue.  I would have selected
24    much closer towards the spine along the nerve.
25    It looks to me like both have some partial      14:59
```

Michael Brant-Zawadzki - 8/16/2011

Page 207

1      volume of non-neural tissue within them.  So I    15:00

2      would have selected the nerve immediately below

3      the two regions of interest or the same nerve

4      more proximally or the contralateral nerve

5      where it's homogeneous and definitive to the      15:00

6      structure.

7              As for the immediately adjacent or

8      surrounding non-neural tissue, I think ROI 2 is

9      better than ROI 1, but it suffices.

10         Q.   So 1 and 2 --                            15:00

11         A.   I'm sorry.  ROI -- let me make sure I

12     said that.  Actually it looks like ROI 2 may

13     be -- actually it looks like they're partially

14     volumed in those actually, both of those.  I

15     would have selected muscle tissue, and it that   15:00

16     actually looks like there's some in-plane

17     portion of nerve in there because it's all

18     brachial plexus region.  So I would have

19     selected definitive muscle tissue and not

20     what could be partially neural -- in fact, it    15:01

21     is partially neural tissue.  He calls it

22     non-neural.  I think it's partially neural.

23         Q.   Do you know that or --

24         A.   No.  It looks -- it certainly looks

25     that way.                                        15:01

TSG Reporting - Worldwide        877-702-9580

Michael Brant-Zawadzki - 8/16/2011

Page 208

1        Q.   Is that something that with this        15:01

2   image standing alone you know for a fact, or

3   that's your interpretation?

4        A.   Well, it certainly looks like as you

5   go down the trunk it looks like it becomes a     15:01

6   little bit more into the plane as a nerve.  So,

7   you know, I would not select that wondering --

8   I think thinking it's partially neural tissue.

9   I would have selected -- for me the calculation

10  would have been on the other side, on the left  15:01

11  side of the spine where there's definitive

12  nerve and definitive muscle immediately

13  adjacent.

14       Q.   Let's look at figure 7.

15       A.   Okay.                                   15:01

16       Q.   Are those nerve ROIs, in your view,

17  consistent with the teachings of the 360

18  patent?

19       A.   The -- it looks like there's some

20  freehand drawings on the left side.  The upper  15:02

21  ROI is consistent, and the two on the left are

22  consistent.  I would choose the upper one more

23  than the lower one, but they're consistent with

24  it, yes.

25       Q.   Okay.  And so the two freehand         15:02

Michael Brant-Zawadzki - 8/16/2011

Page 209

1    drawings on the left --                            15:02

2          A.    Not the two.  Just the upper one at

3    most.

4          Q.    Okay.  What about the ones on the

5    right?                                             15:02

6          A.    The ones on the right, the uppermost

7    one is the most optimal.  I would have taken it

8    a little bit further down where there's

9    discrete nerve.  There's that little very

10   bright spot which could represented the          15:02

11   vascular structure signal superimposed.  I

12   would have taken it down a little bit lower.

13              If I were measuring for sure nerve

14   and for sure adjacent tissue, I would measure

15   just a smidgen further down the nerve on the     15:03

16   left than the topmost region of interest.

17         Q.    That white spot just above and to the

18   left at like 10 o'clock of the oval, is that

19   neural or non-neural tissue?

20         A.    I think that is brighter and suggests 15:03

21   to me a vascular structure.  I would have to

22   look at other images, adjacent images, or do

23   other things to make sure of that.  But to me

24   it looks like there's a composite between

25   either some spinal fluid and/or a vascular       15:03

Michael Brant-Zawadzki - 8/16/2011

Page 210

| 1 | structure and a nerve together. | 15:03 |

2      Q.   A vascular structure is non-neural;

3  correct?

4      A.   Yes.

5      Q.   So right next to that oval is       15:03

6  something that you believe may be non-neural

7  tissue that's brighter than the oval; correct?

8      A.   It could be some spinal fluid.  It

9  could be some non-neural tissue, yes.

10      Q.   And that is brighter or higher      15:03

11  conspicuity --

12      A.   Yes.

13      Q.   -- than the nerve next to it?

14      A.   It obviously stands out more than

15  what I consider to be the trunk of the nerve.  15:03

16  But I wouldn't use that as nerve signal because

17  it might give me too high a signal intensity

18  for the calculation.

19      Q.   And ROI 5, the pixel or really small

20  area, is that within the nerve as taught by the 15:04

21  360 patent or not?

22      A.   You can't -- I don't think you can

23  use that.

24      Q.   Why not?

25      A.   Well, because it's too tiny an ROI   15:04

Michael Brant-Zawadzki - 8/16/2011

Page 211

1     for what is a larger structure, and I think        15:04

2     that larger structure is not homogenous in that

3     region.  It's partially in and partially out of

4     the plane of the image.

5          Q.   So in your view ROI 5 would not be        15:04

6     something you would use when trying to measure

7     an ROI under the 360 patent?

8          A.   Correct.

9          Q.   Because it's too small?

10         A.   And because I'm not sure that it's        15:04

11    the whole of the nerve as we discussed before.

