# Exhibit IND19

 1                BEFORE THE UNITED STATES DISTRICT COURT

 2                  FOR THE CENTRAL DISTRICT OF CALIFORNIA

 3     - - - - - - - - - - - - - - -x

 4     NEUROGRAPHIX, a California      :

 5     corporation, and WASHINGTON     :

 6     RESEARCH FOUNDATION, a          :

 7     not-for-profit Washington       :

 8     corporation,                    :

 9              Plaintiffs,            : Case Number

10         vs.                         : 10-CV-1990 MRP (RZx)

11     SIEMENS MEDICAL SOLUTIONS        :

12     USA, INC., a Delaware            :

13     corporation, and SIEMENS         :

14     AKTIENGESELLSCHAFT, a German :

15     corporation,                     :

16              Defendants.            :

17     - - - - - - - - - - - - - - -x

18

19       VIDEOTAPED DEPOSITION OF ROBERT NICK BRYAN, M.D.

20

21                              Washington, D.C.

22                              Wednesday, September 7, 2011

23

24     REPORTED BY:

25        SARA A. WICK, RPR, CRR


                                1

BARKLEY
Court Reporters

1        Videotaped deposition of ROBERT NICK BRYAN,

2    M.D., called for examination pursuant to notice of

3    deposition, on Wednesday, September 7, 2011, in

4    Washington, D.C., at the offices of Kirkland & Ellis

5    LLP, at 10:05 a.m., before SARA A. WICK, RPR, CRR,

6    and a Notary Public within and for the District of

7    Columbia, when were present on behalf of the

8    respective parties:

9            FREDRICKA UNG, ESQ.

10           Russ August & Kabat

11           12424 Wilshire Boulevard, 12th Floor

12           Los Angeles, California 90025

13           310-826-7474

14           fung@raklaw.com

15           On behalf of Plaintiffs

16

17           SEAN MC ELDOWNEY, ESQ.

18           CHRISTOPHER NALEVANKO, ESQ.

19           Kirkland & Ellis LLP

20           655 15th Street Northwest

21           Washington, D.C. 20005

22           202-879-5161

23           sean.mceldowney@kirkland.com

24           On behalf of Defendants

25    Also Present:  Jonathan Perry, Videographer

2

BARKLEY
Court Reporters

```
 1              P R O C E E D I N G S

 2         VIDEO OPERATOR:   This is disk number 1 of

 3    the videotaped deposition of Robert Nick Bryan,

 4    taken on behalf of the Plaintiff in the matter of

 5    Neurographix, et al., versus Siemens Medical

 6    Solutions USA, Incorporated, et al., Case Number

 7    10-1990 MRP (RZx), in the U.S. District Court for

 8    the Central District of California.

 9              This deposition is being taken at the

10    offices of Kirkland & Ellis, 655 15th Street

11    Northwest, Washington, D.C.  The time on the video

12    screen is currently 10:05:13 a.m.  Today's date is

13    September 7th, 2011.  The court reporter is Sara

14    Wick, the videographer is Jonathan Perry, both here

15    on behalf of Barkley Court Reporters.

16              Will counsel present, please, introduce

17    themselves and state whom they represent.

18         MS. UNG:   Fredricka Ung on behalf of

19    Neurographix.

20         MR. MC ELDOWNEY:   Sean McEldowney from

21    Kirkland & Ellis on behalf of the Siemens

22    Defendants.  With me today is Christopher Nalevanko,

23    also with Kirkland & Ellis.

24         VIDEO OPERATOR:   And will the reporter

25    swear in the witness, please.
```

3

BARKLEY
Court Reporters

1   Whereupon,

2                       ROBERT NICK BRYAN

3   was called as a witness and, having first been duly

4   sworn, was examined and testified as follows:

5                       EXAMINATION

6           BY MS. UNG:

7       Q       Good morning.

8           MR. MC ELDOWNEY:   Before we start, there's

9   one thing that I just want to point out.  We had

10  agreed on a schedule in this case for depositions

11  that had the expert depositions completed before

12  August 24th when Siemens's brief was due, and we had

13  agreed on a window that ended August 17th.  We

14  offered two dates during that window, and Mr. Weiss

15  informed us that those dates didn't work during the

16  window because Marc Fenster had a family vacation

17  planned and Alex Giza was going to be out of the

18  country, and also, there was a Markman hearing on

19  August 18th in Texas that Marc was involved in.

20  Marc Fenster nor Alex Giza is here today, and I

21  gather from our conversation a few minutes ago that

22  you were not a part of the claim construction

23  hearing in Texas.

