# Ex. 1

```
           IN THE UNITED STATES DISTRICT COURT

             CENTRAL DISTRICT OF CALIFORNIA


NEUROGRAFIX, a California    )
corporation; WASHINGTON      )
RESEARCH FOUNDATION, a       )
not-for-profit Washington    )
corporation,                 )
                             )
          Plaintiffs,        )   No. CV 10-1990
                             )        (MRP)(RZX)
     vs.                     )
                             )
SIEMENS MEDICAL SOLUTIONS    )
USA, INC., a Delaware        )
corporation and SIEMENS      )
AKTIENGESELLESCHAFT, a       )
German corporation,          )
                             )
          Defendants.        )
_____)
AND RELATED CROSS-ACTION.    )
_____)



              VIDEOTAPED DEPOSITION OF

           MICHAEL BRANT-ZAWADZKI, M.D.

              Los Angeles, California

             Tuesday, August 16, 2011




Reported By:

LISA MOSKOWITZ, CSR 10816, RPR, CLR

Job No. 41126
```

Michael Brant-Zawadzki - 8/16/2011

Page 58

1    there is some specific language of how to          10:56
2    select a nerve.  And you take the structure.
3    You do an averaging.  And I think it's in the
4    portion of the patent where there's the --
5    where it talks about fascicles and              10:56
6    cross-sections and how to do it.
7            So there is some specific language in
8    how to do that, yes.
9            MR. LoCASCIO:  Let's take a break.
10           THE VIDEOGRAPHER:  The time is          10:56
11   10:56 a.m., and we are off the record.
12           (Recess taken from 10:56 a.m. to
13   11:03 a.m.)
14           THE VIDEOGRAPHER:  The time is
15   11:03 a.m., and we're back on the              11:03
16   record.
17   BY MR. LoCASCIO:
18       Q.  I'm going to hand you what's
19   previously been marked as Defendants'
20   Exhibit 11.  It's the 360 patent.              11:03
21           Sir, I take it you've seen Exhibit 11
22   before?
23       A.  Yes.
24       Q.  We were just talking about whether
25   and where the 360 patent defines how to select 11:03

Page 59

1   a region of interest to make a conspicuity            11:03
2   determination.  And your recollection was there
3   was something in the patent telling you how to
4   do it.  Can you identify that for me?
5        A.   Yes.  So the section that I think I         11:04
6   was referring to related to the discussion of
7   fascicles.  So that was what I remember.  There
8   was at least some degree -- I wish I could do a
9   word search for "fascicles."  You guys don't
10  have that on a computer, do you?                      11:06
11       Q.   I don't.
12       A.   Here it is.  By way of
13  illustration -- so it's 27 going on to 28,
14  column 28.
15       Q.   Okay.                                       11:08
16       A.   So there's some descriptions here of
17  how to identify -- a thresholding process is
18  used, it says, to identify relatively bright
19  regions of the image potentially representative
20  of a nerve.                                           11:08
21       Q.   That's second line of column 28?
22       A.   That's the first sentence, full
23  sentence of column 28, second line, correct.
24  It goes on from there.
25       Q.   And is that, in your view, discussing 11:08

TSG Reporting - Worldwide        877-702-9580

Page 60

1    the types of thresholding processes we talked   11:08
2    about earlier?
3        MR. FENSTER:  Objection.  Vague.
4        THE WITNESS:  The broad range, yes.
5    I believe that addresses the broad range   11:09
6    of options we discussed earlier.  So one
7    skilled in the art would identify the
8    structure and knows how to do that.  And
9    if there's a question, then you can use
10   a thresholding process to identify a   11:09
11   certain portion of the anatomy of
12   interest or the region of interest.  And
13   then the patent goes on to describe how
14   one would then do the calculation.
15  BY MR. LoCASCIO:   11:09
16   Q.  In the second full sentence, it says,
17  "With the boundaries of these regions
18  established" -- do you see that?
19   A.  Yes.
20   Q.  That has to be -- that has to happen   11:09
21  before you measure the intensity; right?  You
22  have to establish the boundaries of the region?
23   A.  Yes.
24   Q.  How does the patent tell you to
25  establish the boundaries of that region?   11:09

Page 61

1        A.    Well, the -- that's something that       11:09
2    someone that's skilled in the art would be able
3    to do.  So the concept of fascicle
4    identification is one where, you know, we are
5    taught what the cross-section of a nerve looks    11:10
6    like with fascicles.  And so the object is
7    presented as a cross-section of a tube with
8    maybe individual tubules within it.  So that's
9    the region of interest.
10             And then one would look at that and     11:10
11   decide to a reasonable certainty where the
12   boundaries are either with the use of automated
13   or other thresholding processes that we
14   discussed.
15       Q.    Here it says a thresholding process     11:10
16   is used.  So in your view is it requiring you
17   to use a thresholding process, or that's giving
18   you an option to use a thresholding process?
19             MR. FENSTER:  Objection.  Vague,
20         legal conclusion.                           11:10
21             THE WITNESS:  I think it -- I think
22         it -- is it requiring you to use a
23         thresholding process?  I think it just
24         describes what is happening.  I don't
25         know that there is an implicit             11:11

