UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

Case No.  LA10CV01990-MRP (RZx)                    Date: November 8, 2011

Title: **NEUROGRAFIX v. SIEMENS MEDICAL SOLUTIONS, USA. INC., ET AL.,**
=================================================================
PRESENT:  THE HONORABLE MARIANA R. PFAELZER, SENIOR U.S. DISTRICT JUDGE

| Cynthia Salyer | Rosalyn Adams |
|---|---|
| Courtroom Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS     ATTORNEYS PRESENT FOR DEFENDANTS:

| Marc Fenster | Gregg LoCascio |
|---|---|
| David McDonald | Sean McEldowney |

**PROCEEDINGS:  TELEPHONIC CONFERENCE CALL (held and completed)**

The case is called and appearances are made.  Court and counsel discuss the status of the case. Counsel will contact the court on or before November 18, 2011..


MINUTES FORM 11                                              Initials of Deputy Clerk CS
CIVIL - GEN                                                  TIME:  /.15