Gregg F. LoCascio, P.C. (*pro hac vice*)
gregg.locascio@kirkland.com
Sean M. McEldowney (S.B.N. 248368)
sean.mceldowney@kirkland.com
Christopher Nalevanko (*pro hac vice*)
christopher.nalevanko@kirkland.com
Joseph F. Edell (*pro hac vice*)
joseph.edell@kirkland.com
KIRKLAND & ELLIS LLP
655 Fifteenth St., N.W.
Washington, D.C. 20005
Telephone: (202) 879-5000
Facsimile: (202) 879-5200

Luke L. Dauchot (S.B.N. 229829)
luke.dauchot@kirkland.com
KIRKLAND & ELLIS LLP
333 South Hope St.
Los Angeles, CA 90071
Telephone: (213) 680-8400
Facsimile: (213) 680-8500

Attorneys for Defendants
SIEMENS MEDICAL SOLUTIONS USA, INC.
and SIEMENS AKTIENGESELLSCHAFT

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEUROGRAFIX, a California corporation; WASHINGTON RESEARCH FOUNDATION, a not-for-profit Washington corporation,<br><br>        Plaintiffs,<br><br>    vs.<br><br>SIEMENS MEDICAL SOLUTIONS USA, INC., a Delaware corporation; and SIEMENS AKTIENGESELLSCHAFT, a German corporation,<br><br>        Defendants. | CASE NO. CV 10-1990 MRP(RZX)<br><br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>**The Hon. Mariana R. Pfaelzer**<br>**United States District Court Judge** |

|                                                      |   |
|------------------------------------------------------|---|
| SIEMENS MEDICAL SOLUTIONS USA, INC.                  | ) |
| Counterclaim Plaintiff,                              | ) |
| vs.                                                  | ) |
| NEUROGRAFIX, and WASHINGTON RESEARCH FOUNDATION,     | ) |
| Counterclaim Defendants.                             | ) |

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiffs NeuroGrafix and Washington Research Foundation ("Plaintiffs") as well as Defendants Siemens Medical Solutions USA, Inc. and Siemens Aktiengesellschaft ("Defendants"), by and through their respective counsel, hereby stipulate to the dismissal with prejudice of all claims and counterclaims in this action. Each party shall bear its own attorneys' fees and costs.

Respectfully submitted,

Dated: November 22, 2011

RUSS, AUGUST & KABAT

By: /s/ Marc A. Fenster
   Marc A. Fenster

Attorneys for Plaintiff
NEUROGRAFIX

Dated: November 21, 2011

K&L GATES

By:
   David T. McDonald

Attorneys for Plaintiff
WASHINGTON RESEARCH FOUNDATION

-2-

Dated: November 22, 2011

KIRKLAND & ELLIS LLP

By: /s/ Sean M. McEldowney
    Sean M. McEldowney

Attorneys for Defendants
SIEMENS MEDICAL SOLUTIONS USA, INC.
and SIEMENS AKTIENGESELLSCHAFT