JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NEUROGRAFIX, a California corporation; WASHINGTON RESEARCH FOUNDATION, a not-for-profit Washington corporation,<br>　　　　Plaintiffs,<br><br>vs.<br><br>SIEMENS MEDICAL SOLUTIONS USA, INC., a Delaware corporation; and SIEMENS AKTIENGESELLSCHAFT, a German corporation,<br>　　　　Defendants.<br><br>SIEMENS MEDICAL SOLUTIONS USA, INC.<br>Counterclaim Plaintiff,<br><br>vs.<br><br>NEUROGRAFIX, and WASHINGTON RESEARCH FOUNDATION,<br>Counterclaim Defendants. | CASE NO. CV 10-1990 MRP(RZX)<br><br>[PROPOSED] ORDER DISMISSING CASE WITH PREJUDICE<br><br>The Hon. Mariana R. Pfaelzer<br>United States District Court Judge |

　　The Court has reviewed the stipulation of the parties regarding dismissal with prejudice of all claims and counterclaims in *NeuroGrafix et al. v. Siemens Medical Solutions USA, Inc. et al.*, Case No. 10-CV-1990 MRP. (D.I. 172.)

　　Pursuant to that stipulation and Rule 41(a) of the Federal Rules of Civil Procedure, **IT IS HEREBY ORDERED** that Case No. 10-CV-1990 MRP be and hereby is dismissed with prejudice, with each party to bear its own costs.

IT IS SO ORDERED.

Dated: November 22, 2011

　　　　　　　　　　　　　　　　　　　　　*/s/ Mariana R. Pfaelzer*
　　　　　　　　　　　　　　　　　　　　　The Honorable Mariana R. Pfaelzer
　　　　　　　　　　　　　　　　　　　　　United States District Judge