12    I think that there is portions -- there may be

13    portions of that that is non-nerve, and it may

14    be that that tiny ROI that was chosen is not

15    within the nerve or does not contain nerve, not  15:05

16    entirely within the nerve or contains no nerve.

17         Q.   Let's look at figure 8, please.  All

18    ten of those ROIs show neural tissue; correct?

19         A.   They show portions of neural tissue,

20    yes.                                                15:05

21         Q.   And all of those portions of the

22    neural tissue result in, because they're

23    different ROI selections, different signal

24    intensities.  Fair?

25         A.   Yes.  Again, the same argument.  I        15:05

Michael Brant-Zawadzki - 8/16/2011

Page 212

1    would select ones I was certain was the          15:05

2    representative of nerve tissue which in this

3    case would be ROI No. 7 -- let's see, 6 or 7?

4    No. 6.  That would be my selection.

5         Q.   The patent doesn't say use what        15:05

6    Dr. Brant-Zawadzki says to use.  It says it's

7    for what one of skill in the art might choose.

8    Is it your opinion, sir, that every person of

9    skill in the art would choose 6 and not the

10   others?                                          15:06

11       A.   I think that most people under the

12   teaching of the patent would choose the most

13   representative portion of the nerve which to me

14   would me would be No. 6 or in the immediate

15   vicinity of No. 6.                               15:06

16       Q.   What if you wanted one on the other

17   side?

18       A.   Well, you wouldn't want that because

19   you want -- by definition under the patent

20   you'd want the most representative portion of   15:06

21   the nerve.

22       Q.   Are those different nerves, the left

23   side versus the right side?

24       A.   No, they're all within the brachial

25   plexus.  But under the teachings of the patent, 15:06

Michael Brant-Zawadzki - 8/16/2011

Page 213

1    you'd want the most representative portion of        15:06

2    what you know is nerve.  So even though they're

3    the same general anatomic structure, you want

4    the most -- what you're convinced of visually

5    is the most representative portion of neural       15:06

6    tissue which to me would be -- of the ones

7    chosen here, would be No. 6.

8        Q.   And are you saying, as you sit here

9    today under oath, in your view of the patent

10   all the other ROIs in this are wrong, and they    15:07

11   could not be used according to the teachings of

12   the 360 patent?

13       A.   They should not be used by a trained

14   observer in the art for choosing the most

15   representative segment of neural tissue on this  15:07

16   image.

17       Q.   And it's your belief that the claims

18   require to use an ROI that is most

19   representative of any single nerve on the

20   image?                                              15:07

21       A.   That is my understanding of the

22   patent, yes.  For the purposes of documenting

23   infringement; right?

24       Q.   Let me show you what we'll mark as

25   defense 42.                                         15:07

Michael Brant-Zawadzki - 8/16/2011

Page 214

1              (Defendants' Exhibit 42 was marked        15:07

2         for identification.)

3    BY MR. LoCASCIO:

4         Q.   We talked about thresholding earlier

5    today.                                              15:07

6         A.   Yes.

7         Q.   This is Dr. Bryan's rebuttal

8    Exhibit 2.  You've seen this before; correct?

9         A.   Yes.

10        Q.   And this is an example of using a        15:07

11   software to threshold the brightest portions of

12   Dr. Filler's Exhibit C; correct?

13        A.   Yes.

14        Q.   And this shows that at 10 percent,

15   30 percent, 40 percent, even 50 and beyond, the 15:08

16   nerve is not shown using a signal intensity

17   threshold; correct?

18        A.   I think at 70 it is.  Did you say --

19   I forgot what you --

20        Q.   I got up to 50.                           15:08

21        A.   Okay.  60, 70, work backwards.  So

22   you got up to -- yeah, 50 I would say you

23   cannot tell definitive neural tissue.

24        Q.   And so the --

25        A.   At 60 I think you're beginning to see 15:08

Michael Brant-Zawadzki - 8/16/2011

Page 215

```
 1      nerve in it.  Certainly at 70 you do.           15:08
 2          Q.   So if you use a threshold to just
 3      take the highest signal intensity, using the
 4      image by Dr. Filler, you don't see the nerve
 5      when you threshold at the top 10, 30, 40, or    15:09
 6      even 50 signal intensity; correct?
 7          A.   Correct.
 8          Q.   You don't dispute that analysis or
 9      data, do you?
10          A.   Well, no, I don't.  There are little  15:09
11      individual tiny dots which may show nerves.
12      But you'd have to use other methods to see if
13      that's really nerve or not.  So definitively
14      just using the threshold image, single image
15      without a set of images, within that context   15:09
16      you're right.
17          Q.   As you're sitting here today, sir, is
18      there anything about your opinions that you
19      think now that we've gone through your
20      deposition is incorrect and needs to be changed 15:09
21      or corrected?
22          A.   I don't know that I can even think
23      anymore; so I'd say no.