24          And in the future, we expect more candid

25  conversations about scheduling depositions and

                          4

BARKLEY
Court Reporters

1    exercise, I do not recall doing so.

2        Q    Have you ever selected ROIs of two

3    different structures for comparison of signal

4    intensity of the two structures?

5        A    Yes.

6        Q    And how often do you do that?

7        A    In clinical practice, very unusually.   For

8    research purposes, I have done that a number of

9    times.

10       Q    And why would you select ROIs of two

11   different structures for comparison of signal

12   intensity of the two structures?

13       A    For research purposes, to quantitate

14   differences in the signal in the two structures.

15       Q    And when you were selecting the ROIs for

16   research purposes to quantitate the differences in

17   signal intensity in the two structures, you would

18   select an ROI of, for example, structure A and

19   structure B; correct?

20       A    Yes.

21       Q    And when selecting an ROI of structure A

22   to determine the signal intensity of that structure,

23   you would take care to select an ROI that only

24   contained that structure and no other structure;

25   correct?

Robert Nick Bryan, M.D.

BARKLEY
Court Reporters

```
 1              MR. MC ELDOWNEY:  Objection.  This is an
 2    incomplete hypothetical.
 3              THE WITNESS:  I would place the ROI
 4    following the methodological directives of that
 5    particular task.  So in the research environment,
 6    there's a methods section of a research report, and
 7    if ROIs are to be used in that project, then the
 8    definitions and how to operationally place the ROIs
 9    should be in that methods section, and I would
10    follow those instructions.
11              BY MS. UNG:
12       Q    But if you were interested in the signal
13    intensity of a particular structure, you wouldn't
14    select an ROI that consisted of that structure and
15    some other structure; correct?
16              MR. MC ELDOWNEY:  Objection; vague as
17    to "structure" and "that structure."
18              THE WITNESS:  It depends specifically on
19    the task at hand.
20              BY MS. UNG:
21       Q    Do you understand what I mean by a
22    "homogenous nerve"?
23              MR. MC ELDOWNEY:  Objection; vague.
24              THE WITNESS:  I do not understand what you
25    mean by "homogenous nerve."
```

44

Robert Nick Bryan, M.D.

BARKLEY
Court Reporters

```
 1              BY MS. UNG:

 2         Q    Do you understand what I mean

 3    by "homogenous structure"?

 4         A    I have a general idea, based upon the

 5    definition of the term "homogenous," but it would

 6    need to be carefully defined if one is applying that

 7    to a particular task.  Homogeneity is very much a

 8    function of scale.

 9         Q    Assuming that a particular structure has

10    consistent signal intensity throughout the entire

11    structure, can we agree for purposes of this

12    deposition that that tissue would be considered a

13    homogenous tissue?

14              MR. MC ELDOWNEY:  Objection; vague as to

15    "consistent signal intensity throughout the entire

16    structure."

17              THE WITNESS:  Repeat the question.

18              (Record read by the court reporter as

19              follows:  "Q:  Assuming that a particular

20              structure has consistent signal intensity

21              throughout the entire structure, can we

22              agree for purposes of this deposition that

23              that tissue would be considered a

24              homogenous tissue?")

25              MR. MC ELDOWNEY:  And same objection.
```

45

Robert Nick Bryan, M.D.

BARKLEY
Court Reporters

1    Vague as to "consistent signal intensity throughout

2    the entire structure."

3          THE WITNESS:  So I will answer that, and

4    my answer is no.  We can agree that the signal

5    intensity is homogeneous.

6          BY MS. UNG:

7    Q    Okay.

8    A    I would not agree that the tissue is

9    homogeneous by other criteria.

10   Q    Okay.  I would like you to assume that

11   when I'm saying -- to understand that when I refer

12   to a homogenous tissue or homogenous structure, that

13   what I'm referring to is that the signal intensity

14   is homogenous and not tissue or structure.

15         MR. MC ELDOWNEY:  I just want to say that

16   Dr. Bryan just explained that he, I think, disagreed

17   with some of the characterizations there.  So if

18   we're going to go forward with your understanding

19   and definition of homogeneous here, I want to make

20   clear on the record that it's a different definition

21   than Dr. Bryan understands the word to mean and a

22   different definition than what others might

23   understand it to mean.

24         THE WITNESS:  So for the part of this

25   discussion, if we use, for this discussion only,

46

Robert Nick Bryan, M.D.