1          requirement there.  It says that there's      11:11
2          a thresholding process to be used, and
3          you can choose the range of thresholding
4          processes, whether the ones we discussed
5          earlier.                                      11:11
6     BY MR. LoCASCIO:
7          Q.   In your view could you also select it
8     manually?
9               MR. FENSTER:  Objection.  Vague.
10    BY MR. LoCASCIO:                                   11:11
11         Q.   Based on your visual inspection of
12    those fascicles?
13         A.   Well, again, I think that if you had
14    any question, you could resort to one of the
15    tools that we talked about including the           11:11
16    single-voxel lens that you scroll across the
17    image and say, "Okay, these are the range of
18    numbers that I'm interested in, and this is
19    where I'm going to measure the intensity."  Or
20    you could put an oval within which you visually 11:11
21    thought were the boundaries based on your
22    training and experience and skill in the art.
23         Q.   This section that you're pointing to,
24    column 28, doesn't tell you how to do that, but
25    in your view someone of skill in the art would    11:12

Page 63

| | | |
|---|---|---|
| 1 | figure it out.  Fair? | 11:12 |
| 2 |     A.   Yeah. | |
| 3 |        MR. FENSTER:  Objection.  Vague. | |
| 4 |        THE WITNESS:  I think it's a | |
| 5 | combination of what this tells you how | 11:12 |
| 6 | to do that -- what this tells you to do, | |
| 7 | and it makes suggestions based on an | |
| 8 | assumption that someone with skill in | |
| 9 | the art fills in the components.  It | |
| 10 | doesn't specify automated thresholding | 11:12 |
| 11 | versus manual versus oval window | |
| 12 | versus -- but it says thresholding. | |
| 13 |     So I think someone skilled in the | |
| 14 | art understands that, hey, you're going | |
| 15 | to use a visual threshold and place a | 11:12 |
| 16 | region of interest tool in there, or | |
| 17 | you're going to use a pixel thresholding | |
| 18 | method and draw it in.  So the range of | |
| 19 | something -- of the things someone | |
| 20 | skilled in the art would be able to | 11:12 |
| 21 | understand is being prescribed, if you | |
| 22 | will, by this section. | |
| 23 | BY MR. LoCASCIO: | |
| 24 |     Q.   In your view if you select a | |
| 25 | different region of interest from one of your | 11:13 |

Page 64

1  colleagues, will the conspicuity calculation be           11:13
2  different or the same?
3          MR. FENSTER:  Objection.  Vague,
4      incomplete hypothetical.
5          THE WITNESS:  So we talked about              11:13
6      the range of inter-observer variability.
7      So within that 5 to 10 percent range,
8      there may be differences.  But for the
9      most practical purposes for the
10     significant -- statistically significant       11:13
11     majority of instances it would be the
12     same.
13 BY MR. LoCASCIO:
14     Q.   What's the source for your belief
15 that there's a 5 to 10 percent range of                    11:13
16 inter-operator variability?
17     A.   Just the summary of experience.  I
18 mean I've done -- I've written papers on
19 inter-observer variability of and other things.
20 I've read papers about it, inter-observer                  11:13
21 variability for relatively simple tasks, even
22 ones that one would think would be extremely
23 reproducible.  We know that there's a range of
24 inter- and intra-observer variability.
25          Obviously once one gets down to the        11:14

Michael Brant-Zawadzki - 8/16/2011

Page 237

1      THE VIDEOGRAPHER:  This marks the                15:36
2   end of disk No. 3 and is the end of
3   today's deposition.  The time is
4   3:36 p.m.  We're now off the record.
5        (Time noted:  3:36 p.m.)                       17:37
6
7
8
9
10
11
12
13              _____
14              MICHAEL BRANT-ZAWADZKI, M.D.
15
16      Subscribed and sworn to before me
17      this        day of            , 2011.
18
19              _____
20      (Notary Public)
21      My Commission expires: _____
22
23
24
25

Michael Brant-Zawadzki - 8/16/2011

Page 238

C E R T I F I C A T E

STATE OF CALIFORNIA:

    I, LISA MOSKOWITZ, CSR, RPR, CLR, shorthand reporter, do hereby certify:

    That the witness whose deposition is hereinbefore set forth was duly sworn, and that such deposition is a true record of the testimony given by such witness.

    I further certify that I am not related to any of the parties to this action by blood or marriage, and that I am in no way interested in the outcome of this matter.

    IN WITNESS WHEREOF, I have hereunto set my hand this 19th day of August, 2011.


_____

LISA MOSKOWITZ, CSR, RPR, CLR

Shorthand Reporter