24          Q.   Anything about your answers today
25      that you believe was inaccurate or needs to be  15:09
```

Michael Brant-Zawadzki - 8/16/2011

Page 216

1    corrected?                                            15:09

2          A.    Not as I sit here right now.

3          Q.    Have you talked to NeuroGrafix's

4    lawyers about any questions they want to ask

5    you or answers they want you to give?            15:10

6          A.    We talked about several items that

7    they raised and I think he's going to ask me.

8          Q.    Did you talk about what the questions

9    would be or what the answers would be?

10         A.    We talked about what the questions -- 15:10

11   the general context of questions might be.

12         Q.    Any discussion about what the answers

13   would be?

14         A.    Well, no.  I mean I think -- no, I

15   don't know the answers.  It's like region of    15:10

16   interest sampling as you're trying to suggest.

17   It will be in the ballpark of opinions I've had

18   before.  They were checking to see if my

19   opinions were still my opinions.  So that's

20   representative of what the answer you're         15:10

21   looking for.

22         Q.    Did they tell you what to say and

23   what not to say?

24         A.    No.

25         Q.    Did you practice it at all?          15:10

Michael Brant-Zawadzki - 8/16/2011

Page 217

1        A.   No.  It was ballpark stuff.              15:10

2             MR. LoCASCIO:  Okay.  At this point

3        no further questions for this witness.

4             MR. FENSTER:  I want to go off the

5        record for a minute.                          15:11

6             THE VIDEOGRAPHER:  The time is

7        3:11 p.m., and we are off the record.

8             (Recess taken from 3:11 p.m. to

9        3:12 p.m.)

10            THE VIDEOGRAPHER:  The time is           15:12

11       3:12 p.m., and we are back on record.

12

13                  EXAMINATION

14       BY MR. FENSTER:

15            Q.   Dr. Brant-Zawadzki, can you take a   15:12

16       look at Defendants' Exhibit 11, which is the

17       360 patent at column 14.  And at column 14 at

18       line 56, there is a discussion that the ROI may

19       be a single pixel or voxel or a larger region,

20       and it goes on to describe that it can be       15:13

21       performed -- that ROI selection can be

22       performed manually or automatically.

23            Do you see that?

24       A.   Yes.

25       Q.   Is it your understanding that one of   15:13

Michael Brant-Zawadzki - 8/16/2011

Page 218

1    skill in the art would understand this to            15:13

2    suggest that an ROI could be any size for a

3    given image?

4            MR. LoCASCIO:  Objection.  Leading.

5            THE WITNESS:  No, I don't think            15:13

6        that's what the patent suggests.

7    BY MR. FENSTER:

8        Q.   What is your understanding of the

9    patent's discussion of several different

10   methods of selecting ROIs?                             15:14

11       A.   Well, I think we covered this before.

12   But it suggests a set of tools within a

13   prescribed tool kit that one would use in a

14   particular circumstance.  So, for instance,

15   most of what we've covered here today in terms   15:14

16   of image and ROIs was in plain imaging of the

17   nerve, the longitudinal description of a nerve

18   as opposed to a cross-sectional.  For that

19   purpose the patent teaches use of common, very

20   common region of interest tools, an oval or a   15:14

21   circle being shown by Dr. Filler and Dr. Bryan

22   commonly in the exhibits that we discussed

23   before.

24           The pixel or voxel methodology, as I

25   pointed out in one of the images, where the      15:14

Michael Brant-Zawadzki - 8/16/2011

Page 219

1        region of interest chosen by Dr. Bryan was what    15:14

2        looked like a single voxel, that would be

3        inappropriate for use in a longitudinal data

4        set.  It would be more appropriate for use by

5        one skilled in the art for cross-sectional          15:15

6        images where a checkerboard pattern is shown.

7        And one may want to use a crosshair to

8        determine the family of voxels representing the

9        fascicular bundle of nerves.

10              So I think the patent provides and          15:15

11       prescribes a set of tools within a tool kit,

12       each tool commonly used for one purpose versus

13       another purpose.  A different tool might be

14       used for the cross-sectional purpose versus the

15       longitudinal purpose.  It allows for some          15:15

16       degree of choice, whether it's a circle or an

17       elliptical choice.

18              I think that's, again, something that

19       an observer skilled in the art would use

20       reproducibly most of the time and others like      15:15

21       him or her would use reproducibly most of the

22       time to select the most representative segment

23       of the nerve and place the region of interest,

24       whether it's a circle or slight oval within

25       that region of interest, to determine the          15:16

Michael Brant-Zawadzki - 8/16/2011

Page 237

1          THE VIDEOGRAPHER:  This marks the        15:36

2     end of disk No. 3 and is the end of

3     today's deposition.  The time is

4     3:36 p.m.  We're now off the record.

5          (Time noted:  3:36 p.m.)              17:37

6

7

8

9

10

11

12

13     _____

14          MICHAEL BRANT-ZAWADZKI, M.D.

15

16     Subscribed and sworn to before me

17     this      day of          , 2011.

18

19     _____

20     (Notary Public)

21     My Commission expires: _____

22

23

24

25