BARKLEY
Court Reporters

1   your definition of homogeneous as related to

2   homogeneous signal, then I think we can proceed with

3   the questions with the clear understanding that a

4   homogeneous signal does not necessarily indicate a

5   homogeneous structure from an anatomic sense.

6           BY MS. UNG:

7       Q    Okay.  I agree with you on that.  We're

8   referring to the homogeneity of the signal intensity

9   of the structure and not the structure itself --

10      A    Yes.

11      Q    -- that would be homogenous; is that fair?

12      A    Yes.

13      Q    If you were to select an ROI in a

14  structure with homogenous signal intensity, the ROI

15  would yield similar results regardless of size;

16  right?

17          MR. MC ELDOWNEY:  Objection; vague.

18          THE WITNESS:  Not necessarily, because

19  noise, amongst other things, has to be taken into

20  account.

21          BY MS. UNG:

22      Q    Okay.  Assuming that noise does not affect

23  the signal intensity of the image, would --

24      A    That's a false assumption.  Noise always

25  affects any measurement.

47

Robert Nick Bryan, M.D.

1      Q      Okay.

2      A      Signal intensity is a measurement.   Noise

3   will always affect the signal intensity.

4      Q      Assuming that the nerve does not affect

5   the signal intensity of the image, if you were to

6   select an ROI with homogenous signal intensity, that

7   ROI would yield similar results to an ROI that may

8   defer in size; correct?

9           MR. MC ELDOWNEY:   Just for clarity on the

10   record, I think there was a word misspoken there.

11   Nerve, perhaps, instead of noise.   I object to the

12   question as vague.

13           MS. UNG:   Let me rephrase that.

14           BY MS. UNG:

15      Q      Assuming that noise does not affect the

16   signal intensity of the image, regardless of the

17   size of the ROI that you're selecting within the

18   homogenous -- the structure with homogenous signal

19   intensity, you would obtain similar results; right?

20           MR. MC ELDOWNEY:   I'm going to object, I

21   guess, as vague and incomplete hypothetical.

22   Dr. Bryan just explained he disagrees with the base

23   assumption.   So we are now two assumptions in on

24   both homogeneity and noise.   So we're building a

25   pretty complex hypothetical here.

48

Robert Nick Bryan, M.D.

BARKLEY
Court Reporters

1            To the extent you understand the question

2    and the assumptions, you can answer.

3            MS. UNG:  Let me rephrase it.

4            BY MS. UNG:

5       Q     Do you understand the question?

6       A     I believe so, and it is a very

7    hypothetical question, because such conditions

8    really never exist in practice.  But assuming that

9    you have a structure that has homogeneous -- that

10   means the same signal everywhere -- and no noise,

11   which never happens in a measurement, then any ROI

12   placed within that homogeneous signal area would

13   have a similar measurement.

14      Q     Now, assuming that you have a structure

15   that is homogeneous -- that means the same signal

16   intensity everywhere -- and the noise does not

17   impact the image, not saying that there is no noise,

18   but that the noise does not impact the image, then

19   any ROI placed within that homogenous signal area

20   would have similar measurements; right?

21      A     I think I've answered that question.

22           MR. MC ELDOWNEY:  I'm going to object and

23   say asked and answered, as well as that we're still

24   two assumptions deep on assumptions that Dr. Bryan

25   disagrees with.

                          49

Robert Nick Bryan, M.D.

BARKLEY
Court Reporters

1          THE WITNESS:   I believe your previous

2    question was the same that I've answered.

3          MR. MC ELDOWNEY:   When it's a convenient

4    place where we can take a break and check on your

5    documents as well.

6          BY MS. UNG:

7     Q     You have agreed -- strike that.

8          You understand that what we have been

9    referring to as a homogenous structure is simply a

10   structure that has the same signal intensity

11   throughout the structure; right?

12    A     That is how you've defined it, and I've

13   agreed to that definition for the purpose of this

14   discussion.

15    Q     So when I refer to a heterogenous

16   structure, I'm referring to a structure that does

17   not have the same signal intensity throughout the

18   entire structure.  Can you agree to that definition

19   of "heterogenous" --

20    A     Yes.

21    Q     -- "structure"?

22          MR. MC ELDOWNEY:   I'm going to point out

23   again this is still based on the definition of

24   homogeneity that Dr. Bryan disagrees with.

25          BY MS. UNG:

50

Robert Nick Bryan, M.D.

BARKLEY
Court Reporters

1           THE WITNESS:  I don't understand the

2    question.  If I do understand the question, the

3    answer is no.  But can you clarify that question?

4           BY MS. UNG:

5       Q    Sure.  Could you use the thresholding

6    process as a tool for selecting the region of

7    interest?

8           MR. MC ELDOWNEY:  Objection; vague.

9           THE WITNESS:  One can use the thresholding

10   process as one of the components to define an ROI if

11   that is the instruction for that particular ROI

12   application.

13          BY MS. UNG:

14      Q    Okay.  If you could take a look at Exhibit

15   11, which is the '360 patent.

16      A    Yes.

17      Q    Column 28 of the patent.

18      A    Yes.

19      Q    Beginning with the first complete sentence

20   in column 28, that paragraph discusses a

21   thresholding process; right?

22          MR. MC ELDOWNEY:  Objection.  The document

23   speaks for itself.

24          If you need to read the whole paragraph or

25   the context before and after, feel free to.

                            71

Robert Nick Bryan, M.D.

1          THE WITNESS:  Direct me to which lines or

2     paragraphs you want me to read here?

3          BY MS. UNG:

4     Q     Line 2 through line 7.

5     A     Okay.

6     Q     Could you use this thresholding process

7     described in column 28, beginning at line 2, to

8     select a region of interest within a nerve?

9          MR. MC ELDOWNEY:  Objection; vague as

10    to "this thresholding process."

11         THE WITNESS:  You could use a thresholding

12    technique as a part of a ROI process.  But as stated

13    here, the thresholding process is so vague as to be

14    useless.  For instance, "thresholding process is

15    used to identify relatively bright regions."  What

16    is "relative"?  Relative usually requires a

17    comparative, and there's no comparative here.  So

18    this phrase does not help me set up an ROI at all.

19         Following that, this statement "regions of

20    the image potentially representative of nerve."

21    Potentially, what does potentially mean?  You need

22    to have some criteria, something more definite than

23    that to know whether or not this, quote, relatively

24    bright voxel was potentially related to a nerve.

25    What's the criteria for "potentially

72

Robert Nick Bryan, M.D.

BARKLEY
Court Reporters

1    representative"?  So this -- if you will, if this is

2    to be taken as an attempt at an operational

3    definition of a thresholding process to establish an

4    ROI, it is of no practical use, it does not

5    sufficiently guide anyone to make an ROI.  It is too

6    vague.  It is indefinite.

7         BY MS. UNG:

8    Q    If you have made an image according to the

9    method described in this patent and you have

10   something bright that looks like it could be a

11   nerve, could you use the thresholding process to

12   select only that bright region that could represent

13   a nerve?

14        MR. MC ELDOWNEY:  Objection; vague as to

15   "method described in this patent."

16        THE WITNESS:  There are three conditions

17   in your question.  So the first condition is if one

18   or I had made an image -- you may have to read back

19   to me, an image using this methodology.  So first of

20   all, I don't know what this methodology is.  This

21   patent, to me, does not describe any methodology.

22   It does not instruct me sufficiently to know if I

23   may or may not have used this method.

24        I can refer to figure 11 in your patent.

25   Figure 11 is described as a diagram of the

73

Robert Nick Bryan, M.D.

BARKLEY
Court Reporters

1    controlling sequence, the controller sequence.

2    Figure 11 to me is a blank, unfilled-in pulse

3    sequence.  It's like being given a treble clef and

4    told one could fill in the treble clef with notes

5    and make good music.  This is a blank sheet of

6    paper.  I don't know what this method is.

7            So this question that you're asking is

8    extremely hypothetical from the first condition.  I

9    don't know what this method is.

10           And the second part of the question

11   conditional was if there were a bright voxel -- I

12   may want actually that part of the question read

13   back.

14           (Record read by the court reporter as

15           follows:  "Q:  If you have made an image

16           according to the method described in this

17           patent and you have something bright that

18           looks like it could be a nerve, could you

19           use the thresholding process to select

20           only that bright region that could

21           represent a nerve?")

22           THE WITNESS:  So I've got a bright thing

23   on the image that could be a nerve.  What is the

24   criteria for me to link the brightness to the nerve,

25   to a possible nerve.  The patent seems to suggest

74

Robert Nick Bryan, M.D.

BARKLEY
Court Reporters

1   that all bright things are nerves, or at least the

2   brightest things are nerves.  Again, I think if you

3   go back to column 6, "There exists a large number of

4   pulse sequences capable of controlling or operating

5   a magnetic resonance imaging apparatus and each of

6   which accomplishes some preferred" "optimization.

7   Previously, however, no" "(single) or complex,"

8   leaving out the parentheses, "pulse sequence has

9   been able to increase the relative signal intensity

10  of" a "nerve so that it is brighter than all other

11  tissues in the body or limb cross section.

12  Surprisingly, the inventors have discovered that

13  there are certain novel ways of assembling complex

14  pulse sequences, wherein even though the simple

15  components of the sequence decrease the

16  signal-to-noise ratio of nerve or decrease the

17  signal strength of nerve relative to other tissues,

18  the fully assembled complex sequence actually

19  results in the nerve signal being more intense than

20  any other tissue.  In this fashion, the image

21  conspicuity of nerve is greatly increased."

22          So the way I read and interpret that is

23  that if I had performed an image with this

24  methodology, which I don't understand and I don't

25  think the patent describes, and I get an image, the

75

Robert Nick Bryan, M.D.

BARKLEY
Court Reporters

1   brightest things on there are nerve that has not

2   been demonstrated to be true in the patent and the

3   illustrations.  So this is getting really, really

4   hypothetical now.

5          Then the final part is, could I use the

6   thresholding method to select those bright areas as

7   nerves.  And the answer to that question is no.  I

8   could, with the thresholding technique, select those

9   bright areas.

10         BY MS. UNG:

11   Q    Okay.

12   A    But I could not make the inference that

13   those are nerves.

14   Q    Okay.  So you could use the thresholding

15   process, however, to select the bright areas?

16   A    Yes, I can use a thresholding process to

17   select any bright signal.

18   Q    And when you're using the thresholding

19   process to select the bright area in the image,

20   could you use the thresholding process to select the

21   largest region of interest within that bright

22   region?

23         MR. MC ELDOWNEY:  Objection; vague as

24   to "largest region."

25         THE WITNESS:  As I understand the

76

Robert Nick Bryan, M.D.

BARKLEY
Court Reporters

 1   question, I believe the answer is no.  Thresholding

 2   is simply an operation on signal brightness.  In and

 3   of itself, it does not determine size, shape, or

 4   volume.  The thresholding tool operates simply on

 5   the signal intensity of each voxel.  You would have

 6   to do something else to define a spatial property

 7   such as size, shape, or position.

 8            BY MS. UNG:

 9      Q    Can you use the thresholding process to

10   identify the brightest area in an image?

11            MR. MC ELDOWNEY:  Objection to form as

12   to "the thresholding process."

13            THE WITNESS:  Yes, generally, you can use

14   a thresholding process to identify the brightest.

15   That's not the only thing a thresholding could

16   identify, but it could identify the brightest.

17            BY MS. UNG:

18      Q    In your expert report, you have expressed

19   the opinion that noise could obscure the differences

20   in tissue signal intensities; right?

21      A    Yes.

22      Q    Do you know if noise actually obscured the

23   signal intensities in the images you used in Exhibit

24   C to your opening report?

25            MR. MC ELDOWNEY: Objection; vague.

77

Robert Nick Bryan, M.D.

1          THE WITNESS:  I did not do any noise

2    calculations.

3          BY MS. UNG:

4      Q    Why did you not do any noise calculations?

5      A    As sort of agreed upon and stated in the

6    report, I was simply applying the formula that we

7    previously discussed, Sn over Sb.  I was simply

8    using that formula, which I've already indicated was

9    an inadequate formula because it did not include

10   noise as a component, so for those calculations, I

11   was using for this report and for that purpose only

12   the formula Sn over Sb.  That does not include

13   noise.

14     Q    Do you know if noise actually obscured the

15   signal intensities in the images you used in Exhibit

16   C to your opening report?

17     A    Noise affected the signal intensities on

18   those images, yes.

19     Q    And what is your basis for that opinion?

20     A    There is noise in all measurements.

21   Images have many measurements.  There is noise in

22   all images.

23     Q    Do you know if --

24     A    There is an ROI that is outside of the

25   body that is one reflection, not at all possibly the

78

Robert Nick Bryan, M.D.

BARKLEY
Court Reporters

1          I HEREBY CERTIFY that I have read this

2     transcript of my deposition and that this transcript

3     accurately states the testimony given by me, with

4     the changes or corrections, if any, as noted.

5

6

7     _____X

8

9

10

11    Subscribed and sworn to before me this_____day of

12    _____, 20_____.

13

14

15

16                      _____X

17                              Notary Public

18

19

20

21    My commission expires:_____.

22

23

24

25

117

Robert Nick Bryan, M.D.